Sophia M. Rios (SBN 305801)
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Tel: (619) 489-0300
Email: srios@bm.net

[additional counsel listed on signature page]

*Counsel for Proposed Lead Plaintiff,
TuSimple Securities Group, and
Proposed Lead Counsel*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TUSIMPLE HOLDINGS INC., CHENG LU, PATRICK DILLON, XIAODI HOU, MO CHEN, JAMES MULLEN, MORGAN STANLEY & CO. LLC; CITIGROUP GLOBAL MARKETS INC.; J.P. MORGAN SECURITIES LLC; BOFA SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; COWEN AND COMPANY, LLC; NOMURA SECURITIES INTERNATIONAL, INC.; RBC CAPITAL MARKETS, LLC; NEEDHAM & COMPANY, LLC; OPPENHEIMER & CO. INC.; PIPER SANDLER & CO.; ROBERT W. BAIRD & CO. INCORPORATED; and VALUABLE CAPTIAL LIMITED,<br><br>Defendants. | Case No. 3:22-cv-01300-LL-MSB<br><br>CLASS ACTION<br><br>**REPLY IN FURTHER SUPPORT OF TUSIMPLE SECURITIES GROUP'S NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>Judge: Hon. Linda Lopez<br>Hearing: December 5, 2022_____<br>Courtroom: _5D – 5th Floor _____ |

On October 31, 2022, James Pollock, Jeremy Agulnek, Steven Thomas, Jeffrey Sunshine and Nathan Carr (collectively the "TuSimple Securities Group") filed a timely motion for appointment as lead plaintiff and approval of selection of counsel. *See* Docket ("Dkt.") No. 31. Additionally, seven similar motions were filed on the same date by other lead plaintiff movants. *See* Dkt. Nos. 25, 26, 27, 28, 29, 30, 32.

Thereafter, on November 17, 2022, the TuSimple Securities Group filed a Notice of Non-Opposition to Competing Motions for Appointment as Lead Plaintiff and Approval of Counsel (Dkt. No. 41), stating that:

(1) with a loss of $353,270 (Dkt. No. 31), the TuSimple Securities Group no longer believes that it possesses the "largest financial interest in the relief sought by the class," as required by the Private Securities Litigation Reform Act of 1995 ("PLSRA");

(2) rather, movants Robert Miller and Michelle Poirier, with a loss of $435,027 (Dkt. No. 30), claim the "largest financial interest"; and

(3) should the Court decide for any reason not to appoint movants Robert Miller and Michelle Poirier, the TuSimple Securities Group stands willing and able to serve as Lead Plaintiff.

As of this filing, five of the seven other movants, in addition to the TuSimple Securities Group, have either submitted notices of non-opposition (Dkt. Nos. 39, 43, 44, 45) or withdrawn their motion. Dkt. No. 37. Movants Robert Miller and Michelle Poirier still claim the "largest financial interest." The TuSimple Securities Group remains willing and able to serve as Lead Plaintiff should the Court decide not to appoint Robert Miller and Michelle Poirier.

REPLY IN FURTHER SUPPORT OF TUSIMPLE SECURITIES GROUP'S NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
CASE NO. 3:22-CV-01300-LL-MSB

Date:  November 28, 2022              Respectfully submitted,

BERGER MONTAGUE PC

 /s/ *Sophia M. Rios*
Sophia M. Rios (Bar No. 305801)
401 B Street, Suite 2000
San Diego, CA 92101
Tel: (619) 489-0300
srios@bm.net


Sherrie R. Savett
Michael Dell'Angelo
Andrew D. Abramowitz
James A. Maro
1818 Market Street, Suite 3600
Philadelphia, Pa 19103
Tel: (215) 875-3000
ssavett@bm.net
mdellangelo@bm.net
aabramowitz@bm.net
jmaro@bm.net

*Counsel for Proposed Lead Plaintiff,*
*TuSimple Securities Group, and Proposed*
*Lead Counsel*


Brian Schall
SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel: (310) 301-3335
brian@schallfirm.com


LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
Steven E. Fineman
Daniel P. Chiplock
Sharon M. Lee
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Tel: (212) 355-9500
sfineman@lchb.com

2

dchiplock@lchb.com
slee@lchb.com

*Additional Counsel for Proposed Lead Plaintiff*

REPLY IN FURTHER SUPPORT OF TUSIMPLE SECURITIES GROUP'S NON-OPPOSITION TO
COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
CASE NO. 3:22-CV-01300-LL-MSB