POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movant Arthur Gary LaFrano*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELJON LAKO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LOANDEPOT, INC., ANTHONY HSIEH, PATRICK FLANAGAN, NICOLE CARRILLO, ANDREW C. DODSON, JOHN C. DORMAN, BRIAN P. GOLSON, DAWN LEPORE, GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., CITIGROUP GLOBAL MARKET INC., JEFFERIES LLC, UBS SECURITIES LLC, WILLIAM BLAIR & COMPANY, L.L.C., JMP SECURITIES LLC, PIPER SANDLER & CO., RAYMOND JAMES & ASSOCIATES, INC., NOMURA SECURITIES INTERNATIONAL, INC., AMERIVET | Case No. 8:21-cv-01449-JLS-JDE <br><br> DECLARATION OF JENNIFER PAFITI: IN SUPPORT OF MOTION FOR SUR-REPLY <br><br> DATE:  April 22, 2022 <br> TIME:  10:30 a.m. <br> JUDGE:  Josephine L. Staton <br> CTRM:  10A, 10th Floor |

DECLARATION

SECURITIES, INC., and DOES 1 through 100, inclusive,

Defendants.

ADAM DOBAN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

LOANDEPOT, INC., ANTHONY HSIEH, PATRICK FLANAGAN, NICOLE CARRILLO, ANDREW C. DODSON, JOHN C. DORMAN, BRIAN P. GOLSON, and DAWN LEPORE,

Defendants.

Case No. 8:21-cv-01513-JLS-JDE

DECLARATION

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Arthur Gary LaFrano ("LaFrano"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion by LaFrano for leave to file sur-reply in further support of his motion for appointment as Lead Plaintiff.

2.      Attached hereto as Exhibit A is a correct copy of a LaFrano's [Proposed] Sur-Reply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 15, 2022, at Calabasas, California.

/s/ Jennifer Pafiti
Jennifer Pafiti

DECLARATION
1

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION
2