**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for He Zhou Dao*

*- additional counsel on signature page -*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TUSIMPLE HOLDINGS, INC.; CHENG LU; PATRICK DILLON; XIAODI HOU; MO CHEN; JAMES MULLEN; MORGAN STANLEY & CO. LLC; CITIGROUP GLOBAL MARKETS INC.; J.P. MORGAN SECURITIES LLC; BOFA SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; COWEN AND COMPANY, LLC; NOMURA SECURITIES INTERNATIONAL, INC.; RBC CAPITAL MARKETS, LLC; NEEDHAM & COMPANY, LLC; OPPENHEIMER & CO. INC.; PIPER SANDLER & CO.; ROBERT W. BAIRD & CO. INCORPORATED; and VALUABLE CAPTIAL LIMITED, <br><br> Defendants. | No.  3:22-cv-01300-LL-MSB <br><br> **[PROPOSED]** <br> **SUR-REPLY DECLARATION** <br> **OF JENNIFER PAFITI** |

DECLARATION

I, Jennifer Pafiti, hereby declare as follows:

1.    I am a Partner of the law firm of Pomerantz LLP, counsel to Lead Plaintiff Movant He Zhou Dao, and have personal knowledge of the facts set forth herein.  I make this Sur-Reply Declaration: (1) in further support of Dao's motion for appointment as Lead Plaintiff and approval of his selection of counsel; and (2) in opposition to competing motions.

2.    Attached hereto as the Exhibits indicated are correct copies of the following documents:

- Exhibit A:  Comparative chart setting forth the actual versus claimed losses of competing movants James Pollock and Steve Thomas; and
- Exhibit B:  Data reflecting the range of prices within which TuSimple Holdings Inc. common stock traded on April 21, 2022 (obtained from Yahoo! Finance).

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 30, 2022.

/s/ Jennifer Pafiti
Jennifer Pafiti

MEMORANDUM OF POINTS AND AUTHORITIES

1

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/ Jennifer Pafiti
Jennifer Pafiti

MEMORANDUM OF POINTS AND AUTHORITIES

2

|  | Actual Exchange Act Loss | Claimed Exchange Act Loss | Difference | | Actual Securities Act Loss | Claimed Securities Act Loss | Difference |
|---|---|---|---|---|---|---|---|
| James Pollock: Common Stock | ($117,796)[1] | ($119,690) | -1.61% | | ($118,937)[2] | ($279,263) | -134.80% |
| James Pollock: Options | $16,306 | | | | $16,306 | | |
| Steve Thomas[3] | ($33,872)[4] | ($34,374) | -1.48% | | ($31,828)[5] | ($33,061) | -3.87% |
| | | | | | | | |
| Combined: Common Stock | ($151,668) | ($154,064) | -1.58% | | ($150,765) | ($312,324) | -107.16% |
| Combined: Options | $16,306 | | | | $16,306 | | |
| Combined: Common Stock & Options | ($135,362) | ($154,064) | -13.82% | | ($134,459) | ($312,324) | -132.28% |

[1] Pollock's claimed Exchange Act loss is reduced by $1,894 to accurately calculate the post-class sale price of his October 14, 2022 transaction of 1,000 shares to the higher average 90-day lookback price of $7.9131 per share.

[2] Pollock's claimed Securities Act loss is reduced by $160,326 to properly account for his gains on sales of TuSimple common stock in the same amount.

[3] For purposes of showing the difference between Thomas's claimed and actual losses, this chart adopts the TuSimple Investor Group's representation that Thomas's June 30, 2022 transaction in 100 shares of TuSimple stock was a sale.

[4] Thomas's claimed Exchange Act loss is reduced by $502 when reducing the purchase price of his April 21, 2022 transaction of 100 shares from $16.41 per share to that day's trading price high of $11.39 per share.

[5] Thomas's claimed Securities Act loss is reduced by $502 when reducing the purchase price of his April 21, 2022 transaction of 100 shares from $16.41 per share to that day's trading price high of $11.39 per share. Thomas' claimed Securities Act loss is further reduced by $731 when accounting for his gain on sales of TuSimple common stock in the same amount.

