Kevin P. Muck (California SBN 120918)
  kevin.muck@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500, San Francisco, CA 94111
Tel: (628) 235-1000 / Fax: (628) 235-1001

William Paine, *pro hac vice*
  william.paine@wilmerhale.com
Robert Kingsley Smith, *pro hac vice*
  robert.smith@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street, Boston, MA 02109
Tel: (617) 526-6759

Elaine F. Harwell (California SBN 242551)
  elaine.harwell@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP
525 B Street, Suite 2200, San Diego, CA 92101
Tel: (619) 238-1900 / Fax: (619) 235-0398

*Attorneys for Defendant TuSimple Holdings, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC.; CHENG LU; PATRICK DILLON; XIAODI HOU; MO CHEN; JAMES MULLEN; MORGAN STANLEY & CO. LLC; CITIGROUP GLOBAL MARKETS INC.; J.P. MORGAN SECURITIES LLC; BOFA SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; COWEN AND COMPANY, LLC; NOMURA SECURITIES INTERNATIONAL, INC.; RBC CAPITAL MARKETS, LLC; NEEDHAM & COMPANY, LLC; OPPENHEIMER & CO. INC.; PIPER SANDLER & CO.; ROBERT W. BAIRD & CO. INCORPORATED; and VALUABLE CAPITAL LIMITED,<br><br>Defendants. | Case No.: 3:22-cv-01300-JES-MSB<br><br>**MOTION TO CONSOLIDATE**<br><br>Judge: Hon. James E. Simmons, Jr.<br>Courtroom: 4B<br><br>Date: May 10, 2023<br>Time: 9:00 a.m. |

- 1 -

PLEASE TAKE NOTICE that on May 10, 2023, or as soon thereafter as the matter may be heard in the courtroom of the Honorable James E. Simmons, Jr., of the Southern District of California, 221 West Broadway, Suite 5190, San Diego, CA 92101, defendant TuSimple Holdings, Inc. ("TuSimple" or the "Company") will and hereby does move this Court pursuant to Federal Rule of Civil Procedure 42 and the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), 15 U.S.C. § 78u-4(a)(3)(B)(ii), to consolidate the matter captioned *Dicker v. TuSimple Holdings, Inc. et al.*, No. 3:22-cv-01300-JES-MSB, with the related matter captioned *Woldanski v. TuSimple Holdings, Inc. et al.*, No. 3:23-cv-00282-JES-MSB, also pending before this Court. As discussed more fully in the accompanying Memorandum of Points and Authorities, this motion is made on the grounds that the matters involve common questions of law and fact, and that consolidation will promote the interests of efficiency and economy and avoid waste.

Dated: March 28, 2023                    Respectfully submitted,

/s/ Kevin P. Muck
Kevin P. Muck
WILMER CUTLER PICKERING
    HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111

William Paine
    *Pro hac vice*
Robert Kingsley Smith
    *Pro hac vice*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109

Elaine Harwell
PROCOPIO CORY
    HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101

*Attorneys for Defendant TuSimple Holdings, Inc.*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 28th day of March 2023, I electronically transmitted a copy of this document to the Clerk's office using the CM/ECF system, which will send a notice of filing to all counsel of record.

/s/ *Kevin P. Muck*
Kevin P. Muck

- 3 -

Case No.: 3:22-cv-01300-JES-MSB                    MOTION TO CONSOLIDATE