LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  *Colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, California 92130
858.720.8900 / 858.509.3691 (Fax)

[Additional Counsel Listed on Signature Page]

Attorneys for Defendants MORGAN STANLEY & CO. LLC, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., CREDIT SUISSE SECURITIES (USA) LLC, COWEN AND COMPANY, LLC, NOMURA SECURITIES INTERNATIONAL, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, OPPENHEIMER & CO, INC., PIPER SANDIER & CO., ROBERT W. BAIRD & CO. INCORPORATED, VALUABLE CAPITAL LIMITED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC.; CHENG LU; PATRICK DILLON; XIAODI HOU; MO CHEN; JAMES MULLEN; MORGAN STANLEY & CO. LLC; CITIGROUP GLOBAL MARKETS INC.; J.P. MORGAN SECURITIES LLC; BOFA SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; COWEN AND COMPANY, LLC; NOMURA SECURITIES INTERNATIONAL, INC.; RBC CAPITAL MARKETS, LLC; NEEDHAM & COMPANY, LLC; OPPENHEIMER & CO. INC.; PIPER SANDLER & CO.; ROBERT W. BAIRD & CO. INCORPORATED; and VALUABLE CAPITAL LIMITED<br><br>Defendants. | CASE NO. 3:22-cv-1300-JES-MSB<br><br>**UNDERWRITER DEFENDANTS' NOTICE OF JOINDER AND JOINDER IN DEFENDANT TUSIMPLE HOLDINGS, INC.'S MOTION TO CONSOLIDATE**<br><br>Judge: Hon. James E. Simmons, Jr.<br><br>Complaint Filed: August 31, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that Morgan Stanley & Co LLC, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, BofA Securities, Inc., Credit Suisse Securities (USA) LLC, TD Cowen, Nomura Securities International, Inc., RBC Capital Markets, LLC, Needham & Company, LLC, Oppenheimer & Co. Inc., Piper Sandler & Co, Robert W. Baird & Co. Inc., Valuable Capital Limited (together, the "Underwriter Defendants") hereby join TuSimple Holdings, Inc.'s Motion to Consolidate (ECF No. 74), the matter captioned *Dicker v. TuSimple Holdings, Inc.*, No. 3:22-cv-01300-JES-MSB, with the related matter captioned *Woldanski v. TuSimple Holdings, Inc.*, No. 3:23-cv-00282-JES-MSB, also pending before this Court pursuant to Federal Rule of Civil Procedure 42 and the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), 15 U.S.C. § 78u-4(a)(3)(B)(ii).

Underwriter Defendants join the Motion to Consolidate because the two actions are substantially the same and any minor differences between the two initial complaints will be resolved in the amended complaint that will be filed after consolidation and appointment of lead plaintiff. Further, consolidation promotes judicial efficiency and economy and would reduce inconvenience, confusion, delay, and expense.

Dated:  April 18, 2023

LATHAM & WATKINS LLP


By /s/ *Colleen C. Smith*
    Colleen C. Smith (Bar No. 231216)
    *Colleen.smith@lw.com*
    12670 High Bluff Drive
    San Diego, California 92130
    858.720.8900 / 858.509.3691 (Fax)

    Andrew Clubok (PHV)
    *andrew.clubok@lw.com*
    555 Eleventh Street, NW
    Washington, D.C. 20004
    202.637.2200 / 202.637.2201 (Fax)

    Attorneys for Defendants MORGAN STANLEY & CO. LLC, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., CREDIT SUISSE SECURITIES (USA) LLC, COWEN AND COMPANY, LLC, NOMURA SECURITIES INTERNATIONAL, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, OPPENHEIMER & CO, INC., PIPER SANDIER & CO., ROBERT W. BAIRD & CO. INCORPORATED, VALUABLE CAPITAL LIMITED