UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC., et al.,<br><br>Defendants. | Case No.: 22-cv-01300-BEN-MSB<br><br>**ORDER APPOINTING PLAINTIFF INDIANA PUBLIC RETIREMENT SYSTEM AS LEAD PLAINTIFF**<br><br>[ECF Nos. 25, 26, 27, 29, 30, 31, 32] |

This is a securities fraud class action. On July 20, 2023, this Court consolidated the instant case with *Woldanski v. TuSimple Holdings, Inc. et al*, No. 3:23-cv-00282-BEN-MSB. The Court identified Plaintiff Indiana Public Retirement System ("IPRS") as presumptive Lead Plaintiff. ECF No. 96. The Court allowed two movants, He Zhou Dao ("Dao") and a group consisting of Robert Miller and Michelle Poirer (the "Miller-Poirier group") to respond to IPRS's motion for appointment as Lead Plaintiff. *Id.* Both Dao and the Miller-Poirer group filed Notices of Non-Opposition. *See* ECF Nos. 97, 98.

The Court **GRANTS** Plaintiff IPRS's Motion for Appointment as Lead Plaintiff and approves his selection of Lead Counsel.[1] All other motions to appoint are **DENIED**. *See* ECF Nos. 25-27, 29-32.

## I. LEGAL STANDARD & DISCUSSION

The pertinent background of this case was discussed in this Court's previous Order. ECF No. 96. The Private Securities Litigation Reform Act ("PSLRA") provides a three-step process for identifying a Lead Plaintiff. These steps were analyzed in the previous Order and subsequent briefing. *See* ECF Nos. 96-98. Accordingly, the Court appoints IPRS as Lead Plaintiff in this matter.

After appointment, the Lead Plaintiff "shall, subject to the approval of the court, select and retain counsel to represent the class." 15 U.S.C. § 78u-4(a)(3)(B)(v). Courts generally accept the appointed Lead Plaintiff's choice of counsel unless appointment of different counsel is necessary to "protect the interests of the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II)(aa). The Court will defer to a "reasonable choice of counsel[.]" *Cohen v. U.S. Dist. Court of N. Dist. of Cal.*, 586 F.3d 703, 712 (9th Cir. 2009).

IPRS has already selected the firm Robbins Geller Rudman & Dowd LLP as Lead Counsel. The Court does not identify any cause for interference with IPRS's selection. Accordingly, the Court approves IPRS's selection of counsel and appoints Robbins Geller Rudman & Dowd LLP as Lead Counsel.

## II. CONCLUSION

For the reasons stated above, the Court ORDERS as follows:

---

[1] Plaintiff IPRS's Motion for Appointment as Lead Plaintiff is ECF No. 32 docketed in *Woldanski v. TuSimple Holdings, Inc. et al*, No. 3:23-cv-00282-BEN-MSB.

2

1. The Court **GRANTS** IPRS's Motion for Appointment as Lead Plaintiff.

2. The Court **APPOINTS** Robbins Geller Rudman & Dowd LLP as Lead Counsel.

3. The Court **DENIES** all other pending motions for appointment as Lead Plaintiff. ECF Nos. 25, 26, 27, 29, 30, 31, and 32.

4. Lead Counsel and counsel for Defendants shall submit a proposed schedule for filing an amended complaint and briefing on any motion to dismiss no later than **August 11, 2023**.

**IT IS SO ORDERED**.

Date: August 3, 2023

Hon. Judge Roger T. Benitez
United States District Court Judge