ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
LUCAS F. OLTS (234843)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff and the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:22-cv-01300-BEN-MSB (Consolidated) |
|---|---|
| Plaintiff, | CLASS ACTION |
| vs. | JOINT MOTION FOR ORDER ESTABLISHING SCHEDULE FOR FILING CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSES THERETO |
| TUSIMPLE HOLDINGS, INC., et al., | |
| Defendants. | |

Judge:  Hon. Roger T. Benitez
Courtroom:  5A
Hearing Date:  Not Set

4878-7104-4726.v2

Pursuant to the Court's August 3, 2023 Order Appointing Plaintiff Indiana Public Retirement System ("Lead Plaintiff") as Lead Plaintiff (ECF. No. 100), Lead Plaintiff and Defendants TuSimple Holdings, Inc., Cheng Lu, Patrick Dillon, Xiaodi Hou, Mo Chen, James Mullen, Morgan Stanley & Co. LLC, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, BofA Securities, Inc., Credit Suisse Securities (USA) LLC, TD Cowen, Nomura Securities International, Inc., RBC Capital Markets, LLC, Needman & Company, LLC, Oppenheimer & Co. Inc., Piper Sandler & Co., Robert W. Baird & Co. Incorporated, and Valuable Capital Limited (collectively, "Defendants," and together with Lead Plaintiff, the "Parties") hereby stipulate and agree, subject to the Court's approval, as follows:

1.      Lead Plaintiff shall file a consolidated complaint no later than October 2, 2023.  Defendants shall respond to the consolidated complaint no later than November 21, 2023.  If Defendants move to dismiss the consolidated complaint, Lead Plaintiff shall oppose the motion(s) no later than January 10, 2024 and Defendants shall reply to that opposition no later than February 9, 2024.  The Court will inform the Parties whether a hearing on the motion(s) to dismiss is necessary.

For good cause and based on the Parties' stipulation, the Parties jointly move the Court to enter the accompanying [Proposed] Order.

DATED:  August 11, 2023

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
LUCAS F. OLTS
HEATHER G. GEIGER
STEPHEN JOHNSON

s/ Heather G. Geiger
HEATHER G. GEIGER

- 1 -                3:22-cv-01300-BEN-MSB
(Consolidated)

4878-7104-4726.v2

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff and the Class

KAHN SWICK & FOTI, LLP
RAMZI ABADOU
580 California Street, Suite 1200
San Francisco, CA  94104
Telephone:  866/467-1400
ramzi.abadou@ksfcounsel.com

Counsel for Robert Miller

DATED:  August 11, 2023

WILMER CUTLER PICKERING HALE AND DORR LLP

s/ Kevin P. Muck
KEVIN P. MUCK

KEVIN P. MUCK
Kevin.Muck@wilmerhale.com
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Fax: (628) 235-1001

WILMER CUTLER PICKERING HALE AND DORR LLP
WILLIAM H. PAINE
ROBERT K. SMITH
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

PROCOPIO CORY HARGREAVES & SAVITCH LLP
ELAINE HARWELL
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619-238-1900
Fax: 619-235-039

- 2 -                3:22-cv-01300-BEN-MSB
(Consolidated)

4878-7104-4726.v2

*Counsel for Defendant TuSimple Holdings, Inc.*

DATED:  August 11, 2023        LATHAM & WATKINS LLP


                                              s/ Colleen C. Smith
                                          COLLEEN C. SMITH

                              COLLEEN C. SMITH (SBN #231216)
                              12670 High Bluff Drive
                              San Diego, CA 92130

                              *Counsel for Defendants Morgan Stanley &*
                              *Co. LLC; Citigroup Global Markets Inc.;*
                              *J.P. Morgan Securities LLC; BofA*
                              *Securities, Inc.; Credit Suisse Securities*
                              *(USA) LLC; TD Cowen; Nomura Securities*
                              *International, Inc.; RBC Capital Markets,*
                              *LLC; Needham & Company, LLC;*
                              *Oppenheimer & Co. Inc.; Piper Sandler &*
                              *Co.; Robert W. Baird & Co. Incorporated;*
                              *and Valuable Capital Limited*

DATED:  August 11, 2023        GOODWIN PROCTER LLP


                                          s/ Jonathan Acker Shapiro
                                       JONATHAN ACKER SHAPIRO

                              JONATHAN ACKER SHAPIRO
                              Three Embarcadero Center
                              Suite 2800
                              San Francisco, CA 94111
                              415-733-6202

                              GOODWIN PROCTER LLP
                              NICOLE KIM
                              601 South Figueroa Street
                              Floor 41
                              Los Angeles, CA 90017
                              213-416-2500
                              Fax: 213-623-1673

