Kevin P. Muck (California SBN 120918)
  kevin.muck@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500, San Francisco, CA 94111
Tel: (628) 235-1000 / Fax: (628) 235-1001

William Paine, *pro hac vice*
  william.paine@wilmerhale.com
Robert Kingsley Smith, *pro hac vice*
  robert.smith@wilmerhale.com
Sonia Sujanani, *pro hac vice*
  sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street, Boston, MA 02109
Tel: (617) 526-6759

Elaine F. Harwell (California SBN 242551)
  elaine.harwell@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP
525 B Street, Suite 2200, San Diego, CA 92101
Tel: (619) 238-1900 / Fax: (619) 235-0398

*Attorneys for Defendant TuSimple Holdings, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, INDIANA PUBLIC RETIREMENT SYSTEM, ROBERT MILLER, MICHELLE POIRIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC., GUOWEI "CHARLES" CHAO, XIAODI HOU, MO CHEN, BONNIE YI ZHANG, CHENG LU, PATRICK DILLON, BRAD BUSS, KAREN C. FRANCIS, MORGAN STANLEY & CO. LLC, CITIGROUP GLOBAL MARKETS, INC., J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., COWEN AND COMPANY, LLC, CREDIT SUISSE SECURITIES (USA) LLC, NOMURA SECURITIES INTERNATIONAL, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, OPPENHEIMER & CO., INC., PIPER | Case No.: 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB)<br><br>**DECLARATION OF ROBERT KINGSLEY SMITH IN SUPPORT OF TUSIMPLE'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR MOTION TO DISMISS BRIEFING**<br><br>Judge: Hon. Roger T. Benitez<br><br>Date: January 8, 2023<br>Time: 10:30 am PT |

- 1 -

Case No. 3:22-cv-01300                    DECLARATION OF ROBERT KINGSLEY SMITH

SANDLER & CO., ROBERT W.
BAIRD & CO. INCORPORATED, and
VALUABLE CAPITAL LIMITED,

Defendants.

I, Robert Kingsley Smith, hereby declare under penalty of perjury as follows:

1.      I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant TuSimple Holdings Inc ("TuSimple").

2.      I am a member in good standing of the State Bar of Massachusetts, and I have been admitted *pro hac vice* to represent TuSimple in this litigation.

3.      I am over the age of eighteen and have personal knowledge of and am competent to testify about the factual matters asserted herein.  If called as a witness, I could and would competently testify thereto.

4.      I submit this Declaration in support of TuSimple's Motion for Leave to Exceed Page Limitations for Motion to Dismiss Briefing ("Motion to Exceed Page Limits").

5.      On October 31, 2023, Defendants moved to extend the briefing schedule for their anticipated motions to dismiss the Amended Complaint after Plaintiffs refused to agree to the motion to extend the briefing schedule unless Defendants made representations entirely unrelated to the request for an extension. The Court subsequently extended the deadline to December 8, 2023.

6.      TuSimple waited to request a specific number of additional pages for its brief until it had a clear sense of how many pages it would need, and after making extensive good faith efforts to shorten its anticipated brief as much as possible. TuSimple also needed time to get consent from other Defendants to make an overall proposal, each of whom needed to make their own determination regarding the number of pages they would need to make arguments that are not common to all Defendants.

- 2 -

7.    On November 28, 2023, in a telephone meet and confer on a different issue, I requested that Plaintiffs meet and confer on page limits for Defendants' anticipated motions to dismiss.  Plaintiffs refused to enter into a discussion about page limits and instructed TuSimple to make the request by email, assuring me that Plaintiffs would be "reasonable."

8.    On November 29, 2023 and November 30, 2023, the parties exchanged proposals by email, as instructed by Plaintiffs.  TuSimple's proposal set forth proposed page limits for TuSimple and the other Defendants, except two who have not been served.  Plaintiffs' counterproposal provided for 150 total pages of opening briefs in support of Defendants' anticipated motions to dismiss, only 35 pages of which were for TuSimple.

9.    On December 1, 2023, TuSimple sent back a modified proposal on behalf of itself and the other Defendants except the two who have not been served, consisting of a total of 115 total pages for twenty Defendants, allocated as follows:

a.   Up to fifty (50) pages for TuSimple's opening brief, fifty (50) pages total for the six Individual Defendants' opening briefs collectively, and up to fifteen (15) pages for the thirteen Underwriter Defendants' opening brief;

b.   Up to seventy-five (75) pages for Plaintiffs' omnibus opposition; and

c.   Up to twenty-five (25) pages for TuSimple's reply, ten (10) pages for each Individual Defendant's reply, and ten (10) pages for the Underwriter Defendants' reply.

10.    On the same day, Plaintiffs rejected TuSimple's proposal, indicating they would agree to only 40 pages for TuSimple's opening brief and 10 pages for its reply, despite acknowledging that Plaintiffs' proposal for TuSimple's opening brief was "only a few pages less" than TuSimple's proposal.

- 3 -

Case No. 3:22-cv-01300                    DECLARATION OF ROBERT KINGSLEY SMITH

11.    Plaintiffs' counsel also refused to consent to a motion to shorten time for their response to TuSimple's Motion to Exceed Page Limits, ostensibly because TuSimple had waited until November 28, 2023 to discuss page limits and made the request for Plaintiffs to consent to a motion to shorten time for Plaintiffs' response to TuSimple's Motion to Exceed Page Limits on a Friday afternoon.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Boston, Massachusetts this 1st day of December, 2023.

*/s/ Robert Kingsley Smith*
Robert Kingsley Smith

- 4 -

Case No. 3:22-cv-01300          DECLARATION OF ROBERT KINGSLEY SMITH