LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, California 92130
858.720.8900 / 858.509.3691 (Fax)

  Andrew Clubok (Pro Hac Vice)
  *andrew.clubok@lw.com*
  555 Eleventh Street, NW
  Washington, D.C. 20004
  202.637.2200 / 202.637.2201 (Fax)

*Attorneys for Defendants Morgan Stanley & Co. LLC, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, BofA Securities, Inc., Credit Suisse Securities (USA) LLC, TD Cowen, Nomura Securities International, Inc., RBC Capital Markets, LLC, Needham & Company, LLC, Oppenheimer & Co, Inc., Piper Sandler & Co., Robert W. Baird & Co. Incorporated, and Valuable Capital Limited*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC.; CHENG LU; PATRICK DILLON; XIAODI HOU; MO CHEN; JAMES MULLEN; MORGAN STANLEY & CO. LLC; CITIGROUP GLOBAL MARKETS INC.; J.P. MORGAN SECURITIES LLC; BOFA SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; TD COWEN; NOMURA SECURITIES INTERNATIONAL, INC.; RBC CAPITAL MARKETS, LLC; NEEDHAM & COMPANY, LLC; OPPENHEIMER & CO. INC.; PIPER SANDLER & CO.; ROBERT W. BAIRD & CO. INCORPORATED; and VALUABLE CAPITAL LIMITED<br><br>Defendants. | CASE NO. 3:22-cv-1300-BEN-MSB<br><br>**UNDERWRITER DEFENDANTS' NOTICE OF MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**Special Briefing Schedule Ordered**<br><br>Judge: Hon. Roger T. Benitez<br><br>Hearing Date:  March 18, 2024<br>Time:  10:30 am<br><br>Complaint Filed:  August 31, 2022 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

UNDERWRITER DEFS.' NOTICE OF MOTION TO
DISMISS CLASS ACTION COMPLAINT
Case No. 3:22-cv-1300-BEN-MSB

**<u>NOTICE OF MOTION AND MOTION TO DISMISS AND JOINDER</u>**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 18, 2024, at 10:30 a.m., or as soon thereafter as the parties may be heard before the Honorable Roger T. Benitez, District Judge, United States District Court for the Southern District of California, in the Edward J. Schwartz United States Courthouse, Courtroom 5A, 221 West Broadway, San Diego, CA 92101, Defendants Morgan Stanley & Co. LLC, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, BofA Securities, Inc., Credit Suisse Securities (USA) LLC, TD Cowen, Nomura Securities International, Inc., RBC Capital Markets, LLC, Needham & Company, LLC, Oppenheimer & Co, Inc., Piper Sandler & Co., Robert W. Baird & Co. Incorporated, and Valuable Capital Limited (together, "Underwriter Defendants") will, and hereby do, move to dismiss the Plaintiffs Austin Dicker, Indiana Public Retirement System, Robert Miller, and Michelle Poirier's (collectively, "Plaintiffs") Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("Complaint" or "Compl.") against TuSimple Holdings, Inc. ("TuSimple" or the "Company"), and Guowei "Charles" Chao, Xiaodi Hou, Mo Chen, Bonnie Yi Zhang, Cheng Lu, Patrick Dillon, Brad Buss, and Karen C. Francis (the "Individual Defendants"), and Underwriter Defendants (together with TuSimple and the Individual Defendants, "Defendants") pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6) on grounds that the Complaint fails to state a claim upon which relief can be granted. Underwriter Defendants also join the Background, Part I.A, and Part II.A.6 of TuSimple's Motion to Dismiss.

This Motion is based on this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Points and Authorities, TuSimple's Memorandum of Points and Authorities in Support of its Motion to Dismiss the Complaint, all

pleadings and papers in this action, other evidence that may be presented prior to the Court's decision on this Motion, and any oral argument of counsel.

Dated: December 8, 2023

Respectfully submitted,

LATHAM & WATKINS LLP

By */s/ Colleen C. Smith*
Colleen C. Smith (Bar No. 231216)
*colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, California 92130
858.720.8900 / 858.509.3691 (Fax)

Andrew Clubok (PHV)
*andrew.clubok@lw.com*
555 Eleventh Street, NW
Washington, D.C. 20004
202.637.2200 / 202.637.2201 (Fax)

*Attorneys for Defendants Morgan Stanley & Co. LLC, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, BofA Securities, Inc., Credit Suisse Securities (USA) LLC, TD Cowen, Nomura Securities International, Inc., RBC Capital Markets, LLC, Needham & Company, LLC, Oppenheimer & Co, Inc., Piper Sandler & Co., Robert W. Baird & Co. Incorporated, and Valuable Capital Limited*