Michael R. Smith (*pro hac vice*)
mrsmith@kslaw.com
Peter M. Starr (*pro hac vice*)
pstarr@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree St. NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

Blake Zollar (SBN 268913)
blake@kzllp.com
**KONING ZOLLAR LLP**
169 Saxony Road, Suite 115
Encinitas, CA 92024
Telephone:   (858) 252-3234

[Additional counsel on signature page]

*Attorneys for Defendants Brad Buss and Karen C. Francis*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, INDIANA PUBLIC RETIREMENT SYSTEM, ROBERT MILLER, MICHELLE POIRIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC., GUOWEI "CHARLES" CHAO, XIAODI HOU, MO CHEN, BONNIE YI ZHANG, CHENG LU, PATRICK DILLON, BRAD BUSS, KAREN C. FRANCIS, MORGAN STANLEY & CO. LLC, CITIGROUP GLOBAL MARKETS, INC., J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., COWEN AND COMPANY, LLC, CREDIT SUISSE SECURITIES (USA) LLC, NOMURA SECURITIES INTERNATIONAL, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, OPPENHEIMER & CO., INC., PIPER SANDLER & CO., ROBERT W. BAIRD & CO. INCORPORATED, and VALUABLE CAPITAL LIMITED,<br><br>Defendants. | Case No.: 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB)<br><br>**DEFENDANTS BUSS' AND FRANCIS' NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>Special Briefing Schedule Ordered<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A<br>Date: March 18, 2024<br>Time: 10:30 AM<br><br>Filed concurrently with Memorandum of Points and Authorities |

---

PLEASE TAKE NOTICE that on March 18, 2023, or as soon thereafter as the matter may be heard in the courtroom of the Honorable Roger T. Benitez, Courtroom 5A of the Southern District of California, 221 West Broadway, Suite 5190, San Diego, CA 92101, Defendants Brad Buss and Karen C. Francis will and hereby do move this Court pursuant to Rules 8, 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq.*, for an order dismissing Plaintiffs' Consolidated Class Action Complaint ("CAC"). This Motion is based on the grounds that: (1) the CAC fails to adequately plead any actionable false or misleading statement; (2) the CAC fails to plead facts showing that Defendants were under a duty to disclose any allegedly concealed facts; (3) the CAC fails to state a claim under Section 12 of the Securities Act of 1933; (4) the CAC does not state a claim for "control person" liability because it does not plead a primary violation nor that Defendants Buss or Francis were controlling persons of TuSimple; and (5) the CAC fails to state a claim under Section 10(b) of the Securities Exchange Act of 1934 because it does not plead that Buss was the maker of any challenged statement nor does it raise the required "strong inference" that he acted with scienter, as required by 15 U.S.C. § 78u-4(b)(2).

PLEASE TAKE FURTHER NOTICE that Mr. Buss and Ms. Francis join in, adopt, and incorporate by reference certain sections of Defendant TuSimple's Motion to Dismiss, as explained in the accompanying Memorandum of Points and Authorities (including the Introduction, Factual Background, and Argument Sections I, II.B, III.A, III.C-D, and V of TuSimple's Memorandum submitted in support of its Motion to Dismiss), but make this separate submission to set forth additional reasons that Plaintiffs' claims against them must be dismissed.

The Motion is based upon this Notice and Motion; the accompanying Memorandum of Points and Authorities, TuSimple's Motion to Dismiss and

Memorandum of Points and Authorities; the Declaration of William Paine in support thereof, and the Exhibits attached thereto; all pleadings, papers, and other materials in the Court's file for this action; any matters of which this Court may take judicial notice; and any evidence or oral argument offered at the hearing on this Motion.

Dated:  December 8, 2023                    Respectfully submitted,

                                            /s/ Blake Zollar
                                            BLAKE ZOLLAR (SBN 268913)
                                            blake@kzllp.com
                                            **KONING ZOLLAR LLP**
                                            169 Saxony Road, Suite 115
                                            Encinitas, CA 92024
                                            Telephone:      (858) 252-3234
                                            Facsimile       (858) 252-3238

                                            JAMIE A. LANG (SBN 253769)
                                            jlang@kslaw.com
                                            **KING & SPALDING LLP**
                                            633 West Fifth Street
                                            Suite 1600
                                            Los Angeles, CA 90071
                                            Telephone:      (213) 443-4355
                                            Facsimile:      (213) 443-4310

                                            MICHAEL R. SMITH, *pro hac vice*
                                            mrsmith@kslaw.com
                                            PETER M. STARR, *pro hac vice*
                                            pstarr@kslaw.com
                                            **KING & SPALDING LLP**
                                            1180 Peachtree Street NE, Suite 1600
                                            Atlanta, GA 30309
                                            Telephone:      (404) 572-4600
                                            Facsimile:      (404) 572-5100

                                            *Attorneys for Defendants Brad W. Buss and Karen C. Francis*