JONATHAN A SHAPIRO (SBN 257199)
*JShapiro@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2800
San Francisco, California  94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

ROBERT M. TIEFENBRUN (SBN 310975)
*RTiefenbrun@goodwinlaw.com*
NICOLE J. KIM (SBN 324698)
*NicoleKim@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

*Attorneys for Defendant Cheng Lu*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, INDIANA PUBLIC RETIREMENT SYSTEM, ROBERT MILLER, MICHELLE POIRIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC., GUOWEI "CHARLES" CHAO, XIAODI HOU, MO CHEN, BONNIE YI ZHANG, CHENG LU, PATRICK DILLON, BRAD BUSS, KAREN C. FRANCIS, MORGAN STANLEY & CO. LLC, CITIGROUP GLOBAL MARKETS, INC., J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., COWEN AND COMPANY, LLC, CREDIT SUISSE SECURITIES (USA) LLC, NOMURA SECURITIES INTERNATIONAL, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, OPPENHEIMER & CO., INC., PIPER SANDLER & CO., ROBERT W. BAIRD & CO. INCORPORATED, and VALUABLE CAPITAL LIMITED,<br><br>Defendants. | Case No.: 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB)<br><br>**CHENG LU'S NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:      March 18, 2024<br>Time:      10:30 a.m.<br>Courtroom: 5-A (5th Fl.)<br>Judge:     Hon. Roger T. Benitez<br>             221 West Broadway<br>             San Diego, CA 92101 |

C. LU'S MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

3:22-CV-01300-BEN-MSB

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT ON March 18, 2024, at 10:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Roger T. Benitez, of the Southern District of California, 221 West Broadway, Suite 5190, San Diego, CA 92101, Defendant Cheng Lu ("Mr. Lu") will and hereby does move this Court pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*, for an order dismissing Plaintiffs' Consolidated Class Action Complaint ("CAC").

This Motion is based upon the Memorandum of Points and Authorities filed and served by TuSimple Holdings, Inc. on the date hereof, Mr. Lu's Memorandum of Points and Authorities filed and served herewith, upon the papers, records and pleadings on file herein, any matters of which this Court may or must take judicial notice, and upon such other or further material as may be presented at or before the hearing on the Motion.

Dated:  December 8, 2023          Respectfully submitted,

*/s/ Jonathan A Shapiro*
JONATHAN A SHAPIRO (SBN 257199)
*JShapiro@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2800
San Francisco, California  94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

ROBERT M. TIEFENBRUN (SBN 310975)
*RTiefenbrun@goodwinlaw.com*
NICOLE J. KIM (SBN 324698)
*NicoleKim@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

*Attorneys for defendant Cheng Lu*