Kevin P. Muck (California SBN 120918)
    kevin.muck@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500, San Francisco, CA 94111
Tel: (628) 235-1000 / Fax: (628) 235-1001

William Paine, *pro hac vice*
    william.paine@wilmerhale.com
Robert Kingsley Smith, *pro hac vice*
    robert.smith@wilmerhale.com
Sonia Sujanani, *pro hac vice*
    sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street, Boston, MA 02109
Tel: (617) 526-6759

Elaine F. Harwell (California SBN 242551)
    elaine.harwell@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP
525 B Street, Suite 2200, San Diego, CA 92101
Tel: (619) 238-1900 / Fax: (619) 235-0398

*Attorneys for Defendant TuSimple Holdings, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, INDIANA PUBLIC RETIREMENT SYSTEM, ROBERT MILLER, MICHELLE POIRIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC., GUOWEI "CHARLES" CHAO, XIAODI HOU, MO CHEN, BONNIE YI ZHANG, CHENG LU, PATRICK DILLON, BRAD BUSS, KAREN C. FRANCIS, MORGAN STANLEY & CO. LLC, CITIGROUP GLOBAL MARKETS, INC., J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., COWEN AND COMPANY, LLC, CREDIT SUISSE SECURITIES (USA) LLC, NOMURA SECURITIES INTERNATIONAL, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, | Case No.: 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A<br><br>Date: March 18, 2024<br>Time: 10:30am |

- 1 -

OPPENHEIMER & CO., INC., PIPER SANDLER & CO., ROBERT W. BAIRD & CO. INCORPORATED, and VALUABLE CAPITAL LIMITED,

Defendants.

PLEASE TAKE NOTICE that on March 18, 2024, or as soon thereafter as the matter may be heard in the courtroom of the Honorable Roger T. Benitez, of the Southern District of California, 221 West Broadway, Suite 5135, San Diego, CA 92101, Defendant TuSimple Holdings, Inc. ("TuSimple" or the "Company") will and hereby does move this Court pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq*., for an order dismissing the Consolidated Class Action Complaint.

The Motion is based upon this Notice and Motion; the accompanying Memorandum of Points and Authorities, the Declaration of William Paine in support thereof, and the exhibits attached thereto; all pleadings, papers, and other materials in the Court's file for this action; any matters of which this Court may or must take judicial notice; and any evidence or oral argument offered at the hearing on this Motion.

Dated: December 8, 2023          Respectfully submitted,

                                 */s/ William Paine*

                                 Kevin P. Muck
                                 WILMER CUTLER PICKERING
                                    HALE AND DORR LLP
                                 One Front Street, Suite 3500
                                 San Francisco, CA 94111

                                 William Paine
                                    *Pro hac vice*
                                 Robert Kingsley Smith
                                    *Pro hac vice*

- 2 -

Sonia Sujanani
*Pro hac vice*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109

Elaine Harwell
PROCOPIO CORY
   HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101

*Attorneys for Defendant TuSimple Holdings, Inc.*

- 3 -

Case No.: 3:22-cv-01300-BEN-MSB          NOTICE OF MOTION & MOTION TO DISMISS