427

# EXHIBIT Q

427

# TuSimple Co-Founder Mo Chen Launches Hydron, Producing Hydrogen-Powered Autonomous-Ready, Freight Trucks



NEWS PROVIDED BY

**Hydron** ➞
10 Jun, 2022, 08:05 ET

LOS ANGELES, June 10, 2022 /PRNewswire/ -- Mo Chen, Co-Founder of San Diego-based autonomous driving company TuSimple (Nasdaq: TSP), has started a new company, Hydron, committed to developing, manufacturing, and selling hydrogen-powered trucks equipped with L4 autonomous driving technology. Chen is set on transforming long-haul freight transportation through hydrogen-powered autonomous trucks making trucking safer, cleaner, and more efficient, minimizing the carbon footprint of class 8 heavy-duty trucks globally.

Continue Reading

⌄



Ex428



Southern California-based Hydron focuses on developing, manufacturing, and selling hydrogen fuel-cell-powered autonomous-ready class-8 trucks and intends to provide hydrogen refueling infrastructure for large fleets and leading carriers in the future.

Chen, a Canadian entrepreneur, co-founded self-driving technology company TuSimple with business partner Xiaodi Hou in 2015. Tusimple quickly attracted the attention of global logistics giant UPS, who invested in the company back in 2019 before TuSimple went public through a traditional IPO raising $1.3 billion in total funding. In December of 2021, TuSimple cemented its status as the leader in the development of AI-powered autonomous driving software by becoming the first and only company to successfully operate long-haul heavy-duty trucks autonomously on open public roads without a human in the vehicle and without remote intervention.

"The path to commercializing autonomous vehicles requires the complex integration of both hardware and software," said Mo Chen, Chief Executive Officer at Hydron. "The biggest challenge in bringing autonomous driving to the

market at scale is not software development, but access to reliable mass production hardware, and now with Hydron, we will be able to provide automotive-grade hardware specifically for autonomous networks."

Hydron plans to become a leading provider of hydrogen-powered autonomous trucks and refueling infrastructure through partnerships to become a complete solution provider for autonomous driving companies, commercial fleets, and leading carriers. Hydron also plans to collaborate with partners to build a manufacturing facility in North America to better meet the U.S. supply chain challenges. The first generation of Hydron trucks is expected to enter mass production in Q3 of 2024, with a complete set of sensors, computing units, and redundant actuators to meet L4 autonomous driving requirements.

Hydron is a privately held independent company and is not affiliated with TuSimple.

**About Hydron**

Hydron, Inc. is a Southern California-based company committed to the development, manufacturing, and sales of purpose-built autonomous ready trucks powered by hydrogen fuel cells. Hydron aims to become the leading provider of hydrogen-powered autonomous trucks and refueling infrastructure and will focus on the North American, European, and Middle Eastern markets.

SOURCE Hydron



# PRN Top Stories Newsletters

Sign up to get PRN's top stories and curated news delivered to your inbox weekly!

Enter Your Email

Select Country

**Submit**

By signing up you agree to receive content from us.
Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.

Ex. Q
431

Ex 132