# EXHIBIT W

450

companies:**7,925**   total market cap: **$93.700 T**                                    Sign in

Company name, ticker...   🔍

Advertisement: Get **API access** to over 150,000 stocks and ETFs



TuSimple  ☆

TSP

**#6452**

Rank

**$0.21 B**

Marketcap

🇺🇸 USA

Country

**$0.94**

Share price

**9.87%**

Change (1 day)

**-58.44%**

Change (1 year)

👨🏻‍💻 Software    👨🏻‍💻 Tech    😈 Autonomous driving    🦾 AI

Categories

| Market cap | Revenue | Earnings | More ▾ |
| --- | --- | --- | --- |

# Market capitalization of TuSimple (TSP)

## Market cap: $0.21 Billion

As of December 2023 **TuSimple** has a market cap of **$0.21 Billion**. This makes TuSimple the world's **6452th** most valuable company by market cap according to our data. The market capitalization, commonly called market cap, is the total market value of a publicly traded company's outstanding shares and is commonly used to measure how much a company is worth.

# Market cap history of TuSimple from 2021 to 2023

Ex. W

451



## End of year Market Cap

| Year | Market cap | Change |
|------|-----------|--------|
| 2023 | $0.21 B | -41.93% |
| 2022 | $0.37 B | -95.15% |
| 2021 | $7.63 B | |

# End of Day market cap according to different sources

On **Nov 30th, 2023** the market cap of TuSimple was reported to be:

| | |
|---|---|
| **$0.19 Billion**<br>by Yahoo Finance 🛈 | **$0.19 Billion**<br>by CompaniesMarketCap 🛈 |
| **$0.17 Billion** | **$0.19 Billion** |

Ex. W
452

## What is the market capitalization of a company?

The market capitalization sometimes referred as Marketcap, is the value of a publicly listed company.
In most cases it can be easily calculated by multiplying the share price with the amount of outstanding shares.

## DISCLAIMER

CompaniesMarketCap is not associated in any way with CoinMarketCap.com
Stock prices are delayed, the delay can range from a few minutes to several hours. Company logos are from the CompaniesLogo.com logo database and belong to their respective copyright holders. Companies Marketcap displays them for editorial purposes only.

## Contact

For inquiries or if you want to report a problem write to hello@8marketcap.com

## Links

- Privacy policy

- Terms and conditions

- API



© 2023 CompaniesMarketcap.com

Ex. W
453