# EXHIBIT X

454

# Levels of Automation

**Level 0**

**Momentary Driver Assistance**

You drive, you monitor.



Driver is fully responsible for driving the vehicle while system provides momentary driving assistance, like warnings and alerts, or emergency safety interventions.

**Level 1**

**Driver Assistance**

You drive, you monitor.



Driver is fully responsible for driving the vehicle while system provides continuous assistance with either acceleration/braking OR steering.

**Level 2**

**Additional Driver Assistance**

You drive, you monitor.



Driver is fully responsible for driving the vehicle while system provides continuous assistance with both acceleration/braking AND steering.

**Level 3**

**Conditional Automation**

System drives, you must be available to take over upon request.



System handles all aspects of driving while driver remains available to take over driving if system can no longer operate.

**Level 4**

**High Automation**

When engaged, system drives, you ride.



When engaged, system is fully responsible for driving tasks within limited service areas. A human driver is not needed to operate the vehicle.

**Level 5**

**Full Automation**

When engaged, system drives, you ride.



When engaged, system is fully responsible for driving tasks under all conditions and on all roadways. A human driver is not needed to operate the vehicle.

Ex. X
455

