HOGAN LOVELLS US LLP
Jordan D. Teti (CA SBN: 284714)
Stephanie Sandoval (CA SBN: 347345)
1999 Ave. of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
jordan.teti@hoganlovells.com
stephanie.sandoval@hoganlovells.com

Jon M. Talotta (*pro hac vice forthcoming*)
Samuel Yergin (*pro hac vice forthcoming*)
8350 Broad Street, 17th Floor
Tysons, VA 22102
Telephone:   (703) 610-6100
Facsimile:    (703) 610-6200
jon.talotta@hoganlovells.com
samuel.yergin@hoganlovells.com

Shannon Zhang (*pro hac vice forthcoming*)
390 Madison Avenue
New York, NY 10017
Telephone:   (212) 918-3000
Facsimile:    (213) 918-3100
shannon.zhang@hoganlovells.com

Attorneys for Defendant
Mo Chen

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, INDIANA PUBLIC RETIREMENT SYSTEM, ROBERT MILLER, MICHELLE POIRIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC., et al. | Case No.: 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB)<br><br>Hon. Roger T. Benitez<br><br>**DEFENDANT MO CHEN'S NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

MO CHEN'S MOT. TO DISMISS

CASE NO.
3:22-CV-01300-BEN-MSB

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 18, 2024, at 10:30 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Roger T. Benitez, of the U.S. District Court for the Southern District of California, 221 West Broadway, Suite 5190, San Diego, CA 92101, Defendant Mo Chen ("Chen") will and hereby does move this Court pursuant to Rules 8, 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, et seq., for an order dismissing plaintiffs' Consolidated Class Action Complaint ("CAC") with prejudice.

The Motion is based upon this Notice and Motion; the accompanying Memorandum of Points and Authorities; TuSimple Holdings, Inc.'s Motion to Dismiss filed in this Court on this date (the "TSP Motion to Dismiss"); the Memorandum of Points and Authorities in support of the TSP Motion to Dismiss; TuSimple Holdings, Inc.'s Request for Judicial Notice in support of the TSP Motion to Dismiss and the Exhibits referenced in that Request for Judicial Notice and supporting Declaration; Declarations and exhibits thereto submitted by TuSimple Holdings, Inc. in support of the TSP Motion to Dismiss; all pleadings, papers, and other materials in the Court's file for this action; any matters of which this Court may or must take judicial notice; and any evidence or oral argument offered at the hearing on this Motion.

Dated: December 8, 2023          HOGAN LOVELLS US LLP


By: */s/ Jordan D. Teti*
Jordan D. Teti (SBN 284714)
Jon Talotta (*pro hac vice forthcoming*)
Attorneys for Defendant
Mo Chen