QUINN EMANUEL URQUHART & SULLIVAN, LLP
R. Brian Timmons (Bar No. 155916)
briantimmons@quinnemanuel.com
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
Joseph Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Xiaodi Hou*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, INDIANA PUBLIC RETIREMENT SYSTEM, ROBERT MILLER, MICHELLE POIRIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC., GUOWEI "CHARLES" CHAO, XIAODI HOU, MO CHEN, BONNIE YI ZHANG, CHENG LU, PATRICK DILLON, BRAD BUSS, KAREN C. FRANCIS, MORGAN STANLEY & CO. LLC, CITIGROUP GLOBAL MARKETS, INC., J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., COWEN AND COMPANY, LLC, CREDIT SUISSE SECURITIES (USA) LLC, NOMURA SECURITIES INTERNATIONAL, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, OPPENHEIMER & CO., INC., PIPER SANDLER & CO., ROBERT W. BAIRD & CO. INCORPORATED, and VALUABLE CAPITAL LIMITED,<br><br>Defendants. | Case No.: 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB)<br><br>**DEFENDANT XIAODI HOU'S NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A<br><br>Date: March 18, 2024<br>Time: 10:30 am |

3:22-cv-01300-BEN-MSB

DEFENDANT XIAODI HOU'S NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that on March 18, 2024, or as soon thereafter as the matter may be heard in the courtroom of the Honorable Roger T. Benitez, of the Southern District of California, 221 West Broadway, Suite 5190, San Diego, CA 92101, Defendant Dr. Xiaodi Hou will and hereby does move this Court pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*, for an order dismissing as to him, plaintiffs' Consolidated Amended Class Action Complaint.

The Motion is based upon this Notice and Motion; the accompanying Memorandum of Points and Authorities; all pleadings, papers, and other materials in the Court's file for this action (including the Motion to Dismiss filed contemporaneously by TuSimple Holdings, Inc., any Declaration, Exhibits or other documents in support thereof); any matters of which this Court may or must take judicial notice; and any evidence or oral argument offered at the hearing on this Motion.

Dated:  December 8, 2023          Respectfully submitted,


                                        */s/ Joseph Sarles*
                                        R. Brian Timmons
                                        briantimmons@quinnemanuel.com
                                        James R. Asperger
                                        jimasperger@quinnemanuel.com
                                        Joseph Sarles
                                        josephsarles@quinnemanuel.com
                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
                                        865 South Figueroa Street, 10th Floor
                                        Los Angeles, California 90017
                                        Telephone: (213) 443-3000
                                        Facsimile: (213) 443-3100
                                        *Attorneys for Defendant Xiaodi Hou*

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 8th day of December 2023, I electronically transmitted a copy of this document and all attachments to the Clerk's office using the CM/ECF system, which will send a notice of filing to all counsel of record.


/s/ *Joseph Sarles*
Joseph Sarles

DEFENDANT XIAODI HOU'S NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT