Jordan Eth (CA SBN 121617)
JEth@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

James R. Hancock (CA SBN 293786)
JHancock@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:  650.813.5600
Facsimile:   650.494.0792

Attorneys for Defendant
PATRICK DILLON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, INDIANA PUBLIC RETIREMENT SYSTEM, ROBERT MILLER, MICHELLE POIRIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC., et al.<br><br>Defendants. | Case No. 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB)<br><br>**DEFENDANT PATRICK DILLON'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT; NOTICE OF JOINDER AND JOINDER**<br><br>Special Briefing Schedule Ordered<br><br>Judge:  Hon. Roger T. Benitez<br><br>Courtroom:  5A |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Patrick Dillon hereby joins the Motion to Dismiss Consolidated Amended Class Action Complaint filed by Defendant TuSimple Holdings, Inc.

PLEASE TAKE NOTICE that Defendant Patrick Dillon separately moves to dismiss the Consolidated Amended Class Action Complaint (ECF No. 103) ("Compl.") for additional reasons pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act ("Reform Act") for failure to state a claim against him. The motion is based on this notice of motion and motion to dismiss, the attached memorandum of points and authorities, and upon such other arguments as may be presented before the Court takes this matter under submission.

Dated: December 8, 2023                    MORRISON & FOERSTER LLP


                                           /s/ Jordan Eth
                                           Jordan Eth

                                           Attorneys for Defendant
                                           PATRICK DILLON