MICHAEL C. TU (State Bar No. 186793)
*mctu@cooley.com*
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone: (213) 561-3250
Facsimile:  (213) 561-3244

BARRETT J. ANDERSON (State Bar No. 318539)
*banderson@cooley.com*
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121
Telephone: (858) 550-6161
Facsimile:  (858) 550-6420

*Attorneys for Specially Appearing Defendants*
*Charles Guowei Chao and Bonnie Yi Zhang*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, INDIANA PUBLIC RETIREMENT SYSTEM, ROBERT MILLER, MICHELLE POIRIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC., GUOWEI "CHARLES" CHAO, XIAODI HOU, MO CHEN, BONNIE YI ZHANG, CHENG LU, PATRICK DILLON, BRAD BUSS, KAREN C. FRANCIS, MORGAN STANLEY & CO. LLC, CITIGROUP GLOBAL MARKETS, INC., J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., COWEN AND COMPANY, LLC, CREDIT SUISSE SECURITIES (USA) LLC, NOMURA SECURITIES INTERNATIONAL, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, OPPENHEIMER & CO., INC., PIPER SANDLER & CO., ROBERT W. BAIRD & CO. INCORPORATED, and VALUABLE CAPITAL LIMITED,<br><br>Defendants. | Case No.: 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB)<br><br>**SPECIALLY APPEARING**<br><br>**NOTICE OF MOTION AND MOTION TO QUASH SERVICE AND TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(5) AND 12(b)(2)**<br><br>[Declarations of Charles Guowei Chao and Bonnie Yi Zhang Filed Concurrently Herewith]<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A<br><br>Date:  April 1, 2024<br>Time:  10:30 a.m. |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 1, 2024 at 10:30 a.m., or as soon thereafter as this motion may be heard, specially appearing defendants Charles Guowei Chao ("Mr. Chao") and Bonnie Yi Zhang ("Ms. Zhang" and, together with Mr. Chao, "Specially Appearing Defendants") will, and hereby do, move to quash service of the summons and complaint in this action pursuant to Federal Rule of Civil Procedure 12(b)(5) and to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(2). Specially Appearing Defendants make this motion on the grounds that plaintiffs failed to effectuate service upon them in accordance with Federal Rule of Civil Procedure 4 and the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, and because Specially Appearing Defendants are not subject to this Court's jurisdiction.

Specially Appearing Defendants base this motion on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying declarations of Michael Tu, Mr. Chao, and Ms. Zhang, all dated January 3, 2024, and accompanying exhibits, such matters of which this Court may properly take judicial notice, and other such written or oral argument or evidence that may be presented at or before the hearing on this motion.

Dated:    January 3, 2024          COOLEY LLP


                                   */s/ Michael C. Tu*
                                   Michael C. Tu

                                   *Attorneys for Specially Appearing*
                                   *Defendants Charles Guowei Chao and*
                                   *Bonnie Yi Zhang*

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

2.

NOTICE OF MOTION AND
MOTION TO QUASH AND DISMISS
CASE NO. 3:22-CV-01300-BEN-MSB