MICHAEL C. TU (State Bar No. 186793)
*mctu@cooley.com*
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone: (213) 561-3250
Facsimile:  (213) 561-3244

BARRETT J. ANDERSON (State Bar No. 318539)
*banderson@cooley.com*
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121
Telephone: (858) 550-6161
Facsimile:  (858) 550-6420

*Attorneys for Specially Appearing Defendants*
*Charles Guowei Chao and Bonnie Yi Zhang*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, INDIANA PUBLIC RETIREMENT SYSTEM, ROBERT MILLER, MICHELLE POIRIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC., GUOWEI "CHARLES" CHAO, XIAODI HOU, MO CHEN, BONNIE YI ZHANG, CHENG LU, PATRICK DILLON, BRAD BUSS, KAREN C. FRANCIS, MORGAN STANLEY & CO. LLC, CITIGROUP GLOBAL MARKETS, INC., J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., COWEN AND COMPANY, LLC, CREDIT SUISSE SECURITIES (USA) LLC, NOMURA SECURITIES INTERNATIONAL, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, OPPENHEIMER & CO., INC., PIPER SANDLER & CO., ROBERT W. BAIRD & CO. INCORPORATED, and VALUABLE CAPITAL LIMITED,<br><br>Defendants. | Case No.: 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB)<br><br>**DECLARATION OF CHARLES GUOWEI CHAO**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF CHARLES GUOWEI CHAO
CASE NO. 3:22-CV-01300-BEN-MSB

## DECLARATION

I, Charles Guowei Chao, do hereby declare and state:

1.    I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

2.    I am a citizen of the Hong Kong Special Administrative Region of the People's Republic of China ("China" or the "PRC"), and also hold legal resident status in the PRC itself.

3.    I live and work in Shanghai, China, and have done so for many years.  I am the sole director and CEO of Sina Corporation, a leading online media company based in the PRC.  I previously served as a director of TuSimple, Inc. ("TuSimple"), but I resigned from my position as a member of the Board of Directors in June 2022.  Since that date, I have not served on TuSimple's Board of Directors, nor have I have held any other position or maintained any further affiliation with TuSimple.

4.    My native tongue is Mandarin Chinese, which is the language that I primarily speak, read, and understand.

5.    I do not personally own, rent, or lease any property in the United States.  I do not maintain a residence of any kind anywhere in the United States.

6.    In the past five years, I traveled to the United States an average of approximately 2–3 times per year, usually for less than a week at a time.  This included occasional visits to see friends and personal acquaintances.  In the past five years, I have not personally conducted any business activity in the Southern District of California.

7.    I have been informed that plaintiffs attempted to effectuate service of a summons and complaint in this lawsuit, written only in English, by delivering a copy to a person within the United States who is alleged to be the managing agent of TuSimple Holdings, Inc.

8.    I have not authorized TuSimple Holdings, Inc., TuSimple, or anyone else at TuSimple to be my agent for service of process or to accept service on my behalf in this or any other lawsuit.

9.    I do not have any plans to travel to the Southern District of California in the near future.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 3, 2024                    By: _____
                                                Charles Guowei Chao