MICHAEL C. TU (State Bar No. 186793)
*mctu@cooley.com*
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone: (213) 561-3250
Facsimile: (213) 561-3244

BARRETT J. ANDERSON (State Bar No. 318539)
*banderson@cooley.com*
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121
Telephone: (858) 550-6161
Facsimile: (858) 550-6420

*Attorneys for Specially Appearing Defendants*
*Charles Guowei Chao and Bonnie Yi Zhang*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, INDIANA PUBLIC RETIREMENT SYSTEM, ROBERT MILLER, MICHELLE POIRIER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TUSIMPLE HOLDINGS, INC., GUOWEI "CHARLES" CHAO, XIAODI HOU, MO CHEN, BONNIE YI ZHANG, CHENG LU, PATRICK DILLON, BRAD BUSS, KAREN C. FRANCIS, MORGAN STANLEY & CO. LLC, CITIGROUP GLOBAL MARKETS, INC., J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., COWEN AND COMPANY, LLC, CREDIT SUISSE SECURITIES (USA) LLC, NOMURA SECURITIES INTERNATIONAL, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, OPPENHEIMER & CO., INC., PIPER SANDLER & CO., ROBERT W. BAIRD & CO. INCORPORATED, and VALUABLE CAPITAL LIMITED, <br><br> Defendants. | Case No.: 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB) <br><br> **DECLARATION OF BONNIE YI ZHANG** <br><br> Judge: Hon. Roger T. Benitez <br> Courtroom: 5A |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF BONNIE YI ZHANG
CASE NO. 3:22-CV-01300-BEN-MSB

## <u>DECLARATION</u>

I, Bonnie Yi Zhang, do hereby declare and state:

1.    I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

2.    I live and work in Shanghai, China, and have done so for many years.  I am currently the Chief Financial Officer of Sina Corporation, a leading online media company that is based in the PRC.

3.    Although I served as an independent non-executive director of TuSimple, Inc. ("TuSimple") from approximately October 2020 to June 2022, I resigned from my position as a member of the Board of Directors in June 2022.  Since then, I have not served on TuSimple's Board of Directors, nor have I have held any other position or maintained any affiliation with TuSimple.

4.    I do not own, rent, or lease any property within the United States.  Nor do I maintain a residence of any kind anywhere in the United States.

5.    In the past five years, I have only traveled to the United States once.  That visit did not pertain to TuSimple, and was for personal and non-business reasons.

6.    In the past five years, I have not personally traveled to the Southern District of California, nor have I conducted any business activity in the Southern District of California.

7.    I have been informed that plaintiffs attempted to effectuate service of a summons and complaint in this lawsuit by delivering a copy to a person within the United States who is alleged to be the managing agent of TuSimple Holdings, Inc.

8.    I have never authorized TuSimple Holdings, Inc., TuSimple, or anyone else in the United States, to act as my agent for service of process purposes, or to accept service on my behalf in this or any other lawsuit.

9.    I do not have any plans to travel to the Southern District of California in the near future.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 3, 2024                    By:_____

                                           Bonnie Yi Zhang