ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS (168593)
LUCAS F. OLTS (234843)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

AUSTIN DICKER; Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

TUSIMPLE HOLDINGS, INC. et al.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 3:22-cv-01300-BEN-MSB

CLASS ACTION

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REQUEST ALTERNATE SERVICE OF PROCESS FOR DEFENDANTS CHAO AND ZHANG AND TO PARTIALLY LIFT THE PSLRA DISCOVERY STAY AS TO DEFENDANTS CHAO AND ZHANG

Date:        April 1, 2024
Time:       10:30 A.M.
Judge:      Hon. Roger T. Benitez
Courtroom: 5A

NOTICE OF MOTION & MOTION RE ALTERNATE SERVICE &
TO PARTIALLY LIFT PSLRA DISCOVERY STAY
CASE NO. 3:22-CV-01300-BEN-MSB

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on April 1, 2024 at 10:30 a.m. or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Roger T. Benitez, Courtroom 5A, United States District Court for the Southern District of California, 221 West Broadway, San Diego, CA 92101. Plaintiffs Indiana Public Retirement System, Robert Miller, and Michelle Poirier (collectively "Plaintiffs") will and hereby do move this Court for an order: (i) granting Plaintiffs' request for alternate service of process on Defendants Chao and Zhang pursuant to Federal Rule of Civil Procedure 4(f)(3); and (ii) lifting the Private Securities Litigation Reform Act of 1995's discovery stay pursuant to 15 U.S.C. § 78u-4(b)(3)(B).

This Motion is based upon this Notice of Motion, the Memorandum of Law in support thereof, the Declaration of Ramzi Abadou, the pleadings and files herein, and such other written or oral argument as may be presented to the Court.

Dated:   January 4, 2024

Respectfully submitted,

KAHN SWICK & FOTI, LLP


By:  *s/ Ramzi Abadou*
Ramzi Abadou (SBN 222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile:  (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

KAHN SWICK & FOTI, LLC
Lewis S. Kahn
(to be admitted *pro hac vice*)
Alexander Burns
James T. Fetter

1

NOTICE OF MOTION & MOTION RE ALTERNATE SERVICE &
TO PARTIALLY LIFT PSLRA DISCOVERY STAY
CASE NO. 3:22-CV-01300-BEN-MSB

(admitted *pro hac vice*)
Alexandra Pratt
(admitted *pro hac vice*)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com
james.fetter@ksfcounsel.com
alexandra.pratt@ksfcounsel.com

-and-

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
LUCAS F. OLTS (234843)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

*Counsel for Lead Plaintiff Indiana Public Retirement System, and Named Plaintiffs Michelle Poirier and Robert Miller*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on Thursday, January 4, 2024 on all counsel of record by using the CM/ECF system.

*s/ Ramzi Abadou*
RAMZI ABADOU

NOTICE OF MOTION & MOTION RE ALTERNATE SERVICE &
TO PARTIALLY LIFT PSLRA DISCOVERY STAY
CASE NO. 3:22-CV-01300-BEN-MSB