ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
LUCAS F. OLTS (234843)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER; Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>          vs.<br><br>TUSIMPLE HOLDINGS, INC. et al.,<br><br>                                    Defendants. | No. 3:22-cv-01300-BEN-MSB<br><br>CLASS ACTION<br><br>DECLARATION OF RAMZI ABADOU IN SUPPORT OF PLAINTIFFS' MOTION TO REQUEST ALTERNATE SERVICE OF PROCESS FOR DEFENDANTS CHAO AND ZHANG AND TO PARTIALLY LIFT THE PSLRA DISCOVERY STAY AS TO DEFENDANTS ZHANG AND CHAO<br><br>Judge:         Hon. Roger T. Benitez<br>Courtroom:  5A |

I, Ramzi Abadou, hereby declare as follows:

1.  I am a member in good standing of the bar of the State of California and am admitted to practice in this District.

2.  I submit this Declaration, together with the attached exhibits, in support of Plaintiffs' Motion to Request Alternate Service of Process for Defendants Chao and Zhang and to Partially Lift the PSLRA Discovery Stay as to Defendants Chao and Zhang. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3.  Attached hereto as **Exhibit A** is a true and correct copy of an email thread containing an email dated October 2, 2023 from Heather Geiger to all defense counsel of record requesting verification of whether counsel is authorized to accept service of process on, *inter alia*, Defendants Chao and Zhang.

4.  Attached hereto as **Exhibit B** is a true and correct copy of an email dated October 12, 2023 from Heather Geiger to all defense counsel of record requesting that they confirm whether they represent Defendants Chao and Zhang and are authorized to accept service of process on their behalf.

5.  Attached hereto as **Exhibit C** is a true and correct copy of an email dated November 1, 2023 from Heather Geiger to Kevin Muck requesting addresses for Defendants Chao and Zhang.

6.  Attached hereto as **Exhibit D** is a true and correct copy of an email dated November 14, 2023 from Luke Olts to all defense counsel of record scheduling a meet and confer regarding the instant motion for November 20, 2023.

7.  During a November 20, 2023 meet and confer, defense counsel stated that they would provide physical addresses for Defendants Chao and Zhang on or before November 27, 2023.  Defense counsel further stated that they could provide information within the week about whether they: (i) had informed Defendants Chao and Zhang of their obligation to preserve relevant evidence; and (ii) had taken any steps to preserve

ABADOU DECL. ISO MOTION RE ALTERNATE SERVICE
& TO PARTIALLY LIFT PSLRA DISCOVERY STAY
CASE NO. 3:22-cv-01300-BEN-MSB

such evidence. To date, however, defense counsel has failed to provide either the addresses for Defendants Chao and Zhang or the requested information concerning preservation of relevant evidence.

8.      Attached hereto as **Exhibit E** is a true and correct copy of an email dated November 27, 2023 from Robert Kingsley Smith to Ramzi Abadou scheduling a meet and confer regarding the instant motion for November 28, 2023.

9.      During the November 28, 2023 meet and confer, defense counsel again assured Plaintiffs' counsel that they would provide a letter stating whether they: (i) had informed Defendants Chao and Zhang of their obligation to preserve relevant evidence; and (ii) had taken any steps to preserve such evidence. Defense counsel further stated that they could provide this letter within a week. Defense counsel later directed Plaintiffs' counsel to contact Michael Tu, an attorney who represents both Chao and Zhang in a parallel derivative action (the "Derivative Action") to ascertain if he would accept service on behalf of Defendants Chao and Zhang. To date, however, defense counsel has failed to provide Plaintiffs with any information concerning preservation of evidence.

10.      Attached hereto as **Exhibit F** is a true and correct copy of an email chain dated November 29, 2023 between Ramzi Abadou and Michael Tu in which Mr. Tu acknowledges that he represents defendants Chao and Zhang in connection with a stockholder derivative action in Delaware and further states that he is not authorized to accept service of process on their behalf.

11.      On December 8, 2023, Mr. Abadou spoke with Mr. Tu over the telephone, and Mr. Tu stated that he was not authorized to accept service of process on behalf of Defendants Chao and Zhang. Mr. Tu also refused to provide addresses for Defendants Chao and Zhang at that time.

ABADOU DECL. ISO MOTION RE ALTERNATE SERVICE
& TO PARTIALLY LIFT PSLRA DISCOVERY STAY
CASE NO. 3:22-CV-01300-BEN-MSB

12.    Attached hereto as **Exhibit G** is a true and correct copy of an email dated December 8, 2023 from Ramzi Abadou to Michael Tu memorializing the telephone call described in ¶ 11, *supra*.

13.    Attached hereto as **Exhibit H** is a true and correct copy of an email chain dated December 14, 2023 between Ramzi Abadou and Michael Tu, in which Mr. Tu again refuses to accept service of process on behalf of Defendants Chao and Zhang, provides addresses for Chao and Zhang, and demands that Plaintiffs serve Chao and Zhang directly through the Hague Convention. As requested by Mr. Tu, Defendant Chao's and Zhang's personal addresses are redacted.

14.    Attached hereto as **Exhibit I** is a true and correct copy of an Order Granting Motion for Admission *Pro Hac Vice* of Michael C. Tu in the Derivative Action *In Re TuSimple*, No. 2022-1095-PAF (Del. Ch. March 29, 2023).

15.    Attached hereto as **Exhibit J** is a true and correct copy of the Summons and Affidavit of Service in the Derivative Action *In Re TuSimple Holdings Inc. Stockholder Litig.*, No. 2022-1095-PAF (Del. Ch. Ct. Jan. 17, 2023).

16.    Attached hereto as **Exhibit K** is a true and correct copy of the Form 8-K filed by TuSimple with the SEC on December 4, 2023.

17.    Attached hereto as **Exhibit L** is a true and correct copy of Plaintiffs' Special Interrogatories to Defendant TuSimple Holdings, Inc.

18.    Attached hereto as **Exhibit M** is a true and correct copy of Plaintiffs' Special Requests for Production of Documents to Defendant TuSimple Holdings, Inc.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 4, 2024, in San Francisco, California.

*s/ Ramzi Abadou*
RAMZI ABADOU

ABADOU DECL. ISO MOTION RE ALTERNATE SERVICE
& TO PARTIALLY LIFT PSLRA DISCOVERY STAY
CASE NO. 3:22-CV-01300-BEN-MSB