# TABLE OF CONTENTS

| EXHIBIT | TITLE | PAGE |
|---|---|---|
| A | Email thread containing an email dated October 2, 2023 from Heather Geiger to all defense counsel | 1 |
| B | Email dated October 12, 2023 from Heather Geiger to all defense counsel of record | 3 |
| C | Email dated November 1, 2023 from Heather Geiger to Kevin Muck | 6 |
| D | Email dated November 14, 2023 from Luke Olts to all defense counsel | 11 |
| E | Email dated November 27, 2023 from Robert Kingsley Smith to Ramzi Abadou | 16 |
| F | Email chain dated November 29, 2023 between Ramzi Abadou and Michael Tu | 22 |
| G | Email dated December 8, 2023 from Ramzi Abadou to Michael Tu | 29 |
| H | Email chain dated December 14, 2023 between Ramzi Abadou and Michael Tu | 41 |
| I | Order Granting Motion for Admission *Pro Hac Vice* of Michael C. Tu in the Derivative Action *In Re TuSimple*, No. 2022-1095-PAF (Del. Ch. March 29, 2023) | 53 |
| J | Summons and Affidavit of Service in the Derivative Action *In Re TuSimple Holdings Inc. Stockholder Litig.*, No. 2022-1095-PAF (Del. Ch. Ct. Jan. 17, 2023) | 56 |
| K | Form 8-K filed by TuSimple with the SEC on December 4, 2023 | 62 |
| L | Plaintiffs' Special Interrogatories to Defendant TuSimple Holdings, Inc. | 67 |
| M | Plaintiffs' Special Requests for Production of Documents to Defendant TuSimple Holdings, Inc. | 75 |