# EXHIBIT A

## Ashley Errington

| | |
|---|---|
| **From:** | Heather Geiger <HGeiger@rgrdlaw.com> |
| **Sent:** | Monday, October 2, 2023 8:52 PM |
| **To:** | 'Sujanani, Sonia'; 'kevin.muck@wilmerhale.com'; Colleen Smith; 'jshapiro@goodwinlaw.com'; 'jeth@mofo.com'; 'briantimmons@quinnemanuel.com'; 'Jason.Haycock@klgates.com' |
| **Cc:** | Luke Olts; Ramzi Abadou; Jen Caringal; Stephen Johnson; Ariana Gonzales; Casey Reis; Alexander Burns; James Fetter; Alexandra Pratt; Ashley Errington |
| **Subject:** | [EXTERNAL] Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB |

Counsel,

Please promptly confirm whether you are authorized to accept service of the Consolidated Class Action Complaint for Violations of the Federal Securities Laws filed on October 2, 2023 in the above captioned action on behalf of any or all of the following individuals: Guowei "Charles" Chao, Bonnie Yi Zhang, Brad Buss, and/or Karen C. Francis.

Regards,
Heather


**Heather Geiger**



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058




**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**2**
**Exhibit A**