# EXHIBIT D

## Ashley Errington

**From:** Ramzi Abadou
**Sent:** Tuesday, November 14, 2023 2:41 PM
**To:** Ashley Errington; James Fetter; Alexander Burns; Alexandra Pratt
**Subject:** Fwd: [EXTERNAL] RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

- Ramz

Begin forwarded message:

> **From:** Luke Olts <LOlts@rgrdlaw.com>
> **Date:** November 14, 2023 at 12:40:05 PM PST
> **To:** "Sujanani, Sonia" <Sonia.Sujanani@wilmerhale.com>
> **Cc:** Heather Geiger <HGeiger@rgrdlaw.com>, Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>, Stephen Johnson <SJohnson@rgrdlaw.com>, Jen Caringal <JCaringal@rgrdlaw.com>, "Muck, Kevin" <Kevin.Muck@wilmerhale.com>, William Paine <William.paine@wilmerhale.com>, "Smith, Robert Kingsley" <Robert.Smith@wilmerhale.com>
> **Subject: [EXTERNAL] RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB**

For our call on Tuesday at 11:00 am PST, please use the following call in number:

1-800-504-8071
Access Code: 7442652

**From:** Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Sent:** Tuesday, November 14, 2023 8:20 AM
**To:** Luke Olts <LOlts@rgrdlaw.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; William Paine <William.paine@wilmerhale.com>; Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Subject:** RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

EXTERNAL SENDER
Luke,

How about Monday at 11 AM PT?

Sonia

**From:** Luke Olts <LOlts@rgrdlaw.com>
**Sent:** Tuesday, November 14, 2023 11:17 AM
**To:** Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Paine, William <William.Paine@wilmerhale.com>; Smith, Robert

1

**12**
**Exhibit D**

Kingsley <Robert.Smith@wilmerhale.com>
**Subject:** Re: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

**EXTERNAL SENDER**

Let's do Monday at 10 am.

On Nov 14, 2023, at 8:13 AM, Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com> wrote:

EXTERNAL SENDER
Luke,

Apologies, that time no longer works.  Can you provide some windows on Monday or Tuesday that plaintiffs are available and we will try to find a time?

Thanks,
Sonia

**From:** Luke Olts <LOlts@rgrdlaw.com>
**Sent:** Tuesday, November 14, 2023 11:09 AM
**To:** Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Paine, William <William.Paine@wilmerhale.com>; Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Subject:** Re: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

**EXTERNAL SENDER**

Sonia— we can do Friday at 9 am. Please confirm that works and we will send a call in number. Thanks

On Nov 13, 2023, at 3:41 PM, Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com> wrote:

EXTERNAL SENDER
Luke,

We are available on Thursday afternoon, 4:00 PM – 7:00 PM ET.  We are also available Friday before 1:00 PM ET.

Let me know if there is a window in there that works for Plaintiffs.

Thanks,
Sonia

2

**13**
**Exhibit D**

**From:** Luke Olts <LOlts@rgrdlaw.com>
**Sent:** Thursday, November 9, 2023 3:47 PM
**To:** Heather Geiger <HGeiger@rgrdlaw.com>
**Cc:** Muck, Kevin <Kevin.Muck@wilmerhale.com>; Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>; Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>
**Subject:** Re: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

**EXTERNAL SENDER**

Kevin and Sonia:

We would like to set a time for a meet and confer on a motion to lift the PSLRA discovery stay and on the issue of service. Please let us know a time tomorrow or early next week that you are available.

Thank you,

Luke

On Nov 1, 2023, at 12:56 PM, Heather Geiger <HGeiger@rgrdlaw.com> wrote:

Dear Kevin,

We're writing to request the addresses (international and domestic) for former TuSimple directors and named defendants Guowei "Charles" Chao and Bonnie Yi Zhang. We're making this request to enable us to serve them with the Consolidated Complaint because the Company appears unwilling or unable to accept service on their behalf. Please provide their addresses for service purposes by the end of the week.

Kind regards,
Heather

**Heather Geiger**

Robbins Geller
Rudman & Dowd LLP

3

**14**
**Exhibit D**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058



NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution
is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is
prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.

**15**

**Exhibit D**