# EXHIBIT E

## Ashley Errington

| | |
|---|---|
| **From:** | Ramzi Abadou |
| **Sent:** | Monday, November 27, 2023 3:49 PM |
| **To:** | Smith, Robert Kingsley |
| **Cc:** | Heather Geiger; Luke Olts; Stephen Johnson; Jen Caringal; Muck, Kevin; Paine, William; Sujanani, Sonia; Ashley Errington |
| **Subject:** | RE: [EXTERNAL] RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB |

504-267-9070
838446#

**From:** Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Sent:** Monday, November 27, 2023 1:43 PM
**To:** Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Luke Olts <LOlts@rgrdlaw.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Paine, William <William.Paine@wilmerhale.com>; Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Subject:** RE: [EXTERNAL] RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

That works for us.  Will you circulate a dial in?

**Robert Kingsley Smith | WilmerHale**
+1 617 526 6759 (t)
robert.smith@wilmerhale.com

**From:** Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>
**Sent:** Monday, November 27, 2023 4:23 PM
**To:** Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Luke Olts <LOlts@rgrdlaw.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Paine, William <William.Paine@wilmerhale.com>; Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Subject:** RE: [EXTERNAL] RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

**EXTERNAL SENDER**

We're available tomorrow morning tomorrow at 11:00 am PT.

**From:** Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Sent:** Monday, November 27, 2023 1:19 PM
**To:** Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Luke Olts <LOlts@rgrdlaw.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Paine, William <William.Paine@wilmerhale.com>; Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Subject:** [EXTERNAL] RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

Ramzi,

**17**
**Exhibit E**

Are you available for a call tomorrow regarding preservation?  Please let me know when might work.

Best,

Rob

**Robert Kingsley Smith | WilmerHale**
+1 617 526 6759 (t)
robert.smith@wilmerhale.com

---

**From:** Smith, Robert Kingsley
**Sent:** Tuesday, November 21, 2023 6:29 PM
**To:** 'Ramzi Abadou' <Ramzi.Abadou@ksfcounsel.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Luke Olts <LOlts@rgrdlaw.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Paine, William <William.Paine@wilmerhale.com>; Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Subject:** RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

Ramzi,

As I explained on our call yesterday, we do not represent Charles Chao and Bonnie Yi Zhang in the securities class action and we are not authorized to accept service on their behalf.   Charles and Bonnie are former directors and have no current affiliation with the Company; the Company is it not authorized to accept service on their behalf.  However, Charles and Bonnie were named defendants in derivative litigation filed on behalf of TuSimple in Delaware.  They were represented in that matter by Mike Tu at Cooley LLP.  We suggest you follow up with Mike regarding service.

As I noted yesterday, I expect to be able to get back to you on Monday regarding preservation.

Best,

Rob

**Robert Kingsley Smith | WilmerHale**
+1 617 526 6759 (t)
robert.smith@wilmerhale.com

---

**From:** Luke Olts <LOlts@rgrdlaw.com>
**Sent:** Tuesday, November 14, 2023 5:29 PM
**To:** Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; 'Ramzi Abadou' <Ramzi.Abadou@ksfcounsel.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Paine, William <William.Paine@wilmerhale.com>; Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Subject:** RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

**EXTERNAL SENDER**

Apologies—I mean Monday at 11:00.

---

**From:** Luke Olts
**Sent:** Tuesday, November 14, 2023 12:40 PM

**18**
**Exhibit E**

**To:** 'Sujanani, Sonia' <Sonia.Sujanani@wilmerhale.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; William Paine <William.paine@wilmerhale.com>; Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Subject:** RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

For our call on Tuesday at 11:00 am PST, please use the following call in number:

1-800-504-8071
Access Code: 7442652

---

**From:** Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Sent:** Tuesday, November 14, 2023 8:20 AM
**To:** Luke Olts <LOlts@rgrdlaw.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; William Paine <William.paine@wilmerhale.com>; Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Subject:** RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

EXTERNAL SENDER
Luke,

How about Monday at 11 AM PT?

Sonia

---

**From:** Luke Olts <LOlts@rgrdlaw.com>
**Sent:** Tuesday, November 14, 2023 11:17 AM
**To:** Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Paine, William <William.Paine@wilmerhale.com>; Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Subject:** Re: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

**EXTERNAL SENDER**

Let's do Monday at 10 am.

> On Nov 14, 2023, at 8:13 AM, Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com> wrote:
>
> EXTERNAL SENDER
> Luke,
>
> Apologies, that time no longer works.  Can you provide some windows on Monday or Tuesday that plaintiffs are available and we will try to find a time?
>
> Thanks,
> Sonia

**19**
**Exhibit E**

**From:** Luke Olts <LOlts@rgrdlaw.com>
**Sent:** Tuesday, November 14, 2023 11:09 AM
**To:** Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Paine, William <William.Paine@wilmerhale.com>; Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Subject:** Re: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

**EXTERNAL SENDER**

Sonia— we can do Friday at 9 am. Please confirm that works and we will send a call in number. Thanks

> On Nov 13, 2023, at 3:41 PM, Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com> wrote:

 EXTERNAL SENDER
Luke,

We are available on Thursday afternoon, 4:00 PM – 7:00 PM ET.  We are also available Friday before 1:00 PM ET.

Let me know if there is a window in there that works for Plaintiffs.

Thanks,
Sonia

**From:** Luke Olts <LOlts@rgrdlaw.com>
**Sent:** Thursday, November 9, 2023 3:47 PM
**To:** Heather Geiger <HGeiger@rgrdlaw.com>
**Cc:** Muck, Kevin <Kevin.Muck@wilmerhale.com>; Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>; Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>
**Subject:** Re: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

**EXTERNAL SENDER**

Kevin and Sonia:

We would like to set a time for a meet and confer on a motion to lift the PSLRA discovery stay and on the issue of service. Please let us know a time tomorrow or early next week that you are available.

Thank you,

Luke

4

**20**
**Exhibit E**

On Nov 1, 2023, at 12:56 PM, Heather Geiger <HGeiger@rgrdlaw.com> wrote:


Dear Kevin,

We're writing to request the addresses (international and domestic) for former TuSimple directors and named defendants Guowei "Charles" Chao and Bonnie Yi Zhang.  We're making this request to enable us to serve them with the Consolidated Complaint because the Company appears unwilling or unable to accept service on their behalf.  Please provide their addresses for service purposes by the end of the week.

Kind regards,
Heather


**Heather Geiger**

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

  

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

21
Exhibit E