# EXHIBIT F

## Ashley Errington

| | |
|---|---|
| **From:** | Ramzi Abadou |
| **Sent:** | Wednesday, November 29, 2023 7:46 PM |
| **To:** | James Fetter; Alexandra Pratt; Luke Olts; Jen Caringal |
| **Subject:** | FW: [EXTERNAL] RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB |

**From:** Tu, Michael C. <mctu@cooley.com>
**Sent:** Wednesday, November 29, 2023 5:45 PM
**To:** Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>
**Subject:** RE: [EXTERNAL] RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

Today was a travel day for me so just catching up now on messages.  I'll give you call tomorrow or Friday.  Mike

Michael C. Tu
Cooley LLP
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
+1 310 883 6550 direct
+1 213 561 3205 direct
+1 213 561 3250 main
mctu@cooley.com
www.cooley.com/people/michael-tu

**From:** Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>
**Sent:** Wednesday, November 29, 2023 10:01 AM
**To:** Tu, Michael C. <mctu@cooley.com>
**Subject:** RE: [EXTERNAL] RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

**[External]**

Hi Michael, and thanks for your response.  I'm in a mediation all day today so I have plenty of time if you're available.  I can give you a ring at a time that works on your end, or feel free to call my cell anytime.

Ramzi
415-231-4313

**From:** Tu, Michael C. <mctu@cooley.com>
**Sent:** Wednesday, November 29, 2023 9:53 AM
**To:** Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Luke Olts <LOlts@rgrdlaw.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Paine, William <William.Paine@wilmerhale.com>; Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>; Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Subject:** RE: [EXTERNAL] RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

Dear Ramzi,

As you likely know from publicly available sources, I represent Mr. Chao and Ms. Zhang in connection with a stockholder derivative action in Delaware.  I have not previously received any outreach or contact from you or anyone else with

1

**23**
**Exhibit F**

regards to this case that is referenced in the email chain below, and to be clear, am not currently authorized to accept service on behalf of anyone relating to this case.  However, if you would like we can schedule a call to discuss.  If that would be of interest, let me know your availability at your convenience.

Regards,

Michael C. Tu
Cooley LLP
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
+1 310 883 6550 direct
+1 213 561 3205 direct
+1 213 561 3250 main
mctu@cooley.com
www.cooley.com/people/michael-tu

**From:** Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>
**Sent:** Tuesday, November 21, 2023 4:01 PM
**To:** Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>; Tu, Michael C. <mctu@cooley.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Luke Olts <LOlts@rgrdlaw.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Paine, William <William.Paine@wilmerhale.com>; Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Subject:** RE: [EXTERNAL] RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

[External]

Thanks Robert.

Hi Michael – please see below.  Will or do you accept service?

Best –
Ramzi

Ramzi Abadou
Partner
Kahn Swick & Foti, LLP
580 California Street, Suite 1200
San Francisco, CA 94117
415-459-6900
https://www.ksfcounsel.com

* Kahn Swick & Foti, LLC · New Orleans · New York · Chicago · New Jersey — Kahn Swick & Foti, LLP · San Francisco

We remind you that an attorney-client relationship will not be created until both you and Kahn Swick & Foti, LLC, owner of ksfcounsel.com and other websites, agree to do so in writing. We will inform you about our willingness to create a relationship after we have evaluated the information you have submitted.

**From:** Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Sent:** Tuesday, November 21, 2023 3:29 PM
**To:** Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Luke Olts <LOlts@rgrdlaw.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Paine,

2

**24**
**Exhibit F**

William <William.Paine@wilmerhale.com>; Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Subject:** [EXTERNAL] RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

Ramzi,

As I explained on our call yesterday, we do not represent Charles Chao and Bonnie Yi Zhang in the securities class action and we are not authorized to accept service on their behalf.   Charles and Bonnie are former directors and have no current affiliation with the Company; the Company is it not authorized to accept service on their behalf.  However, Charles and Bonnie were named defendants in derivative litigation filed on behalf of TuSimple in Delaware.  They were represented in that matter by Mike Tu at Cooley LLP.  We suggest you follow up with Mike regarding service.

