# EXHIBIT I



**GRANTED**

EFiled:  Mar 29 2023 10:42AM EDT
Transaction ID 69680776
Case No. 2022-1157-PAF

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

|  |  |
|---|---|
| ROBERT YOUNG, derivatively and on behalf of TUSIMPLE HOLDINGS, INC., <br><br>      Plaintiff, <br><br>  v. <br><br> XIAODI HOU, MO CHEN, CHENG LU, PATRICK DILLON, ERIC TAPIA, JAMES MULLEN, BRAD BUSS, CHARLES CHAO, KAREN C. FRANCIS, MICHELLE STERLING, REED WERNER, and BONNIE YI ZHANG, <br><br>      Defendants, <br><br> and <br><br> TUSIMPLE HOLDINGS, INC., <br><br>      Nominal Defendant. | C.A. No. 2022-1157-PAF |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL C. TU

The foregoing application for admission of Michael C. Tu to practice in this action *pro hac vice* is hereby granted.

IT IS SO ORDERED this ___ day of _____, 2023.

_____
Vice Chancellor Paul A. Fioravanti Jr.

**54**
**Exhibit I**

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | Paul A Fioravanti Jr |
| **File & Serve Transaction ID:** | 69675768 |
| **Current Date:** | Mar 29, 2023 |
| **Case Number:** | 2022-1157-PAF |
| **Case Name:** | Robert Young v. Xiaodi Hou |
| **Court Authorizer:** | Paul A Fioravanti Jr |

**/s/ Judge Paul A Fioravanti Jr**

**55**
**Exhibit I**