# EXHIBIT J

EFiled: Jan 17 2023 08:34AM EST
Transaction ID 68896064
Case No. 2022-1157-NAC

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT YOUNG, derivatively and on behalf of TUSIMPLE HOLDINGS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 2022-1157-NAC |
| XIAODI HOU, MO CHEN, CHENG LU, PATRICK DILLON, ERIC TAPIA, JAMES MULLEN, BRAD BUSS, CHARLES CHAO, KAREN C. FRANCIS, MICHELLE STERLING, REED WERNER, and BONNIE YI ZHANG, | ) ) ) ) ) ) ) ) ) ) | **SUMMONS** Pursuant to 10 *Del. C.* § 3114 |
| Defendants, | ) ) ) | |
| -and- | ) ) ) | |
| TUSIMPLE HOLDINGS, INC., | ) ) ) | |
| Nominal Defendant. | ) ) | |

**THE STATE OF DELAWARE**

**TO SPECIAL PROCESS SERVER – Parcels, Inc.:**

**YOU ARE COMMANDED:**

To Summon the above-named defendants by service pursuant to 10 Del.C. Sec. 3114 upon TuSimple Holdings, Inc., a Delaware corporation, by serving its registered agent, Corporation Service Company, at 251 Little Falls Drive, Wilmington, DE 19808, which is designated for service of process in Delaware, so that within the time required by law, such defendants shall serve upon Brian E. Farnan, Esquire, plaintiff's attorney, whose address is Farnan LLP, 919 N. Market Street, 12th Floor, Wilmington, DE 19801, an answer to the verified complaint.

To serve upon defendants a copy hereof, of the complaint, and of a statement of plaintiff filed pursuant to Chancery Court Rule 4(dc)(1).

**TO THE ABOVE-NAMED DEFENDANTS:**

In case of your failure, within the time permitted by 10 Del.C. Sec. 3114*, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default may be rendered against you for the relief demanded in the complaint.

Dated: _January 12, 2023_ _____ Susan Judge

Register in Chancery

*The text of 10 Del.C. Sec. 3114 is set out on the reverse of this Summons

**58
Exhibit J**

**C.A. No. 2022-1157-NAC**

Robert Young, derivatively and
on behalf of TuSimple Holdings, Inc.,

      Plaintiff,

vs.

Xiaodi Hou, Mo Chen, Cheng Lu,
Patrick Dillon, Eric Tapia, James
Mullen, Brad Buss, Charles Chao, Karen
C. Francis, Michelle Sterling, Reed
Werner, and Bonnie Yi Zhang,

      Defendants,
-and-

TUSIMPLE HOLDINGS, INC.,

      Nominal Defendant.

### SUMMONS

Please effectuate service upon:

1. Xiaodi Hou
2. Mo Chen
3. Cheng Lu
4. Patrick Dillon
5. Eric Tapia
6. James Mullen
7. Brad Buss
8. Charles Chao
9. Karen C. Francis
10. Michelle Sterling
11. Reed Werner
12. Bonnie Yi Zhang

By serving the registered agent of:

TuSimple Holdings, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Pursuant to 10 <u>Del. C.</u> Sec. 3114

SERVICE TO BE COMPLETED BY
SPECIAL PROCESS SERVERS –
PARCELS, INC.

§3114. Service of process on nonresident directors, trustees, members of the governing body or officers of Delaware corporations.

(a) Every nonresident of this State who after September 1, 1977, accepts election or appointment as a director, trustee or member of the governing body of a corporation organized under the laws of this State or who after June 30, 1978, serves in such capacity, and every resident of this State who so accepts election or appointment or serves in such capacity and thereafter removes residence from this State shall, by such acceptance or by such service, be deemed thereby to have consented to the appointment of the registered agent of such corporation (or, if there is none, the Secretary of State) as an agent upon whom service of process may be made in all civil actions or proceedings brought in this State, by or on behalf of, or against such corporation, in which such director, trustee or member is a necessary or proper party, or in any action or proceeding against such director, trustee or member for violation of a duty in such capacity, whether or not the person continues to serve as such director, trustee or member at the time suit is commenced. Such acceptance or service as such director, trustee or member shall be a signification of the consent of such director, trustee or member that any process when so served shall be of the same legal force and validity as if served upon such director, trustee or member within this State and such appointment of the registered agent (or, if there is none, the Secretary of State) shall be irrevocable.

