ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
LUCAS F. OLTS (234843)
JENNIFER N. CARINGAL (286197)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
jcaringal@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
580 California Street, Suite 1200
San Francisco, CA  94104
Telephone:  (415) 459-6900
Facsimile:  (504) 455-1498
ramzi.abadou@ksfcounsel.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>TUSIMPLE HOLDINGS, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB)<br><br>CLASS ACTION<br><br>DECLARATION OF LUCAS F. OLTS IN SUPPORT OF PLAINTIFFS' OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS<br><br>Judge:　　　Hon. Roger T. Benitez<br>Courtroom: 5A<br>Date:　　　March 18, 2024<br>Time:　　　10:30 a.m. |

4862-5027-9840.v1

I, LUCAS F. OLTS, hereby declare as follows:

1.	I am a partner at the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiff Indiana Public Retirement System and Named Plaintiff Michelle Poirier in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.	I submit this Declaration, together with the attached exhibits, in support of Plaintiffs' Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss.

3.	Attached hereto are true and correct copies of the following exhibits:

| Exhibit | Description | Page Numbers |
|---|---|---|
| 1 | TuSimple Holdings, Inc. Current Report on Form 8-K, filed with the United States Securities and Exchange Commission on January 17, 2024. | 1-19 |
| 2 | An article titled: "TuSimple Winds Down U.S. Operations as It Looks for Buyer; Self-driving trucking company will continue to operate out of China" by Heather Somerville. *The Wall Street Journal* published the article on December 4, 2023. | 20-23 |
| 3 | Data concerning the trading prices of TuSimple's common stock on January 29, 2024, as obtained from Bloomberg Terminal. | 24-41 |
| 4 | A hyperlink to the video footage of Alleged Whistle Blower Shares Raw Video of Self Driving Semi Truck Crashing into Median, as presented on the YouTube user channel "Mutha Trucker – Official Trucking Channel," who uploaded the video to the site on July 25, 2022, https://www.youtube.com/watch?v=ymD8_DGwP50. | 42 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 29, 2024, in San Diego, California.

    s/ Lucas F. Olts
LUCAS F. OLTS

- 1 -	3:22-cv-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)

4862-5027-9840.v1