ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
LUCAS F. OLTS (234843)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUSTIN DICKER; Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TUSIMPLE HOLDINGS, INC. et al., <br><br> Defendants. | No. 3:22-cv-01300-BEN-MSB <br><br> CLASS ACTION <br><br> PLAINTIFFS' SECOND REQUEST FOR JUDICIAL NOTICE <br><br> Date:        March 18, 2024 <br> Time:        10:30 a.m. <br> Judge:       Hon. Roger T. Benitez <br> Courtroom: 5A |

CASE NO. 3:22-CV-01300-BEN-MSB
(CONSOLIDATED WITH NO. 3:23-CV-00282-BEN-MSB)

## I.   INTRODUCTION

Lead Plaintiff Indiana Public Retirement System and Named Plaintiffs Michelle Poirier and Robert Miller (collectively, "Plaintiffs"), respectfully request that the Court take judicial notice of the document identified below and attached as an exhibit to the accompanying Declaration of Ramzi Abadou ("Abadou Decl.").[1] Plaintiffs respectfully submit Exhibit 1 for judicial notice.

> **Exhibit 1**: An article published by *The Wall Street Journal* on January 31, 2024, detailing how: (1) the United States Commerce Department intercepted TuSimple's attempted shipment of advanced semiconductor chips from TuSimple to its Australian subsidiary. It did so to determine whether the Company actually planned to ship the chips to China in violation of export controls; (2) TuSimple employees disclosed to reporters that defendant Lu stated he wanted the chips shipped to China; (3) the Australian subsidiary was founded by Lu with Defendants Lu and Chen as directors; and (4) TuSimple's legal team advised that the Company could not send the chips to China but could send them to Australia.

## II.   LEGAL STANDARDS FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE

Generally, courts "'may not consider any material beyond the pleadings in ruling on a Rule 12(b)(6) motion'" without converting it to one for summary judgment. *Lee v. City of L.A.*, 250 F.3d 668, 688 (9th Cir. 2001); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018). There are two exceptions: the incorporation-by-reference doctrine and judicial notice under FED. R. EVID. 201.  *Khoja*, 899 F.3d at 998. Incorporation by reference permits consideration of documents upon which the complaint relies, treating them as if they were part of the complaint itself. *Id.* at 1002; *Arellano v. Santos*, 2020 U.S. Dist. LEXIS 46143, at \*6 (S.D. Cal. 2020). Judicial notice is also taken of adjudicative facts "not subject to reasonable dispute," *i.e.*, if it is "generally known[,]" or "can be accurately and readily determined from sources whose

---

[1]   All emphasis is added and internal citations/quotations omitted unless otherwise indicated.

accuracy cannot reasonably be questioned." FED. R. EVID. 201(B). Courts may appropriately take judicial notice "(1) of matters of public record, (2) that the market was aware of information contained in news articles, and (3) publicly accessible websites whose accuracy and authenticity is not subject to dispute[.]" *In re Facebook, Inc. Secs. Litig.*, 405 F. Supp. 3d 809, 827 (N.D. Cal. 2019). Disputed facts contained in those records, however, should not be judicially noticed. *See Khoja*, 899 F.3d at 999.

## III.    EXHIBIT 1 SHOULD BE JUDICIALLY NOTICED

It is appropriate to take judicial notice that the January 31, 2024 *The Wall Street Journal* news article (Exhibit 1) revealed that the Commerce Department intercepted TuSimple's shipment of advanced semiconductor chips to its Australian subsidiary to investigate whether TuSimple ultimately planned to ship the chips to China.[2] Courts frequently take judicial notice of news articles "to show what was available to the market[.]" *Shenwick v. Twitter, Inc.*, 282 F. Supp. 3d 1115, 1123 (N.D. Cal. 2017); *see also Jones v. Raymer Metals, Inc.*, 2017 U.S. Dist. LEXIS 223587, at *15 (C.D. Cal. 2017) (news articles are judicially noticeable to show what "was in the public realm[.]"); *Lynwood Invs. CY Ltd. v. Konovalov*, 2021 U.S. Dist. LEXIS 58501, at *21 (N.D. Cal. 2021) ("Courts have held that news articles . . . are proper subjects of judicial notice."); *Unsworth v. Musk*, 2019 U.S. Dist. LEXIS 186481, at *11-12 (N.D. Cal. 2019) (taking judicial notice of news articles); *Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n.18 (9th Cir. 1999) (taking judicial notice of news articles). Accordingly, the Court should take judicial notice of Exhibit 1.

Dated:   February 2, 2024                     Respectfully submitted,

                                              KAHN SWICK & FOTI, LLP

---

[2]    Plaintiffs note that these developments appear to undermine Defendants' assertion that Plaintiffs' Complaint alleges a "far-fetched" "spy ring." *See* Hou MTD at 6.

By:  *s/ Ramzi Abadou*

Ramzi Abadou (SBN 222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile:  (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

KAHN SWICK & FOTI, LLC
Lewis S. Kahn
(to be admitted *pro hac vice*)
Alexander Burns
(admitted *pro hac vice*)
James T. Fetter
(admitted *pro hac vice*)
Alexandra Pratt
(admitted *pro hac vice*)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com
james.fetter@ksfcounsel.com
alexandra.pratt@ksfcounsel.com

*Counsel for Named Plaintiff, Robert Miller*

ROBBINS GELLER RUDMAN
& DOWD LLP
Darren J. Robbins
Lucas F. Olts
Heather G. Geiger
Stephen Johnson
655 West Broadway, Suite 1900
San Diego, CA 92101

Telephone: (619) 231-1058
Facsimile: (619) 231-7423
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

*Lead Counsel for Lead Plaintiff, Indiana Public Retirement System, and Named Plaintiff, Michelle Poirier*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on Friday, February 2, 2024 on all counsel of record by using the CM/ECF system.

*s/ Ramzi Abadou*
RAMZI ABADOU