ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
LUCAS F. OLTS (234843)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUSTIN DICKER; Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TUSIMPLE HOLDINGS, INC. et al.,<br><br>Defendants. | No. 3:22-cv-01300-BEN-MSB<br><br>CLASS ACTION<br><br>PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF THEIR MOTION TO REQUEST ALTERNATE SERVICE OF PROCESS<br><br>Date:        April 1, 2024<br>Time:        10:30 a.m.<br>Judge:       Hon. Roger T. Benitez<br>Courtroom: 5A |

Plaintiffs respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent decision regarding alternative service of process by the Hon. Douglas L. Rayes in *Laborers District Council Construction Industry Pension Fund v. Sea Ltd.*, No. 2:23-CV-01455-PHX-DLR, 2024 U.S. Dist. LEXIS 31074 (D. Ariz. Feb. 23, 2024) ("*Sea*") (attached hereto as Exhibit A).

*Sea* is a securities fraud case where several individual defendants resided in Singapore. 2024 U.S. Dist. LEXIS 31074, at *2. There, as here, "counsel[] . . . has declined to accept or waive service on behalf of the Individual Defendants because Sea's counsel 'do not currently represent' any of the Individual Defendants." *Id.* at *2-3. Plaintiff in *Sea* thereafter moved for leave to serve the individual defendants "*via* their work email address, social media accounts, and email to Sea's U.S.-based counsel." *Id.* at *3. The court granted plaintiff's motion pursuant to Federal Rule of Civil Procedure 4(f)(3). *Id.* at *5. The court did so in part by explaining that "[t]hese methods, under the circumstances, are reasonably calculated to apprise the Individual Defendants of the pendency of this case." *Id.* (listing cases). The court further held that the Hague Convention did ***not*** prohibit these alternative means of service. *Id.* at *4. Critically, the court also rejected defendants' identical argument that a plaintiff ***must*** first attempt service through the Hague Convention before moving for alternative service. *Compare id.* at *5 *with* ECF No. 147 at 2-3 ("no attempts have been made whatsoever to properly effect service as required under Federal Rule of Civil Procedure 4, as courts consistently require before allowing alternative service.").

The *Sea* court similarly rejected defendants' argument that Sea's counsel was not a proper agent for service of process simply because (as Chao's and Zhang's counsel here have argued) they claimed that they did not represent the individual defendants and were not authorized to accept service on their behalf. *Compare* 2024 U.S. Dist. LEXIS 31074, at *2, *5 *with* ECF No. 147 at 3. Accordingly, *Sea* wholly supports Plaintiffs' Motion to Request Alternate Service of Process for Defendants Chao and Zhang.

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
IFSO MOTION TO REQUEST ALTERNATE SERVICE
CASE NO. 3:22-CV-01300-BEN-MSB

Dated:   February 26, 2024            Respectfully submitted,

KAHN SWICK & FOTI, LLP


By:   *s/ Ramzi Abadou*

Ramzi Abadou (SBN 222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile:  (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Counsel for Named Plaintiff, Robert Miller*

ROBBINS GELLER RUDMAN
& DOWD LLP
Darren J. Robbins
Lucas F. Olts
Heather G. Geiger
Stephen Johnson
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

*Lead Counsel for Lead Plaintiff, Indiana Public Retirement System, and Named Plaintiff, Michelle Poirier*

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
IFSO MOTION TO REQUEST ALTERNATE SERVICE
CASE NO. 3:22-CV-01300-BEN-MSB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on Monday, February 26, 2024 on all counsel of record by using the CM/ECF system.

*s/ Ramzi Abadou*
RAMZI ABADOU

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
IFSO MOTION TO REQUEST ALTERNATE SERVICE
CASE NO. 3:22-CV-01300-BEN-MSB