William Paine, *pro hac vice*
    william.paine@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street, Boston, MA 02109
Tel: (617) 526-6759

*Attorney for Defendant TuSimple Holdings Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, INDIANA PUBLIC RETIREMENT SYSTEM, ROBERT MILLER, MICHELLE POIRIER, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>TUSIMPLE HOLDINGS INC., GUOWEI "CHARLES" CHAO, XIAODI HOU, MO CHEN, BONNIE YI ZHANG, CHENG LU, PATRICK DILLON, BRAD BUSS, KAREN C. FRANCIS, MORGAN STANLEY & CO. LLC, CITIGROUP GLOBAL MARKETS, INC., J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., COWEN AND COMPANY, LLC, CREDIT SUISSE SECURITIES (USA) LLC, NOMURA SECURITIES INTERNATIONAL, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, OPPENHEIMER & CO., INC., PIPER SANDLER & CO., ROBERT W. BAIRD & CO. INCORPORATED, and | Case No. 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB)<br><br>**DECLARATION OF WILLIAM PAINE IN SUPPORT OF DEFENDANT TUSIMPLE HOLDINGS INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF REQUEST FOR JUDICIAL NOTICE**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A<br><br>Date: March 18, 2024<br>Time: 10:30 am |

DECLARATION OF WILLIAM PAINE                    Case No. 3:22-cv-01300-BEN-MSB

VALUABLE CAPITAL LIMITED,

*Defendants.*

DECLARATION OF WILLIAM PAINE                    Case No. 3:22-cv-01300-BEN-MSB

I, William Paine, hereby declare under penalty of perjury as follows:

1.     I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant TuSimple Holdings Inc. ("TuSimple").

2.     I am a member in good standing of the State Bar of Massachusetts, and I have been admitted *pro hac vice* to represent TuSimple in this litigation.

3.     I am over the age of eighteen and have personal knowledge of and am competent to testify about the factual matters asserted herein.  If called as a witness, I could and would competently testify thereto.

4.     I submit this Declaration in support of TuSimple's Reply Memorandum of Points and Authorities in Further Support of TuSimple's Request for Judicial Notice.

5.     Attached hereto as **Exhibit A** is a true and correct copy of a chart containing the facts TuSimple seeks to have noticed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Boston, Massachusetts, on this 11th day of March 2024.

*/s/ William Paine*
William Paine

- 1 -

DECLARATION OF WILLIAM PAINE                    Case No. 3:22-cv-01300-BEN-MSB