# EXHIBIT A

**Exhibit A – Facts Subject to Judicial Notice[1]**

| Exhibit | Fact(s) Subject to Judicial Notice | Motion to Dismiss Location(s) |
|---|---|---|
| B | Hydron is not a subsidiary of TuSimple (the "Company"). | TuSimple MTD at 22. |
| C | TuSimple's IPO was a firm commitment underwriting in which TuSimple sold all shares to the underwriters, who in turn resold them to the public. | TuSimple MTD at 15–16; Lu MTD at 2. |
| D | TuSimple is developing Level 4 autonomous technology (principally software) for semi-trucks. | TuSimple MTD at 4, 38; Francis & Buss Reply at 9. |
| | TuSimple disclosed that it "believe[d] that [its] technology and [its] AFN will make long haul trucking significantly safer." | Francis & Buss Reply at 9. |
| | TuSimple disclosed that it "believe[d] that [its] AFN [was] the most comprehensive solution to address [industry challenges like] safety." | Francis & Buss Reply at 9. |
| | To develop autonomous technology for semi-trucks, TuSimple built a network of digitally mapped routes and terminals to allow a semi-truck equipped with the Company's technology to be operated across the network without a human driver. | TuSimple MTD at 4–5. |
| | TuSimple disclosed in the April 16, 2021 Form 424B4 ("Prospectus") its future path to achieve "L4 Autonomy," which was still in the early stages of commercialization. | TuSimple MTD at 5. |
| | TuSimple disclosed its plan to partner with one or more original equipment manufacturers ("OEMs") who would manufacture trucks capable of being operated by TuSimple's technology. | TuSimple MTD at 5. |

---

[1] This chart contains facts identified in the opening and reply briefs supporting each Defendant's motion to dismiss. Exhibit X is not included because Plaintiffs agree that it is judicially noticeable. *See* RJN Opp. at 12.

| Exhibit | Fact(s) Subject to Judicial Notice | Motion to Dismiss Location(s) |
|---|---|---|
| | TuSimple disclosed that Mo Chen and Xiaodi Hou founded TuSimple in 2015, both of whom would control all actions requiring shareholder approval (including election of directors) as majority shareholders. | TuSimple MTD at 5, 41, 43, 49. |
| | In 2016, TuSimple (Cayman) Limited was incorporated under the laws of the Cayman Islands to serve as the holding company for TuSimple, Inc., a California corporation that is the successor of TuSimple LLC. | TuSimple MTD at 5–6. |
| | In February 2021, TuSimple (Cayman) Limited changed its name to TuSimple Holdings Inc. and moved its jurisdiction of incorporation from the Cayman Islands to Delaware. | TuSimple MTD at 5–6, 49. |
| | TuSimple disclosed that, in March 2021, before the IPO, the Committee on Foreign Investment in the United States ("CFIUS") began investigating a 2017 purchase of TuSimple stock by Sun Dream, Inc. ("Sun Dream"), an affiliate of Sina Corporation ("Sina"). | TuSimple MTD at 6. |
| | TuSimple disclosed that Charles Chao, at the time a director of TuSimple for roughly two years, was the CEO and Chairman of Sina and a director of other Chinese companies including Weibo. | TuSimple MTD at 6, 24. |
| | TuSimple disclosed that a Sina affiliate was an underwriter of the IPO and would sell up to 7.7 percent of TuSimple's common stock to residents of China, including TuSimple's management, friends, and family. | TuSimple MTD at 6. |
| | TuSimple disclosed that it intended to adopt a written related party transaction policy. | TuSimple MTD at 11; Underwriter Reply at 5. |
| | TuSimple disclosed related-party loans that were larger than those with Hydron. | TuSimple MTD at 22.[2] |

---

[2] Footnote 21 on page 22 of TuSimple's MTD cites Exhibit C, but this was a typographical error.  The correct exhibit is Exhibit D.

Ex. A
3

| Exhibit | Fact(s) Subject to Judicial Notice | Motion to Dismiss Location(s) |
|---|---|---|
| | TuSimple disclosed that if its products became designated as "emerging and foundational technologies," they could be subject to CFIUS's review. | TuSimple MTD at 25. |
| | TuSimple disclosed that Sun Dream is ultimately controlled by Charles Chao. | TuSimple MTD at 43, 48. |
| | TuSimple disclosed that Sun Dream sold its shares in the IPO as well as the volume and price of the shares sold. | TuSimple MTD at 48. |
| | TuSimple's IPO occurred on April 16, 2021, and the offering price was $40 per share. | Underwriter MTD at 13. |
| | As outside directors, neither Brad Buss nor Karen Francis were employees of TuSimple. | Buss & Francis MTD at 2. |
| | TuSimple disclosed that TuSimple's performance and prospects could be harmed if "safety and reliability issues for autonomous driving technology cannot be addressed properly." | Buss & Francis MTD at 4. |
| | TuSimple disclosed that CFIUS reviews investments and transactions in a U.S. business for national security purposes and is authorized to require U.S. businesses to impose restrictions on an investor's access to information, to implement independent monitoring of access control measures, or to comply with an NSA with CFIUS. | TuSimple MTD at 6. |
| | TuSimple disclosed the size of Sun Dream's holdings in TuSimple and that TuSimple and Sun Dream would respond together to CFIUS. | TuSimple MTD at 6. |
| | TuSimple disclosed that any restrictions implemented by CFIUS, or the threat of any such action, may adversely impact the market for TuSimple's Class A common stock. | TuSimple MTD at 6. |
| E | TuSimple disclosed that Sun Dream sold its shares in the IPO; the volume and price of the shares sold; and that Sun Dream is controlled by Charles Chao. | TuSimple MTD at 48. |

