ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
LUCAS F. OLTS (234843)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER; Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> vs.<br><br>TUSIMPLE HOLDINGS, INC. et al.,<br><br>        Defendants. | No. 3:22-cv-01300-BEN-MSB<br><br>CLASS ACTION<br><br>DECLARATION OF RAMZI ABADOU IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS CHAO'S & ZHANG'S MOTION TO QUASH SERVICE AND MOTION TO DISMISS<br><br>Judge:  Hon. Roger T. Benitez<br>Courtroom: 5A |

I, Ramzi Abadou, hereby declare as follows:

1.      I am a member in good standing of the bar of the State of California and am admitted to practice in this District.

2.      I submit this Declaration, together with the attached exhibits, in support of Plaintiffs' Opposition to Defendants Chao's & Zhang's Motion to Quash Service and Motion to Dismiss. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3.      Attached hereto as **Exhibit A** is a true and correct copy of an Affidavit of Service on Charles Chao, who accepted service of process in litigation in the Southern District of New York at his luxury New York apartment on June 3, 2022, in *Oasis Focus Fund LP v. Chao et al.*, 1:22-mc-00113-PAE, ECF No. 15 (June 15, 2022).

4.      Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the February 12, 2024 motion to dismiss hearing in *Wilhoite v. Hou*, Case No. 23-cv-02333-BEN, ECF No. 80 at 10-11.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 18, 2024, in San Francisco, California.


_____
*s/ Ramzi Abadou*
RAMZI ABADOU

ABADOU DECL. ISO PLAINTIFFS' OPP. TO MOTION TO QUASH SERVICE
CASE NO. 3:22-CV-01300-BEN-MSB