# EXHIBIT A

EXHIBIT A
1

| Case: | Court: | District: | Job: |
|---|---|---|---|
| 22-mc-113 | United States District Court | Southern District | 7181158 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Oasis Focus Fund LP | Chao, et al. |

| Received by: | |
|---|---|
| Natasha Bilick | |

| To be served upon: |
|---|
| Charles Chao |

## AFFIDAVIT OF SERVICE

I, Natasha Bilick, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Charles Chao, 50 Riverside Boulevard, New York, NY 10069

**Manner of Service:** Personal/Individual, Jun 3, 2022, 4:47 pm EST

**Documents:** Subpoena to Testify at a Deposition in a Civil Action

**Additional Comments:**

1) Successful Attempt: Jun 3, 2022, 4:47 pm EST at 50 Riverside Boulevard, New York, NY 10069 received by Charles Chao; Age: 50-55; Ethnicity: Asian American; Gender: Male; Weight: 170; Height: 5'6"; Hair: S&P.

Subpoena Fee Tendered in the Amount of $100.00.

Sworn to (or affirmed) and subscribed before me on This 7th Day of June 2022

_____

DCA License # 2073697
Natasha Bilick

ROBERT L. PEDERSEN
Notary Public – State of New York
No. 01PE6215329
Qualified in Suffolk County
My Commission Expires 12/28/2025

**EXHIBIT A**

**2**