# EXHIBIT B

EXHIBIT B
3

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

_____
                                  )
NORMAN WILHOITE and JUDITH        )
WILHOITE, derivatively on behalf)
of TUSIMPLE HOLDINGS, INC.,       )
                                  ) Case No. 23-CV-02333-BEN
                 Plaintiff,       )
                                  ) Monday, February 12, 2024
         v.                       )
                                  ) Motion Hearing
XIAODI HOU, MO CHEN, CHENG LU,    )
GUOWEI "CHARLES" CHAO, AND        )
HYDRON, INC.,                     )
                                  )
                 Defendant.       )    CERTIFIED
_____)     TRANSCRIPT


REPORTER'S TRANSCRIPT OF PROCEEDINGS
PAGES 1 THROUGH 56

BEFORE THE HONORABLE ROGER T. BENITZ
UNITED STATES DISTRICT JUDGE


APPEARANCES:

   For Plaintiff:   BOTTINI & BOTTINI
                    7817 Ivanhoe Avenue, Suite 102
                    La Jolla, California 92037-8807
                    BY:  ALBERT CHANG, ESQ.
                    BY:  FRANCIS A. BOTTINI, ESQ.
                    BY:  AARON PAUL ARNZEN, ESQ.

                    -and-

                    BERNSTEIN LITOWITZ BERGER & GROSSMANN
                    1251 Avenue of the Americas
                    New York, New York 10020
                    BY:  ERIC JOHN RIEDEL, ESQ.

Reported By:  Stephanie Whitehead, RDR, CRR
District Court Clerk's Office
(Reported stenographically; transcribed via computer)

**EXHIBIT B**

**4**

Appearances (Cont'd)

    For Defendant:  WILMER HALE
                    60 State Street
                    Boston, Massachusetts 02109
                    BY:  ROBERT KINGSLEY SMITH, ESQ.

**EXHIBIT B**

**5**

physically --

MR. SMITH:  Yes.

THE COURT:  -- right?

MR. SMITH:  Well, the operating subsidiary's head office is located here physically, yes.

THE COURT:  Okay.  The shareholders who claim to be aggrieved are here, right?

MR. SMITH:  That's not correct, your Honor. The shareholders who are bringing this claim are based in Hawaii.

THE COURT:  Well, which is a lot closer to San Diego than it is to Delaware, right?

MR. SMITH:  It's closer, your Honor, but the private factors don't matter under *Atlantic Marine*. It's only the public factors.

THE COURT:  Right.

MR. SMITH:  And those public factors are where the company is potentially located, given the interest of a particular forum, because it's the interest of the forum that is the factor that has to be considered.

THE COURT:  Okay.  But wouldn't -- wouldn't most -- I mean, if the operation of the company is here in California, wouldn't most of the witnesses, most of the information that's necessary be located here in California?

EXHIBIT B

6

MR. SMITH:  It would, your Honor.  But again, under the *Atlantic Marine* framework, those private interests, so the convenience of the litigants themselves, isn't part of the *forum non conveniens* analysis; it's only the public factors.  And those public factors have to weigh significantly in favor of not enforcing the forum selection clause.

THE COURT:  Let me stop you.  So tell me about what factors would weigh heavily in favor of enforcing the forum selection clause?

MR. SMITH:  With all due respect, your Honor, that's not the test.  It is presumptively enforceable unless you can demonstrate that there's a strong public policy that invalidates the forum selection clause or demonstrate that there is a public interest of this forum that is so strong to outweigh imposing the forum selection clause or enforcing the forum selection clause.  It's not our burden to demonstrate that there's a strong public policy.

That being said, having all derivative litigation filed on behalf of the company in the same forum has significant benefits for the company.  There's already three derivative actions pending in Delaware Chancery Court.

THE COURT:  How long have they been pending?

**EXHIBIT B**

**7**

answering my questions.  I will take this matter under submission.  Okay?

All right.  Is there anything else?

If not, this hearing is concluded.  Thank you.

MR. SMITH:  Thank you, your Honor.

MR. CHANG:  Thank you.

(End of proceedings.)


-o0o-


C E R T I F I C A T E

I, Stephanie Whitehead, certify that I am a duly qualified and acting Official Court Reporter for the United States District Court; that the foregoing is a true and accurate transcript of the proceedings as taken by me in the above-entitled matter on February 12, 2024; and that the format used complies with the rules and requirements of the United States Judicial Conference.


Dated:  February 16, 2024.


s/ STEPHANIE WHITEHEAD


Stephanie Whitehead, CSR 10093
U.S. Official Court Reporter

**EXHIBIT B**

**8**