Kevin P. Muck (California SBN 120918)
   kevin.muck@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
One Front Street, Suite 3500,
San Francisco, CA 94111
Tel: (628) 235-1000 / Fax: (628) 235-1001

William Paine, *pro hac vice*
   william.paine@wilmerhale.com
Robert Kingsley Smith, *pro hac vice*
   robert.smith@wilmerhale.com
Sonia Sujanani, *pro hac vice*
   Sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street, Boston, MA 02109
Tel: (617) 526-6759 / Fax: (617) 526-5000

Elaine F. Harwell (California SBN 242551)
   elaine.harwell@procopio.com
PROCOPIO, CORY, HARGREAVES
   & SAVITCH, LLP
525 B Street, Suite 2200,
San Diego, CA 92101
Tel: (619) 238-1900 / Fax: (619) 235-0398

*Attorneys for Defendant TuSimple Holdings Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, INDIANA PUBLIC RETIREMENT SYSTEM, ROBERT MILLER, MICHELLE POIRIER, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> TUSIMPLE HOLDINGS INC., GUOWEI "CHARLES" CHAO, XIAODI HOU, MO CHEN, BONNIE YI ZHANG, CHENG LU, PATRICK DILLON, BRAD BUSS, KAREN C. FRANCIS, MORGAN STANLEY & CO. LLC, CITIGROUP GLOBAL MARKETS, INC., J.P. MORGAN | Case No. 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB) <br><br> **DEFENDANT TUSIMPLE HOLDINGS INC.'S RESPONSE TO PLAINTIFFS' MOTION TO PARTIALLY LIFT THE PSLRA DISCOVERY STAY AS TO DEFENDANTS CHAO AND ZHANG** <br><br> Judge: Hon. Roger T. Benitez <br> Courtroom: 5A <br> Date: April 1, 2024 <br> Time: 10:30 am |

SECURITIES LLC, BOFA SECURITIES, INC., COWEN AND COMPANY, LLC, CREDIT SUISSE SECURITIES (USA) LLC, NOMURA SECURITIES INTERNATIONAL, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, OPPENHEIMER & CO., INC., PIPER SANDLER & CO., ROBERT W. BAIRD & CO. INCORPORATED, and VALUABLE CAPITAL LIMITED,

*Defendants.*

Defendant TuSimple Holdings Inc. ("TuSimple") takes no position on Plaintiffs' Motion to Request Alternate Service of Process for Defendants Chao and Zhang and to Partially Lift the PSLRA Discovery Stay as to Defendants Chao and Zhang. Should the Court grant Plaintiffs' Motion over any opposition other parties may file, TuSimple will respond to Plaintiffs' Special Interrogatories to Defendant TuSimple (Exhibit L to the Declaration of Ramzi Abadou in support of Plaintiffs' Motion) and Plaintiffs' Special Requests for Production of Documents to Defendant TuSimple (Exhibit M to the Declaration of Ramzi Abadou in support of Plaintiffs' Motion) following any Court order granting Plaintiffs' Motion within thirty (30) days after service as afforded by the Federal Rules of Civil Procedure.

- 1 -

Dated: March 18, 2024              Respectfully submitted,

/s/ *William Paine*

Kevin P. Muck (California SBN 120918)
  kevin.muck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel: (628) 235-1000 / Fax: (628) 235-1001

William Paine, *pro hac vice*
  william.paine@wilmerhale.com
Robert Kingsley Smith, *pro hac vice*
  robert.smith@wilmerhale.com
Sonia Sujanani, *pro hac vice*
  sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6759 / Fax: (617) 526-5000

Elaine Harwell (California SBN 242551)
  elaine.harwell@procopio.com
PROCOPIO CORY
  HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Tel: (619) 238-1900 / Fax: (619) 235-0398

*Counsel for Defendant TuSimple Holdings Inc.*

- 2 -

RESPONSE TO MOTION TO LIFT STAY          Case No. 3:22-cv-01300-BEN-MSB

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, the 18th day of March, 2024, I electronically transmitted a copy of this document to the Clerk's office using the CM/ECF system, which will send a notice of filing to all counsel of record.

/s/ William Paine
William Paine

- 3 -

RESPONSE TO MOTION TO LIFT STAY                    Case No. 3:22-cv-01300-BEN-MSB