ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
LUCAS F. OLTS (234843)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER; Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>TUSIMPLE HOLDINGS, INC. et al.,<br><br>              Defendants. | No. 3:22-cv-01300-BEN-MSB<br><br>CLASS ACTION<br><br>PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS<br><br>Judge:     Hon. Roger T. Benitez<br>Courtroom: 5A |

Plaintiffs respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent decision by the Hon. Lewis A. Kaplan denying defendants' motions to dismiss in *In re Didi Global Inc. Securities Litigation*, No. 21-cv-05807 (LAK), 2024 WL 1119483 (S.D.N.Y. Mar. 14, 2024) ("*Didi*") (attached hereto as Exhibit A).

*Didi* is a securities class action against a Chinese technology company ("DiDi"), several DiDi executives and directors, and underwriters in connection with DiDi's initial public offering ("IPO"). 2024 WL 1119483, at *1. As here, plaintiffs in *Didi* alleged claims pursuant to Sections 11, 12, and 15 of the Securities Act of 1933 ("Securities Act") and Sections 10(b), 20A and 20(a) of the Securities and Exchange Act of 1934 ("Exchange Act"). Judge Kaplan's thoughtful *Didi* opinion denied defendants' motions to dismiss plaintiffs' claims in their entirety.

There, "[p]laintiffs allege that the Chinese government exercises 'complete control' over 'Chinese commerce, the internet in China, and internet-based businesses.'" *Id.* at *2. *Didi* sustained plaintiffs' Securities Act claims against the underwriter defendants and the individual defendants under Rule 8. 2024 WL 1119483, at *6. The court did so even while applying Rule 9(b) to plaintiffs' Securities Act claims against DiDi, which was alleged to have acted with scienter. *Id.* at *5. The court nevertheless still denied the underwriter and individual defendants' motions to dismiss "to the extent that they [we]re premised on plaintiffs' purported failure to meet the Rule 9(b) pleading standard." *Id.* at *6.

In overruling defendants' materiality argument, *Didi* also held that plaintiffs had adequately pled material omissions in DiDi's IPO's registration statement's risk disclosures. *Id.* at *7-8. The court found the risk disclosures materially misleading because "[t]hey made no mention of the far more specific risk, known to Didi, that the company, in proceeding with the IPO, was defying the Chinese government's directives and thus inviting its wrath." *Id.* For these and other reasons, the court sustained

1

plaintiffs' claims under the Securities Act and Exchange Act and, in doing so, specifically rejected defendants' arguments with respect to materiality, falsity, scienter and loss causation. *Id.* at *3, *11-19.

Dated:   March 27, 2024

Respectfully submitted,

KAHN SWICK & FOTI, LLP

By:   *s/ Ramzi Abadou*
Ramzi Abadou (SBN 222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile:  (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Counsel for Named Plaintiff, Robert Miller*

ROBBINS GELLER RUDMAN
& DOWD LLP
Darren J. Robbins
Lucas F. Olts
Heather G. Geiger
Stephen Johnson
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

*Lead Counsel for Lead Plaintiff, Indiana Public Retirement System, and Named Plaintiff, Michelle Poirier*

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IFO
DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 3:22-CV-01300-BEN-MSB

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on Wednesday, March 27, 2024 on all counsel of record by using the CM/ECF system.

*s/ Ramzi Abadou*
RAMZI ABADOU
