ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
LUCAS F. OLTS (234843)
JENNIFER N. CARINGAL (286197)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
jcaringal@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TUSIMPLE HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB)<br><br>CLASS ACTION<br><br>JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER REGARDING THE DISCLOSURE AND USE OF CONFIDENTIAL INFORMATION<br><br>Judge:  Hon. Michael S. Berg<br>Courtroom:  2C |

4888-7698-0662.v1

Pursuant to Local Civil Rule 7.2, Lead Plaintiffs Indiana Public Retirement System and named plaintiffs Robert Miller and Michelle Poirier (collectively, "Plaintiffs") and defendant TuSimple Holdings Inc. ("TuSimple") (together, the "Parties") respectfully request that the proposed stipulated Protective Order Regarding the Disclosure and Use of Confidential Information, attached hereto as Exhibit A ("Protective Order") be entered, to govern the exchange and treatment of confidential information between the Parties.

WHEREFORE, the Parties jointly request that the Court grant this joint motion and enter the attached proposed Protective Order in this action.

DATED:  April 12, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
LUCAS F. OLTS
JENNIFER N. CARINGAL
HEATHER G. GEIGER
STEPHEN JOHNSON

s/ Darren J. Robbins
DARREN J. ROBBINS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
jcaringal@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff Indiana Public Retirement System, and Named Plaintiff Michelle Poirier

KAHN SWICK & FOTI, LLP
RAMZI ABADOU
580 California Street, Suite 1200
San Francisco, CA  94104
Telephone:  866/467-1400
ramzi.abadou@ksfcounsel.com

- 1 -

3:22-cv-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)

4888-7698-0662.v1

KAHN SWICK & FOTI, LLC
ALEXANDER L. BURNS (*pro hac vice*)
ALEXANDRA PRATT *(pro hac vice)*
JAMES T. FETTER (*pro hac vice*)
1100 Poydras Street, Suite 960
New Orleans, LA  70163
Telephone:  504/455-1400
alexander.burns@ksfcounsel.com
alexandra.pratt@ksfcounsel.com
iames.fetter@ksfcounsel.com

Counsel for Named Plaintiff Robert Miller

DATED:  April 12, 2024          WILMER CUTLER PICKERING
                                  HALE AND DORR LLP
                                WILLIAM H. PAINE
                                ROBERT K. SMITH


                                      s/ Robert K. Smith
                                   ROBERT K. SMITH

60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Fax: (617) 526-5000
william.paine@wilmerhale.com
robert.smith@wilmerhale.com

WILMER CUTLER PICKERING
  HALE AND DORR LLP
KEVIN P. MUCK
One Front Street, Suite 3500
San Francisco, CA  94111
Telephone: (628) 235-1000
Fax: (628) 235-1001
kevin.muck@wilmerhale.com

PROCOPIO CORY HARGREAVES &
  SAVITCH LLP
ELAINE HARWELL
525 B Street, Suite 2200
San Diego, CA  92101
Telephone:  (619) 238-1900
Fax:  (619) 235-0398
elaine.harwell@procopio.com

Counsel for Defendant TuSimple Holdings, Inc.

- 2 -                    3:22-cv-01300-BEN-MSB
                  (Consolidated with No. 3:23-cv-
                              00282-BEN-MSB)

4888-7698-0662.v1

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiffs and counsel for Defendants, and that I have obtained their authorizations to affix their electronic signatures to this document

s/ Darren J. Robbins
DARREN J. ROBBINS

- 3 -

3:22-cv-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)

4888-7698-0662.v1