UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC., et al.,<br><br>Defendants. | Case No.:  22cv1300-BEN (MSB)<br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATIONS [ECF NO. 179]** |

On April 12, 2024, the parties filed a joint motion asking the Court to enter their Protective Order. (ECF No. 179.)  The Court has considered the Stipulated Protective Order and, for good cause shown, **GRANTS** the joint motion and **ENTERS** the parties' Stipulated Protective Order [ECF No. 179-1] with the following modifications:

1.    Paragraph 19 should read: "Nothing in this Order will bar counsel from rendering advice to their clients with respect to this litigation and, in the course thereof, relying upon any information designated as confidential information, provided that the contents of the information must not be disclosed."

//

//

1

2.    Paragraph 20 should read: "This Order will be without prejudice to the right of any party to oppose production of any information for lack of relevance or any other ground other than the mere presence of confidential information. The existence of this Order must not be used by either party as a basis for discovery that is otherwise improper under the Federal Rules of Civil Procedure."

**IT IS SO ORDERED.**

Dated:  April 15, 2024

Honorable Michael S. Berg
United States Magistrate Judge

2