ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
LUCAS F. OLTS (234843)
JENNIFER N. CARINGAL (286197)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
jcaringal@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TUSIMPLE HOLDINGS, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB) <br><br> <u>CLASS ACTION</u> <br><br> **PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND LIMITED EXPEDITED DISCOVERY** <br><br> Judge: Hon. Michael S. Berg <br> Courtroom: 2C |

3:22-CV-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)

4882-9207-7506.v1

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

Lead Plaintiff Indiana Public Retirement System, and Named Plaintiffs Robert Miller, and Michelle Poirier (collectively "Plaintiffs") hereby move the Court for an order granting Plaintiffs' request for temporary restraining order pursuant to Federal Rule of Civil Procedure 65 and ¶9 of the Parties' March 26, 2024 Agreement (submitted to Magistrate Judge Berg on April 23, 2024) to preserve the remaining U.S.-based assets of defendant TuSimple Holdings, Inc. and for limited expedited discovery. This Motion, which is also brought pursuant to Civil Local Rule 83.3(g) and the Court's April 3, 2024 Order Granting Motion for Magistrate Judge Referral (ECF 178), is based upon the Memorandum of Law in support thereof, the Declaration of Ramzi Abadou, the pleadings and files herein, and such other written or oral argument as may be presented to the Court.

DATED: May 30, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
LUCAS F. OLTS
JENNIFER N. CARINGAL
HEATHER G. GEIGER
STEPHEN JOHNSON

s/ Lucas F. Olts
LUCAS F. OLTS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
jcaringal@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

*Lead Counsel for Lead Plaintiff Indiana Public Retirement System, and Named Plaintiff Michelle Poirier*

1

3:22-CV-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)

4882-9207-7506.v1

KAHN SWICK & FOTI, LLP
RAMZI ABADOU

s/ Ramzi Abadou
RAMZI ABADOU

580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: 866/467-1400
ramzi.abadou@ksfcounsel.com

KAHN SWICK & FOTI, LLC
ALEXANDER L. BURNS (*pro hac vice*)
ALEXANDRA PRATT *(pro hac vice*)
JAMES T. FETTER (*pro hac vice*)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: 504/455-1400
alexander.burns@ksfcounsel.com
alexandra.pratt@ksfcounsel.com
james.fetter@ksfcounsel.com

*Counsel for Named Plaintiff Robert Miller*

2

3:22-cv-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)

4882-9207-7506.v1