ROBBINS GELLER RUDMAN
   & DOWD LLP
DARREN J. ROBBINS (168593)
LUCAS F. OLTS (234843)
JENNIFER N. CARINGAL (286197)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
jcaringal@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated, ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> TUSIMPLE HOLDINGS, INC., et al., ) <br><br> Defendants. ) | Case No. 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB) <br><br> <u>CLASS ACTION</u> <br><br> **PROOF OF SERVICE** <br><br> Judge: Hon. Michael S. Berg <br> Courtroom: 2C |

3:22-CV-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)

4885-9280-7875.v1

I, Ramzi Abadou, am employed in the County of San Francisco. I am over the age of eighteen (18) years and am not a party to the within entitled action. My business address is 580 California Street, Suite 1200, San Francisco, California 94104. I hereby certify that on May 30, 2024, I caused an unredacted copy of the following documents to be served on counsel of record via electronic mail at the addresses listed below:

1.      LODGED UNDER SEAL: Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and Limited Expedited Discovery;

2.      LODGED UNDER SEAL: Plaintiffs' Memorandum of Law in Support of *Ex Parte* Motion for Temporary Restraining Order and Limited Expedited Discovery; and

3.      LODGED UNDER SEAL: Declaration of Ramzi Abadou in Support of Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and Limited Expedited Discovery.

*Counsel for Defendant TuSimple Holdings, Inc.*

William Paine (*william.paine@wilmerhale.com*)
Robert Kingsley Smith (*robert.smith@wilmerhale.com*)
Sonia Sujanani (*sonia.sujanani@wilmerhale.com*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6759

Kevin Muck (*kevin.muck@wilmerhale.com*)
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA  64111
Telephone:  (628) 235-1029
Elaine F. Harwell (*elaine.harwell@procopio.com*)
PROCOPIO CORY HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200

4885-9280-7875.v1

San Diego, CA  92101
Telephone:  (619) 238-1900


*Counsel for Defendant Patrick Dillon*

Jordan Eth (*jeth@mofo.com*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000

James R. Hancock (*jhancock@mofo.com*)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone:  (650) 813-5600


*Counsel for Defendants Brad W. Buss and Karen C. Francis*

Blake Zollar (*blake@kzllp.com*)
KONING ZOLLAR LLP
169 Saxony Road, Suite 115
Encinitas, CA  92024
Telephone:  (858) 252-3234

Jamie A. Lang (*jlang@kslaw.com*)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA  90071
Telephone:  (213) 443-4355

Michael R. Smith (*mrsmith@kslaw.com*)
Peter M. Starr (*pstarr@kslaw.com*)
KING & SPALDING LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, GA  30309
Telephone:  (404) 572-4600

2

3:22-cv-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)

4885-9280-7875.v1

*Counsel for Defendant Xiaodi Hou*

    R. Brian Timmons (*briantimmons@quinnemanuel.com*)
    James R. Asperger (*jimasperger@quinnemanuel.com*)
    Joseph Sarles (*josephsarles@quinnemanuel.com*)
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    865 South Figueroa Street, 10th Floor
    Los Angeles, CA  90017
    Telephone:  (213) 443-3000


*Counsel for Defendant Cheng Lu*

    Jonathan A. Shapiro (*jshapiro@goodwinlaw.com*)
    GOODWIN PROCTER LLP
    Three Embarcadero Center, Suite 2800
    San Francisco, CA  94111
    Telephone:  (415) 733-6000

    Robert M. Tiefenbrun (*rtiefenbrun@goodwinlaw.com*)
    Nicole J. Kim (*nicolekim@goodwinlaw.com*)
    GOODWIN PROCTER LLP
    601 South Figueroa Street, 41st Floor
    Los Angeles, CA  90017
    Telephone:  (213) 426-2500


*Counsel for Defendants Morgan Stanley & Co. LLC, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, BofA Securities, Inc., Credit Suisse Securities (USA) LLC, TD Cowen, Nomura Securities International, Inc., RBC Capital Markets, LLC, Needham & Company, LLC, Oppenheimer & Co, Inc., Piper Sandler & Co., Robert W. Baird & Co. Incorporated, and Valuable Capital Limited*

    Colleen C. Smith (*colleen.smith@lw.com*)
    LATHAM & WATKINS LLP
    12670 High Bluff Drive
    San Diego, CA  92130
    Telephone:  (858) 720-8900

3:22-cv-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)

3

4885-9280-7875.v1

Andrew Clubok (*andrew.clubok@lw.com*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, D.C.  20004
Telephone:  (202) 637-2200


*Counsel for Defendant Mo Chen*

Jordan D. Teti (*jordan.teti@hoganlovells.com*)
Stephanie Sandoval (*stephanie.sandoval@hoganlovells.com*)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone:  (310) 785-4600

Jon M. Talotta (*jon.talotta@hoganlovells.com*)
Samuel Yergin (*samuel.yergin@hoganlovells.com*)
HOGAN LOVELLS US LLP
8350 Broad Street, 17th Floor
Tysons, VA  22102
Telephone:  (703) 610-6100

Shannon Zhang (*shannon.zhang@hoganlovells.com*)
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY  10017
Telephone:  (212) 918-3000


*Counsel for Specially Appearing Defendants*
*Charles Guowei Chao and Bonnie Yi Zhang*

Michael C. Tu (*mctu@cooley.com*)
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, CA  90071
Telephone:  (213) 561-3250

4

3:22-cv-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)

Ryan E. Blair (*rblair@cooley.com*)
COOLEY LLP
10265 Science Center Drive
San Diego, CA  92121
Telephone:  (858) 550-6000

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 30, 2024, in San Francisco, California.

*s/ Ramzi Abadou*
RAMZI ABADOU

4885-9280-7875.v1