LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, California 92130
858.720.8900 / 858.509.3691 (Fax)

  Andrew Clubok (Pro Hac Vice)
  *andrew.clubok@lw.com*
  555 Eleventh Street, NW
  Washington, D.C. 20004
  202.637.2200 / 202.637.2201 (Fax)

*Attorneys for Defendants Morgan Stanley & Co. LLC, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, BofA Securities, Inc., Credit Suisse Securities (USA) LLC, TD Cowen, Nomura Securities International, Inc., RBC Capital Markets, LLC, Needham & Company, LLC, Oppenheimer & Co, Inc., Piper Sandler & Co., Robert W. Baird & Co. Incorporated, and Valuable Capital Limited*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC.; CHENG LU; PATRICK DILLON; XIAODI HOU; MO CHEN; JAMES MULLEN; MORGAN STANLEY & CO. LLC; CITIGROUP GLOBAL MARKETS INC.; J.P. MORGAN SECURITIES LLC; BOFA SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; TD COWEN; NOMURA SECURITIES INTERNATIONAL, INC.; RBC CAPITAL MARKETS, LLC; NEEDHAM & COMPANY, LLC; OPPENHEIMER & CO. INC.; PIPER SANDLER & CO.; ROBERT W. BAIRD & CO. INCORPORATED; and VALUABLE CAPITAL LIMITED<br><br>Defendants. | CASE NO. 3:22-cv-1300-BEN-MSB<br><br>**UNDERWRITER DEFENDANTS' STATEMENT IN RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

UNDERWRITER DEFS.' RESPONSE
TO PLTFS.' MOT. FOR TRO
Case No. 3:22-cv-1300-BEN-MSB

Defendants Morgan Stanley & Co. LLC, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, BofA Securities, Inc., Credit Suisse Securities (USA) LLC, TD Cowen, Nomura Securities International, Inc., RBC Capital Markets, LLC, Needham & Company, LLC, Oppenheimer & Co, Inc., Piper Sandler & Co., Robert W. Baird & Co. Incorporated, and Valuable Capital Limited (together, "Underwriter Defendants") submit this brief statement in response to Plaintiffs' Motion for Temporary Restraining Order ("Response").

An order freezing TuSimple's assets and implementing an approval process for its payments would significantly prejudice Underwriter Defendants. As Plaintiffs well know, TuSimple is obligated to indemnify the Underwriter Defendants for their legal fees and expenses as they are incurred in connection with this litigation. Any order freezing TuSimple's assets would thus deprive the Underwriter Defendants of their contractual right to indemnity without any showing whatsoever that the Underwriter Defendants have engaged in any conduct justifying this drastic remedy. Worse, the relief Plaintiffs seek would put *Plaintiffs in a position to deny indemnity payments to the Underwriter Defendants* on the very claims Plaintiffs are pursuing against them. Underwriter Defendants should not be put in a position of seeking approval to fund their defense from the very parties that would prefer to see them fail. The balance of the equities does not support this result.

Dated: June 7, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

By   *Colleen C. Smith*
Colleen C. Smith
*Attorneys for Underwriter Defendants*
Email:  colleen.smith@lw.com

LATHAM&WATKINS LLP
ATTORNEYS AT LAW