# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

*Wilhoite, et al. v. Hou, et al.*

**Case No. 3:23-cv-02333-BEN-MSB**

## TABLE OF CONTENTS OF EXHIBITS

**OPPOSITION OF DEFENDANT TUSIMPLE HOLDINGS INC. TO PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND LIMITED EXPEDITED DISCOVERY**

Exhibit A ........................................................................................... 1

Exhibit B ........................................................................................... 18

Exhibit C ........................................................................................... 21

Exhibit D ........................................................................................... 25

Exhibit E ........................................................................................... 29

Exhibit F ........................................................................................... 32

Exhibit G ........................................................................................... 35

Exhibit H ........................................................................................... 96

Exhibit I ........................................................................................... 224

Exhibit J ........................................................................................... 230

Exhibit K ........................................................................................... 235

Exhibit L ........................................................................................... 240

Exhibit M ........................................................................................... 242

Exhibit N ........................................................................................... 245

Exhibit O ........................................................................................... 250

Exhibit P ........................................................................................... 253

- 1 -