# EXHIBIT A

**Table of Contents**

Filed Pursuant to Rule 424(b)(4)
Registration Statement No. 333-254616

*PROSPECTUS*

# 33,783,783 Shares



# CLASS A COMMON STOCK

TuSimple Holdings Inc. is offering 27,027,027 shares of Class A common stock and the selling stockholder identified in this prospectus is offering 6,756,756 shares of Class A common stock. We will not receive any proceeds from the sale of shares by the selling stockholder. This is our initial public offering, and no public market currently exists for our shares. The initial public offering price of our Class A common stock is $40.00 per share.

Following the completion of this offering, we will have two classes of common stock, Class A common stock and Class B common stock. The rights of the holders of Class A common stock and Class B common stock are identical, except with respect to voting, transfer, and conversion rights. Each share of Class A common stock is entitled to one vote. Each share of Class B common stock is entitled to ten votes and is convertible at any time into one share of Class A common stock. In addition, all shares of Class B common stock will automatically convert into shares of Class A common stock in certain circumstances, including after the date on which the number of outstanding shares of Class B common stock held by the Founders (as defined below) or certain other qualified stockholders represents less than 50.0% of the total number of shares of Class B common stock held by them immediately prior to the completion of this offering. See the section titled "Description of Capital Stock" herein for additional information on our capital stock. The holders of our outstanding shares of Class B common stock will hold approximately 62.5% of the voting power of our outstanding capital stock immediately following this offering and the concurrent private placement (as defined in "Prospectus Summary—The Offering"), of which Mo Chen, our co-founder and Executive Chairman, or entities controlled by Mr. Chen, will hold, or have the ability to control, approximately 31.4% of the voting power of our outstanding capital stock immediately following this offering and the concurrent private placement; and Xiaodi Hou, our co-founder and Chief Technology Officer and a member of our board of directors, or entities controlled by Mr. Hou, will hold, or have the ability to control, approximately 31.1% of the voting power of our outstanding capital stock immediately following this offering and the concurrent private placement. As a result, individually or together, Mo Chen and Xiaodi Hou, collectively referred to herein as our "Founders," or entities controlled by the Founders, will be able to significantly influence any action requiring the approval of the stockholders, including the election of our board of directors, the adoption of amendments to our certificate of incorporation and bylaws and the approval of any merger, consolidation, sale of all or substantially all of our assets or other major corporate transaction.

Our Class A common stock has been approved for listing on the Nasdaq Global Select Market under the symbol "TSP."

We are an "emerging growth company" under applicable federal securities laws and will be subject to reduced public company reporting requirements for this prospectus and future filings.

**Investing in our Class A common stock involves risks. Please see "Risk Factors" beginning on page 37.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus. Any representation to the contrary is a criminal offense.**

## PRICE $40.00 PER SHARE

| | Price to Public | Underwriting Discounts and Commissions(1) | Proceeds, Before Expenses, to Us | Proceeds, Before Expenses, to Selling Stockholder |
|---|---|---|---|---|
| Per Share | $ 40.00 | $ 1.854280 | $ 38.145720 | $ 38.145720 |
| Total | $1,351,351,320.00 | $ 62,644,593.14 | $1,030,965,404.37 | $ 257,741,322.48 |

(1)   See "Underwriting" for additional disclosure regarding underwriting discounts, commissions, and expenses.

The selling stockholder identified in this prospectus has granted the underwriters the right for a period of 30 days to purchase up to an additional 5,067,567 shares of Class A common stock at the initial public offering price less the underwriting discount to cover over-allotments.

Certain funds and accounts managed by subsidiaries of BlackRock, Inc., certain entities affiliated with Fidelity Management & Research Company LLC and one or more funds managed by Capital World Investors (collectively, the "cornerstone investors") have indicated an interest in purchasing an aggregate of up to 3,378,378 shares each (up to 10,135,134 shares in the aggregate) of our Class A common stock in this offering at the initial public offering price. Because these indications of interest are not binding agreements or commitments to purchase, the cornerstone investors may decide to purchase more, fewer or no shares of our Class A common stock in this offering, or the underwriters may decide to sell more, fewer or no shares of our Class A common stock in this offering to the cornerstone investors. The underwriters will receive the same discount from any shares of Class A common stock sold to the cornerstone investors as they will from any other shares of Class A common stock sold to the public in this offering.

The underwriters expect to deliver the Class A common stock to purchasers on April 19, 2021.

| | | |
|---|---|---|
| **MORGAN STANLEY** | **CITIGROUP** | **J.P. MORGAN** |
| **BOFA SECURITIES** | **CREDIT SUISSE** | **COWEN** | **NOMURA** | **RBC CAPITAL MARKETS** |
| **BAIRD** | **NEEDHAM & COMPANY** | **OPPENHEIMER & CO.** | **PIPER SANDLER** | **VALUABLE CAPITAL** |

**April 14, 2021**

Table of Contents

with integrated auto-grade components and sensors will increase our AFN's reliability at scale. Vertically integrating through partnerships with OEMs and Tier 1 suppliers allows us to maintain strong supply chain and hardware design control while remaining capital light and primarily focusing on developing proprietary autonomous technology.

