# EXHIBIT C

21

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): June 27, 2023**

# TuSimple Holdings Inc.
**(Exact name of registrant as specified in its charter)**

| **Delaware** | **001-40326** | **86-2341575** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**9191 Towne Centre Drive, Suite 600**
**San Diego, CA 92122**
**(Address of principal executive offices, including zip code)**

**(619) 916-3144**
**(Registrant's telephone number, including area code)**

**N/A**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2):

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, par value $0.0001 per share | TSP | The Nasdaq Stock Market LLC (Nasdaq Global Select Market) |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 8.01.**        **Other Events.**

On June 28, 2023, TuSimple Holdings Inc. (the "Company") announced that it is evaluating and reviewing strategic alternatives for its U.S. business with a goal of maximizing shareholder value. With the unanimous support of the Company's Board of Directors, the Company has engaged Perella Weinberg Partners as a financial advisor to explore possible transactions for the U.S.-based portion of its business. No assurances can be given that the Company's exploration of strategic alternatives will result in any change in strategy or a transaction.

A copy of the press release is attached to this Current Report on Form 8-K as Exhibit 99.1.

**Item 9.01.**        **Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release issued by TuSimple Holdings Inc. on June 28, 2023 |
| 104 | Cover Page Interactive Data File (formatted as Inline XBRL). |

23

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

TuSimple Holdings Inc.

By:  /s/ Eric Tapia
    Eric Tapia
    Chief Financial Officer

Dated: June 28, 2023

24