240

# EXHIBIT L
# FILED UNDER SEAL