242

# EXHIBIT M
# FILED UNDER SEAL