250

# EXHIBIT O
# FILED UNDER SEAL