# EXHIBIT B

18

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2021**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from _____to_____**
**Commission file number 001-40326**

# TuSimple Holdings Inc.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **86-2341575** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **9191 Towne Centre Drive, Suite 600**<br>**San Diego, CA** | **92122** |
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's telephone number, including area code **(619) 916-3144**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, par value $0.0001 per share | TSP | The Nasdaq Stock Market LLC<br>(Nasdaq Global Select Market) |

Securities registered pursuant to section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports); and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C.7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of voting stock held by non-affiliates of the Registrant on June 30, 2021, based on the closing price of $71.24 for shares of the Registrant's Class A common stock as reported by the Nasdaq Global Select Market, was approximately $9.27 billion. Shares of common stock beneficially owned by each executive officer, director, and holder of more than 10% of our common stock have been excluded in that such persons may be deemed to be affiliates. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

As of January 31, 2022, the number of shares of the registrant's Class A common stock outstanding was 198,148,655 and the number of shares of the registrant's Class B common stock outstanding was 24,000,000.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's definitive proxy statement relating to the 2022 Annual Meeting of Stockholders are incorporated herein by reference in Part III of this Annual Report on Form 10-K to the extent stated herein. Such definitive proxy statement will be filed with the Securities and Exchange Commission within 120 days after the registrant's fiscal year ended December 31, 2021.

*Machine Learning Infrastructure.* The accuracy of our perception and motion planning capabilities is augmented by our proprietary machine learning algorithms. Over the course of over 6 million road miles, we have accumulated a vast set of semi-truck specific driving data with which to train our perception and motion planning capabilities. We focus our data collection and storage efforts on both quality and quantity. This enables our database to be informative and relatively easily analyzed by our machine learning software which currently has the capacity to process 100,000 instances per day. This data analysis trains our software to more accurately predict how the surrounding environment of a semi-truck will change in real time.

*HD Mapping.* We believe that integrated mapping software with rapid updating is crucial for the operation of an L4 autonomous semi-truck. Our AFN is comprised of HD digital maps of the major freight corridors over which our semi-trucks operate. Our proprietary mapping technology provides us significant control to map the routes on which we operate, with the level of detail we require and update the maps rapidly. Our proprietary maps are developed by driving camera, LiDAR and GPS equipped commercial vehicles along the target freight route several times. This data collection is followed by fully automated processing which fine tunes and generates full 3D high definition maps at an accuracy of five centimeters or less.

*Autonomous Domain Controller.* We have partnered with NVIDIA, a leading graphical computing technology company, to develop a proprietary ADC computing solution. The ADC is a central on-board computer that is being designed to execute hundreds of trillions of operations per second for our autonomous driving system, including our perception, planning and control systems. The ADC will incorporate NVIDIA's Orin System-on-Chip hardware and our autonomous driving software and algorithms. We and NVIDIA plan to develop the ADC for use in our production semi-trucks. We believe the ADC will be a powerful, scalable computing solution specifically engineered to the requirements of our autonomous driving system.

*Proprietary HD Mapping Capability.* Our in-house mapping technology can quickly map new routes and provide users with more location options for shipping on our AFN. Our proprietary mapping technology and process is accurate to within five centimeters. Precise localization accuracy is crucial to safely operate semi-trucks autonomously given the 8.5 foot average tractor width, particularly when travelling on local streets which average just 10 feet wide. We also have the ability to update our maps quickly, allowing new roadway conditions experienced by one of our semi-trucks to be uploaded on our HD maps and shared with the rest of the fleet rapidly. This nimble, flexible approach is expected to provide operational efficiency and enhanced safety, while meeting our users' evolving freight demands and efficiently expanding our network.

*Cloud-Based Operational and Monitoring System.* Our seamless user experience will be enhanced by our proprietary TuSimple Connect system. This cloud-based autonomous operations oversight system is designed to ensure safe operations, reliability, and efficient capacity for our users. The system will directly connect to our users' Transportation Management Systems, integrating TuSimple Connect into their supply chain and creating a close user relationship. Our users will be able to book and track their freight seamlessly with real-time two way communication that allows our AFN to dynamically match freight supply with demand.

**Our TRATON Partnership**

We have a global partnership with TRATON, a publicly listed subsidiary of Volkswagen. TRATON is one of the world's largest commercial truck OEMs with truck brands including Scania, Navistar (which produces the "International" brand of trucks), MAN Truck & Bus and Volkswagen Caminhões e Ônibus. We initially established independent partnerships with Navistar and TRATON in 2020. In July 2021, TRATON merged with Navistar and it became a wholly owned subsidiary of TRATON.

We are working with TRATON and its brands to develop a line of purpose-built L4 autonomous semi-trucks. In North America, we are continuing to partner with Navistar under a Joint Development Agreement to collaboratively develop a purpose-built L4 autonomous semi-truck. As part of this partnership, we have also negotiated with Navistar terms for a production license agreement to commercially market and provide services for autonomous trucks thereafter. The product development process will follow a stage gate development model for the production of purpose-built L4 autonomous semi-trucks. We are providing the software, system design, and requirements for the autonomous truck while Navistar serves as the system integrator for the truck hardware and is responsible for validation and testing.

In Europe and China, we work with TRATON's Scania brand on autonomous technology development including a L4 autonomous trucking pilot program on a hub-to-hub truck freight route in Sweden.

We believe our partnership with TRATON allows us to primarily focus on our technology development on our proprietary core autonomous driving system technologies, while gaining the benefits of capital light vertical integration.

**Our Operations Today**

We currently operate approximately 100 L4 autonomous semi-trucks with approximately 75 operating in the U.S. and 25 in China. We have commenced Driver Out runs in Arizona on a more than 80 mile freight route, covering surface streets, on-ramps, off-ramps and highways. The runs are conducted on an actual freight route between a railyard in Tucson, AZ, and a high-volume distribution center in the Phoenix metro area. Our vehicles interact with traffic, change lanes at highway speeds, navigate intersections and traffic signals, and handle complex road situations such as emergency lane vehicles.

5

20