# EXHIBIT E



Overview    Events & Presentations    Press Releases    Financials ⌄    Governance ⌄    ESG    Resources ⌄    🔍

NEWS DETAILS

[ VIEW ALL NEWS ]

# TuSimple and Navistar Provide Update on Joint Development Agreement

12/05/2022

📄 **Download**

SAN DIEGO and LISLE, Ill., Dec. 5, 2022 /PRNewswire/ -- In a joint announcement, today TuSimple (NASDAQ:TSP) and Navistar announced an end to their co-development under the 2020 Joint Development Agreement. The decision to end the development agreement does not preclude the companies from working together in the future.



"I decided to return as TuSimple's CEO to address the challenges ahead and to set us on a path to long term stability. We have proven our technology works, and I'm committed to addressing the concerns of stakeholders. I firmly believe in this company and its ability to improve the safety and efficiency of the trucking industry through world-class autonomous driving technology," said TuSimple CEO Cheng Lu.

"Navistar believes autonomous driving technologies will be a key component of a future transportation and logistics system and is committed to the development of a safe and efficient autonomous driving solution," said Navistar Vice President Srinivas Gowda.

**About TuSimple**

TuSimple is a global autonomous driving technology company headquartered in San Diego, California, with operations in Arizona, Texas, Europe, and China. Founded in 2015, TuSimple is developing a commercial-ready, fully autonomous (SAE Level 4) driving solution for long-haul heavy-duty trucks. TuSimple aims to transform the $4 trillion global truck freight industry through the company's leading AI technology, which makes it possible for trucks to drive safely autonomously, operate nearly continuously, and reduce fuel consumption by 10%+ relative to manually driven trucks. Global achievements include the world's first fully autonomous, Driver Out semi-truck run on open public roads, and the development of the world's first Autonomous Freight Network (AFN).  Visit us at www.tusimple.com.

**About Navistar**

Navistar, Inc. ("Navistar") is a purpose-driven company, reimagining how to deliver what matters to create more cohesive relationships, build higher-performing teams and find solutions where others don't. Based in Lisle, Illinois, Navistar or its subsidiaries and affiliates produce International® brand commercial trucks and engines, IC Bus® brand school and commercial buses, all-makes OnCommand® Connection advanced connectivity services, and Fleetrite®,

30

## tu simple

| Overview | Events & Presentations | Press Releases | ⌄ | ⌄ | ESG | ⌄ |

**VIEW ALL NEWS**

**Contact Us**

**Headquarters**
9191 Towne Centre Dr. Ste 150
San Diego, CA 92122

**Arizona Office**
9538 E Old Vail Rd.
Tucson, AZ 85747

**Quick Links**

SEC Filings

Information Request Form

**Investor Email Alerts**

Enter your Email Address          ••• **Sign Up**

☐ News                    ☐ Quarterly Reports
☐ Annual Reports          ☐ SEC Filings
☐ End of Day Stock Quote  ☐ Events & Presentations

UNSUBSCRIBE

Privacy Policy  |  Terms of Use

© 2024 TuSimple Holdings Inc. - All rights reserved.
Powered By Q4 Inc. 5.125.3.1

31