UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AUSTIN DICKER, et al.,

Plaintiffs,

v.

TU SIMPLE HOLDINGS INC., et al.,

Defendants

Case No.:  22cv1300-BEN (MSB)

**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL THEIR EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND LIMITED EXPEDITED DISCOVERY [ECF NO. 184]**

Before the Court is an Ex Parte Motion for Leave to File Under Seal Their Ex Parte Motion for Temporary Restraining Order and Limited Expedited Discovery ("Motion to Seal") filed by Lead Plaintiff Indiana Public Retirement System and Named Plaintiffs Robert Miller and Michelle Poirier (collectively, "Plaintiffs").  Having reviewed Plaintiffs' Motion to Seal and the relevant documents, the Court finds that there are compelling reasons that overcome the presumption of public access, pursuant to Civil Local Rule 79.2.

Accordingly, the Court **GRANTS** Plaintiffs' Motion to Seal and **ORDERS** the following documents be filed **UNDER SEAL**:

//

1

- Unredacted version of Plaintiffs' Ex Parte Motion for Temporary Restraining Order and Limited Expedited Discovery ("Motion for TRO");

- Declaration of Ramzi Abadou in Support of Motion for TRO

**IT IS SO ORDERED**.

Dated:  June 11, 2024

_____
Honorable Michael S. Berg
United States Magistrate Judge