UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TU SIMPLE HOLDINGS INC., et al.,<br>Defendants | Case No.: 22cv1300-BEN (MSB)<br><br>**ORDER GRANTING DEFENDANT TUSIMPLE HOLDINGS INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND LIMITED EXPEDITED DISCOVERY [ECF NO. 193]** |

Before the Court is Defendant's, TuSimple Holdings, Inc. ("TuSimple"), Motion for Leave to File Under Seal Portions of its Opposition to Plaintiffs' Ex Parte Motion for Temporary Restraining Order and Limited Expedited Discovery ("Motion to Seal"). Having reviewed TuSimple's Motion to Seal and the relevant documents, the Court finds that there are compelling reasons that overcome the presumption of public access, pursuant to Civil Local Rule 79.2.

Accordingly, the Court **GRANTS** TuSimple's Motion to Seal and **ORDERS** the following documents be filed **UNDER SEAL**:

- Unredacted version of Defendant's Memorandum of Points and Authorities of its Opposition to Plaintiffs' Ex Parte Motion for Temporary Restraining Order and

Limited Expedited Discovery ("Opposition");

- Declaration of Cheng Lu in Support of Opposition;

- Declaration of William Paine in Support of Opposition ("Paine Declaration"); and

- Exhibits H, K, L, M, N, O, and P to the Paine Declaration.

**IT IS SO ORDERED**.

Dated:  June 11, 2024

Honorable Michael S. Berg
United States Magistrate Judge