ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
LUCAS F. OLTS (234843)
JENNIFER N. CARINGAL (286197)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
jcaringal@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TUSIMPLE HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB) <br><br> <u>CLASS ACTION</u> <br><br> **PLAINTIFFS' *EX PARTE* MOTION TO STRIKE AND FOR USE OF DOCUMENTS PRODUCED TO PLAINTIFFS BY TUSIMPLE IN MEDIATION** <br><br> Judge:  Hon. Michael S. Berg <br> Courtroom:  2C |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

Lead Plaintiff Indiana Public Retirement System, and Named Plaintiffs Robert Miller, and Michelle Poirier (collectively "Plaintiffs") hereby move the Court (i) for an order striking Exhibit H to Defendant TuSimple Inc.'s Opposition to Plaintiff's *Ex Parte* Motion for Temporary Restraining Order and Limited Expedited Discovery ("Mediation Documents"); and (ii) for an order finding that Plaintiffs may use the Mediation Documents for any proper purpose such that the Mediation Documents shall no longer be deemed privileged under the Parties' April 12, 2024 Mediation Confidentiality Agreement. *See* ECF Nos. 197 (sealed) and 198 (public). This Motion, which is also brought pursuant to Civil Local Rule 83.3(g) and the Court's April 3, 2024 Order Granting Joint Motion for Magistrate Judge Referral (ECF No. 178), is based upon the Memorandum of Law in support thereof, the Declaration of Ramzi Abadou, the pleadings and files herein, and such other written or oral argument as may be presented to the Court.

DATED:  June 12, 2024                  Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
LUCAS F. OLTS
JENNIFER N. CARINGAL
HEATHER G. GEIGER
STEPHEN JOHNSON

*s/ Ramzi Abadou*
RAMZI ABADOU

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
jcaringal@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

- 1 -                    3:22-cv-01300-BEN-MSB
                        (Consolidated with No. 3:23-cv-00282-BEN-MSB)

*Lead Counsel for Lead Plaintiff Indiana Public Retirement System, and Named Plaintiff Michelle Poirier*

KAHN SWICK & FOTI, LLP
RAMZI ABADOU
580 California Street, Suite 1200
San Francisco, CA  94104
Telephone:  866/467-1400
ramzi.abadou@ksfcounsel.com

KAHN SWICK & FOTI, LLC
ALEXANDER L. BURNS (*pro hac vice*)
ALEXANDRA PRATT (*pro hac vice*)
JAMES T. FETTER (*pro hac vice*)
1100 Poydras Street, Suite 960
New Orleans, LA  70163
Telephone:  504/455-1400
alexander.burns@ksfcounsel.com
alexandra.pratt@ksfcounsel.com
iames.fetter@ksfcounsel.com

*Counsel for Named Plaintiff Robert Miller*

3:22-cv-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)