ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
LUCAS F. OLTS (234843)
JENNIFER N. CARINGAL (286197)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lolts@rgrdlaw.com
jcaringal@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TUSIMPLE HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB) <br><br> CLASS ACTION <br><br> **DECLARATION OF RAMZI ABADOU IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION TO STRIKE AND FOR USE OF DOCUMENTS PRODUCED TO PLAINTIFFS BY TUSIMPLE IN MEDIATION** <br><br> Judge:      Hon. Michael S. Berg <br> Courtroom:  2C |

I, Ramzi Abadou, hereby declare as follows:

1.      I am a member in good standing of the bar of the State of California and am admitted to practice in this District.

2.      I submit this Declaration, together with the attached exhibits, in support of Plaintiffs' *Ex Parte* Motion to Strike and for Use of Documents Produced to Plaintiffs by TuSimple in Mediation (the "Strike Motion"). I am familiar with the facts set forth herein and if called upon would competently testify thereto.

3.      Attached hereto as **Exhibit A**, is a true and correct copy of the April 12, 2024 Mediation Confidentiality Agreement ("Mediation Agreement") executed by Lead Plaintiff Indiana Public Retirement System and Named Plaintiffs Robert Miller and Michelle Poirier (collectively, "Plaintiffs") and defendant TuSimple Holdings, Inc. ("TuSimple" or the "Company" and, together with Plaintiffs, the "Parties"). The Parties executed the Mediation Agreement, at TuSimple's request, so that TuSimple could share documents, including transcripts of deposition testimony, from *Wilhoite v. Hou*, No. 3:23-cv-02333-BEN-MSB (S.D. Cal) (the "*Wilhoite* Action"), with Plaintiffs.

4.      The Mediation Agreement provides that "[a]ll documents or electronic information produced in connection with the Mediation ("Mediation Documents") shall be used solely for Mediation Purposes and not for Other Purposes." Ex. A at 1.

5.      TuSimple made six productions of Mediation Documents, totaling 44,921 pages. All productions were accompanied by a letter that stated TuSimple produced the Mediation Documents pursuant to the Mediation Agreement and for the "limited purpose of aiding mediation."

6.      Attached hereto as **Exhibit B** is an index of the documents TuSimple produced to Plaintiffs pursuant to the Mediation Agreement.

1

3:22-cv-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)

7. On April 22, 2024, TuSimple produced to Plaintiffs transcripts of the April 12, 2024 deposition of Cheng Lu and the April 2, 2024 deposition of Mehmet Ersin Yumer, taken in the *Wilhoite* Action.

8. On April 30, 2024, TuSimple produced to Plaintiffs a transcript of the April 25, 2024 deposition of Mo Chen, taken in the *Wilhoite* Action.

9. Plaintiffs filed their Motion for Temporary Restraining Order and Limited Expedited Discovery ("TRO Motion") on May 30, 2024. ECF No. 187. The TRO Motion and accompanying memorandum did not mention or refer to any Mediation Document.

10. On June 7, 2024, TuSimple filed its response in Opposition to the TRO Motion ("Opposition"), before withdrawing and refiling on June 10. *See* ECF Nos. 193-98. TuSimple attached, as Exhibit H thereto ("Exhibit H"), its Supplemental Memorandum of Points and Authorities of Nominal Defendant TuSimple Holdings Inc. in Further Opposition to Plaintiffs' Motion for a Preliminary Injunction, together with the accompanying Declaration of Robert Kingsley Smith and supporting exhibits, filed in the *Wilhoite* Action. Exhibit H contains references to testimony from, and excerpts of transcripts of, depositions taken in the *Wilhoite* Action and produced by TuSimple to Plaintiffs pursuant to the Mediation Agreement.

11. In its Opposition, TuSimple also describes the content of these depositions. *See* ECF Nos. 197 (sealed) & 198 (public) at 4:23-26, 10:26-11:2.

12. As required by Civil Local Rule 83.3(g)(2), I submit that Plaintiffs should not be required to inform TuSimple of this Motion. Plaintiffs bring this Motion wholly in response to TuSimple's breach of the Mediation Agreement. It is clear that TuSimple did not submit privileged documents by mistake as Exhibit H was attached to and described in their original filing on June 7, and TuSimple did not withdraw Exhibit H,

3:22-cv-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)

nor remove the descriptions or excerpts of the transcripts of the depositions when it refiled its response on June 10.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 12, 2024, in San Francisco, California.

*s/ Ramzi Abadou*

RAMZI ABADOU

3:22-cv-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)

3