## TABLE OF CONTENTS

| EXHIBIT | TITLE | PAGE |
|---------|-------|------|
| A | April 12, 2024 Mediation Confidentiality Agreement | 1-3 |
| B | Index of Mediation Documents Produced by TuSimple | 4-15 |