# EXHIBIT B

Volume 1

| Bates Begin | Bates End | Description | *Wilhoite* ECF No. |
|---|---|---|---|
| TUSIMPLE-WILHOITE-MEDIAT_000001 | TUSIMPLE-WILHOITE-MEDIAT_000061 | TuSimple Opposition to Plaintiff's Motion for Shortening Time | ECF No. 11 |
| TUSIMPLE-WILHOITE-MEDIAT_000062 | TUSIMPLE-WILHOITE-MEDIAT_000063 | TuSimple Corporate Disclosure | ECF No. 12 |
| TUSIMPLE-WILHOITE-MEDIAT_000064 | TUSIMPLE-WILHOITE-MEDIAT_000065 | TuSimple Notice of Party with financial interest | ECF No. 18 |
| TUSIMPLE-WILHOITE-MEDIAT_000066 | TUSIMPLE-WILHOITE-MEDIAT_000068 | TuSimple Motion to Dismiss | ECF No. 27 |
| TUSIMPLE-WILHOITE-MEDIAT_000069 | TUSIMPLE-WILHOITE-MEDIAT_000101 | TuSimple Motion to Dismiss Brief | ECF No. 27-1 |
| TUSIMPLE-WILHOITE-MEDIAT_000102 | TUSIMPLE-WILHOITE-MEDIAT_000104 | Smith Declaration in Support of TuSimple Motion to Dismiss | ECF No. 27-2 |
| TUSIMPLE-WILHOITE-MEDIAT_000105 | TUSIMPLE-WILHOITE-MEDIAT_000105 | List of Exhibits for TuSimple Motion to Dismiss | ECF No. 27-3 |
| TUSIMPLE-WILHOITE-MEDIAT_000106 | TUSIMPLE-WILHOITE-MEDIAT_000115 | Form 10-K for fiscal year ending 12/31/22 | ECF No. 27-4 |
| TUSIMPLE-WILHOITE-MEDIAT_000116 | TUSIMPLE-WILHOITE-MEDIAT_000128 | Form 10-Q for period ending 5/31/21 | ECF No. 27-5 |
| TUSIMPLE-WILHOITE-MEDIAT_000129 | TUSIMPLE-WILHOITE-MEDIAT_000133 | Form 8-K Date of Report 10/21/22 | ECF No. 27-6 |
| TUSIMPLE-WILHOITE-MEDIAT_000134 | TUSIMPLE-WILHOITE-MEDIAT_000138 | TuSimple Website screenshots of BOD page | ECF No. 27-7 |
| TUSIMPLE-WILHOITE-MEDIAT_000139 | TUSIMPLE-WILHOITE-MEDIAT_000142 | Form 8-K Date of Report 11/7/22 | ECF No. 27-8 |
| TUSIMPLE-WILHOITE-MEDIAT_000143 | TUSIMPLE-WILHOITE-MEDIAT_000147 | Request for Judicial Notice in support of TuSimple Motion to Dismiss | ECF No. 27-9 |
| TUSIMPLE-WILHOITE-MEDIAT_000148 | TUSIMPLE-WILHOITE-MEDIAT_000180 | Opposition to Motion for TRO | ECF No. 28 |
| TUSIMPLE-WILHOITE-MEDIAT_000181 | TUSIMPLE-WILHOITE-MEDIAT_000192 | Lu Declaration in support of Opposition to Motion for TRO | ECF No. 28-1 |
| TUSIMPLE-WILHOITE-MEDIAT_000193 | TUSIMPLE-WILHOITE-MEDIAT_000196 | Jing Zhu Declaration in support of Opposition to Motion for TRO | ECF No. 28-2 |
| TUSIMPLE-WILHOITE-MEDIAT_000197 | TUSIMPLE-WILHOITE-MEDIAT_000199 | Smith Declaration in Support of Opposition to Motion for TRO | ECF No. 28-3 |
| TUSIMPLE-WILHOITE-MEDIAT_000200 | TUSIMPLE-WILHOITE-MEDIAT_000207 | Request for Judicial Notice in support of Opposition to Motion TRO | ECF No. 28-4 |
| TUSIMPLE-WILHOITE-MEDIAT_000208 | TUSIMPLE-WILHOITE-MEDIAT_000212 | Smith Declaration in Support of Request for Judicial Notice | ECF No. 28-5 |
| TUSIMPLE-WILHOITE-MEDIAT_000213 | TUSIMPLE-WILHOITE-MEDIAT_000214 | Table of Exhibits for Opposition to Motion for TRO | ECF No. 28-6 |
| TUSIMPLE-WILHOITE-MEDIAT_000215 | TUSIMPLE-WILHOITE-MEDIAT_000240 | Woldanski Complaint | ECF No. 28-7 |
| TUSIMPLE-WILHOITE-MEDIAT_000241 | TUSIMPLE-WILHOITE-MEDIAT_000278 | Ascani Complaint | ECF No. 28-8 |
| TUSIMPLE-WILHOITE-MEDIAT_000279 | TUSIMPLE-WILHOITE-MEDIAT_000409 | Dicker Consolidated Complaint | ECF No. 28-9 |
| TUSIMPLE-WILHOITE-MEDIAT_000410 | TUSIMPLE-WILHOITE-MEDIAT_000418 | Nusbaum Stipulation and Proposed Order Staying Case | ECF No. 28-10 |
| TUSIMPLE-WILHOITE-MEDIAT_000419 | TUSIMPLE-WILHOITE-MEDIAT_000453 | Nusbaum Derivative Complaint | ECF No. 28-11 |
| TUSIMPLE-WILHOITE-MEDIAT_000454 | TUSIMPLE-WILHOITE-MEDIAT_000568 | Young complaint | ECF No. 28-12 |
| TUSIMPLE-WILHOITE-MEDIAT_000569 | TUSIMPLE-WILHOITE-MEDIAT_000637 | Wolfson complaint | ECF No. 28-13 |
| TUSIMPLE-WILHOITE-MEDIAT_000638 | TUSIMPLE-WILHOITE-MEDIAT_000642 | Form S-1 Filed 3/23/21 | ECF No. 28-14 |
| TUSIMPLE-WILHOITE-MEDIAT_000643 | TUSIMPLE-WILHOITE-MEDIAT_000731 | Form 10-K for fiscal year 2021 | ECF No. 28-15 |
