Kevin P. Muck (California SBN 120918)
  kevin.muck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500,
San Francisco, CA 94111
Tel: (628) 235-1000 / Fax: (628) 235-1001

William Paine, *pro hac vice*
  william.paine@wilmerhale.com
Robert Kingsley Smith, *pro hac vice*
  robert.smith@wilmerhale.com
Sonia Sujanani, *pro hac vice*
  Sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street, Boston, MA 02109
Tel: (617) 526-6759 / Fax: (617) 526-5000

Elaine F. Harwell (California SBN 242551)
  elaine.harwell@procopio.com
PROCOPIO, CORY, HARGREAVES
  & SAVITCH, LLP
525 B Street, Suite 2200,
San Diego, CA 92101
Tel: (619) 238-1900 / Fax: (619) 235-0398

*Attorneys for Defendant TuSimple Holdings Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, INDIANA PUBLIC RETIREMENT SYSTEM, ROBERT MILLER, MICHELLE POIRIER, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> TUSIMPLE HOLDINGS INC., GUOWEI "CHARLES" CHAO, XIAODI HOU, MO CHEN, BONNIE YI ZHANG, CHENG LU, PATRICK DILLON, BRAD BUSS, KAREN C. FRANCIS, MORGAN STANLEY & CO. LLC, CITIGROUP GLOBAL MARKETS, INC., J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., COWEN AND | Case No. 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB) <br><br> **REDACTED OPPOSITION OF DEFENDANT TUSIMPLE HOLDINGS INC. TO PLAINTIFFS' *EX PARTE* MOTION TO STRIKE AND FOR USE OF DOCUMENTS PRODUCED TO PLAINTIFFS BY TUSIMPLE** ▮▮▮▮▮ <br><br> Judge: Hon. Michael S. Berg <br> Courtroom: 2C |

COMPANY, LLC, CREDIT SUISSE SECURITIES (USA) LLC, NOMURA SECURITIES INTERNATIONAL, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, OPPENHEIMER & CO., INC., PIPER SANDLER & CO., ROBERT W. BAIRD & CO. INCORPORATED, and VALUABLE CAPITAL LIMITED,

　　　　*Defendants.*

Defendant TuSimple Holdings Inc. hereby opposes Plaintiffs' *Ex Parte* Motion to Strike And To Use Documents Produced By TuSimple ██████████ ("Motion") as follows:

1. TuSimple did not ███████████████████████████████ or waive any privilege.  TuSimple did not ████████████████ in its Opposition to Plaintiffs' Motion for a Temporary Restraining Order ("TRO Opposition"); no document TuSimple filed with the Court ███████████████████. TuSimple instead relied on minimally redacted documents filed in the *Wilhoite* Action, unredacted copies of which it served on Plaintiffs' counsel together with TuSimple's Opposition.[1] ████████████████████████████████████████ ████████████████████. Just as it is entitled to oppose Plaintiffs' Motion for a Temporary Restraining Order ("TRO Motion") by relying on declarations not previously shared with Plaintiffs, TuSimple is entitled to oppose Plaintiffs' TRO Motion by relying on other documents within its possession—including sealed filings from other cases.

2. TuSimple's submission of the redacted documents was also reasonable and ████████████████████. In their TRO Motion, Plaintiffs referred to allegations, filings, and transcripts in *Wilhoite* to assert entitlement to the relief they have sought. *See* Dkt. 187-01 at 2, 6-8, 17, 19.  TuSimple submitted more recent filings to provide context for what would otherwise have been an incomplete record.

3. ███████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████

---

[1] The vast majority of the *Wilhoite* filing upon which TuSimple relied was not redacted from the public docket.  A cursory review of those documents shows that TuSimple redacted very little confidential information related to TuSumple's business model and strategy, product development plans, business partners, opportunities, and employee retention, *see Wilhoite* Dkt. 210 (motion to seal).

███████████████████████████████████████████. Plaintiffs did just that.

4. Because prior to the filing of the Motion, TuSimple did not have an opportunity to discuss Plaintiffs' claim that submission of evidence ████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████,

*see* Paine Decl. ¶ 6, TuSimple requests that the Court seal the Motion and all related papers.

5. Because ████████████████████████████████████████

████████, and because TuSimple was entitled to oppose the TRO Motion and amplify the record in the efficient way that it chose to do so, Plaintiffs' Motion to Strike should be denied. Although Plaintiffs never raised this possibility with TuSimple, TuSimple agrees to produce in full the *Wilhoite* materials relied upon in its TRO Opposition, on an attorneys' eyes only basis.

Dated: June 13, 2024                    Respectfully submitted,

                                        */s/ William Paine*

                                        Kevin P. Muck (California SBN 120918)
                                            kevin.muck@wilmerhale.com
                                        WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                        One Front Street, Suite 3500
                                        San Francisco, CA 94111
                                        Tel: (628) 235-1000 / Fax: (628) 235-1001

                                        William Paine, *pro hac vice*
                                            william.paine@wilmerhale.com
                                        Robert Kingsley Smith, *pro hac vice*
                                            robert.smith@wilmerhale.com
                                        Sonia Sujanani, *pro hac vice*
                                            sonia.sujanani@wilmerhale.com
                                        WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                        60 State Street
                                        Boston, MA 02109
                                        Tel: (617) 526-6759 / Fax: (617) 526-5000

                                        Elaine Harwell (California SBN 242551)
                                            elaine.harwell@procopio.com

PROCOPIO CORY
 HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Tel: (619) 238-1900 / Fax: (619) 235-0398

*Counsel for Defendant TuSimple Holdings Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, the 13th day of June, 2024, I electronically transmitted a copy of this document to the Clerk's office using the CM/ECF system, which will send a notice of filing to all counsel of record.

/s/ William Paine
William Paine

TuSimple's Opp. to Pls.' Mot. To Strike   - 4 -   Case No. 3:22-cv-01300-BEN-MSB