Kevin P. Muck (California SBN 120918)
kevin.muck@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
One Front Street, Suite 3500,
San Francisco, CA 94111
Tel: (628) 235-1000 / Fax: (628) 235-1001

William Paine, *pro hac vice*
william.paine@wilmerhale.com
Robert Kingsley Smith, *pro hac vice*
robert.smith@wilmerhale.com
Sonia Sujanani, *pro hac vice*
Sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street, Boston, MA 02109
Tel: (617) 526-6759 / Fax: (617) 526-5000

Elaine F. Harwell (California SBN 242551)
elaine.harwell@procopio.com
PROCOPIO, CORY, HARGREAVES
& SAVITCH, LLP
525 B Street, Suite 2200,
San Diego, CA 92101
Tel: (619) 238-1900 / Fax: (619) 235-0398

*Attorneys for Defendant TuSimple Holdings Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, *et al.*, Individually and on Behalf of All Others Similarly Situated,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>TUSIMPLE HOLDINGS INC., *et al.*,<br><br>          *Defendants*. | Case No. 3:22-cv-01300-BEN-MSB<br><br>(Consolidated with Case No. 3:23-cv-00282-BEN-MSB)<br><br>**DECLARATION OF WILLIAM PAINE IN SUPPORT OF DEFENDANT TUSIMPLE HOLDINGS INC.'S OPPOSITION TO PLAINTIFFS' *EX PARTE* MOTION TO STRIKE AND FOR USE OF DOCUMENTS PRODUCED IN MEDIATION**<br><br>Judge: Hon. Michael S. Berg |

DECLARATION OF WILLIAM PAINE                              Case No. 3:22-cv-01300-BEN-MSB

I, William Paine, declare as follows:

1.     I offer this declaration in support of Defendant TuSimple Holdings Inc.'s ("TuSimple") Opposition to Plaintiffs' *Ex Parte* Motion to Strike And For Use Of Documents Produced To Plaintiffs By TuSimple In Mediation.

2.     I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for TuSimple.

3.     I am a member in good standing of the State Bar of Massachusetts, and I have been admitted pro hac vice to represent TuSimple in this litigation.

4.     I am over the age of eighteen and have personal knowledge of and am competent to testify about the factual matters asserted herein.  If called as a witness, I could and would competently testify thereto.

5.     On June 12, 2024 at approximately 4 pm EDT, I spoke by phone with Plaintiffs' counsel.  On that call, Plaintiffs' counsel informed me that Plaintiffs intended to move to strike Ex. H from the declaration filed in support of TuSimple's opposition to Plaintiffs' TRO Motion.

6.     I reviewed briefly the contents of the exhibit, which is a filing made in another case and excerpts from depositions, and indicated that we would not agree to strike the exhibit.  We did not discuss the basis for the motion, which I learned when I received the motion later than evening, and I was not informed that Plaintiffs were not going to file their motion under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2024 in Boston, Massachusetts.

_/s/ William Paine_

William Paine

1

DECLARATION OF WILLIAM PAINE                    Case No. 3:22-cv-01300-BEN-MSB