

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, et al.,<br><br>                                Plaintiffs,<br><br>v.<br><br>TU SIMPLE HOLDINGS INC., et al.,<br>                                Defendants. | Case No.:  22cv1300-BEN (MSB)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL THEIR REPLY IN FURTHER SUPPORT OF THEIR EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND LIMITED EXPEDITED DISCOVERY [ECF NO. 204]** |

Before the Court is a Motion for Leave to File Under Seal Their Reply in Further Support of their Ex Parte Motion for Temporary Restraining Order and Limited Expedited Discovery ("Motion to Seal") filed by Lead Plaintiff Indiana Public Retirement System and Named Plaintiffs Robert Miller and Michelle Poirier (collectively, "Plaintiffs").  Having reviewed Plaintiffs' Motion to Seal and the relevant documents, the Court finds that there are compelling reasons that overcome the presumption of public access, pursuant to Civil Local Rule 79.2.

Accordingly, the Court **GRANTS** Plaintiffs' Motion to Seal and **ORDERS** the following documents be filed **UNDER SEAL**:

//

- Unredacted version of Plaintiffs' Reply in Further Support of their Ex Parte Motion for Temporary Restraining Order and Limited Expedited Discovery ("TRO Reply");
- Exhibit 9 to the Declaration of Lucas F. Olts in Support of the TRO Reply.

**IT IS SO ORDERED**.

Dated:  June 25, 2024

_____
Honorable Michael S. Berg
United States Magistrate Judge

22cv1300-BEN (MSB)