UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AUSTIN DICKER, et al.,

Plaintiffs,

v.

TU SIMPLE HOLDINGS INC., et al.,

Defendants

Case No.:  22cv1300-BEN (MSB)

**ORDER GRANTING DEFENDANT TUSIMPLE HOLDINGS INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO PLAINTIFFS' EX PARTE MOTION TO STRIKE AND FOR USE OF DOCUMENTS [ECF NO. 207]**

Before the Court is Defendant's, TuSimple Holdings, Inc. ("TuSimple"), Motion for Leave to File Under Seal Portions of its Opposition to Plaintiffs' Ex Parte Motion to Strike and For Use of Documents ("Motion to Seal").  Having reviewed TuSimple's Motion to Seal and the relevant documents, the Court finds that there are compelling reasons that overcome the presumption of public access, pursuant to Civil Local Rule 79.2.

//

//

//

//

//

1

Accordingly, the Court **GRANTS** TuSimple's Motion to Seal and **ORDERS** TuSimple's Opposition to Plaintiffs' Ex Parte Motion to Strike [ECF no. 208] to be filed **UNDER SEAL**.

**IT IS SO ORDERED**.

Dated:  July 31, 2024

_____

Honorable Michael S. Berg
United States Magistrate Judge

22cv1300-BEN (MSB)