UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>TU SIMPLE HOLDINGS INC., et al.,<br>                              Defendants | Case No.:  22cv1300-BEN (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER VACATING MAY 31, 2024 ORDER [ECF NO. 218] AND DENYING AS MOOT PLAINTIFFS' EX PARTE MOTION TO STRIKE [ECF NO. 203]** |

Before the Court is the parties' Joint Motion for Order Vacating May 31, 2024 Order ("Joint Motion").  On July 30, 2024, Plaintiffs filed a Notice of Withdrawal of their Ex Parte Motion for Temporary Restraining Order and Limited Expedited Discovery. (ECF No. 217.)  Subsequently, the parties filed their Joint Motion requesting this Court vacate a previous order that prohibited TuSimple Holdings, Inc. ("TuSimple") from transferring funds outside the United States.  (ECF No. 189, 218.)  Considering, Plaintiffs' withdrawal, the Court finds it is appropriate to grant this request.  Furthermore, the Plaintiffs have a pending Motion to Strike that related to their Motion for Temporary Restraining Order.  (ECF No. 203.)  Although Plaintiffs did not withdraw this motion, it appears to be moot as well.

22cv1300-BEN (MSB)

Accordingly, the Court **GRANTS** the Joint Motion, **VACATES** the prior order that prevented TuSimple from transferring funds outside the United States [ECF No. 189], and **DENIES as moot** Plaintiffs' Motion to Strike [ECF No. 203].

**IT IS SO ORDERED**.

Dated:  July 31, 2024

Honorable Michael S. Berg
United States Magistrate Judge