MORRIS KANDINOV LLP
Leonid Kandinov (State Bar # 279650)
Aaron T. Morris (*pro hac* forthcoming)
Andrew W. Robertson (*pro hac* forthcoming)
550 West B Street, 4th Floor
San Diego, CA 92101
Tel: (212) 431-7473
leo@moka.law
aaron@moka.law
andrew@moka.law

*Attorneys for Intervenor Camac Fund, LP*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC., et al.,<br><br>Defendants, | Case No. 3:22-cv-01300-BEN-MSB<br><br>**NOTICE OF MOTION AND MOTION TO INTERVENE** |
| CAMAC FUND, LP,<br><br>Intervenor Plaintiff,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC.,<br><br>Intervenor Defendant. | Judge: Hon. Roger T. Benitez<br>Courtroom: 5A<br><br>Date: September 9, 2024<br>Time: 10:30 a.m |

PLEASE TAKE NOTICE that on September 9, 2024 at 10:30 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Roger T. Benitez of the U.S. District Court for the Southern District of California, Intervenor Camac Fund, LP will and hereby does move this Court pursuant to Fed. R. Civ. P. 24(a)(2) to intervene in the above-captioned action for purposes of moving to reinstate the temporary restraining order entered by the Court on May 31, 2024 (ECF 189), which prohibited Defendant TuSimple Holdings, Inc. from transferring funds outside of the U.S.

The Motion is based upon this Notice and Motion; the accompanying Memorandum of Points and Authorities; the Affidavit of Eric Shahinian, filed herewith; all pleadings, papers, and other materials in the Court's file for this action; any matters of which this Court may or must take judicial notice; and any evidence or oral argument offered at the hearing on this Motion.

Pursuant to Fed. R. Civ. P. 24(c), a [Proposed] Notice of Motion and Motion to Reinstate TRO is attached hereto.

Case No. 3:22-cv-01300-BEN-MSB

NOTICE OF MOTION AND
MOTION TO INTERVENE

Dated: August 5, 2024    By: /s/ Leonid Kandinov

MORRIS KANDINOV LLP
Leonid Kandinov (State Bar # 279650)
Aaron T. Morris (*pro hac* forthcoming)
Andrew W. Robertson (*pro hac* forthcoming)
550 West B Street, 4th Floor
San Diego, CA 92101
Tel: (212) 431-7473
leo@moka.law
aaron@moka.law
andrew@moka.law

*Attorneys for Intervenor Camac Fund, LP*

3