                              *Counsel for Defendant Cheng Lu*

DATED:  August 11, 2023        MORRISON & FOERSTER LLP

                                              s/ Jordan Eth
                                          JORDAN ETH

- 3 -                3:22-cv-01300-BEN-MSB
                                                    (Consolidated)

4878-7104-4726.v2

JORDAN ETH
425 Market Street
San Francisco, CA 94105
415-268-7126

*Counsel for Defendant Patrick Dillon*

DATED:  August 11, 2023      QUINN EMANUEL URQUHART & SULLIVAN


                             s/ R. Brian Timmons
                             R. BRIAN TIMMONS

                             R. BRIAN TIMMONS
                             JOSEPH CALDWELL SARLES
                             865 South Figueroa Street
                             10th Floor
                             Los Angeles, CA 90017
                             213-443-3000 x3888
                             Fax: 213-443-3100

                             *Counsel for Defendant Xiaodi Hou*

DATED:  August 11, 2023      K&L GATES LLP


                             s/ Jason Nathaniel Haycock
                             JASON NATHANIEL HAYCOCK

                             JASON NATHANIEL HAYCOCK
                             Four Embarcadero Center
                             Suite 1200
                             San Francisco, CA 94111
                             415-882-8200

                             *Counsel for Defendant James Mullen*

4878-7104-4726.v2

SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiff and counsel for Defendants, and that I have obtained their authorizations to affix their electronic signatures to this document.

DATED: August 11, 2023

s/ Heather G. Geiger
HEATHER G. GEIGER

4878-7104-4726.v2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on August 11, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ Heather G. Geiger
HEATHER G. GEIGER

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  hgeiger@rgrdlaw.com

3:22-cv-01300-BEN-MSB
(Consolidated)

4878-7104-4726.v2

**Mailing Information for a Case 3:22-cv-01300-BEN-MSB Dicker v. TuSimple Holdings, Inc. et al**

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,Ashley.Errington@ksfcounsel.com

- **Adam Marc Apton**
  aapton@zlk.com

- **Alexander Louis Burns**
  alexander.burns@ksfcounsel.com

- **Rachele R Byrd**
  byrd@whafh.com,fileclerk@whafh.com

- **Andrew Brian Clubok**
  andrew.clubok@lw.com

- **Jordan David Eth**
  jeth@mofo.com,jordan-eth-3756@ecf.pacerpro.com

- **James Thomas Fetter**
  james.fetter@ksfcounsel.com

- **Heather Geiger**
  hschlesier@rgrdlaw.com,HSchlesier@ecf.courtdrive.com,E_File_SD@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com

- **Lucas E. Gilmore**
  lucasg@hbsslaw.com,sf_filings@hbsslaw.com

- **Elaine F. Harwell**
  elaine.harwell@procopio.com,calendaring@procopio.com,emily.brosky@procopio.com

- **Jason Nathaniel Haycock**
  jason.haycock@klgates.com,lianne.jitodai@klgates.com

- **Nicole Kim**
  nicolekim@goodwinlaw.com

- **Kevin P. Muck**
  kevin.muck@wilmerhale.com,whdocketing@wilmerhale.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Lucas F. Olts**
  lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com,lolts@ecf.courtdrive.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,tsayre@pomlaw.com,egoodman@pomlaw.com,tprzybylowski@pomlaw.com,jlopiano@pomlaw.com,disaacson@pomlaw.c

- **William Paine**
  william.paine@wilmerhale.com

- **Alexandra Pratt**
  alexandra.pratt@ksfcounsel.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com,bmurray@glancylaw.com

- **Sophia Marie Rios**
  srios@bm.net,jgionnette@bm.net

- **Darren Jay Robbins**
  darrenr@rgrdlaw.com,E_File_SD@rgrdlaw.com,dmyers@rgrdlaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,lrosen@ecf.courtdrive.com,pkim@rosenlegal.com

- **Joseph Caldwell Sarles**
  josephsarles@quinnemanuel.com,andreallamas@quinnemanuel.com

- **Jonathan Acker Shapiro**
  JShapiro@goodwinlaw.com,SCRobinson@goodwinlaw.com

- **Colleen Carlton Smith**
  colleen.smith@lw.com,#ocecf@lw.com,colleen-c-smith-7786@ecf.pacerpro.com

- **Robert Kingsley Smith**
  robert.smith@wilmerhale.com

- **R. Brian Timmons**
  briantimmons@quinnemanuel.com,albertvillamil@quinnemanuel.com,calendar@quinnemanuel.com,brian-timmons-2774@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Elton            Joe Kendall
Provost Umphrey Law Firm, LLP
3232 Mckinney Avenue, Suite 700
Dallas, TX 75204

David            Avi Rosenfeld
Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road
Suite 200
Melville, NY 11747
```