As I noted yesterday, I expect to be able to get back to you on Monday regarding preservation.

Best,

Rob

**Robert Kingsley Smith | WilmerHale**
+1 617 526 6759 (t)
robert.smith@wilmerhale.com

**From:** Luke Olts <LOlts@rgrdlaw.com>
**Sent:** Tuesday, November 14, 2023 5:29 PM
**To:** Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; 'Ramzi Abadou' <Ramzi.Abadou@ksfcounsel.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Paine, William <William.Paine@wilmerhale.com>; Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Subject:** RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

**EXTERNAL SENDER**

Apologies—I mean Monday at 11:00.

**From:** Luke Olts
**Sent:** Tuesday, November 14, 2023 12:40 PM
**To:** 'Sujanani, Sonia' <Sonia.Sujanani@wilmerhale.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; William Paine <William.paine@wilmerhale.com>; Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Subject:** RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

For our call on Tuesday at 11:00 am PST, please use the following call in number:

1-800-504-8071
Access Code: 7442652

**From:** Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Sent:** Tuesday, November 14, 2023 8:20 AM
**To:** Luke Olts <LOlts@rgrdlaw.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Stephen Johnson

**25**
**Exhibit F**

<SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; William Paine <William.paine@wilmerhale.com>; Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Subject:** RE: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

EXTERNAL SENDER
Luke,

How about Monday at 11 AM PT?

Sonia

---

**From:** Luke Olts <LOlts@rgrdlaw.com>
**Sent:** Tuesday, November 14, 2023 11:17 AM
**To:** Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Paine, William <William.Paine@wilmerhale.com>; Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Subject:** Re: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

**EXTERNAL SENDER**

Let's do Monday at 10 am.

> On Nov 14, 2023, at 8:13 AM, Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com> wrote:
>
>  EXTERNAL SENDER
> Luke,
>
> Apologies, that time no longer works.  Can you provide some windows on Monday or Tuesday that plaintiffs are available and we will try to find a time?
>
> Thanks,
> Sonia

**From:** Luke Olts <LOlts@rgrdlaw.com>
**Sent:** Tuesday, November 14, 2023 11:09 AM
**To:** Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Cc:** Heather Geiger <HGeiger@rgrdlaw.com>; Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Paine, William <William.Paine@wilmerhale.com>; Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Subject:** Re: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

**EXTERNAL SENDER**

Sonia— we can do Friday at 9 am. Please confirm that works and we will send a call in number. Thanks

**26**
**Exhibit F**

On Nov 13, 2023, at 3:41 PM, Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com> wrote:

 EXTERNAL SENDER
Luke,

We are available on Thursday afternoon, 4:00 PM – 7:00 PM ET.  We are also available Friday before 1:00 PM ET.

Let me know if there is a window in there that works for Plaintiffs.

Thanks,
Sonia

---

**From:** Luke Olts <LOlts@rgrdlaw.com>
**Sent:** Thursday, November 9, 2023 3:47 PM
**To:** Heather Geiger <HGeiger@rgrdlaw.com>
**Cc:** Muck, Kevin <Kevin.Muck@wilmerhale.com>; Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>; Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Stephen Johnson <SJohnson@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>
**Subject:** Re: Dicker v. TuSimple Holdings, Inc. - 3:22-cv-01300-BEN-MSB

**EXTERNAL SENDER**

Kevin and Sonia:

We would like to set a time for a meet and confer on a motion to lift the PSLRA discovery stay and on the issue of service. Please let us know a time tomorrow or early next week that you are available.

Thank you,

Luke

> On Nov 1, 2023, at 12:56 PM, Heather Geiger <HGeiger@rgrdlaw.com> wrote:
>
>
> Dear Kevin,
>
> We're writing to request the addresses (international and domestic) for former TuSimple directors and named defendants Guowei "Charles" Chao and Bonnie Yi Zhang.  We're making this request to enable us to serve them with the Consolidated Complaint because the Company appears unwilling or unable to accept service on their behalf.  Please provide their addresses for service purposes by the end of the week.
>
> Kind regards,
> Heather

**27**
**Exhibit F**

**Heather Geiger**

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

6

**28**

**Exhibit F**