(b) Every nonresident of this State who after January 1, 2004, accepts election or appointment as an officer of a corporation organized under the laws of this State, or who after such date serves in such capacity, and every resident of this State who so accepts election or appointment or serves in such capacity and thereafter removes residence from this State shall, by such acceptance or by such service, be deemed thereby to have consented to the appointment of the registered agent of such corporation (or, if there is none, the Secretary of State) as an agent upon whom service of process may be made in all civil actions or proceedings brought in this State, by or on behalf of, or against such corporation, in which such officer is a necessary or proper party, or in any action or proceeding against such officer for violation of a duty in such capacity, whether or not the person continues to serve as such officer at the time suit is commenced. Such acceptance or service as such officer shall be a signification of the consent of such officer that any process when so served shall be of the same legal force and validity as if served upon such officer within this State and such appointment of the registered agent (or, if there is none, the Secretary of State) shall be irrevocable. As used in this section, the word "officer" means an officer of the corporation who (i) is or was the president, chief executive officer, chief operating officer, chief financial officer, chief legal officer, controller, treasurer or chief accounting officer of the corporation at any time during the course of conduct alleged in the action or proceeding to be wrongful, (ii) is or was identified in the corporation's public filings with the United States Securities and Exchange Commission because such person is or was 1 of the most highly compensated executive officers of the corporation at any time during the course of conduct alleged in the action or proceeding to be wrongful, or (iii) has, by written agreement with the corporation, consented to be identified as an officer for purposes of this section.

(c) Service of process shall be effected by serving the registered agent (or, if there is none, the Secretary of State) with 1 copy of such process in the manner provided by law for service of writs of summons. In addition, the Prothonotary or the Register in Chancery of the court in which the civil action or proceeding is pending shall, within 7 days of such service, deposit in the United States mails, by registered mail, postage prepaid, true and attested copies of the process, together with a statement that service is being made pursuant to this section, addressed to such director, trustee, member or officer (i) at the corporation's principal place of business and (ii) at the residence address as the same appears on the records of the Secretary of State, or, if no such residence address appears, at the address last known to the party desiring to make such service; provided, however, that if any such director's, trustee's, member's or officer's address as described in clause (ii) of this subsection (c) shall be the same as the address described in clause (i) of this subsection, then the Prothonotary or Register in Chancery shall be required to make only 1 such mailing to such director, trustee, member or officer, at the address described in clause (i) of this subsection.

(d) In any action in which any such director, trustee, member or officer has been served with process as hereinabove provided, the time in which a defendant shall be required to appear and file a responsive pleading shall be computed from the date of mailing by the Prothonotary or the Register in Chancery as provided in subsection (c) of this section; however, the court in which such action has been commenced may order such continuance or continuances as may be necessary to afford such director, trustee, member or officer reasonable opportunity to defend the action.

(e) Nothing herein contained limits or affects the right to serve process in any other manner now or hereafter provided by law. This section is an extension of and not a limitation upon the right otherwise existing of service of legal process upon nonresidents.

(f) The Court of Chancery and the Superior Court may make all necessary rules respecting the form of process, the manner of issuance and return thereof and such other rules which may be necessary to implement this section and are not inconsistent with this section.

**59**
**Exhibit J**

## AFFIDAVIT OF SERVICE

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

ROBERT YOUNG, derivatively and on behalf of TUSIMPLE
HOLDINGS INC.,

Plaintiff,

vs.

XIAODI HOU, MO CHEN, CHENG LU, PATRICK DILLON,
ERIC TAPIA, JAMES MULLEN, BRAD BUSS, CHARLES
CHAO, KAREN C. FRANCIS, MICHELLE STERLING, REED
WERNER, and BONNIE YI ZHANG,

Defendants.

TUSIMPLE HOLDINGS, INC.

Nominal Defendant.

CA No: 2022-1157-NAC

STATE OF DELAWARE          }
                          } ss.
COUNTY OF NEW CASTLE   }

I, John Garber, of Parcels, Inc., the State of Delaware, County of New Castle, being duly sworn, says that on the 13th day of January, 2023, at 12:40 p.m., I personally served a copy of a Summons and Verified Complaint with supporting documents on:

1. XIAODI HOU
2. MO CHEN
3. CHENG LU
4. PATRICK DILLON
5. ERIC TAPIA
6. JAMES MULLEN
7. BRAD BUSS
8. CHARLES CHAO
9. KAREN C. FRANCIS
10. MICHELLE STERLING
11. REED WERNER
12. BONNIE YI ZHANG

by serving the registered agent for TuSimple Holdings, Inc., Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

**60**
**Exhibit J**

Name of individual accepting service: Lynanne Gares-Authorized to accept
Description of individual: Caucasian, female, 35-40 years of age, 5'5" tall, 150lbs
with brown hair.

_____

Subscribed and sworn before me
This 13th day of January, 2023
Notary Public

_____

My commission expires: _____

61
Exhibit J