3

Ex. A

4

| Exhibit | Fact(s) Subject to Judicial Notice | Motion to Dismiss Location(s) |
|---|---|---|
| F | TuSimple disclosed that the Company's autonomous driving technology and related hardware and software could have "undetected defects, errors or bugs." | TuSimple MTD at 33. |
| G | TuSimple disclosed a CFIUS investigation concerning the 2017 purchase of the Company's redeemable convertible preferred shares by Sun Dream. | TuSimple MTD at 25. |
| H | TuSimple disclosed related-party transactions with Sina Corporation in 2020 and 2021. | TuSimple MTD at 19. |
| | TuSimple's reported assets in 2021 were valued at approximately $1.5 billion. | TuSimple MTD at 21–22. |
| I | TuSimple disclosed that CFIUS was investigating the 2017 purchase of the Company's redeemable convertible preferred shares by Sun Dream. | TuSimple MTD at 25. |
| J | TuSimple disclosed a CFIUS investigation concerning the 2017 purchase of the Company's redeemable convertible preferred shares by Sun Dream. | TuSimple MTD at 25. |
| | TuSimple disclosed related-party transactions with Sina Corporation in 2020 and 2021. | TuSimple MTD at 19. |
| K | TuSimple disclosed that it entered into a National Security Agreement ("NSA") with the U.S. government in February 2022. | TuSimple MTD at 25. |
| | TuSimple disclosed KPMG's opinion on the Company's consolidated financial statements. | TuSimple MTD at 41. |
| L | TuSimple disclosed that its partnerships with Navistar and TRATON resulted in TRATON acquiring stock in TuSimple and an agreement by TuSimple to pay Navistar up to $10 million for its expenses incurred in co-development collaborations. | TuSimple MTD at 21–22. |
| M | TuSimple disclosed that the Company was in the early stages of commercialization of its L4 autonomous truck. | TuSimple MTD at 5. |

| Exhibit | Fact(s) Subject to Judicial Notice | Motion to Dismiss Location(s) |
|---|---|---|
| N | TuSimple disclosed that during 2021, Company employees spent paid hours (worth less than $300,000) working on matters for Hydron. | TuSimple MTD at 7, 11; Underwriter MTD at 8; Francis & Buss MTD at 3; Dillon MTD at 1; Hou Reply at 2. |
| | TuSimple disclosed that the Board terminated Xiaodi Hou as President and CEO and demoted him from his position as Chairman of the Board. | TuSimple MTD at 8; Francis & Buss MTD at 3; Dillon MTD at 1. |
| | TuSimple disclosed that, during 2022, it shared confidential information with Hydron and its partners and that it was not able to determine the value, if any, of such information. | TuSimple MTD at 11; Underwriter MTD at 8; Dillon MTD at 1; Hou Reply at 2. |
| | TuSimple disclosed that it believed the information shared with Hydron was not related to the intangible assets or patents reflected on the Company's balance sheet. | TuSimple MTD at 20–21; Hou MTD at 4; Hou Reply at 2. |
| | TuSimple disclosed that, after it shared information with Hydron, the Company executed a non-disclosure agreement with Hydron that covered the shared information. | Hou MTD at 4. |
| | TuSimple disclosed that Dr. Hou was terminated without cause. | Hou MTD at 4; Hou Reply at 2. |
| O | TuSimple disclosed that the Board terminated Xiaodi Hou as President and CEO and demoted him from his position as Chairman of the Board. | TuSimple MTD at 8. |

5

| Exhibit | Fact(s) Subject to Judicial Notice | Motion to Dismiss Location(s) |
|---|---|---|
| P | TuSimple disclosed the removal of Brad Buss, Karen Francis, Michelle Sterling, and Reed Fraser from the Company's Board of Directors. | TuSimple MTD at 49. |
| R | TuSimple disclosed that two operators in a TuSimple vehicle "incorrectly reengaged the autonomous driving mode without completing all of the steps necessary to safely reengage," resulting in an accident on April 6, 2022. | TuSimple MTD at 9. |
| S | TuSimple disclosed that Michael Mosier would serve as the Company's Security Director pursuant to the NSA. | TuSimple MTD at 8. |
| T | Cheng Lu sold 9% of his shares, including vested options in December 2021 and every quarter thereafter until the October 31, 2022 disclosure. | TuSimple MTD at 45. |
| U | Cheng Lu sold 9% of his shares, including vested options in December 2021 and every quarter thereafter until the October 31, 2022 disclosure. | TuSimple MTD at 45. |
| | Cheng Lu's sales of his stock were mandated by the issuer's election under its equity incentive plans to require the satisfaction of tax withholding obligations and represented non-discretionary trades by Lu. | Lu MTD at 8. |
| V | Cheng Lu's TuSimple holdings increased from 2.125 million shares to 2.62 million shares. | TuSimple MTD at 44. |
| | Cheng Lu sold 9% of his shares, including vested options in December 2021 and every quarter thereafter until the October 31, 2022 disclosure. | TuSimple MTD at 45. |
| W | TuSimple disclosed that the Company's highest market cap in 2021 was $14.89 billion. | TuSimple MTD at 21. |
| Y | Dr. Hou did not sell any shares during the Class Period. | Hou MTD at 8. |

6

| Exhibit | Fact(s) Subject to Judicial Notice | Motion to Dismiss Location(s) |
|---|---|---|
|  | In November 2022, Dr. Hou executed an irrevocable proxy and voting agreement relinquishing his control over the Company. | Hou Reply at 6. |

7

Ex. A

8