In parallel, we have developed a robust ecosystem of shippers, carriers, railroads, freight brokers, fleet asset owners, and third party service providers, including UPS, McLane, U.S. Xpress, Werner, Schneider, and CN, that provide critical validation and enhance the network effect benefits of our approach. We believe that our unmatched partnership network creates a significant and sustainable competitive advantage, especially as we work with shippers, carriers, and railroads to strategically locate our AFN terminals near their distribution centers. The continued growth of our AFN infrastructure and partnerships will continue to improve our user experience and drive more users to our platform which will allow us to further densify our strategic terminal network and reinforce rapid network growth.

**The Traditional Truck Freight Industry**

*Overview of the Freight Market.* The global truck freight market is estimated to generate approximately $4 trillion[8] in annual revenue. Truck freight comprises approximately 80% of the $1 trillion total U.S. freight market.[9] The U.S. truck freight market has been characterized by strong economic cycle resiliency with consistent long term increases in miles driven per year evidenced by approximately 3% compound annual growth rates ("CAGR") from 1990-2018,[10] and we believe that it has growth tailwinds from recent industry trends, including increased penetration of e-commerce.

Truck freight volumes in the U.S. are concentrated along a small number of corridors. Nearly 80% of truck freight goods hauled in the U.S. are moved via 10% of the nation's trade corridors, with the most valuable corridors connecting the 100 largest metropolitan areas. This concentration of corridors means that our AFN is able to address a significant portion of the truck freight market by focusing on select routes.

8     Armstrong & Associates, Inc., 2019 Global Third-Party Logistics (3PL) Market Analysis.
9     American Trucking Associations, U.S. Freight Transportation Forecast 2019 to 2030.
10    Bureau of Transportation Statistics, Table 1-35: U.S. Vehicle-Miles, September 2020.

6

Table of Contents

deployed on our AFN. We believe that this vertical integration, coupling proprietary software with hardware manufactured by world class OEMs and components partners as well as roadside assistance and maintenance partnerships, will deliver the most reliable and first-to-market purpose-built L4 autonomous semi-trucks at scale.



Our hardware partnerships allow us to primarily focus our development on our proprietary, core autonomous software while gaining the benefits of a capital light business model. We believe that leveraging these partnerships significantly de-risks and accelerates our pace to commercializing our AFN at the requisite scale to adequately serve the freight industry. We also believe that leading industry participants' decisions to partner with us further validate our solution.

- *Partnership with Navistar.* In July 2020, we announced our formal partnership with Navistar, one of the world's largest commercial truck OEMs. Navistar manufactures its trucks under the International and IC brands. Through our partnership, we intend to produce a line of purpose-built L4 autonomous semi-trucks for the North American market at scale by 2024 in Navistar's manufacturing facilities. This milestone builds upon our two year relationship with Navistar, and we believe that it is a critical step to building our AFN to scale with highly reliable, integrated hardware solutions. Through our first four months of accepting reservations for our purpose-built L4 autonomous semi-truck, we have accepted over 5,700 reservations as of March 23, 2021 from approximately ten customers, each of whom has significant freight operations. Approximately 75% of our reservations were made by customers who operate commercial truck fleets and who are also equity investors in our company. Reservation opportunities were made available to a limited selection of potential customers. We work with our reservation holders to integrate our HD mapped routes, TuSimple Connect oversight system, and other critical elements of our AFN into their freight operations in advance of delivery of our purpose-built L4 autonomous semi-trucks. Our current semi-truck reservations typically contemplate delivery over multiple years beginning in 2024 based on our customers' specifications. We expect to have capacity to fulfill all current reservations according to each customer's delivery schedule. We enter into reservation agreements and manage the deposits collection process directly with our customers. These reservations allow our customers to secure a priority position to order and purchase one of our purpose-built L4 autonomous semi-trucks. Typically, each reservation requires a $500 per truck deposit, however, the deposit requirement has been waived for our equity investors that currently hold reservations. We are currently in the process of collecting these deposits to hold in an escrow account, which can be delivered to us within a 12 month period after entering into a reservation agreement. Until the customer enters into a purchase agreement for our purpose-built L4 autonomous

16

Table of Contents

semi-truck, which is within the discretion of the customer, the reservation can be canceled and the customer is entitled to a full refund of its deposit. Any cancellations and refunds will be satisfied out of the deposits held in the escrow account.

- *Partnership with TRATON.* In September 2020, we announced a global partnership with TRATON to develop purpose-built L4 autonomous semi-trucks. TRATON, a publicly listed subsidiary of Volkswagen, is one of the world's largest commercial truck OEMs. Scania, MAN Truck & Bus, and Volkswagen Caminhões e Ônibus are the truck brands of the TRATON GROUP. We have already begun developing the first L4 autonomous hub-to-hub truck freight route between Södertälje and Jönköping in Sweden using TRATON's Scania trucks. We believe that, as one of the world's largest commercial vehicle OEMs, TRATON significantly increases our ability to scale globally and bring our transformative autonomous trucking solution to freight users around the world.

- *Tier 1 Ecosystem.* Our vertical hardware integration extends beyond OEMs and into Tier 1 supplier partnerships. Tier 1 suppliers manufacture critical components that improve the performance of our system and provide high quality component redundancy. As the architect of the autonomous system, we have important input into which suppliers' parts best meet our design specifications.

*TuSimple Path.* Our L4 autonomous semi-trucks are powered by our on-board autonomous driving software, our TuSimple Connect cloud-based autonomous operations oversight system, autonomous HD route mapping support, and emergency roadside assistance to provide safe and seamless end-to-end autonomous freight capacity as a service.