| TUSIMPLE-WILHOITE-MEDIAT_000732 | TUSIMPLE-WILHOITE-MEDIAT_000737 | PR announcement on founding of Hydron | ECF No. 28-16 |
| TUSIMPLE-WILHOITE-MEDIAT_000738 | TUSIMPLE-WILHOITE-MEDIAT_000742 | Form 8-K Date of Report 10/31/22 | ECF No. 28-17 |
| TUSIMPLE-WILHOITE-MEDIAT_000743 | TUSIMPLE-WILHOITE-MEDIAT_000883 | Form 10-K for fiscal year 2022 | ECF No. 28-18 |
| TUSIMPLE-WILHOITE-MEDIAT_000884 | TUSIMPLE-WILHOITE-MEDIAT_000962 | Form 10-Q for quarterly period ending 3/31/21 | ECF No. 28-19 |
| TUSIMPLE-WILHOITE-MEDIAT_000963 | TUSIMPLE-WILHOITE-MEDIAT_000965 | TuSimple Website screenshots of BOD page | ECF No. 28-20 |
| TUSIMPLE-WILHOITE-MEDIAT_000968 | TUSIMPLE-WILHOITE-MEDIAT_000970 | Hydron website screenshots | ECF No. 28-21 |
| TUSIMPLE-WILHOITE-MEDIAT_000971 | TUSIMPLE-WILHOITE-MEDIAT_000974 | Form 8-K Date of Report 11/7/22 | ECF No. 28-22 |
| TUSIMPLE-WILHOITE-MEDIAT_000975 | TUSIMPLE-WILHOITE-MEDIAT_000978 | Form 8-K Date of Report 3/9/23 | ECF No. 28-23 |
| TUSIMPLE-WILHOITE-MEDIAT_000979 | TUSIMPLE-WILHOITE-MEDIAT_000982 | Form 8-K Date of Report 11/30/23 | ECF No. 28-24 |
| TUSIMPLE-WILHOITE-MEDIAT_000983 | TUSIMPLE-WILHOITE-MEDIAT_000988 | Form 8-K Date of Report 6/27/23 | ECF No. 28-25 |
| TUSIMPLE-WILHOITE-MEDIAT_000989 | TUSIMPLE-WILHOITE-MEDIAT_001044 | Schedule 14A - Definitive Proxy Statement | ECF No. 28-26 |
| TUSIMPLE-WILHOITE-MEDIAT_001045 | TUSIMPLE-WILHOITE-MEDIAT_001199 | TuSimple 2022 Investor Day Presentation | ECF No. 28-27 |
| TUSIMPLE-WILHOITE-MEDIAT_001200 | TUSIMPLE-WILHOITE-MEDIAT_001264 | Form 10-Q for quarterly period ending 3/31/22 | ECF No. 28-28 |
| TUSIMPLE-WILHOITE-MEDIAT_001265 | TUSIMPLE-WILHOITE-MEDIAT_001270 | Form 8-K Date of Report 12/15/22 | ECF No. 28-29 |
| TUSIMPLE-WILHOITE-MEDIAT_001271 | TUSIMPLE-WILHOITE-MEDIAT_001274 | Form 8-K Date of Report 3/21/22 | ECF No. 28-30 |
| TUSIMPLE-WILHOITE-MEDIAT_001275 | TUSIMPLE-WILHOITE-MEDIAT_001281 | Form 8-K Date of Report 5/21/23 | ECF No. 28-31 |
| TUSIMPLE-WILHOITE-MEDIAT_001282 | TUSIMPLE-WILHOITE-MEDIAT_001298 | Form 8-K Date of Report 9/7/23 | ECF No. 28-32 |
| TUSIMPLE-WILHOITE-MEDIAT_001299 | TUSIMPLE-WILHOITE-MEDIAT_001313 | Form 8-K Date of Report 9/27/23 | ECF No. 28-33 |
| TUSIMPLE-WILHOITE-MEDIAT_001314 | TUSIMPLE-WILHOITE-MEDIAT_001317 | TuSimple Notice of forthcorming change in regulatory status | ECF No. 29 |
| TUSIMPLE-WILHOITE-MEDIAT_001318 | TUSIMPLE-WILHOITE-MEDIAT_001318 | Table of Exhibits for notice of forthcoming change in regulatory status | ECF No. 29-1 |
| TUSIMPLE-WILHOITE-MEDIAT_001319 | TUSIMPLE-WILHOITE-MEDIAT_001338 | Form 8-K Date of Report 1/13/24 | ECF No. 29-2 |
| TUSIMPLE-WILHOITE-MEDIAT_001339 | TUSIMPLE-WILHOITE-MEDIAT_001343 | Letter to shareholders on delisting from Nasdaq | ECF No. 29-3 |
| TUSIMPLE-WILHOITE-MEDIAT_001344 | TUSIMPLE-WILHOITE-MEDIAT_001361 | TuSimple Response to 1/23/24 order regarding TRO | ECF No. 37 |
| TUSIMPLE-WILHOITE-MEDIAT_001362 | TUSIMPLE-WILHOITE-MEDIAT_001378 | Lu Declaration in support of Response to 1/23/24 Order regarding | ECF No. 37-1 |
| TUSIMPLE-WILHOITE-MEDIAT_001379 | TUSIMPLE-WILHOITE-MEDIAT_001381 | Jing Zhu Declaration in support of Response to 1/23/24 Order regarding TRO | ECF No. 37-2 |
| TUSIMPLE-WILHOITE-MEDIAT_001382 | TUSIMPLE-WILHOITE-MEDIAT_001384 | Smith Declaration in support of Response to 1/23/24 Order regarding TRO | ECF No. 37-3 |
| TUSIMPLE-WILHOITE-MEDIAT_001385 | TUSIMPLE-WILHOITE-MEDIAT_001390 | Request for Judicial Notice in support of Response to 1/23/24 Order regarding TRO | ECF No. 37-4 |
| TUSIMPLE-WILHOITE-MEDIAT_001391 | TUSIMPLE-WILHOITE-MEDIAT_001393 | Smith Declaration in support of Request for Judicial Notice | ECF No. 37-5 |
| TUSIMPLE-WILHOITE-MEDIAT_001394 | TUSIMPLE-WILHOITE-MEDIAT_001394 | Table of exhibits for Response to 1/23/24 Order regarding TRO | ECF No. 37-6 |