Note:
1. Except weather conditions that significantly impede traction or visibility.

17

**Table of Contents**

*Validation of our Technology and Approach.* Our partnerships with, and in some cases investments from, sophisticated companies from the freight and technology industries, such as NVIDIA, UPS, Navistar, TRATON, U.S. Xpress, Werner, Schneider, and CN, validate the strength of our technology and our business model. We believe that we have the most significant and most numerous points of external validation of our technology and approach among autonomous trucking technology companies.

*Proprietary Relationships with World Class Hardware Partners.* Our partnerships with semi-truck OEMs such as Navistar and TRATON as well as other hardware partners such as NVIDIA help us develop a reliable, scalable production semi-truck. The partnerships allow us to primarily focus our technology development on our proprietary core L4 autonomous semi-truck software while gaining the benefits of capital light vertical integration.

*Our AFN has an Unmatched Group of Global Leaders in Freight.* We have developed an ecosystem of users and commercial partners including UPS, McLane, JB Hunt, U.S. Xpress, Werner, Schneider, and CN, who are some of the largest and most sophisticated participants in the freight ecosystem. Our partners are critical in helping us test and develop our autonomous trucking solution and accelerate adoption of our AFN.

*Environmental Sustainability Benefits.* We have demonstrated a 10% improvement in fuel efficiency compared to traditional truck freight through our technology. This was conducted through a study with University of California San Diego and using empirical data with our users. We believe that fuel efficiency is important to large shippers and fleets, both in terms of cost savings and for reducing carbon footprint.

*World Class Management Team with Multi-Disciplinary Experience.* Our organization is led by a world class team with a diversity of expertise and experience. The team is balanced across entrepreneurial, finance, trucking technology, and logistics expertise with experience at some of the world's foremost organizations in those areas. We believe that this team is critical to our success given the scale and complexity of the market which we are transforming. By drawing from experiences ranging across technology, logistics, investing, and other relevant areas, we believe that our team is a core competitive strength as we build out our AFN.

*Industry Leading Technology Team.* Members of our technical team have made significant contributions to the advancement of artificial intelligence and machine vision technologies. For example, members of our team invented Spectral Saliency Theory, which is one of the most influential theories of the past decade relating to machine vision, which is a key enabler for safe and reliable L4 autonomous truck operations.

**Our Strategy**

We continue to build on our position as a global leader in autonomous trucking technology, building safer, more reliable, efficient and lower carbon footprint freight transportation. Key elements of our strategy include:

*Build Upon Our Track Record of Autonomous Trucking Achievements.* Since our founding in 2015, we have pushed the boundaries of autonomous vehicle software and hardware and have raised over $800 million in funding to support our growth. Our centralized data processing and storage system is designed to maximize the value of our 2.8 million road miles and 150+ million simulation miles, allowing us to become a leader in solving complex autonomous trucking edge cases.

24

Table of Contents

## RISK FACTORS

*Investing in our securities involves a high degree of risks. Before you make a decision to purchase our securities, in addition to the risks and uncertainties discussed above under "Forward-Looking Statements," you should carefully consider the specific risks set forth herein. If any of these risks actually occur, it may materially harm our business, financial condition, liquidity, and results of operations. As a result, the market price of our securities could decline, and you could lose all or part of your investment. Additionally, the risks and uncertainties described in this prospectus, including our consolidated financial statements and the related notes and "Management's Discussion and Analysis of Financial Condition and Results of Operations," are not the only risks and uncertainties that we face. Additional risks and uncertainties not presently known to us or that we currently believe to be immaterial may become material and adversely affect our business.*

### Risks Related to Our Technology, Business Model, and Industry

**Autonomous driving is an emerging technology and involves significant risks and uncertainties.**

Our autonomous driving technology is highly dependent on internally-developed software, as well as on partnerships with third parties such as semi-truck original equipment manufacturers ("OEM") and other Tier 1 suppliers. We develop and integrate our autonomous driving technology and work with OEMs and other suppliers to develop autonomous driving technology hardware.

We currently operate on our Autonomous Freight Network ("AFN") L4 autonomous semi-trucks equipped with our autonomous driving technology. We also partner with OEMs, such as Navistar and TRATON, that are seeking to manufacture purpose-built L4 autonomous semi-trucks capable of incorporating our autonomous driving technology, and may in the future partner with other OEMs. In addition to OEMs, we depend on other third parties, such as ZF, Knorr-Bremse, and Nvidia, to produce components for our L4 autonomous semi-trucks. The timely development and performance of our autonomous driving programs is dependent on the materials, cooperation, and quality delivered by our partners. Further, we do not control technology for serial production, such as brakes, gear shifting, and steering. There can be no assurance that those applications can be developed and validated at the high reliability standard required for Level 4 autonomous driving in a cost-effective and timely manner. Our dependence on these relationships exposes us to the risk that components manufactured by OEMs or other suppliers could contain defects that would cause our autonomous driving technology to not operate as intended.

Although we believe that our algorithms, data analysis and processing, and artificial intelligence technology are promising, we cannot assure you that our technology will achieve the necessary reliability for Level 4 autonomy at commercial scale. For example, we are still improving our technology in terms of handling non-compliant driving behavior by other cars on the road and low reflectivity objects and performing in extreme weather conditions, such as snow or heavy fog. There can be no assurance that our data analytics and artificial intelligence could predict every single potential issue that may arise during the operation of our L4 autonomous semi-trucks.