**EXHIBIT B**
**Page 5**

| | | | |
|---|---|---|---|
| TUSIMPLE-WILHOITE-MEDIAT_001395 | TUSIMPLE-WILHOITE-MEDIAT_001440 | Transcript of 1/22/24 hearing | ECF No. 37-7 |
| TUSIMPLE-WILHOITE-MEDIAT_001441 | TUSIMPLE-WILHOITE-MEDIAT_001445 | Emails negotiating TRO | ECF No. 37-8 |
| TUSIMPLE-WILHOITE-MEDIAT_001446 | TUSIMPLE-WILHOITE-MEDIAT_001685 | Form S-1 Filed 3/23/21 | ECF No. 37-9 |
| TUSIMPLE-WILHOITE-MEDIAT_001686 | TUSIMPLE-WILHOITE-MEDIAT_001837 | Form 10-K for fiscal year ending 12/31/22 | ECF No. 37-10 |
| TUSIMPLE-WILHOITE-MEDIAT_001838 | TUSIMPLE-WILHOITE-MEDIAT_001841 | Form 8-K Date of Report 11/30/23 | ECF No. 37-11 |
| TUSIMPLE-WILHOITE-MEDIAT_001842 | TUSIMPLE-WILHOITE-MEDIAT_001845 | Press Release on TuSimple receiving driverless test license in China | ECF No. 37-12 |
| TUSIMPLE-WILHOITE-MEDIAT_001852 | TUSIMPLE-WILHOITE-MEDIAT_001853 | Smith Declaration in support of application to shorten time for briefing on Motion to Dismiss | ECF No. 38 |
| TUSIMPLE-WILHOITE-MEDIAT_001854 | TUSIMPLE-WILHOITE-MEDIAT_001858 | Motion for leave to file Reply in support of Response to 1/23/24 Order | ECF No. 42 |
| TUSIMPLE-WILHOITE-MEDIAT_001859 | TUSIMPLE-WILHOITE-MEDIAT_001871 | Reply in support of Response to 1/23/24 Order | ECF No. 42-1 |
| TUSIMPLE-WILHOITE-MEDIAT_001872 | TUSIMPLE-WILHOITE-MEDIAT_001876 | Smith Declaration in support ofReply in support of Response to 1/23/24 Order | ECF No. 42-2 |
| TUSIMPLE-WILHOITE-MEDIAT_001877 | TUSIMPLE-WILHOITE-MEDIAT_001881 | Emails negotiating TRO | ECF No. 42-3 |
| TUSIMPLE-WILHOITE-MEDIAT_001882 | TUSIMPLE-WILHOITE-MEDIAT_001894 | Reply in support of Response to 1/23/24 Order | ECF No. 48 |
| TUSIMPLE-WILHOITE-MEDIAT_001895 | TUSIMPLE-WILHOITE-MEDIAT_001901 | TuSimple Motion for Protective Order | ECF No. 53 |
| TUSIMPLE-WILHOITE-MEDIAT_001902 | TUSIMPLE-WILHOITE-MEDIAT_001906 | Smith Declaration in support of TuSimple Motion for Protective Order | ECF No. 53-1 |
| TUSIMPLE-WILHOITE-MEDIAT_001907 | TUSIMPLE-WILHOITE-MEDIAT_001907 | Table of Exhibits for TuSimple Motion for Protective Order | ECF No. 53-2 |
| TUSIMPLE-WILHOITE-MEDIAT_001908 | TUSIMPLE-WILHOITE-MEDIAT_001909 | Emails about meet and confer | ECF No. 53-3 |
| TUSIMPLE-WILHOITE-MEDIAT_001910 | TUSIMPLE-WILHOITE-MEDIAT_001913 | Email about Protective Order | ECF No. 53-4 |
| TUSIMPLE-WILHOITE-MEDIAT_001914 | TUSIMPLE-WILHOITE-MEDIAT_001925 | Proposed Protective Order regarding disclosure and use of discovery materials | ECF No. 53-5 |
| TUSIMPLE-WILHOITE-MEDIAT_001926 | TUSIMPLE-WILHOITE-MEDIAT_001937 | Redlined Proposed Protective Order regarding disclosure and use of discovery materials | ECF No. 53-6 |
| TUSIMPLE-WILHOITE-MEDIAT_001938 | TUSIMPLE-WILHOITE-MEDIAT_001941 | TuSimple Motion for excess pages | ECF No. 54 |
| TUSIMPLE-WILHOITE-MEDIAT_001942 | TUSIMPLE-WILHOITE-MEDIAT_001943 | Smith Declaration in support of TuSimple Motion for excess pages | ECF No. 54-1 |
| TUSIMPLE-WILHOITE-MEDIAT_001944 | TUSIMPLE-WILHOITE-MEDIAT_001946 | Email from Wilhoite plaintiff not opposing Motion for excess pages | ECF No. 54-2 |
| TUSIMPLE-WILHOITE-MEDIAT_001947 | TUSIMPLE-WILHOITE-MEDIAT_001950 | Notice of correction | ECF No. 62 |
| TUSIMPLE-WILHOITE-MEDIAT_001951 | TUSIMPLE-WILHOITE-MEDIAT_001964 | Redlined Proposed Protective Order regarding disclosure and use of discovery materials | ECF No. 62-1 |