**We have a limited operating history in a new market and face significant challenges as our industry is rapidly evolving.**

We commenced operations in 2015 and recently launched in July 2020 our AFN, an ecosystem consisting of L4 autonomous semi-trucks, high definition digital mapped routes, strategically placed terminals, and TuSimple Connect, a proprietary cloud-based autonomous operations oversight system. We expect to derive substantially all of our revenue from our AFN, which is still in the early stages of development and commercialization.

You should consider our business and prospects in light of the risks and challenges we face as a new entrant into a novel industry, including, among other things, with respect to our ability to:

- navigate an evolving and complex regulatory environment;

37

Table of Contents

**Risks Related to Our Dependence on Third Parties**

*We rely on our business partners and other industry participants for our AFN. Business collaboration with partners is subject to risks, and these relationships may not lead to significant revenue. Any adverse change in our cooperation with them could harm our business.*

Strategic business relationships are and will continue to be an important factor in the growth and success of our business. We have alliances and partnerships with other companies in the trucking and automotive industry to help us in our efforts to continue to enhance our technology, commercialize our solutions, and drive market acceptance. We have established partnerships with leading semi-truck manufacturers, such as Navistar and TRATON, to co-develop and validate critical components required for Level 4 autonomous semi-trucks and to develop a hub-to-hub pilot program using our autonomous technology. Upon the successful completion of the development activities under our partnership agreements with Navistar and TRATON, in order to continue our relationship with these parties, we will enter into good faith negotiations to establish a production license agreement and a long-term cooperation agreement with Navistar and TRATON, respectively. We may not be able to successfully negotiate a definitive agreement with either Navistar or TRATON or such agreements may be on terms that are disadvantageous to us. We will also need to identify and negotiate additional relationships with other third parties, such as those who can provide service centers, maintenance, refueling, roadside service, towing, sensor support, and financing services. We may not be able to successfully identify and negotiate definitive agreements with these third parties to provide the services we would require on terms that are attractive or at all, which would cause us to incur increased costs to develop and provide these capabilities.

Collaboration with these third parties is subject to risks, some of which are outside our control. For example, certain of our agreements with our partners grant our partner or us the right to terminate such agreements for cause or without cause, including in some cases by paying a termination for convenience fee. If any of our partnerships with semi-truck manufacturers, such as our agreement with Navistar, are terminated, it may delay or prevent our efforts to produce purpose-built L4 autonomous semi-trucks at scale. In addition, such agreements have in the past and may in the future contain certain exclusivity provisions which, if triggered, could preclude us from working with other businesses with superior technology or with whom we may prefer to partner with for other reasons. We could experience delays to the extent our partners do not meet agreed upon timelines or experience capacity constraints. We could also experience disagreement in budget or funding for the joint development project. There is also a risk of other potential disputes with partners in the future, including with respect to intellectual property rights. Our ability to successfully commercialize could also be adversely affected by perceptions about the quality of our or our partners' trucks.

If our existing partner agreements were to be terminated, we may be unable to enter into new agreements on terms and conditions acceptable to us. The expense and time required to complete any transition, and to assure that vehicles manufactured at facilities of new third-party partners comply with our quality standards and regulatory requirements, may be greater than anticipated. Any of the foregoing could adversely affect our business, results of operations, and financial condition.

*We rely on third-party suppliers and because some of the raw materials and key components in our products come from limited or sole sources of supply, we are susceptible to supply shortages, long lead times for components, and supply changes, any of which could disrupt our supply chain and could delay deliveries of our products to users.*

All of the components that are used to outfit semi-trucks with our autonomous technology and that will be used to manufacture our purpose-built L4 autonomous semi-trucks are sourced from third-party suppliers. To date, the semi-trucks we have used have had our autonomous technology added to an existing semi-truck design and we are working to have fully-integrated trucks available for users by 2024. We intend to begin filling reservations over a multi-year period commencing in 2024, with actual date of delivery based on our customers' specifications. We do not have any experience in managing a large supply chain to manufacture and deliver products at scale. In addition, some of the key components used to manufacture our L4 autonomous semi-trucks come from limited or sole sources of supply. For example, we depend on actuation suppliers to develop and

42

Table of Contents

design redundant actuation for steering, braking, and engine transmission. We are also dependent on our suppliers' production timeline for supplying automotive-grade LiDAR at scale. We are therefore subject to the risk of shortages and long lead times in the supply of these components and the risk that our suppliers discontinue or modify components used in our products. In addition, our agreements with our third party suppliers are non-exclusive. Our suppliers may dedicate more resources to other companies, including our competitors. We may in the future experience component shortages and price fluctuations of certain key components and materials, and the predictability of the availability and pricing of these components may be limited. Component shortages or pricing fluctuations could be material in the future. In the event of a component shortage, supply interruption or material pricing change from suppliers of these components, we may not be able to develop alternate sources in a timely manner or at all in the case of sole or limited sources. Developing alternate sources of supply for these components may be time-consuming, difficult, and costly and we may not be able to source these components on terms that are acceptable to us, or at all, which may undermine our ability to meet our requirements or to fill user orders in a timely manner. Any interruption or delay in the supply of any of these parts or components, or the inability to obtain these parts or components from alternate sources at acceptable prices and within a reasonable amount of time, would adversely affect our ability to meet scheduled product deliveries to users. This could adversely affect our relationships with our users and could cause delays in our ability to expand our operations, including with our partners manufacturing purpose-built L4 autonomous semi-trucks. Even where we are able to pass increased component costs along to our users, there may be a lapse of time before we are able to do so such that we must absorb the increased cost initially. If we are unable to buy these components in quantities sufficient to meet our requirements on a timely basis, we will not be able to have sufficient ability to meet user demand, which may result in users using competitive services instead of ours.