| TUSIMPLE-WILHOITE-MEDIAT_001965 | TUSIMPLE-WILHOITE-MEDIAT_001985 | Reply brief in support of TuSimple Motion to Dismiss | ECF No. 63 |
| TUSIMPLE-WILHOITE-MEDIAT_001986 | TUSIMPLE-WILHOITE-MEDIAT_001987 | Smith Declaration in support of Reply brief in support of TuSimple Motion to Dismiss | ECF No. 63-1 |
| TUSIMPLE-WILHOITE-MEDIAT_001988 | TUSIMPLE-WILHOITE-MEDIAT_001988 | Table of Exhibits for Reply brief in support of TuSimple Motion to Dismiss | ECF No. 63-2 |
| TUSIMPLE-WILHOITE-MEDIAT_001989 | TUSIMPLE-WILHOITE-MEDIAT_002007 | TuSimple Certification of Incorporation | ECF No. 63-3 |
| TUSIMPLE-WILHOITE-MEDIAT_002008 | TUSIMPLE-WILHOITE-MEDIAT_002069 | Form 10-Q for quarterly period ending 6/30/22 | ECF No. 63-4 |
| TUSIMPLE-WILHOITE-MEDIAT_002070 | TUSIMPLE-WILHOITE-MEDIAT_002104 | Nusbaum derivative complaint | ECF No. 63-5 |
| TUSIMPLE-WILHOITE-MEDIAT_002105 | TUSIMPLE-WILHOITE-MEDIAT_002109 | Request for Judicial Notice in support of TuSimple Reply in Support of Motion to Dismiss | ECF No. 63-6 |
| TUSIMPLE-WILHOITE-MEDIAT_002110 | TUSIMPLE-WILHOITE-MEDIAT_002116 | Joint Letter Brief regarding Motion for Protective Order regarding the disclosure and use of discovery materials | ECF No. 67 |
| TUSIMPLE-WILHOITE-MEDIAT_002117 | TUSIMPLE-WILHOITE-MEDIAT_002119 | Smith Declaration in support of Joint Letter Brief regarding Motion for Protective Order regarding the disclosure and use of discovery materials | ECF No. 67-1 |
| TUSIMPLE-WILHOITE-MEDIAT_002120 | TUSIMPLE-WILHOITE-MEDIAT_002121 | Redline of Revision of Protective Order | ECF No. 67-2 |
| TUSIMPLE-WILHOITE-MEDIAT_002122 | TUSIMPLE-WILHOITE-MEDIAT_002126 | TuSimple Request for Briefing Schedule Regarding Plaintiffs' ex parte Motion to order directing TuSimple to produce documents | ECF No. 74 |
| TUSIMPLE-WILHOITE-MEDIAT_002127 | TUSIMPLE-WILHOITE-MEDIAT_002129 | Smith Declaration in support of request for Briefing Schedule Regarding Plaintiffs' ex parte Motion to order directing TuSimple to produce documents | ECF No. 74-1 |
| TUSIMPLE-WILHOITE-MEDIAT_002130 | TUSIMPLE-WILHOITE-MEDIAT_002137 | Email about from Plainitff not opposing Request for Briefing Schedule Regarding Plaintiffs' ex parte Motion to order directing TuSimple to produce documents | ECF No. 74-2 |
| TUSIMPLE-WILHOITE-MEDIAT_002138 | TUSIMPLE-WILHOITE-MEDIAT_002139 | TuSimple Rule 44.1 Notice | ECF No. 82 |
| TUSIMPLE-WILHOITE-MEDIAT_002140 | TUSIMPLE-WILHOITE-MEDIAT_002143 | TuSimple Motion for leave to file under seal | ECF No. 83 |
| TUSIMPLE-WILHOITE-MEDIAT_002144 | TUSIMPLE-WILHOITE-MEDIAT_002145 | Smith Declaration in support of Motion to file under seal | ECF No. 83-1 |
| TUSIMPLE-WILHOITE-MEDIAT_002146 | TUSIMPLE-WILHOITE-MEDIAT_002177 | Sealed Brief for TuSimple Opposition to Motion for Order directing TuSimple to produce documents | ECF No. 85 |
| TUSIMPLE-WILHOITE-MEDIAT_002178 | TUSIMPLE-WILHOITE-MEDIAT_002206 | Haojun Li Declaration | ECF No. 85-1 |
| TUSIMPLE-WILHOITE-MEDIAT_002207 | TUSIMPLE-WILHOITE-MEDIAT_002219 | Lu Declaration for TuSimple Opposition to Motion for Order directing TuSimple to produce documents | ECF No. 85-2 |
| TUSIMPLE-WILHOITE-MEDIAT_002220 | TUSIMPLE-WILHOITE-MEDIAT_002225 | Smith Declaration for TuSimple Opposition to Motion for Order directing TuSimple to produce documents | ECF No. 85-3 |