**Risks Related to Our Financial Position and Need for Additional Capital**

***We are an early stage company with a history of losses, and expect to incur significant expenses and continuing losses for the foreseeable future.***

We incurred net losses of $84.9 million and $177.9 million for the years ended December 31, 2019 and 2020, respectively. We have not recognized a material amount of revenue to date and we had accumulated deficit of $405.2 million as of December 31, 2020. We have developed and launched our AFN but there can be no assurance that it will be commercially successful at scale. Our potential profitability is dependent upon a number of factors, many of which are beyond our control.

We expect the rate at which we will incur losses to be significantly higher in future periods as we:
- design, develop, and manufacture purpose-built L4 autonomous semi-trucks with our OEM partners;
- seek to achieve and commercialize full Level 4 autonomy for our L4 autonomous semi-trucks;
- seek to expand our AFN, on a nationwide basis in the United States and internationally;
- expand our design, development, maintenance, and repair capabilities;
- respond to competition in the autonomous driving market and from traditional freight transportation providers;
- respond to evolving regulatory developments in the nascent autonomous vehicle market;
- increase our sales and marketing activities; and
- increase our general and administrative functions to support our growing operations and for being a public reporting company.

Because we will incur the costs and expenses from these efforts before we receive any incremental revenue, our losses in future periods will be significant. In addition, we may find that these efforts are more expensive than we currently anticipate or that these efforts may not result in revenue, which would further increase our losses. In particular, we expect to incur substantial and potentially increasing research and development ("R&D") costs. Our R&D costs were $63.6 million and $132.0 million during the years ended December 31, 2019 and

43

Table of Contents

Our AFN provides autonomous freight capacity as a service through multiple service models based on users' needs. We believe that allowing our users the flexibility to select different service models is critical to our superior customer experience and will help drive rapid adoption of our network.

- ***Carrier-Owned Capacity.*** Shippers, carriers, and railroads that prefer to own their fleet will be able to purchase our purpose-built L4 autonomous semi-truck from a semi-truck original equipment manufacturer ("OEM") partner and subscribe to TuSimple Path—a comprehensive turnkey product to enable autonomous operations across our network. TuSimple Path includes features such as our on-board autonomous driving software, TuSimple Connect cloud-based autonomous operations oversight system, HD digital route mapping support, and emergency roadside assistance. Users will pay TuSimple a per mile, usage-based fee for access to TuSimple Path and benefit from lower overall freight costs with an expected payback period of less than one year on their upfront incremental capital investment to purchase our purpose-built L4 autonomous semi-trucks.

- ***TuSimple Capacity.*** Our fleet of purpose-built L4 autonomous semi-trucks, financed through third party fleet asset owners, will serve users that desire access to safe, reliable, low cost, and more environmentally friendly freight transportation without owning semi-truck assets. Users of TuSimple Capacity can range from relatively smaller users of freight logistics to large shippers, carriers, and railroads seeking to supplement their own captive fleet for incremental freight capacity. We will charge users of TuSimple Capacity a per mile rate to ship freight, which we expect will be at a meaningful discount to prevailing market freight rates. We believe that our competitive advantage in terms of pricing will be enabled by our anticipated cost structure, which is expected to be significantly lower than that of human-operated semi-trucks. Users will benefit directly from lower shipping costs compared to conventional truck freight.

We are also working in partnership with leading semi-truck OEMs Navistar and TRATON as well as components partners to build the world's first purpose-built L4 autonomous semi-truck to be operated exclusively on our network. We believe that this collaborative approach to create semi-trucks designed and built with integrated auto-grade components and sensors will increase our AFN's reliability at scale. Vertically integrating through partnerships with OEMs and Tier 1 suppliers allows us to maintain strong supply chain and hardware design control while remaining capital light and primarily focusing on developing proprietary autonomous technology.

We have developed a robust ecosystem of shippers, carriers, railroads, freight brokers, fleet asset owners, and third party service providers, including UPS, McLane, U.S. Xpress, Werner, Schneider, and CN, that provide critical validation and enhance the network effect benefits of our approach. We believe that our unmatched partnership network creates a significant and sustainable competitive advantage, especially as we work with shippers, carriers, and railroads to strategically locate our AFN terminals near their distribution centers. The continued growth of our AFN infrastructure and partnerships will continue to improve our user experience and drive more users to our platform which will allow us to further densify our strategic terminal network and reinforce rapid network growth.

## Key Factors Affecting Our Performance

We believe that our performance and future success depend on several factors that present significant opportunities for us but also pose risks and challenges, including those set forth in the section entitled "Risk Factors" in this prospectus.