**EXHIBIT B**
**Page 6**

| | | | |
|---|---|---|---|
| TUSIMPLE-WILHOITE-MEDIAT_002226 | TUSIMPLE-WILHOITE-MEDIAT_002226 | Table of Exhibits for TuSimple Opposition to Motion for Order directing TuSimple to produce documents | ECF No. 85-4 |
| TUSIMPLE-WILHOITE-MEDIAT_002227 | TUSIMPLE-WILHOITE-MEDIAT_002229 | Production Email for documentss about trade secret | ECF No. 85-5 |
| TUSIMPLE-WILHOITE-MEDIAT_002230 | TUSIMPLE-WILHOITE-MEDIAT_002237 | Form 8-K date of Report 10/31/22 | ECF No. 85-6 |
| TUSIMPLE-WILHOITE-MEDIAT_002238 | TUSIMPLE-WILHOITE-MEDIAT_002283 | Transcript of 1/22/24 Hearing | ECF No. 85-7 |
| TUSIMPLE-WILHOITE-MEDIAT_002284 | TUSIMPLE-WILHOITE-MEDIAT_002346 | Form S-1 Registration Statement | ECF No. 85-8 |
| TUSIMPLE-WILHOITE-MEDIAT_002347 | TUSIMPLE-WILHOITE-MEDIAT_002498 | Form 10-K for fiscal year ending 12/31/22 | ECF No. 85-9 |
| TUSIMPLE-WILHOITE-MEDIAT_002499 | TUSIMPLE-WILHOITE-MEDIAT_002503 | Form 8-K date of report 11/30/23 | ECF No. 85-10 |
| TUSIMPLE-WILHOITE-MEDIAT_002504 | TUSIMPLE-WILHOITE-MEDIAT_002507 | Response to Motion re 86 Ex Parte Motion for Extension of Time to File Response/Reply in Further Support of Motion for Compliance with | ECF No. 87 |
| TUSIMPLE-WILHOITE-MEDIAT_002508 | TUSIMPLE-WILHOITE-MEDIAT_002516 | Emails with Plainitff Oppositionosing Motion | ECF No. 87-1 |
| TUSIMPLE-WILHOITE-MEDIAT_002517 | TUSIMPLE-WILHOITE-MEDIAT_002519 | Notice of Supplemental Declaration of Cheng Lu in Further Support by TuSimple Holdings, Inc. re 85 Response in Opposition to Motion | ECF No. 88 |
| TUSIMPLE-WILHOITE-MEDIAT_002520 | TUSIMPLE-WILHOITE-MEDIAT_002523 | Lu Declaration for upplemental Declaration of Cheng Lu in Further Support by TuSimple Holdings, Inc. re 85 Response in Oppositionosition to Motion | ECF No. 88-1 |
| TUSIMPLE-WILHOITE-MEDIAT_002524 | TUSIMPLE-WILHOITE-MEDIAT_002530 | TuSimple Motion for leave to file under seal portions of Opposition to Motion for Preliminary Injunction | ECF No. 90 |
| TUSIMPLE-WILHOITE-MEDIAT_002531 | TUSIMPLE-WILHOITE-MEDIAT_002532 | Smith Declaration in Support of Motion for leave to file under seal portions of Opposition to Motion for Preliminary Injunction | ECF No. 90-1 |
| TUSIMPLE-WILHOITE-MEDIAT_002533 | TUSIMPLE-WILHOITE-MEDIAT_002565 | Sealed Brief in Opposition to Motion for Preliminary Injunction | ECF No. 92 |
| TUSIMPLE-WILHOITE-MEDIAT_002566 | TUSIMPLE-WILHOITE-MEDIAT_002578 | Lu Declaration in support of Opposition to Motion for Preliminary Injunction | ECF No. 92-1 |
| TUSIMPLE-WILHOITE-MEDIAT_002579 | TUSIMPLE-WILHOITE-MEDIAT_002594 | Graham Taylor Declaration in support of Opposition to Motion for Preliminary Injunction | ECF No. 92-2 |
| TUSIMPLE-WILHOITE-MEDIAT_002595 | TUSIMPLE-WILHOITE-MEDIAT_002623 | Haojun Li Declaration in support of Opposition to Motion for Preliminary Injunction | ECF No. 92-3 |
| TUSIMPLE-WILHOITE-MEDIAT_002624 | TUSIMPLE-WILHOITE-MEDIAT_002626 | Cheng Lu Declaration in support of Opposition to Motion for Preliminary Injunction | ECF No. 92-4 |
| TUSIMPLE-WILHOITE-MEDIAT_002627 | TUSIMPLE-WILHOITE-MEDIAT_002633 | Smith Declaration in Support of Opposition to Motion for Preliminary Injunction | ECF No. 92-5 |
| TUSIMPLE-WILHOITE-MEDIAT_002634 | TUSIMPLE-WILHOITE-MEDIAT_002634 | Table of Exhibits for Opposition to Motion for Preliminary Injunction | ECF No. 92-6 |
| TUSIMPLE-WILHOITE-MEDIAT_002635 | TUSIMPLE-WILHOITE-MEDIAT_002783 | Form S-1 Registration Statement | ECF No. 92-7 |
| TUSIMPLE-WILHOITE-MEDIAT_002784 | TUSIMPLE-WILHOITE-MEDIAT_002793 | TuSimple and Hydron Confidentiality Agreement and NDA | ECF No. 92-8 |
| TUSIMPLE-WILHOITE-MEDIAT_002794 | TUSIMPLE-WILHOITE-MEDIAT_002796 | TuSimple Production Email | ECF No. 92-9 |
| TUSIMPLE-WILHOITE-MEDIAT_002797 | TUSIMPLE-WILHOITE-MEDIAT_002804 | Form 8-K date of Report 10/31/22 | ECF No. 92-10 |
| TUSIMPLE-WILHOITE-MEDIAT_002805 | TUSIMPLE-WILHOITE-MEDIAT_002808 | Press Release about Traton and Navistar merger | ECF No. 92-11 |
| TUSIMPLE-WILHOITE-MEDIAT_002809 | TUSIMPLE-WILHOITE-MEDIAT_002814 | Form 8-K Date of Report 6/27/23 | ECF No. 92-12 |
| TUSIMPLE-WILHOITE-MEDIAT_002815 | TUSIMPLE-WILHOITE-MEDIAT_002821 | Daimler Truck advertising materials | ECF No. 92-13 |
| TUSIMPLE-WILHOITE-MEDIAT_002822 | TUSIMPLE-WILHOITE-MEDIAT_002829 | Technical Requirements | ECF No. 92-14 |
| TUSIMPLE-WILHOITE-MEDIAT_002830 | TUSIMPLE-WILHOITE-MEDIAT_002854 | Slide Deck - TuSimple Longitudinal Motion Control Overview | ECF No. 92-15 |
| TUSIMPLE-WILHOITE-MEDIAT_002858 | TUSIMPLE-WILHOITE-MEDIAT_002864 | Slide Deck L4 Autonomy Control Performance Requirements Concepts | ECF No. 92-16 |
| TUSIMPLE-WILHOITE-MEDIAT_002865 | TUSIMPLE-WILHOITE-MEDIAT_002866 | Techinical Architecture Drawing | ECF No. 92-17 |
| TUSIMPLE-WILHOITE-MEDIAT_002867 | TUSIMPLE-WILHOITE-MEDIAT_002869 | TuSimple Motion for leave to file corrected brief in Opposition to Motion for Preliminary Injunction | ECF No. 93 |
| TUSIMPLE-WILHOITE-MEDIAT_002870 | TUSIMPLE-WILHOITE-MEDIAT_002871 | Smith Declaration for Motion for leave to file corrected brief in Opposition to Motion for Preliminary Injunction | ECF No. 93-1 |
| TUSIMPLE-WILHOITE-MEDIAT_002872 | TUSIMPLE-WILHOITE-MEDIAT_002872 | Table of Exhibits for Motion for leave to file corrected brief in Opposition to Motion for Preliminary Injunction | ECF No. 93-2 |
| TUSIMPLE-WILHOITE-MEDIAT_002873 | TUSIMPLE-WILHOITE-MEDIAT_002906 | Under Seal Brief in Opposition to Motion for Preliminary Injunction | ECF No. 93-3 |
| TUSIMPLE-WILHOITE-MEDIAT_002907 | TUSIMPLE-WILHOITE-MEDIAT_002940 | Brief in Opposition to Motion for Preliminary Injunction | ECF No. 93-4 |
| TUSIMPLE-WILHOITE-MEDIAT_002941 | TUSIMPLE-WILHOITE-MEDIAT_002977 | Under Seal Brief in Opposition to Motion for Preliminary Injunction | ECF No. 93-5 |
| TUSIMPLE-WILHOITE-MEDIAT_002978 | TUSIMPLE-WILHOITE-MEDIAT_002981 | TuSimple Motion for leave to file Sur-Reply in Opposition to Motion for order directing TuSimple to produce docs | ECF No. 103 |
| TUSIMPLE-WILHOITE-MEDIAT_002982 | TUSIMPLE-WILHOITE-MEDIAT_002983 | Smith Declaration for Motion for leave to file Sur-Reply in Opposition to Motion for order directing TuSimple to produce docs | ECF No. 103-1 |
| TUSIMPLE-WILHOITE-MEDIAT_002984 | TUSIMPLE-WILHOITE-MEDIAT_002990 | Sur-Reply Brief in Opposition to Motion for Order Directing TuSimple to Produce Documents | ECF No. 103-2 |
| TUSIMPLE-WILHOITE-MEDIAT_002991 | TUSIMPLE-WILHOITE-MEDIAT_003098 | Smith Declaration in Support of Opposition to Motion for Order Directing TuSimple to Produce Documents | ECF No. 103-3 |
| TUSIMPLE-WILHOITE-MEDIAT_003099 | TUSIMPLE-WILHOITE-MEDIAT_003103 | Motion for leave to file under seal portions of Motion for leave to file | ECF No. 116 |