### *Full Commercialization of our AFN at Scale*

To date, we have only recorded limited revenue from the freight capacity services we provide on our AFN. Prior to full commercialization of our AFN at scale, we must increase the number of users, grow our network of terminals, expand our high definition digital mapped routes, increase the number of purpose-built L4 autonomous

82

10

Table of Contents

We are working in partnership with leading semi-truck OEMs Navistar and TRATON as well as components partners to build the world's first purpose-built L4 autonomous semi-truck to be operated exclusively on our network. We believe that this collaborative approach to create semi-trucks designed and built with integrated auto-grade components and sensors will increase our AFN's reliability at scale. Vertically integrating through partnerships with OEMs and Tier 1 suppliers allows us to maintain strong supply chain and hardware design control while remaining capital light and primarily focusing on developing proprietary autonomous technology.

In parallel, we have developed a robust ecosystem of shippers, carriers, railroads, freight brokers, fleet asset owners, and third party service providers, including UPS, McLane, U.S. Xpress, Werner, Schneider, and CN, that provide critical validation and enhance the network effect benefits of our approach. We believe that our unmatched partnership network creates a significant and sustainable competitive advantage, especially as we work with shippers, carriers, and railroads to strategically locate our AFN terminals near their distribution centers. The continued growth of our AFN infrastructure and partnerships will continue to improve our user experience and drive more users to our platform which will allow us to further densify our strategic terminal network and reinforce rapid network growth.

### The Traditional Truck Freight Industry

*Overview of the Freight Market.* The global truck freight market is estimated to generate approximately $4 trillion[27] in annual revenue. Truck freight comprises approximately 80% of the $1 trillion total U.S. freight market.[28] The U.S. truck freight market was the third highest contributor to U.S. GDP growth in 2017.[29] The U.S. truck freight market has been characterized by strong economic cycle resiliency with consistent long term increases in miles driven per year evidenced by approximately 3% compound annual growth rates ("CAGR") from 1990-2018,[30] and we believe that it has growth tailwinds from recent industry trends, including increased penetration of e-commerce.

Truck freight volumes in the U.S. are concentrated along a small number of corridors. Nearly 80% of truck freight goods hauled in the U.S. are moved via 10% of the nation's trade corridors, with the most valuable corridors connecting the 100 largest metropolitan areas. This concentration of corridors means that our AFN is able to address a significant portion of the truck freight market by focusing on select routes.

27    Armstrong & Associates, Inc., 2019 Global Third-Party Logistics (3PL) Market Analysis.
28    American Trucking Associations, U.S. Freight Transportation Forecast 2019 to 2030.
29    Bureau of Economic Analysis (BEA); Haver Analytics LP.
30    Bureau of Transportation Statistics, Table 1-35: U.S. Vehicle-Miles, September 2020.

104

**Table of Contents**

Carriers and parcel service providers, which provide full service freight to shippers, face evolving logistical challenges from continually increasing truck freight volumes amid the driver shortage and expanding same and next day shipping requirements. Autonomy alleviates a key logistical issue presented by physical and regulatory daily driving hour restrictions. This barrier significantly impedes the viability of traditional trucking in same and next day long haul shipping as carriers and parcel service providers must frequently utilize expensive teams of two drivers to meet the delivery timeline. Autonomy eliminates this constraint by allowing the long haul semi-trucks to operate 24/7 while allowing for more efficient allocation of driver resources to customer facing first and last mile deliveries. This autonomous middle mile solution also enables an "Intermodal 2.0" freight framework, expanding the reach of truck transportation as an alternative to rail intermodal.

Freight brokers, which match supply and demand between shippers, carriers, and railroads, benefit from autonomy as an additional transportation tool for truck freight. We believe that the reduced expense and increased reliability of autonomous trucking can aid brokers in matching demand with the lowest cost long haul solution, improving customer service and broadening business opportunities.

OEMs, which manufacture Class 8 semi-trucks, stand to benefit from strong demand for new purpose-built L4 autonomous semi-trucks. We believe that the numerous benefits to shippers, carriers, railroads, parcel service providers and brokers will drive strong demand for autonomous truck freight volumes. We further believe that purpose-built L4 autonomous semi-trucks will help meet this autonomous freight capacity demand in a more reliable and efficient manner. We expect that OEMs will be able to command a higher price point per L4 autonomous semi-truck because of operational efficiency and also benefit from increased purpose-built L4 autonomous semi-truck production volumes from the secular shift to autonomous trucking.

**Our Solution**

Our Autonomous Freight Network is an innovative freight ecosystem that will provide our users with access to safer, lower cost, and reliable freight capacity on demand. To enable our AFN, we are developing highly capable and reliable L4 driver-out autonomous semi-trucks that incorporate our core technologies including our proprietary autonomous software platform and world-class sensor system. We believe that our AFN is the most comprehensive solution to address the freight industry's long term challenges including safety, efficiency, the environment, and supply and demand imbalances. Set forth below are the key elements of our solution enabling us to provide users with autonomous freight capacity as a service, which we believe will revolutionize the freight industry.