**EXHIBIT B**
**Page 7**

| | | | |
|---|---|---|---|
| TUSIMPLE-WILHOITE-MEDIAT_003104 | TUSIMPLE-WILHOITE-MEDIAT_003106 | Smith Declaration for Motion for leave to file under seal portions of Motion for leave to file Sur-Reply in Further Opposition to Motion for Preliminary Injunction | ECF No. 116-1 |
| TUSIMPLE-WILHOITE-MEDIAT_003107 | TUSIMPLE-WILHOITE-MEDIAT_003111 | Motion for leave to file Sur-Reply in Opposition to Motion for Preliminary Injunction | ECF No. 118 |
| TUSIMPLE-WILHOITE-MEDIAT_003112 | TUSIMPLE-WILHOITE-MEDIAT_003113 | Smith Declaration for Motion for leave to file Sur-Reply in Opposition to Motion for Preliminary Injunction | ECF No. 118-1 |
| TUSIMPLE-WILHOITE-MEDIAT_003114 | TUSIMPLE-WILHOITE-MEDIAT_003122 | Sealed Sur-Reply in Opposition to Motion for Preliminary Injunction | ECF No. 118-2 |
| TUSIMPLE-WILHOITE-MEDIAT_003123 | TUSIMPLE-WILHOITE-MEDIAT_003135 | Lu Declaration for Motion for leave to file Sur-Reply in Opposition to Motion for Preliminary Injunction | ECF No. 118-3 |
| TUSIMPLE-WILHOITE-MEDIAT_003136 | TUSIMPLE-WILHOITE-MEDIAT_003138 | Smith Declaration for Motion for leave to file Sur-Reply in Opposition to Motion for Preliminary Injunction | ECF No. 118-4 |
| TUSIMPLE-WILHOITE-MEDIAT_003139 | TUSIMPLE-WILHOITE-MEDIAT_003139 | Table of Exhibits for Motion for leave to file Sur-Reply in Opposition to Motion for Preliminary Injunction | ECF No. 118-5 |
| TUSIMPLE-WILHOITE-MEDIAT_003140 | TUSIMPLE-WILHOITE-MEDIAT_003156 | News Report on TuSimple liquidation | ECF No. 118-6 |
| TUSIMPLE-WILHOITE-MEDIAT_003157 | TUSIMPLE-WILHOITE-MEDIAT_003173 | Strategic Cooperation Agreement between Foton and TuSimple | ECF No. 118-7 |
| TUSIMPLE-WILHOITE-MEDIAT_003174 | TUSIMPLE-WILHOITE-MEDIAT_003176 | Press Release about TuSimple Partnership with Hegelmann Group | ECF No. 118-8 |
| TUSIMPLE-WILHOITE-MEDIAT_003177 | TUSIMPLE-WILHOITE-MEDIAT_003197 | Haystack Monitoring Agreement | ECF No. 118-9 |
| TUSIMPLE-WILHOITE-MEDIAT_003198 | TUSIMPLE-WILHOITE-MEDIAT_003201 | News story about Foton sales increasing | ECF No. 118-10 |
| TUSIMPLE-WILHOITE-MEDIAT_003202 | TUSIMPLE-WILHOITE-MEDIAT_003210 | Sealed Sur-Reply brief in Opposition to Motion for Preliminary Injunction | ECF No. 123 |
| TUSIMPLE-WILHOITE-MEDIAT_003211 | TUSIMPLE-WILHOITE-MEDIAT_003221 | Lu Declaration for Sur-Reply in Opposition to Motion for Preliminary Injunction | ECF No. 123-1 |
| TUSIMPLE-WILHOITE-MEDIAT_003222 | TUSIMPLE-WILHOITE-MEDIAT_003225 | Smith Declaration for Su-Reply in Opposition to Motion for Preliminary Injunction | ECF No. 123-2 |
| TUSIMPLE-WILHOITE-MEDIAT_003226 | TUSIMPLE-WILHOITE-MEDIAT_003226 | Table of Exhibits for Sur-Reply in Opposition to Motion for Preliminary Injunction | ECF No. 123-3 |
| TUSIMPLE-WILHOITE-MEDIAT_003227 | TUSIMPLE-WILHOITE-MEDIAT_003243 | News Report on TuSimple liquidation | ECF No. 123-4 |
| TUSIMPLE-WILHOITE-MEDIAT_003244 | TUSIMPLE-WILHOITE-MEDIAT_003260 | Strategic Cooperation Agreement between Foton and TuSimple | ECF No. 123-5 |
| TUSIMPLE-WILHOITE-MEDIAT_003261 | TUSIMPLE-WILHOITE-MEDIAT_003263 | Press Release about TuSimple Partnership with Hegelmann Group | ECF No. 123-6 |
| TUSIMPLE-WILHOITE-MEDIAT_003264 | TUSIMPLE-WILHOITE-MEDIAT_003284 | Haystack Monitoring Agreement | ECF No. 123-7 |
| TUSIMPLE-WILHOITE-MEDIAT_003285 | TUSIMPLE-WILHOITE-MEDIAT_003288 | News story about Foton sales increasing | ECF No. 123-8 |
| TUSIMPLE-WILHOITE-MEDIAT_003289 | TUSIMPLE-WILHOITE-MEDIAT_003292 | TuSimple Notice of Intent to Request Redactions | ECF No. 132 |
| TUSIMPLE-WILHOITE-MEDIAT_003293 | TUSIMPLE-WILHOITE-MEDIAT_003296 | Joint Motion for Entry of Stipulated Protective Order | ECF No. 133 |
| TUSIMPLE-WILHOITE-MEDIAT_003297 | TUSIMPLE-WILHOITE-MEDIAT_003309 | Proposed Protective Order | ECF No. 133-1 |
| TUSIMPLE-WILHOITE-MEDIAT_003310 | TUSIMPLE-WILHOITE-MEDIAT_003321 | Redlined Version of Proposed Protective Order | ECF No. 133-2 |
| TUSIMPLE-WILHOITE-MEDIAT_003324 | TUSIMPLE-WILHOITE-MEDIAT_003343 | TuSimple Motion to modify or set aside Magistrate Judge's order pursuant to Rule 72(a) | ECF No. 134 |
| TUSIMPLE-WILHOITE-MEDIAT_003344 | TUSIMPLE-WILHOITE-MEDIAT_003351 | TuSimple Notice of Appeal | ECF No. 135 |
| TUSIMPLE-WILHOITE-MEDIAT_003352 | TUSIMPLE-WILHOITE-MEDIAT_003372 | Brief in Opposition to Motion to Extend TRO | ECF No. 153 |
| TUSIMPLE-WILHOITE-MEDIAT_003373 | TUSIMPLE-WILHOITE-MEDIAT_003374 | Smith Declaration for Brief in Opposition to Motion to Extend TRO | ECF No. 153-1 |
| TUSIMPLE-WILHOITE-MEDIAT_003375 | TUSIMPLE-WILHOITE-MEDIAT_003379 | Joint letter to the Court on dispute over scope of questions about China during deposition | ECF No. 153-2 |
| TUSIMPLE-WILHOITE-MEDIAT_003380 | TUSIMPLE-WILHOITE-MEDIAT_003384 | Motion for Leave to File Under Seal Portions of Lu Declaration in Support of Opposition to Motion to extend TRO | ECF No. 155 |
| TUSIMPLE-WILHOITE-MEDIAT_003385 | TUSIMPLE-WILHOITE-MEDIAT_003340 | Lu Declaration in Support of Opposition to Motion to extend TRO | ECF No. 157 |
| TUSIMPLE-WILHOITE-MEDIAT_003401 | TUSIMPLE-WILHOITE-MEDIAT_003408 | Notice of Appeal | ECF No. 161 |
| TUSIMPLE-WILHOITE-MEDIAT_003409 | TUSIMPLE-WILHOITE-MEDIAT_003413 | Motion to Redact Portions of Hearing Transcripts | ECF No. 164 |

EXHIBIT B
Page 8

**Volume 2**

| Bates Begin | Bates End | Description |
|---|---|---|
| TUSIMPLE-WILHOITE-MEDIAT_003414 | TUSIMPLE-WILHOITE-MEDIAT_003414 | Spreadsheet of NDAs |