113

Table of Contents

*A Comprehensive Autonomous Freight Capacity as a Service Solution.* The combination of our leading core technology, product and service offerings is designed to enable our comprehensive autonomous freight capacity as a service solution. Our core technology offerings, comprised of our proprietary autonomous software platform and world-class sensor system, form the bedrock of our AFN. These core technologies are the building blocks for our purpose-built L4 autonomous semi-trucks and TuSimple Path which are our primary user products. Our strategic terminal network is the third pillar of our product suite that provides a highly valuable and accessible infrastructure for our users. The combination of our core technologies and products enable our TuSimple Capacity and Carrier-Owned Capacity offerings which are the two service models through which users can access freight capacity on our AFN. The flexibility of our multiple service models to access the AFN underpins our autonomous freight capacity as a service solution. Each layer of our business model including core technologies, products and services combines to create an unparalleled user experience which we believe will transform the truck freight industry:



*Our Services*

The Autonomous Freight Network is an expanding nationwide network of HD digital mapped routes and terminals coupled with an operational oversight system operated by TuSimple. It is the infrastructure to enable safe and efficient autonomous freight capacity as a service. Our HD digital mapped routes currently span over 3,000 miles across the U.S., and we expect to map the entire 46,000 mile U.S. Interstate System by 2024. We are scaling our AFN through an ecosystem approach by partnering with world class shippers, carriers, railroads, and service providers to de-risk and accelerate the pace of expansion. We believe that our AFN will offer users a comprehensive network to access autonomous long haul freight capacity.

114

Table of Contents

To provide the most flexible solution for our users, we offer two methods to access autonomous freight capacity on our AFN:

**Flexible Service Models to Fit User Needs**

| | Carrier-Owned Capacity | TuSimple Capacity |
|---|---|---|
| **Value Proposition to User** | • Private fleet owners can maintain control over shipping operations while capturing significant cost savings of autonomy<br>• < 1 year payback period on incremental autonomous truck cost | • Lower shipping costs vs. manually driven trucks for customers of freight logistics<br>• Estimated per mile cost savings of 10–15%, no upfront investment required |
| **Truck Owner** | • Captive fleets for large users of freight logistics | • Third party fleet asset owners and financing sources<br>• Operated by TuSimple |
| **Monetization Mechanism** | • SaaS model, charge fleet owner per mile subscription fee for TuSimple Path | • Charge freight user $ / mile rate to ship freight |
| **TuSimple Operating Cost** | • Minimal ongoing direct operational costs<br>• Private fleet owner would incur operating costs | • Cost to operate truck (e.g. fuel, maintenance and insurance)<br>• Cost of truck assets (depreciation or leasing cost) |

*Carrier-Owned Capacity.* Many of our users own all or a substantial portion of their semi-truck fleet. Large scale shippers such as McLane, for instance, often prefer the oversight and logistical control that comes with owning and operating their semi-truck fleet rather than utilizing third party carriers and freight brokers. Since the third quarter of 2020, as of March 23, 2021, users who prefer to own their semi-trucks have been able to reserve over 5,700 of our purpose-built L4 autonomous semi-trucks built in partnership with Navistar. By subscribing to TuSimple Path, Carrier-Owned Capacity users will be able to seamlessly integrate autonomous freight operations into their existing supply chain. Users will pay TuSimple a per mile subscription fee to operate the purpose-built L4 autonomous semi-truck and receive the full benefit of our AFN, including autonomy-enabled routes mapped directly to users' existing facilities and TuSimple Connect platform. By purchasing our purpose-built L4 autonomous semi-trucks and subscribing to TuSimple Path, we expect to drastically decrease our users' annual total cost of ownership which will yield a payback period of less than one year on the incremental cost of hardware. Assuming an illustrative $0.35 per mile technology subscription fee, we estimate this will save shippers $0.40–0.50 per mile relative to prevailing driver labor costs[41], representing approximately $95 thousand annual savings per truck.

*TuSimple Capacity.* Access to our full service autonomous freight capacity as a service is available to our users through our TuSimple Capacity. We utilize a capital light business model, financing our L4 autonomous semi-trucks through third party fleet asset owners and financing sources. This model provides us with control of operational logistics and user experience as we offer a seamless terminal to terminal freight service to our users. Our users pay for access to our L4 autonomous semi-trucks operating across our AFN on a per mile basis which we anticipate will be at a 10–15% discount to the per mile rate charged by traditional truck freight carriers. Assuming an illustrative $1.70 per mile prevailing traditional freight rate, a 15% lower rate of $1.45 would lead to approximately $25,000 in savings per 100 thousand truckload miles.

*Our Products*

*Purpose-Built L4 Autonomous Semi-truck.* We are developing, with Navistar and TRATON, the first vertically integrated L4 purpose-built autonomous semi-truck that we expect will be manufactured at scale to be deployed on our AFN. We believe that this vertical integration, coupling proprietary software with hardware

41    ATRI; assumes approximately 210,000 truckload miles.

Table of Contents

manufactured by world class OEMs and components partners as well as roadside assistance and maintenance partnerships, will deliver the most reliable and first-to-market purpose-built L4 autonomous semi-trucks at scale.



Our hardware partnerships allow us to primarily focus our development on our proprietary, core autonomous software while gaining the benefits of a capital light business model. We believe that leveraging these partnerships significantly de-risks and accelerates our pace to commercializing our AFN at the requisite scale to adequately serve the freight industry. We also believe that leading industry participants' decisions to partner with us further validate our solution.