Volume 3

| Bates Begin | Bates End | Description |
|---|---|---|
| TUSIMPLE-WILHOITE-MEDIAT_003415 | TUSIMPLE-WILHOITE-MEDIAT_003850 | 4/12/24 Deposition of Cheng Lu |
| TUSIMPLE-WILHOITE-MEDIAT_003851 | TUSIMPLE-WILHOITE-MEDIAT_003857 | Notice of Supplemental Declaration of Cheng Lu in Further Support of TuSimple Opposition to Motion for Order Directing TuSimple to Produce Documents |
| TUSIMPLE-WILHOITE-MEDIAT_003858 | TUSIMPLE-WILHOITE-MEDIAT_003870 | Sealed Lu Declaration in support of Brief in Opposition to Motion for Preliminary Injunction |
| TUSIMPLE-WILHOITE-MEDIAT_003871 | TUSIMPLE-WILHOITE-MEDIAT_003887 | Lu Declaration in support of Response to 1/23/24 Order regarding TRO |
| TUSIMPLE-WILHOITE-MEDIAT_003888 | TUSIMPLE-WILHOITE-MEDIAT_003903 | Sealed Lu Declaration in support of TuSimple brief in Opposition to Motion to extend TRO |
| TUSIMPLE-WILHOITE-MEDIAT_003904 | TUSIMPLE-WILHOITE-MEDIAT_003915 | Sealed Lu Declaration in Support of TuSimple Sur-Reply in Further Opposition to Motion for Preliminary Injunction |
| TUSIMPLE-WILHOITE-MEDIAT_003916 | TUSIMPLE-WILHOITE-MEDIAT_003916 | Email |
| TUSIMPLE-WILHOITE-MEDIAT_003917 | TUSIMPLE-WILHOITE-MEDIAT_003918 | Meeting Minutes |
| TUSIMPLE-WILHOITE-MEDIAT_003919 | TUSIMPLE-WILHOITE-MEDIAT_003920 | Email |
| TUSIMPLE-WILHOITE-MEDIAT_003921 | TUSIMPLE-WILHOITE-MEDIAT_003922 | Meeting Minutes |
| TUSIMPLE-WILHOITE-MEDIAT_003923 | TUSIMPLE-WILHOITE-MEDIAT_003938 | Graham Taylor in Support of Brief in Opposition to Motion for Preliminary Injunction |
| TUSIMPLE-WILHOITE-MEDIAT_003939 | TUSIMPLE-WILHOITE-MEDIAT_003981 | TuSimple Investor Presentation September 2023 |
| TUSIMPLE-WILHOITE-MEDIAT_003982 | TUSIMPLE-WILHOITE-MEDIAT_003994 | Lu Declaration in support of TuSimple Brief in Opposition to Motion for Order directing TuSimple to produce documents |
| TUSIMPLE-WILHOITE-MEDIAT_003995 | TUSIMPLE-WILHOITE-MEDIAT_004001 | Form 8-K report 10/31/22 |
| TUSIMPLE-WILHOITE-MEDIAT_004002 | TUSIMPLE-WILHOITE-MEDIAT_004152 | Form 10-K for FY 2022 |
| TUSIMPLE-WILHOITE-MEDIAT_004153 | TUSIMPLE-WILHOITE-MEDIAT_004164 | Lu Declaration in support of Opposition to Motion for TRO |
| TUSIMPLE-WILHOITE-MEDIAT_004165 | TUSIMPLE-WILHOITE-MEDIAT_004319 | 4/2/24 Deposition of Mehmet Ersin Yumer |

**EXHIBIT B**
**Page 10**

**Volume 4**

| Bates Begin | Bates End | Description |
|---|---|---|
| Not produced as of 6/12 | | According to TuSimple, this is a document the *Wilhoite* Plaintiffs requested shortly before the mediation |

**Volume 5**

| Bates Begin | Bates End | Description |
| --- | --- | --- |
| Not produced as of 6/12 | | According to TuSimple, this is a rough draft of the Cheng Lu deposition transcript |

**Volume 6**

| Bates Begin | Bates End | Description |
| --- | --- | --- |
| TUSIMPLE-WILHOITE-MEDIAT_004465 | TUSIMPLE-WILHOITE-MEDIAT_004660 | 4/25/24 Deposition of Mo Chen |

Volume 7

| Bates Begin | Bates End | Description |
|---|---|---|
| TUSIMPLE-WILHOITE-MEDIAT_0044661 | TUSIMPLE-WILHOITE-MEDIAT_0044674 | Plaintiffs' Supplemental Memorandum in Further Support of Motion for Preliminary Injunction |
| TUSIMPLE-WILHOITE-MEDIAT_0044675 | TUSIMPLE-WILHOITE-MEDIAT_0044812 | Sealed Exhibits 52–60 in Further Support of Plaintiffs' Motion for |
| TUSIMPLE-WILHOITE-MEDIAT_0044813 | TUSIMPLE-WILHOITE-MEDIAT_0044836 | Sealed TSP Supplemental Brief in Opposition to Motion for Preliminary Injunction |
| TUSIMPLE-WILHOITE-MEDIAT_0044837 | TUSIMPLE-WILHOITE-MEDIAT_0044883 | Excerpts from Deposition of Mo Chen |
| TUSIMPLE-WILHOITE-MEDIAT_0044884 | TUSIMPLE-WILHOITE-MEDIAT_0044921 | Excerpts from Deposition of Cheng Lu |