- *Partnership with Navistar.* In July 2020, we announced our formal partnership with Navistar, one of the world's largest commercial truck OEMs. Navistar manufactures its trucks under the International and IC brands. Through our partnership, we intend to produce a line of purpose-built L4 autonomous semi-trucks for the North American market at scale by 2024 in Navistar's manufacturing facilities. This milestone builds upon our two year relationship with Navistar, and we believe that it is a critical step to building our AFN to scale with highly reliable, integrated hardware solutions. Through our first four months of accepting reservations for our purpose-built L4 autonomous semi-truck, as of March 23, 2021, we have accepted over 5,700 reservations from approximately ten customers, each of whom has significant freight operations. Approximately 75% of our reservations were made by customers who operate commercial truck fleets and who are also equity investors in our company. Reservation opportunities were made available to a limited selection of potential customers. We work with our reservation holders to integrate our HD mapped routes, TuSimple Connect oversight system, and other critical elements of our AFN into their freight operations in advance of delivery of our purpose-built L4 autonomous semi-trucks. Our current semi-truck reservations typically contemplate delivery over multiple years beginning in 2024 based on our customers' specifications. We expect to have capacity to fulfill all current reservations according to each customer's delivery schedule. We enter into reservation agreements with our customers that allow them to secure a priority position to order and purchase one of our purpose-built L4 autonomous semi-trucks. Typically, each reservation requires a $500 per truck deposit, however, the deposit requirement has been waived for our equity investors that currently hold reservations. We are currently in the process of collecting these deposits to hold in an escrow account, which can be delivered to us within a 12 month period after entering into a reservation agreement. Until the customer enters into a purchase agreement for our purpose-built L4 autonomous semi-truck, which is within the discretion of the customer, the reservation can be canceled and the

116

Table of Contents

customer is entitled to a full refund of its deposit. Any cancellations and refunds will be satisfied out of the deposits held in the escrow account.

- ***Partnership with TRATON.*** In September 2020, we announced a global partnership with TRATON to develop purpose-built L4 autonomous semi-trucks. TRATON, a publicly listed subsidiary of Volkswagen, is one of the world's largest commercial truck OEMs. Scania, MAN Truck & Bus, and Volkswagen Caminhões e Ônibus are the truck brands of the TRATON GROUP. We have already begun developing the first L4 autonomous hub-to-hub truck freight route between Södertälje and Jönköping in Sweden using TRATON's Scania trucks. We believe that, as one of the world's largest commercial vehicle OEMs, TRATON significantly increases our ability to scale globally and bring our transformative autonomous trucking solution to freight users around the world.

- ***Tier 1 Ecosystem.*** Our vertical hardware integration extends beyond OEMs and into Tier 1 supplier partnerships. Tier 1 suppliers manufacture critical components that improve the performance of our system and provide high quality component redundancy. As the architect of the autonomous system, we have important input into which suppliers' parts best meet our design specifications.

Years of testing and design improvement over the course of our six Series A—F autonomous semi-truck models underpins our confidence in our purpose-built L4 autonomous semi-truck. While our Series A semi-truck illustrated proof of concept in 2017, we have innovated rapidly as we develop an increasingly more reliable and safer autonomous semi-truck. Our purpose-built L4 autonomous semi-truck, developed in partnership with Navistar, represents the next major advance in autonomous semi-truck technology which we believe will be the first autonomous semi-truck produced at scale.



***TuSimple Path.*** Our L4 autonomous semi-trucks are powered by our on-board autonomous driving software, our TuSimple Connect cloud-based autonomous operations oversight system, autonomous HD route mapping support, and emergency roadside assistance to provide safe and seamless end-to-end autonomous freight capacity as a service.

117

Table of Contents

timeframes and the need for higher actuation accuracy. Our control system is designed to dynamically adapt to varying truck trailer cargo weights as well as crosswind speeds which can both drastically alter the movement of and create unique challenges for semi-trucks. We believe that combining long range perception, longer planning horizons, and highly accurate control algorithms makes the driving performance of our on-board software significantly smoother and more fuel efficient than that of a human driver.

*Technology Specifically Designed for Semi-Trucks.* L4 autonomous semi-trucks present distinct challenges. The combination of a semi-truck's weight and typical highway speeds requires approximately 2x longer stopping distances than passenger vehicles. Due to their length, semi-trucks can take up to 16 seconds to make a left hand turn which requires a significantly longer planning horizon than passenger vehicles. Our proprietary sensor platform and predictive AI allow our trucks to safely navigate these unique challenges.



Sources: Schneider, California Department of Motor Vehicles.

*Machine Learning Infrastructure.* The accuracy of our perception and motion planning capabilities is augmented by our proprietary machine learning algorithms. Over the course of 2.8 million road miles and 150+ million simulation miles, we have accumulated a vast set of semi-truck specific driving data with which to train our perception and motion planning capabilities. We focus our data collection and storage efforts on both quality and quantity. This enables our database to be informative and relatively easily analyzed by our machine learning software which currently has the capacity to process 100 thousand instances per day. This data analysis trains our software to more accurately predict how the surrounding environment of a semi-truck will change in real time.

*HD Mapping.* We believe that integrated mapping software is crucial for the operation of an L4 autonomous semi-truck. Our AFN is comprised of HD digital maps of the major freight corridors over which our semi-trucks operate. By developing our own proprietary nationwide freight route maps, we can have control over and visibility of the routes within our AFN, facilitating greater precision, accuracy and reliability of our system. Data collected by the semi-trucks in transit allows us to continually improve map accuracy and affirm semi-truck

121