**EXHIBIT B**

**Page 14**

Volume 8

| Bates Begin | Bates End | Description |
|---|---|---|
| TUSIMPLE-WILHOITE-MEDIAT_004922 | TUSIMPLE-WILHOITE-MEDIAT_004923 | TuSimple Damages Estimates |
| TUSIMPLE-WILHOITE-MEDIAT_004924 | TUSIMPLE-WILHOITE-MEDIAT_004930 | 11/17/21 Executive Advisory Board Meeting |
| TUSIMPLE-WILHOITE-MEDIAT_004931 | TUSIMPLE-WILHOITE-MEDIAT_004931 | 10/27/21 Email from Jim Mullen about Safety Hotline |
| TUSIMPLE-WILHOITE-MEDIAT_004932 | TUSIMPLE-WILHOITE-MEDIAT_004935 | 12/13/21 Audit Committee Meeting Minutes |
| TUSIMPLE-WILHOITE-MEDIAT_004936 | TUSIMPLE-WILHOITE-MEDIAT_004954 | 11/3/21 Q3 Letter to Shareholders |
| TUSIMPLE-WILHOITE-MEDIAT_004955 | TUSIMPLE-WILHOITE-MEDIAT_004957 | 3/16/23 Press Release about TuSimple 10 millionth mile |
| TUSIMPLE-WILHOITE-MEDIAT_004958 | TUSIMPLE-WILHOITE-MEDIAT_004859 | NHTSA April Crash Incident Report |
| TUSIMPLE-WILHOITE-MEDIAT_004860 | TUSIMPLE-WILHOITE-MEDIAT_004960 | Screenshot on TuSimple "Prioritizing Safety" blog |
| TUSIMPLE-WILHOITE-MEDIAT_004961 | TUSIMPLE-WILHOITE-MEDIAT_004962 | TUV SUD Audit Summary |
| TUSIMPLE-WILHOITE-MEDIAT_004963 | TUSIMPLE-WILHOITE-MEDIAT_004964 | 5/26/21 Mo Chen Email about Hydron budget proposal |
| TUSIMPLE-WILHOITE-MEDIAT_004965 | TUSIMPLE-WILHOITE-MEDIAT_004966 | 10/8/21 Email from Kimberly Smith about Hydron Strategy Report |
| TUSIMPLE-WILHOITE-MEDIAT_004967 | TUSIMPLE-WILHOITE-MEDIAT_004973 | 10/8/21 Hydron Strategy Report |
| TUSIMPLE-WILHOITE-MEDIAT_004974 | TUSIMPLE-WILHOITE-MEDIAT_005984 | 12/13/22 TuSimple CMA Visit |
| TUSIMPLE-WILHOITE-MEDIAT_004985 | TUSIMPLE-WILHOITE-MEDIAT_004986 | 12/6/21 Mo Chen Email about information sharing with Hydron |
| TUSIMPLE-WILHOITE-MEDIAT_004987 | TUSIMPLE-WILHOITE-MEDIAT_004996 | 8/23/21 OEM Strategy Monthy Call Slide Deck |
| TUSIMPLE-WILHOITE-MEDIAT_004997 | TUSIMPLE-WILHOITE-MEDIAT_005001 | 7/12/22 BOD Meeting Slide Deck |
| TUSIMPLE-WILHOITE-MEDIAT_005002 | TUSIMPLE-WILHOITE-MEDIAT_005058 | Brake System Requirement Document |
| TUSIMPLE-WILHOITE-MEDIAT_005059 | TUSIMPLE-WILHOITE-MEDIAT_005098 | MVP Program |
| TUSIMPLE-WILHOITE-MEDIAT_005099 | TUSIMPLE-WILHOITE-MEDIAT_005138 | MVP Program Steering System System Requirement Document |
| TUSIMPLE-WILHOITE-MEDIAT_005139 | TUSIMPLE-WILHOITE-MEDIAT_005146 | 5/25/22 Slide Deck - Brake Control Performance Requirements |
| TUSIMPLE-WILHOITE-MEDIAT_005147 | TUSIMPLE-WILHOITE-MEDIAT_005300 | 5/11/22 - TuSimple 2022 Investor Day  Presentation |
| TUSIMPLE-WILHOITE-MEDIAT_005301 | TUSIMPLE-WILHOITE-MEDIAT_005304 | 4/14/22 Accounting File Memorandum on Hydron Related Disclosure Assessment - Q1'22 |
| TUSIMPLE-WILHOITE-MEDIAT_005305 | TUSIMPLE-WILHOITE-MEDIAT_005333 | 4/14/22 Accounting File Memorandum on Hydron Related Disclosure Assessment - Q1'22 |
| TUSIMPLE-WILHOITE-MEDIAT_005334 | TUSIMPLE-WILHOITE-MEDIAT_005351 | TuSimple Technology Control Plan (Established Pursuant to NSA) |
| TUSIMPLE-WILHOITE-MEDIAT_005352 | TUSIMPLE-WILHOITE-MEDIAT_005358 | S&P Capital IQ TuSimple Inside Trades |
| TUSIMPLE-WILHOITE-MEDIAT_005359 | TUSIMPLE-WILHOITE-MEDIAT_005361 | Hydron Capitalization Table |
| TUSIMPLE-WILHOITE-MEDIAT_005362 | TUSIMPLE-WILHOITE-MEDIAT_005364 | Schedule 14A - Definitive Proxy Statement |
| TUSIMPLE-WILHOITE-MEDIAT_005365 | TUSIMPLE-WILHOITE-MEDIAT_005366 | 9/7/21 Form 4 - Statement of Changes in Beneficial Ownership |
| TUSIMPLE-WILHOITE-MEDIAT_005367 | TUSIMPLE-WILHOITE-MEDIAT_005368 | 9/9/21 Form 4 - Statement of Changes in Beneficial Ownership |
| TUSIMPLE-WILHOITE-MEDIAT_005369 | TUSIMPLE-WILHOITE-MEDIAT_005370 | 9/13/21 Form 4 - Statement of Changes in Beneficial Ownership |
| TUSIMPLE-WILHOITE-MEDIAT_005371 | TUSIMPLE-WILHOITE-MEDIAT_005372 | 9/14/21 Form 4 - Statement of Changes in Beneficial Ownership |
| TUSIMPLE-WILHOITE-MEDIAT_005373 | TUSIMPLE-WILHOITE-MEDIAT_005374 | 10/4/21 Form 4 - Statement of Changes in Beneficial Ownership |
| TUSIMPLE-WILHOITE-MEDIAT_005375 | TUSIMPLE-WILHOITE-MEDIAT_005376 | 12/17/21 Form 4 - Statement of Changes in Beneficial Ownership |
| TUSIMPLE-WILHOITE-MEDIAT_005377 | TUSIMPLE-WILHOITE-MEDIAT_005378 | 12/21/21 Form 4 - Statement of Changes in Beneficial Ownership |
| TUSIMPLE-WILHOITE-MEDIAT_005379 | TUSIMPLE-WILHOITE-MEDIAT_005380 | 12/17/21 Form 4 - Statement of Changes in Beneficial Ownership |
| TUSIMPLE-WILHOITE-MEDIAT_005381 | TUSIMPLE-WILHOITE-MEDIAT_005382 | 12/21/21 Form 4 - Statement of Changes in Beneficial Ownership |
| TUSIMPLE-WILHOITE-MEDIAT_005383 | TUSIMPLE-WILHOITE-MEDIAT_005384 | 03/17/22 Form 4 - Statement of Changes in Beneficial Ownership |
| TUSIMPLE-WILHOITE-MEDIAT_005385 | TUSIMPLE-WILHOITE-MEDIAT_005386 | 06/17/22 Form 4 - Statement of Changes in Beneficial Ownership |
| TUSIMPLE-WILHOITE-MEDIAT_005387 | TUSIMPLE-WILHOITE-MEDIAT_005388 | TuSimple Accounting Spreadsheets for 2022 |
| TUSIMPLE-WILHOITE-MEDIAT_005389 | TUSIMPLE-WILHOITE-MEDIAT_005389 | TuSimple Cash Flow Spreadsheet 2024-2027 |
| TUSIMPLE-WILHOITE-MEDIAT_005390 | TUSIMPLE-WILHOITE-MEDIAT_005397 | Settlement Agreement between TuSimple and CFIUS |
| TUSIMPLE-WILHOITE-MEDIAT_005398 | TUSIMPLE-WILHOITE-MEDIAT_005473 | Slide Deck - TuSimple Settlement Presentation to Class Plaintiffs |

**EXHIBIT B**
**Page 15**