MORRIS KANDINOV LLP
Leonid Kandinov (State Bar # 279650)
Aaron T. Morris (*pro hac* forthcoming)
Andrew W. Robertson (*pro hac* forthcoming)
550 West B Street, 4th Floor
San Diego, CA 92101
Tel: (212) 431-7473
leo@moka.law
aaron@moka.law
andrew@moka.law

*Attorneys for Intervenor Camac Fund, LP*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC., et al.,<br><br>Defendants,<br><br>CAMAC FUND, LP,<br><br>Intervenor Plaintiff,<br><br>v.<br><br>TUSIMPLE HOLDINGS, INC.,<br><br>Intervenor Defendant. | Case No. 3:22-cv-01300-BEN-MSB<br><br>**AFFIDAVIT OF ERIC SHAHINIAN IN SUPPORT OF <u>MOTION TO REINSTATE TRO</u>** |

I, ERIC SHAHINIAN, state as follows pursuant to 28 U.S.C. § 1746:

1.    I am the Managing Member of Camac Capital LLC, the general partner of Camac Fund, LP (the "Camac"), which is a current stockholder of TuSimple Holdings Inc. ("TuSimple" or the "Company").

2.    I respectfully submit this declaration in connection with Camac's Motion to Reinstate the TRO in the above-captioned action.

3.    On or around July 8, 2024, I received and reviewed a letter entitled "Letter from Concerned TuSimple Shareholders Regarding Misrepresentations in the Declaration of Cheng Lu" (the "July 8 Shareholder Letter").

4.    A true and correct copy of the July 8 Shareholder Letter is attached hereto as Exhibit A. A version with translations for the Chinese portions is included as Exhibit B.

5.    I have reason to believe that the July 8 Shareholder Letter was drafted by an individual with knowledge of the Company, its management and operations, and the allegations set forth in the Letter.

6.    The July 8 Shareholder Letter states at page 2 that the Company is no longer pursuing self-driving technology, even in China, including:

2

Case No. 3:22-cv-01300-BEN-MSB

AFFIDAVIT OF ERIC
SHAHINIAN IN SUPPORT
OF MOTION TO REINSTATE TRO

- "In the last few months alone, TuSimple China's total headcount for technology related employees dropped from approximately 700 to less than 180."

- "[I]n or around May 2024, TuSimple notified its China employees, claiming that TuSimple China is reducing its workforce in light of a scant future, and that the employees must voluntarily resign (otherwise they would not receive any severance benefits)."

- "As a result, hundreds of employees took the severance the left TuSimple China together."

- "As of the time of this letter, TuSimple China has no algorithm team and has no testing capability, two of the most important components of a functional autonomous vehicle company."

- "TuSimple's effort to wind down its China operation is shown by the company's effort of letting go of its China CTO Naiyan Wang, together with the core team of technology employees, including Qingyu Sui, the Head of Onboard Software Group, Jiangming Jin, the Head of High Performance Computing Group, and Siquan Chen, the Head of Vehicle Integration Group. Since the departure of these

3

AFFIDAVIT OF ERIC SHAHINIAN IN SUPPORT OF MOTION TO REINSTATE TRO

key employees, TuSimple China has made no efforts to replace these talents."

7.    The July 8 Shareholder Letter states at pages 2-3 that the Company is pursuing undisclosed and unrelated endeavors through affiliates in China relating to gaming and animation, including:

- "[T]he company focused on posting new positions relating to animation and game development, an area that TuSimple has never engaged in. Attachment 1 is a snapshot of all the positions TuSimple China has posted on June 6, 2024."

- "None of the positions relate to autonomous driving technology or operation. See also Attachment 2 (online statements made by Feng Wang, one of TuSimple China's tech directors, announcing the company's effort to shift focus to animation)."

- "Of particular concern, based upon information obtained, relates to the personal 'side projects' of, TuSimple's Chair of the Board, Mo Chen. Mo Chen has recently been focusing his attention on animation and game development in China and there is reason to believe that Mr Chen would use TuSimple funds as his personal

4

AFFIDAVIT OF ERIC
SHAHINIAN IN SUPPORT
OF MOTION TO REINSTATE TRO

piggy bank to fund these ventures while directly harming the interests of U.S. shareholders."

8.    The July 8 Shareholder letter also claims at pages 3-4 that Defendant Lu's statements to the Court in this action (ECF 187-1) were inaccurate, including:

- "Lu states that the TRO would 'substantially slow down and starve the Company of necessary resources to execute this business plan,' because the TRO would impede TuSimple's foreign operation, including China. Lu Decl. ¶ 51. However, as discussed above, TuSimple has no plan to 'operate' or continue its autonomous driving operation anywhere, so much for China."

- "Lu then represents that 'the injunction threatens TuSimple's ability to move forward to commercialize its software.' Lu Decl. ¶ 56. But after shutting down most of its operation, TuSimple simply has no ability or intention to move forward to commercialize its autonomous driving technology."

- "Lu's statements regarding TuSimple China is not only misleading, but intentionally false. TuSimple China, as of June 2024, no longer engages in the development and testing of autonomous driving technology. Therefore, allowing TuSimple to freely transfer its

5

assets to TuSimple China would zero out the value of TuSimple and permanent harm the U.S. shareholders. To the extent Plaintiffs and the Court relies upon Lu's Declaration, such reliance would be based upon misleading and false information, and shall be remedied."

9.     On July 30, 2024, I received and reviewed a letter entitled "Concerned Shareholders to the Board of Directors of TuSimple" (the "July 30 Shareholder Letter").

10.     A true and correct copy of the July 30 Shareholder Letter is attached hereto as Exhibit C. A version with translations for the Chinese portions is included as Exhibit D.

11.     I have reason to believe that the July 30 Shareholder Letter was drafted by the same individual that drafted the July 8 Shareholder Letter, who has knowledge of the Company, its management and operations, and the allegations set forth in the Letter.

12.     The July 30 Shareholder Letter claims that "TuSimple's current management and some members of the Board are attempting to deplete the financial assets of TuSimple for personal gain. The Company's effort to transfer its business to China, delisting from NASDAQ, secretively changing business directions to

6

AFFIDAVIT OF ERIC
SHAHINIAN IN SUPPORT
OF MOTION TO REINSTATE TRO

businesses affiliated with Mo Chen's personal venture, and then rushing to move Company funds to China, all of these efforts indicate a deliberate scheme to defraud TuSimple's investors and usurp TuSimple funds for illegitimate business purposes and at the expense of the TuSimple investors."

13.    Like the July 8 Shareholder Letter, the July 30 Shareholder Letter claims, at pages 1-6, that the Company is repurposing its remaining funds for use on projects affiliated with Defendant Chen that are unrelated to self-driving technology, including:

- "In May 2024, TuSimple's current Board Director and its China CEO, Jianan Hao created at least two new subsidiaries . . . Beijing BearBear Factory Culture Co., Ltd. (JiananHaoBearBear) [and] Guangzhou BearBear Animation Culture Co., Ltd. (TuSimpleBearBear)."

- "These companies are established with the apparent business purpose of producing video games and animation, an area far from TuSimple's main focus—developing autonomous driving technology."

- "Based upon information obtained, the undisclosed creation of these two 'BearBear' companies is not a result of a legitimate business

7

Case No. 3:22-cv-01300-BEN-MSB

decision to explore new opportunities. Rather, we suspect it is an attempt to use TuSimple's company resources for the personal benefit of Mo Chen, who is believed to be operating and controlling, directly and indirectly, multiple Chinese companies that focus on producing video games and animation."

14.   The July 30 Shareholder Letter includes the following chart, at pages 4-5, purporting to show various entities affiliated with Defendant Chen that the Company may be supporting using its own corporate resources:

|  | MoChenBearBear | BeijingXiaDao | ShanghaiXiaDao | Hydron |
|---|---|---|---|---|
| Company info | Founded in Nov. 2020 | Founded in Dec. 2020 | Founded in Dec. 2023 | Founded in July 2021 |
| Overlap company contact email | In 2020 and 2021, yanjiao.wang@tusimple.com was used as the registered contact. | In 2020, yanjiao.wang@tusimple.com was used as the registered contact. In 2021, yu.su@hydron.com was used as the registered contact. In 2022, xiaoning.tian@hydron.com was used as the registered contact. Currently, kang.bao@shmxd.net (same as ShanghaiXiaDao) is used as the registered contact. | kang.bao@shmxd.net (same as BeijingXiaDao) was used as the registered contact. | All registered contacts from 2021 to 2023, yu.su@hydron.com and xiaoning.tian@hydron.com were associated with BeijingXiaDao. |
| Overlap company physical address | In 2020, the same physical business address was also used to register | In 2020, the physical business address was the same as MoChenBearBear. | In 2023, the physical business address was the same as TuSimple | In 2021, the physical business address was the same as |

8

| | | | | |
|---|---|---|---|---|
| | BeijingXiaDao. | In 2021, the physical business address was the same as TuSimple Beijing. In 2022, the physical business address was the same as Hydron Beijing. In 2023, the physical business address was the same as TuSimple Beijing. | Beijing. Currently, the physical business address was the same as Hydron Shanghai. | TuSimple Beijing. |
| Overlap key employee | | Its Head of Finance, Xiaoning Tian, used to be the Head of Finance of TuSimple Beijing. He is currently the Head of Finance of Hydron, and ShanghaiXiaDao. | Its Head of Finance, Xiaoning Tian, used to be the Head of Finance of TuSimple Beijing. He is currently the Head of Finance of Hydron, and BeijingXiaDao. | Its Head of Finance, XiaoningTian, used to be the Head of Finance of TuSimple Beijing. From June 21 to Oct. 23, its Head of Finance Na Zhang was the Head of TuSimple Beijing at the same time. Na Zhang is also the Head of Finance of JiananHaoBearBear. |
| Overlap board members | Cheng Zhang, the board member & supervisor of MoChenBearBear, is on Hydron's board as the supervisor. He is also the CEO of BeijingXiaDao and ShanghaiXiaDao. | Its CEO Cheng Zhang is also the CEO of ShanghaiXiaDao. He also serves on Hydron's board and MoChenBearBear's board as the supervisor. | Its CEO Cheng Zhang is also the CEO of BeijingXiaDao. He also serves on Hydron's board and MoChenBearBear's board as the supervisor. | Xuying Yang served as a board member of Hydron Beijing from July 21 to Nov. 22. During the same period of time, she was employed by TuSimple Beijing as Mo Chen's executive |

15. The July 30 Shareholder Letter also claims, at pages 6-9, that Defendant Lu's statements to the Court in this action (ECF 187-1) were inaccurate, and that the shift in focus is fully underway in the Company's Chinese operations:

9

Case No. 3:22-cv-01300-BEN-MSB

AFFIDAVIT OF ERIC SHAHINIAN IN SUPPORT OF MOTION TO REINSTATE TRO

- "[Defendant] Cheng Lu's real motivation is not to defend a non-existing autonomous driving business, but to allow the management of the Company to spend money on animation and game projects and those projects that Mo Chen personally has a financial interest in."

- "One example, in the latest court filings, Cheng Lu disclosed that the Company has incurred $4 million USD with AWS in March 2024, a charge that is significantly more than normal business spendings at comparable companies. Lu Decl. ¶¶ 18-21. This is not justified because the autonomous driving business has been winding down. In the past, TuSimple had used AWS to conduct computing and data storage for the development of autonomous driving. Based upon data with comparable companies, such activities would incur a monthly cost of less than half a million USD. However, with TuSimple's complete shutdown of its autonomous driving development in Beijing and road testing in Shanghai, TuSimple's AWS cost did not go down, but instead, suddenly increased dramatically to a multi-million-dollar figure. We have reasons to suspect that such an unusual spending pattern indicates that

10

Case No. 3:22-cv-01300-BEN-MSB

AFFIDAVIT OF ERIC SHAHINIAN IN SUPPORT OF MOTION TO REINSTATE TRO

TuSimple may have already spent significant resources to work for animation and video gaming related projects."

- "Our concern is further confirmed by TuSimple's public hiring activities. In the past months, the complete absence of Board oversight on this matter has allowed TuSimple management to freely transfer assets to operate animation, game related projects, and fund the collaboration with the Mo Chen's personal companies, which has not been disclosed to TuSimple's shareholders."

- "This is a complete list of open positions of TuSimple China in June: 1) Video editor, 2) new media operation assistant, 3) film director/ screenwriter, 4) crawler engineer, 5) UI/ graphic designer, 6) streamer, 7) game publisher, 8) interaction design intern."

- "This is a complete list of open positions of TuSimple China in July: 1) interaction design intern, 2) backend engineer, 3) senior crawler engineer, 4) controller, 5) marketing director, 6) corporate development and strategy associate, 7) streamer, 8) crawler engineer, 9) software engineer."

- "Almost none of the seventeen jobs have anything to do with autonomous driving, but they are tightly related to game and

Case No. 3:22-cv-01300-BEN-MSB

AFFIDAVIT OF ERIC SHAHINIAN IN SUPPORT OF MOTION TO REINSTATE TRO

animation development. Detailed job descriptions have specific mentions of AIGC, Wuxia (Chinese martial arts), and gamification."

16.    On August 2, 2024, Camac made a demand on the Company pursuant to 8 Del. C. § 220 seeking records and information concerning, among other things, the facts and allegations set forth above. Counsel for the Company initially responded on August 5, 2024, and the parties are negotiating a schedule pursuant to which the Company will formally respond to the demand and produce relevant materials.

17.    As a large holder of TuSimple stock, Camac is concerned that, if any of the facts and allegations above are true, and it appears they are, the Company's assets are at serious risk of misappropriation overseas before, during and after the forthcoming proposed settlement, after which recovery will be difficult or impossible.

18.    Camac respectfully requests that the Court reinstate its TRO enjoining the Company from transferring assets abroad until Camac obtains further investigatory materials and the terms of the forthcoming proposed settlement are fully disclosed.

12

Case No. 3:22-cv-01300-BEN-MSB

AFFIDAVIT OF ERIC SHAHINIAN IN SUPPORT OF MOTION TO REINSTATE TRO

I declare under the penalty of perjury that the foregoing is true and correct.

*Eric Shahinian*

Executed on: August 5, 2024
New York, New York

Eric Shahinian

13

AFFIDAVIT OF ERIC
SHAHINIAN IN SUPPORT
OF MOTION TO REINSTATE TRO

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: Jurat

Document Date: 08/05/2024

Number of Pages (including notarial certificate): 14

**Gloria Faustin**

ID NUMBER
134795505
COMMISSION EXPIRES
March 5, 2028

State of Texas

County of Denton

Sworn to and subscribed before me

on 08/05/2024 by Eric Shahinian.

Electronically signed and notarized online using the Proof platform.

# EXHIBIT A

July 8, 2024

**Re**:    ***Letter from Concerned TuSimple Shareholders Regarding Misrepresentations in the Declaration of Cheng Lu, Case No. 3:22-cv-01300-BEN-MSB***

To All Related Parties,

We are writing this letter to inform all relevant parties of our serious concerns in relation to the Redacted Declaration in Support of Defendant TuSimple Holding Inc.'s Opposition to Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and Limited Expedited Discovery, by Cheng Lu dated June 7, 2024 (the "Lu Declaration" or "Declaration") (Doc. No. 195-1).

*In this regard, in our view it is important to put all parties on notice that:*
- *We have reason to believe that the factual statements made in the Declaration are, at best, significantly misleading (and at worst potentially perjurious); and*
- *Should the Temporary Restraining Order ("TRO") be lifted, the proceeds at hand are at serious risk of misappropriation once transferred outside of the jurisdiction of the United States.*

We have set out the basis of our concerns in more details below.
As you can see, critically, Lu misrepresented to the Court, Plaintiffs, and other related parties regarding the role of TuSimple's China operation ("TuSimple China"), which is no longer working on the autonomous driving technology and now merely acting as a shell for transfer of assets for TuSimple U.S. Therefore, any claimed necessity to transfer assets to China cannot be based upon legitimate business purposes, but rather on maneuvering to circumvent the scrutiny of the U.S. regulators and the Court.

Further, contrary to Lu's Declaration, facts show that allowing TuSimple to freely transfer its assets to TuSimple China—which is now a shell company—would zero out the remaining value of TuSimple and cause permanent harm to the U.S. shareholders. To the extent Plaintiffs and the Court lies upon Lu's Declaration, such reliance would be based upon misleading and false information.

It is on this basis that Lu's Declaration must be carefully scrutinized, including requesting discovery regarding TuSimple's current operation in China. Allowing the case to proceed based on the fabricated information provided by Lu and contained in his Declaration would harm all parties' interests in the current matter.

Turning now to the specific reasons for our concerns:

1

**A.  <u>TuSimple Has Already Discontinued Its Autonomous Driving Operation in China</u>**

In his request to allow TuSimple transfer assets to China, Lu represents that TuSimple is shifting "its operational focus to the APAC Region," and that TuSimple would "re-focus its business on its APAC Operation." Lu Decl. ¶¶ 44, 50. Further, Lu represents that TuSimple China "will be the Company's principal operating asset and, for the foreseeable future, the sole means by which TuSimple's shareholders may benefit from the optimization and sale of TuSimple technology." Lu Decl. ¶ 50. Lu then represents that TuSimple China is "a key part of TuSimple," and that the TuSimple China is an "operating subsidiar[y] through which TuSimple intends and expects to generate value for TuSimple's shareholders in the coming years." Lu Decl. ¶ 45.

These statements are demonstrably false on the basis that TuSimple has been winding down its autonomous driving operation in China. This is evidenced by the following facts:

- In the last few months alone, TuSimple China's total headcount for technology related employees dropped from approximately 700 to less than 180.
- In particular, in or around May 2024, TuSimple notified its China employees, claiming that TuSimple China is reducing its workforce in light of a scant future, and that the employees must voluntarily resign (otherwise they would not receive any severance benefits).
- As a result, hundreds of employees took the severance the left TuSimple China together.
- As of the time of this letter, ***TuSimple China has no algorithm team and has no testing capability***, ***two of the most important components of a functional autonomous vehicle company***.

Furthermore, TuSimple's effort to wind down its China operation is shown by the company's effort of letting go of its China CTO Naiyan Wang, together with the core team of technology employees, including Qingyu Sui, the Head of Onboard Software Group, Jiangming Jin, the Head of High Performance Computing Group, and Siquan Chen, the Head of Vehicle Integration Group. Since the departure of these key employees, TuSimple China has made no efforts to replace these talents. Instead, the company focused on posting new positions relating to animation and game development, an area that TuSimple has ***never*** engaged in. **<u>Attachment 1</u>** is a snapshot of all the positions TuSimple China has posted on June 6, 2024. None of the positions relate to autonomous driving technology or operation. *See also* **<u>Attachment 2</u>** (online statements made by Feng Wang, one of TuSimple China's tech directors, announcing the company's effort to shift focus to animation).

The above facts are in stark contrast to Lu's statements that TuSimple is shifting "its operational focus to the APAC Region," and that TuSimple would "re-focus its business on its APAC

Operation." TuSimple China is no longer engaged in the development of autonomous driving technology.

Rather, if the Court were to permit assets to be transferred to TuSimple China without any oversight, it is highly likely that TuSimple China – a company that no longer engages autonomous driving – will subject the funds to potential misappropriation.

Of particular concern, based upon information obtained, relates to the personal "side projects" of, TuSimple's Chair of the Board, Mo Chen. Mo Chen has recently been focusing his attention on animation and game development in China and there is reason to believe that Mr Chen would use TuSimple funds as his personal piggy bank to fund these ventures while directly harming the interests of U.S. shareholders.

## B.  **TRO Would Have Minimal Impact Because TuSimple Has Already Ceased Operation on the Development of Autonomous Vehicle Technology**

Later in his declaration, Lu states that the TRO would "substantially slow down and starve the Company of necessary resources to execute this business plan," because the TRO would impede TuSimple's foreign operation, including China. Lu Decl. ¶ 51. However, as discussed above, TuSimple has no plan to "operate" or continue its autonomous driving operation anywhere, so much for China. Therefore, the TRO would not impact any existing TuSimple operation.

Lu then exaggerates the impact of TRO by stating that "TuSimple would need to revise every commercial agreement requiring cash payments to state such payments are subject to court approval," and that "doing so would effectively end these commercial arrangements and prevent TuSimple from signing any future supplier agreements." Lu Decl. ¶ 52. However, TuSimple has already ceased its operation (anywhere), including all activities relating to autonomous driving and testing. Therefore, there are no additional commercial arrangements for the TuSimple.

Lu further goes on to say that "inserting such provisions into employment agreements would effectively prevent TuSimple from hiring critical talent in a highly competitive labor environment." Lu Decl. ¶ 53. However, as discussed above, Lu's Declaration is directly contradicted by the fact that TuSimple China has been laying off most of its autonomous driving talents since early 2024.

Lu then represents that "the injunction threatens TuSimple's ability to move forward to commercialize its software." Lu Decl. ¶ 56. But after shutting down most of its operation, TuSimple simply has no ability or intention to move forward to commercialize its autonomous driving technology.

3

Finally, Lu declares that TuSimple's effort to delist the Company was due to its "market capitalization of approximately $160 million . . . was substantially lower than even the cash and cash equivalents held by TuSimple." Lu Decl. ¶ 46. However, as mentioned above, delisting the Company and then moving assets to a TuSimple China—which is now a shell company—would zero-out all the values of TuSimple in the U.S., creating the worst scenario for U.S. shareholders.

### C. **Discovery is Needed, Now More Than Ever**

Given the misleading and false statements in Cheng Lu's Declaration and his effort to conceal TuSimple China's current state, all related parties must scrutinize the current state of TuSimple and TuSimple China, including conducting discovery relating to statements in Cheng Lu's Declaration. Specifically, areas of issue include:

- TuSimple China's financial spendings in the past six months;
- Changes in TuSimple China's technology personnel;
- Business activities of TuSimple's autonomous driving in China, including
    - Business activities between TuSimple and the alleged "partners and vendors" in 2024;
    - Active number of trucks, registered drivers, and month-by-month accumulated miles of autonomous driving mileage.
- The Audit Committee's discussions related to
    - The calculation of the monthly burn rate of TuSimple China;
- Communication to the board about the animation and game development;
- Mo Chen's personal ventures relating to animation and game development, as well as the planned assistance of Mo Chen's personal venture using TuSimple's assets.

**In summary**, Lu's statements regarding TuSimple China is not only misleading, but intentionally false. TuSimple China, as of June 2024, no longer engages in the development and testing of autonomous driving technology. Therefore, allowing TuSimple to freely transfer its assets to TuSimple China would zero out the value of TuSimple and permanent harm the U.S. shareholders. To the extent Plaintiffs and the Court relies upon Lu's Declaration, such reliance would be based upon misleading and false information, and shall be remedied.

At a minimum, discovery must be conducted in relation to the statements made in Lu's Declaration and an evidentiary hearing held.

Sincerely,

4

**Concerned Shareholders of TuSimple**

Enclosures
- Attachment 1: TuSimple China's Hiring
- Attachment 2: Online statements made by TuSimple China's Tech Director
- Attachment 3: Declaration of Cheng Lu, Dated June 6, 2024

5

# Attachment 1



**编导（编拍复合型）**　　**15-25K·13薪**

节日福利　住房补贴　餐补　员工旅游　带薪年假　股票期权　**…**

♡ 感兴趣　　　立即沟通　　图森未来　查看所有职位 ›　　　→〕 点击登录，立即与BOSS沟通



### BOSS 安全提示

BOSS直聘严禁用人单位和招聘者用户做出任何损害求职者合法权益的违法违规行为，包括但不限于扣押求职者证件、收取求职者财物、向求职者集资、让求职者入股、诱导求职者异地入职、异地参加培训、违法违规使用求职者简历等，您一旦发现此类行为，请立即举报。

*了解更多职场安全防范知识 ›

### 公司介绍

图森未来（NASDAQ：TSP）成立于2015年9月，是一家全球化的自动驾驶技术公司，在亚太、北美地区均开展业务。图森未来致力于开发全球最先进前沿的重卡自动驾驶技术，为全球4万亿美元的卡车货运行业带来变革；在显著提高效率的同时，为卡车驾驶安全树立新标准，并降低运营成本和碳排放。图森未来创建了全球首个自动驾驶货运网络（Autono 查看全部 ▾

### 工商信息

| 公司名称 | 法定代表人 | 成立日期 |
|---|---|---|
| 北京图森智途科技有限公司 | 郝佳男 | 2017-03-02 |
| 企业类型 | 经营状态 | 注册资金 |
| 有限责任公司（台港澳法人独资） | 存续 | 40000万 |

查看全部 ▾

### 工作地址

📍 北京朝阳区北京图森未来科技有限公司亮马桥56-1



📍 点击查看地图

### 看过该职位的人还看了

更多职位 ›

| 短视频编导 | 15-25K·14薪 | 千川编导 | 15-25K | 资深短视频编导 | 15-30K |
|---|---|---|---|---|---|
| 作业帮 | 北京 | 高途 | 北京 | 学而思网校 | 北京 |
| 动画执行导演 | 15-25K·15薪 | 15k + 短视频… | 15-22K | 资深短视频编导 | 15-25K |
| 某知名互联网教育公司 | 北京 | 高途 | 北京 | 震惊文化 | 北京 |

### 精选职位

---

AIGC资深视频… 15-25K·13薪

紫龙游戏　北京

职位对比

小程序短剧导演　15-30K·13薪

广州三阳开泰科技　北京

职位对比

动画导演　15-25K·14薪

完美世界　北京

职位对比

短视频编导（…　15-20K

无忧传媒　北京

职位对比

查看全部职位



**工资计算器**

请输入税前月工资　　元

计算



下载App

**找工作**
上BOSS直聘，直接谈

BOSS直聘



**薪酬查询**
解析市场薪酬

BOSS直聘





**编导** **15-25K**

节日福利　住房补贴　餐补　员工旅游　带薪年假　股票期权　...

❤ 感兴趣　　立即沟通　　图森未来　查看所有职位 ›

→ 点击登录，立即与BOSS沟通

个人综合排名：在▮人中排名第▮

你在? 位置

一般　　　良好　　　优秀　　　极好

### BOSS 安全提示

BOSS直聘严禁用人单位和招聘者用户做出任何损害求职者合法权益的违法违规行为，包括但不限于扣押求职者证件、收取求职者财物、向求职者集资、让求职者入股、诱导求职者异地入职、异地参加培训、违法违规使用求职者简历等，您一旦发现此类行为，请立即举报。

*了解更多职场安全防范知识 ›

### 公司介绍

图森未来（NASDAQ：TSP）成立于2015年9月，是一家全球化的自动驾驶技术公司，在亚太、北美地区均开展业务。图森未来致力于开发全球最先进前沿的重卡自动驾驶技术，为全球4万亿美元的卡车货运行业带来变革；在显著提高效率的同时，为卡车驾驶安全树立新标准，并降低运营成本和碳排放。图森未来创建了全球首个自动驾驶货运网络（Autono... 查看全部 ›

### 工商信息

| 公司名称 | 法定代表人 | 成立日期 |
| --- | --- | --- |
| 北京图森智途科技有限公司 | 郝佳男 | 2017-03-02 |
| 企业类型 | 经营状态 | 注册资金 |
| 有限责任公司（台港澳法人独资） | 存续 | 40000万 |

查看全部 ›

### 工作地址

📍 北京朝阳区亮马桥路56号院56号院

📷 点击查看地图

### 看过该职位的人还看了　　　　　　　　更多职位 ›

| 短视频编导 | 15-25K·14薪 | 千川编导 | 15-25K | 资深短视频编导 | 15-30K |
| --- | --- | --- | --- | --- | --- |
| 作业帮 | 北京 | 高途 | 北京 | 学而思网校 | 北京 |

| 动画执行导演 | 15-25K·15薪 | 15k+短视频... | 15-22K | 资深短视频编导 | 15-25K |

#### 右侧栏
核桃编程　北京
职位对比

AIGC资深视频...　15-25K·13薪
紫龙游戏　北京
职位对比

小程序短剧导演　15-30K·13薪
广州三阳开泰科技　北京
职位对比

动画导演　15-25K·14薪
完美世界　北京
职位对比

短视频编导（...　15-20K
无忧传媒　北京
职位对比

查看全部职位

**工资计算器**
请输入税前月工资　元
计算

下载App
找工作
上BOSS直聘，直接谈
BOSS直聘

**薪酬查询**
解析市场薪酬
BOSS直聘



# 游戏发行　7-10K

节日福利　住房补贴　餐补　员工旅游　带薪年假　股票期权　...

♡ 感兴趣　　立即沟通　　图森未来　查看所有职位 ›　　　　　→] 点击登录，立即与BOSS沟通

BOSS直聘严禁用人单位和招聘者用户做出任何损害求职者合法权益的违法违规行为，包括但不限于扣押求职者证件、收取求职者财物、向求职者集资、让求职者入股、诱导求职者异地入职、异地参加培训、违法违规使用求职者简历等，您一旦发现此类行为，请立即举报。

*了解更多职场安全防范知识 ›

## 公司介绍

图森未来（NASDAQ：TSP）成立于2015年9月，是一家全球化的自动驾驶技术公司，在亚太、北美地区均开展业务。图森未来致力于开发全球最先进前沿的重卡自动驾驶技术，为全球4万亿美元的卡车货运行业带来变革；在显著提高效率的同时，为卡车驾驶安全树立新标准，并降低运营成本和碳排放。图森未来创建了全球首个自动驾驶货运网络（Autonor... 查看全部 ▾

## 工商信息

| 公司名称 | 法定代表人 | 成立日期 |
| --- | --- | --- |
| 北京图森智途科技有限公司 | 郝佳男 | 2017-03-02 |

| 企业类型 | 经营状态 | 注册资金 |
| --- | --- | --- |
| 有限责任公司（台港澳法人独资） | 存续 | 40000万 |

查看全部 ▾

## 工作地址

📍 北京朝阳区亮马桥路56号院56号院



点击查看地图

## 看过该职位的人还看了　　　　　　　　更多职位 ›

| 游戏专家/游戏... | 8-13K·15薪 | GM（包吃住） | 8-13K | 游戏内容/活动... | 8-12K·13薪 |
| --- | --- | --- | --- | --- | --- |
| 🔲 FunPlus | 北京 | 北京旭日吉祥文化 | 北京 | 博彦科技 | 北京 |

| 游戏运营（策... | 8-13K | 高级游戏运营... | 8-13K | 海外运营专员... | 8-13K |
| --- | --- | --- | --- | --- | --- |
| 博彦科技 | 北京 | 观悦互动 | 北京 | 游艺春秋 | 北京 |

## 精选职位

### 侧边栏

| 海外游戏运营 | 7-10K |
| --- | --- |
| 🟡 蜜蜂工坊 | 北京 |

职位对比

| 客户端游戏运营 | 7-12K |
| --- | --- |
| 锐我科技 | 北京 |

职位对比

| 越南语游戏运营 | 7-10K |
| --- | --- |
| 🔲 凯奇谷 | 北京 |

职位对比

查看全部职位

### 工资计算器

请输入税前月工资　元

计算



下载App

找工作
上BOSS直聘，直接谈

BOSS直聘



薪酬查询
解析市场薪酬

BOSS直聘





zhipin.com/job_detail/7b22df5fe4e8fa071HF_3d27EFBQ.html?lid=aJMs0AFYAcr.search.9&security.ld=cr3q5J1Hr5M4-g2MX2Qy8h3eGVkYrXr9_ftYMjd7SpW/Moeb-Jz3WBcIS-c-qISGrf2WpeXwVsrbCb33ah3gluY2Ge4NTYIKSrSJjfBAS1q0hsU4m6aNzNH0ak7dGbag_CMjQ-Uirm&sessio...

# 新媒体运营助理    5-8K

节日福利    住房补贴    餐补    员工旅游    带薪年假    股票期权    ...

♡ 感兴趣    立即沟通    图森未来  查看所有职位 ›

→ 点击登录，立即与BOSS沟通

BOSS直聘严禁用人单位和招聘者用户做出任何损害求职者合法权益的违法违规行为，包括但不限于扣押求职者证件、收取求职者财物、向求职者集资、让求职者入股、诱导求职者异地入职、异地参加培训、违法违规使用求职者简历等，您一旦发现此类行为，请立即举报

*了解更多职场安全防范知识 ›

## 公司介绍

图森未来（NASDAQ：TSP）成立于2015年9月，是一家全球化的自动驾驶技术公司，在亚太、北美地区均开展业务。图森未来致力于开发全球最先进前沿的重卡自动驾驶技术，为全球4万亿美元的卡车货运行业带来变革；在显著提高效率的同时，为卡车驾驶安全树立新标准，并降低运营成本和碳排放。图森未来创建了全球首个自动驾驶货运网络（Autono...  查看全部 ▾

## 工商信息

| 公司名称 | 法定代表人 | 成立日期 |
|---|---|---|
| 北京图森智途科技有限公司 | 郝佳男 | 2017-03-02 |
| 企业类型 | 经营状态 | 注册资金 |
| 有限责任公司（台港澳法人独资） | 存续 | 40000万 |

查看全部 ▾

## 工作地址

📍 北京朝阳区亮马桥路56号院56号院

🔳 点击查看地图

## 看过该职位的人还看了    更多职位 ›

| 新媒体资深编辑 | 5-8K | 新媒体运营 | 5-6K | 医疗新媒体运营 | 5-10K |
|---|---|---|---|---|---|
| 和桥机构 | 北京 | 安达昌顺 | 北京 | 信腾医疗 | 北京 |
| 急聘短视频运... | 5-10K | 新媒体运营专员 | 5-8K | 新媒体运营 | 5-6K |
| 伍零壹地产 | 北京 | 大赫节能科技有限公司 | 北京 | 银企华融 | 北京 |

## 精选职位

### 侧边栏

| 小红书运营 | 5-8K |
|---|---|
| 北京倾美咨询有限公司 | 北京 |

职位对比

| 新媒体运营 | 5-6K |
|---|---|
| 北京壹加壹画室 | 北京 |

职位对比

| 公众号运营 | 5-8K |
|---|---|
| 丝路华兴 | 北京 |

职位对比

查看全部职位

### 工资计算器

请输入税前月工资    元

计算

下载App
找工作
上BOSS直聘，直接谈
BOSS直聘

薪酬查询
解析市场薪酬
BOSS直聘



zhipin.com/job_detail/281ac5ea81333a911HJ73Nq0E1FV.html?lid=aJMs0AFYAcr.search.6&securityId=ysxo9BQyr2_-31K8C0zJvNhJuDmtNvkMZb1A_szx0GNJ3GI.cwSYGwtiweGnoeYnFX1orOWM_2a7C8Ma6tw9fWLpx0XCKdzxFBsbbrrOdhP_qHayyLuKqHUlVjh5HgZ-75gJiC&sessionI...

# BOSS直聘

首页　推荐　搜索·公司　校园·海归　APP　资讯　有了　海外　无障碍专区　搜索职位、公司　🔍　我要招聘　我要找工作　**登录/注册**

最新

## UI/平面设计　9-10K

节日福利　住房补贴　餐补　员工旅游　带薪年假　...

📍 北京　📋 1-3年　🎓 本科

♡ 感兴趣　立即沟通　📝 填写在线简历　⬆ 上传附件简历

---

### 职位描述　　　　　⊙ 微信扫码分享　⚠ 举报

交互设计　视觉设计　网页端　移动端　客户端　平面设计　界面设计　AI　SketchUp　PS

岗位职责

1、负责各终端的产品UI视觉设计，包括web、移动端、大屏等;

2、负责展示类的平面设计;

3、理解产品需求、定位，提出构思新颖、有品质的产品创意设计，负责产品UI的设计工作，并输出UI原型以及设计文档;

4、负责结合需求，从用户体验的角度出发，完成产品的交互设计和操作流程梳理，优化产品可用性，提高用户体验;

5、与开发人员密切合作，完成日常的需求与项目工作，提供优秀合理的设计方案;

任职要求:

1、本科以上学历，设计相关专业毕业，两年以上工作经验;

2、精通PS/AI/sketch等图形软件，拥有用户体验方面的理论知识，良好的视觉设计、动效设计能力;

3、熟悉PC端、移动端设计原则及规范;

4、对视觉设计、色彩有敏锐的观察力及分析能力，了解产品交互设计。

5、具有较强的责任心及良好的人际沟通能力，重视团队合作，具有较强的学习能力和创新

敬女士 ✔ 3日内活跃
图森未来 · HRBP

### 竞争力分析　　　　　查看完整个人竞争力

个人综合排名: 在 ▇ 人中排名第▇

你在? 位置

一般　　　　良好　　　　优秀　　　　极好

### BOSS 安全提示

BOSS直聘严禁用人单位和招聘者用户做出任何损害求职者合法权益的违法违规行为，包括但不限于扣押求职者证件、收取求职者财物、向求职者集资、让求职者入股、诱导求职者异地入职、异地参加培训、违法违规使用求职者简历等，您一旦发现此类行为，请立即举报

*了解更多职场安全防范知识 ›

### 公司介绍

图森未来（NASDAQ：TSP）成立于2015年9月，是一家全球化的自动驾驶技术公司，在亚太、北美地区均开展业务。图森未来致力于开发全球最先进前沿的重卡自动驾驶技术，为全球4万亿美元的卡车货运行业带来变革; 在显著提高效率的同时，为卡车驾驶安全树立新标准，并降低运营成本和碳排放。图森未来创建了全球首个自动驾驶货运网络（Autono... 查看全部 ˅

工商信息

**各大行业职位任你选**
首次验证通过即可注册BOSS直聘账号

+86 ▾　手机号

短信验证码　发送验证码

**登录/注册**

☐ 已阅读并同意BOSS直聘《用户协议》《隐私政策》，允许BOSS直聘统一管理本人账号信息

### 公司基本信息

**tu**　图森未来

👤 D轮及以上
📋 500-999人
🏢 互联网

查看全部职位

### 相似职位　　　更多相似职位 ›

UI设计师（偏...　9-14K
天图集团　　北京
职位对比

中高级ui设计师　9-10K
华睿科技　　北京
职位对比

UI设计师　9-12K
迪原创新　　北京
职位对比

UI/平面设计师　9-11K

## UI/平面设计    9-10K

节日福利  住房补贴  餐补  员工旅游  带薪年假  股票期权   ...

♡ 感兴趣    立即沟通    图森未来   查看所有职位 ›

↗ 点击登录，立即与BOSS沟通



### 公司介绍

图森未来（NASDAQ：TSP）成立于2015年9月，是一家全球化的自动驾驶技术公司，在亚太、北美地区均开展业务。图森未来致力于开发全球最先进前沿的重卡自动驾驶技术，为全球4万亿美元的卡车货运行业带来变革；在显著提高效率的同时，为卡车驾驶安全树立新标准，并降低运营成本和碳排放。图森未来创建了全球首个自动驾驶货运网络（Autono   查看全部 ▾

### 工商信息

| 公司名称 | 法定代表人 | 成立日期 |
| --- | --- | --- |
| 北京图森智途科技有限公司 | 郝佳男 | 2017-03-02 |
| 企业类型 | 经营状态 | 注册资金 |
| 有限责任公司（台港澳法人独资） | 存续 | 40000万 |

查看全部 ▾

### 工作地址

📍 北京朝阳区亮马桥路56号院56号院



点击查看地图

### 看过该职位的人还看了    更多职位 ›

| | | |
| --- | --- | --- |
| UI设计   9-14K<br>学也教育   北京 | UI设计师   9-14K<br>瑞盖科技   北京 | UI设计师   9-14K<br>小黑盒   北京 |
| UI设计师   9-11K<br>彩经网   北京 | UI设计师   9-14K·14薪<br>北京中数智云   北京 | 游戏UI设计师   9-14K·14薪<br>涂鸦移动   北京 |

### 精选职位

| | | |
| --- | --- | --- |
| UI设计师   9-14K<br>鸿链科技   北京 | ui设计师   9-11K<br>联合天成   北京 | UI设计师   9-14K<br>辰极智航   北京 |
| UI 设计师   10-15K<br>北京字节跳动   北京 | 高级ui设计   10-15K<br>正邦创意   北京 | UI设计师   9-12K<br>北京弘隐科技有限公司   北京 |

| | | |
| --- | --- | --- |
| UI设计师   9-12K<br>迪原创新   北京 | 职位对比 |
| UI/平面设计师   9-11K<br>慧格创新科技   北京 | 职位对比 |
| UI设计师   9-14K·13薪<br>天立富融   北京 | 职位对比 |

查看全部职位

### 工资计算器

请输入税前月工资   元

计算



下载App   找工作 上BOSS直聘，直接谈   BOSS直聘

薪酬查询   解析市场薪酬   BOSS直聘



zhipin.com/job_detail/55c22547864d5d581HF_3dy-EFtZ.html?lid=aJMs0AFYAcr.search.3&securityId=m342RQ5C0b_48-H1fbQA9fF1ZzpHatrPOoRUtJcIFLEhBwkXN78-0anOwzDRr5xcCSmLqzNMjuPawaIcv2Lm0V2EshZTwSEw-9ebi3eNE_hU75jIKkQbpbenixgxD_fZnbgOPBb2FaQ~&sessi...

## BOSS 直聘

首页　推荐　搜索·公司　校园·海归　APP　资讯　有了　海外　无障碍专区　　搜索职位、公司

我要招聘　我要找工作　登录/注册

招聘中

### 交互实习生（需多人！！...　150-200元/天

节日福利　住房补贴　餐补　员工旅游　带薪年假　...

📍 北京　📅 5天/周 3个月　🎓 本科

♡ 感兴趣　　立即沟通

📝 填写在线简历　　📄 上传附件简历

### 职位描述

○ 微信扫码分享　⚠ 举报

切图和标注　AI绘画　PS/Midjourney

工作职责：

1、利用AI绘图工具创作多种风格绘画，完成既有产品风格迁移；

2、运用PS等传统图片编辑软件进行图片处理；

3、与部门项目对接，完成图片适配、测试调整及验证工作；

4、协助美学标准制定、美学数据采集及美学细粒度打标等；

5、部门负责人安排的其它工作。

工作要求：

1、熟练使用AI绘画，熟练掌握Midjourney/Stable Diffusion等主流绘图工具；

2、熟练掌握Lora模型训练、ControlNet、AIGC动态生成能力，熟悉ComfyUI和SD webUI的使用，有意愿探索工具及工作流迭代；

3、绘画基础扎实，造型能力强色感敏锐，具备把握场景设定和人物透视的结构比例的能力；

4、有较高的基础美术和视觉审美能力，对人物及场景设计有较好的把握；

具备英语写作与阅读能力；

5、具备团队协作能力、学习能力强、性格开朗；

6、与团队协调配合参与创意讨论；

7、统招本科及以上毕业，美术、设计等相关专业，英语CET-6及以上优先；

8、有Maya/UE/Blender等3D模型建模经验优先。

希望至少可连续实习3~6个月，全职到公司实习，月薪范围3000~4000元，额外餐补美团100/天+意外保险+节日福利，具体月薪视学历背景及面试水平而定。

**刘女士** ✔ 今日活跃

图森未来 · HRBP

### 竞争力分析

查看完整个人竞争力

个人综合排名：在 ▨ 人中排名第 ▨

你在? 位置

一般　　　　良好　　　　优秀　　　　极好

### BOSS 安全提示

BOSS直聘严禁用人单位和招聘者用户做出任何损害求职者合法权益的违法违规行为，包括但不限于扣押求职者证件、收取求职者财物、向求职者集资、让求职者入股、诱导求职者异地入职、异地参加培训、违法违规使用求职者简历等，您一旦发现此类行为，**请立即举报**

*了解更多职场安全防范知识 >

### 各大行业职位任你选

首次验证通过即注册BOSS直聘账号

☑ +86 ▾ 手机号

□ 短信验证码　发送验证码

登录/注册

□ 已阅读并同意BOSS直聘《用户协议》《隐私政策》，允许BOSS直聘统一管理本人账号信息

公司基本信息

**tu** 图森未来

👥 D轮及以上

☑ 500-999人

🏢 互联网

查看全部职位

相似职位　　更多相似职位 ▸

UED设计实习... **200-250元/天**

北京天润融通　　北京

职位对比

交互设计师(实... **200-250元/天**

滴滴　　北京

职位对比

AI设计实习生　**4-8K**

北京寻酷科技有限公司　　北京

职位对比

交互设计师(实... **250-300元/天**

zhipin.com/job_detail/55c22547864d5d581HF_3dy-EFtZ.html?lid=aJMs0AFYAcr.search.3&securityId=n342PQ5CCb-48-H5PQA9fE1ZzpHstPQc9UUF5LEltSz-fXN78-0aQu-fQR-F5xCSmLq4NMjuPawalcv2Lm0V2EshZTwSEw-9ebi3eNE_hU75jIKkQbpbenixgxD_fZnbgOPBb2FaQ~&sessi...

# 交互实习生（需多人！！！）　　150-200元/天

节日福利　住房补贴　餐补　员工旅游　带薪年假　股票期权　...

♡ 感兴趣　　立即沟通　　图森未来　查看所有职位 ›　　　　→] 点击登录，立即与BOSS沟通

你在? 位置
一般　　　　良好　　　　优秀　　　　极好

## BOSS 安全提示

BOSS直聘严禁用人单位和招聘者用户做出任何损害求职者合法权益的违法违规行为，包括但不限于扣押求职者证件、收取求职者财物、向求职者集资、让求职者入股、诱导求职者异地入职、异地参加培训、违法违规使用求职者简历等，您一旦发现此类行为，请立即举报。

*了解更多职场安全防范知识 ›

## 公司介绍

图森未来（NASDAQ：TSP）成立于2015年9月，是一家全球化的自动驾驶技术公司，在亚太、北美地区均开展业务。图森未来致力于开发全球最先进前沿的重卡自动驾驶技术，为全球4万亿美元的卡车货运行业带来变革；在显著提高效率的同时，为卡车驾驶安全树立新标准，并降低运营成本和碳排放。图森未来创建了全球首个自动驾驶货运网络（Autono... 查看全部 ▾

## 工商信息

| 公司名称 | 法定代表人 | 成立日期 |
|---|---|---|
| 北京图森智途科技有限公司 | 郝佳男 | 2017-03-02 |
| 企业类型 | 经营状态 | 注册资金 |
| 有限责任公司（台港澳法人独资） | 存续 | 40000万 |

查看全部 ▾

## 工作地址

📍 北京朝阳区北京图森未来科技有限公司亮马桥56-1

📍 点击查看地图

## 看过该职位的人还看了　　更多职位 ›

| 交互设计师(... 150-200元/天 | AI交互设计... 200-240元/天 | UX交互设计... 150-200元/天 |
|---|---|---|
| 拓尔思　北京 | 好未来　北京 | Frog　北京 |
| 交互设计实习生 150-200元/天 | （实习）UE... 180-230元/天 | 网盘用户体验... 120-150元/天 |

交互设计师(实... 200-250元/天
滴滴　北京
职位对比

AI设计实习生　4-8K
北京寻瓲科技有限公司　北京
职位对比

交互设计师(实... 250-300元/天
普强信息　北京
职位对比

交互设计实习生 200-250元/天
菁英天下　北京
职位对比

查看全部职位

## 工资计算器

请输入税前月工资　元
计算

📱 下载App
找工作
上BOSS直聘，直接谈
BOSS直聘

薪酬查询
解析市场薪酬
BOSS直聘



BOSS直聘

首页　推荐　搜索·公司　校园·海归　APP　资讯　有了　海外　无障碍专区　　　搜索职位、公司　　我要招聘　我要找工作　登录/注册

招聘中

# 视频编辑　6-8K

节日福利　住房补贴　餐补　员工旅游　带薪年假　...

北京　1-3年　本科

感兴趣　　立即沟通　　　　填写在线简历　　上传附件简历

## 职位描述

微信扫码分享　举报

电影　宣传片　短视频　剪辑　音乐

工作内容：

1、影视类、动漫类、武侠类视频节目的创意策划与制作；

2、影视游戏项目预告片、宣传片的创意策划与制作；

3、访谈类、纪录片类、花絮类视频节目的创意策划与制作；

职位要求：

1、本科及以上学历，至少3年以上视频编辑相关工作经验；

2、能对影片做到整体把控、条理清晰，具有良好的艺术感受和创作能力，对画面与音乐比较敏感，有良好的镜头感、节奏感；

3、熟悉影视、动画、游戏创作流程；

4、了解中外影视、动画、文学、游戏流行趋势；

5、参与过影视、游戏项目者优先；

6、具有很强的视频编辑能力、沟通能力、团队协作能力。

敬女士　　3日内活跃

图森未来 · HRBP

## 竞争力分析

查看完整个人竞争力

个人综合排名：在　　人中排名第

你在? 位置

一般　　良好　　优秀　　极好

## BOSS 安全提示

BOSS直聘严禁用人单位和招聘者用户做出任何损害求职者合法权益的违法违规行为，包括但不限于扣押求职者证件、收取求职者财物、向求职者集资、让求职者入股、诱导求职者异地入职、异地参加培训、违法违规使用求职者简历等，您一旦发现此类行为，请立即举报

*了解更多职场安全防范知识 >

## 公司介绍

图森未来（NASDAQ：TSP）成立于2015年9月，是一家全球化的自动驾驶技术公司，在亚太、北美地区均开展业务。图森未来致力于开发全球最先进前沿的重卡自动驾驶技术，为全球4万亿美元的卡车货运行业带来变革；在显著提高效率的同时，为卡车驾驶安全树立新标准，并降低运营成本和碳排放。图森未来创建了全球首个自动驾驶货运网络（Autono... 查看全部 ▼

### 各大行业职位任你选

首次验证通过即注册BOSS直聘账号

+86 ▼　手机号

短信验证码　发送验证码

登录/注册

已阅读并同意BOSS直聘《用户协议》《隐私政策》，允许BOSS直聘统一管理本人账号信息

### 公司基本信息

图森未来

D轮及以上

500-999人

互联网

查看全部职位

### 相似职位　　更多相似职位 ›

短视频运营　6-8K

天博鑫盛　北京

职位对比

摄像剪辑　6-11K

北京华文景象文化...　北京

职位对比

视频拍摄及后...　6-11K

致远知行　北京

职位对比

科技农业视频...　6-10K·13薪

视频编辑    6-8K

zhipin.com/job_detail/0ca0e148f2e5e0261HF_3dy5F1NZ.html?lid=aJMs0AFYAcr.search.108&security=...

♡ 感兴趣    立即沟通    图森未来  查看所有职位 ›                    → 点击登录，立即与BOSS沟通

节日福利    住房补贴    餐补    员工旅游    带薪年假    股票期权    ...

## 公司介绍

图森未来（NASDAQ：TSP）成立于2015年9月，是一家全球化的自动驾驶技术公司，在亚太、北美地区均开展业务。图森未来致力于开发全球最先进前沿的重卡自动驾驶技术，为全球4万亿美元的卡车货运行业带来变革；在显著提高效率的同时，为卡车驾驶安全树立新标准，并降低运营成本和碳排放。图森未来创建了全球首个自动驾驶货运网络（Autono...  查看全部 ▾

## 工商信息

| 公司名称 | 法定代表人 | 成立日期 |
|---|---|---|
| 北京图森智途科技有限公司 | 郝佳男 | 2017-03-02 |
| 企业类型 | 经营状态 | 注册资金 |
| 有限责任公司（台港澳法人独资） | 存续 | 40000万 |

查看全部 ▾

## 工作地址

📍 北京朝阳区亮马桥路56号院56号院

看过该职位的人还看了                                                                更多职位 ›

| 短视频编导 | 6-11K | 短视频剪辑专员 | 6-8K | 短视频剪辑 | 6-8K |
|---|---|---|---|---|---|
| 国承堂 | 北京 | 北京龙一淼 | 北京 | 天域北斗图书 | 北京 |
| 视频剪辑 | 6-9K | 视频编辑 | 6-8K | 短视频剪辑助理 | 6-8K |
| 左行传媒 | 北京 | 济民中医院 | 北京 | 明亚保险北京分公司 | 北京 |

## 精选职位

| 短视频创意剪辑 | 6-11K | 短视频拍摄剪辑 | 6-10K | 摄影摄像 后期... | 6-10K |
|---|---|---|---|---|---|
| 娇玛仕 | 北京 | 平方智业 | 北京 | 临空惠民 | 北京 |
| 农业短视频创... | 6-10K | 调色助理 | 6-11K | VJ助理 | 6-11K·13薪 |
| 北京北农双隆物业管理 | 北京 | 天工异彩 | 北京 | 像素世界 | 北京 |

视频拍摄及后...    6-11K
致远知行    北京
职位对比

科技农业视频...    6-10K·13薪
汉森供应链    北京
职位对比

媒资编辑    6-9K
云豆传媒    北京
职位对比

查看全部职位

### 工资计算器
请输入税前月工资    元
计算

下载App
找工作
上BOSS直聘，直接谈
BOSS直聘

薪酬查询
解析市场薪酬
BOSS直聘



zhipin.com/job_detail/f3b1187879ee30011HJ63dW_EVtR.html?lid=aJMs0AFYAcr.search.1&...session...

37 of 117

主播  **15-20K**

节日福利  住房补贴  餐补  员工旅游  带薪年假  股票期权  ···

♡ 感兴趣     立即沟通     图森未来  查看所有职位›      ⇥ 点击登录，立即与BOSS沟通

*了解更多职场安全防范知识›

## 公司介绍

图森未来（NASDAQ：TSP）成立于2015年9月，是一家全球化的自动驾驶技术公司，在亚太、北美地区均开展业务。图森未来致力于开发全球最先进前沿的重卡自动驾驶技术，为全球4万亿美元的卡车货运行业带来变革；在显著提高效率的同时，为卡车驾驶安全树立新标准，并降低运营成本和碳排放。图森未来创建了全球首个自动驾驶货运网络（Autono... 查看全部 ▾

## 工商信息

| 公司名称 | 法定代表人 | 成立日期 |
|---|---|---|
| 北京图森智途科技有限公司 | 郝佳男 | 2017-03-02 |
| 企业类型 | 经营状态 | 注册资金 |
| 有限责任公司（台港澳法人独资） | 存续 | 40000万 |

查看全部 ▾

## 工作地址

📍 北京朝阳区亮马桥路56号院56号院



📍 点击查看地图

## 看过该职位的人还看了                                    更多职位›

| 心理主播 | 15-20K | 奢侈品主播 | 15-30K | 抖音主播-教育线 | 15-30K |
|---|---|---|---|---|---|
| 赛优教育 | 北京 | 胖虎 | 北京 | 高途 | 北京 |
| 电商带货主播 | 15-30K | 带货主播 | 15-30K | 带货主播 | 15-30K |
| 铁血网 | 北京 | 红松 | 北京 | 东尚股份 | 北京 |

## 精选职位

| 高途佳品-带货... | 15-30K | 考研主播 | 15-30K | 饰品主播 | 15-30K |
|---|---|---|---|---|---|
| 高途 | 北京 | 迈学教育 | 北京 | 胖虎 | 北京 |

【高薪！！双... **15-20K**
高途  北京
职位对比

带货主播【高... **15-30K**
高途  北京
职位对比

主播（保健... **15-25K**
央广购物  北京
职位对比

查看全部职位

**工资计算器**
请输入税前月工资  元
计算


下载App
找工作
上BOSS直聘，直接谈
BOSS直聘


薪酬查询
解析市场薪酬
BOSS直聘



zhipin.com/job_detail/c66d30fe3e5b0e951HJ63d6_F1dX.html?lid=aJMs0AFYAcr.search.5&securityId=nWos-IMBpn=2KX-t1GwJL9CDi0iKnMC9Nkt-dc-tWAroSyyeGtoJuz097z-WGPhsfhgI9PUtRtuLUCt_pQi6Nqg-xthjhDK4USrn8wPx4-SYUj0ZZbcCK7Cfajr2eYswfBdJa9f26M9Hs~&sess...

Case 3:22-cv-01300-BEN-MSB    Document 224-2    Filed 08/05/24    PageID.4780    Page 39 of 117

# 主播    15-20K·13薪

节日福利  住房补贴  餐补  员工旅游  带薪年假  股票期权  ...

♡ 感兴趣    立即沟通    图森未来  查看所有职位›

→] 点击登录，立即与BOSS沟通

## 公司介绍

图森未来（NASDAQ：TSP）成立于2015年9月，是一家全球化的自动驾驶技术公司，在亚太、北美地区均开展业务。图森未来致力于开发全球最先进前沿的重卡自动驾驶技术，为全球4万亿美元的卡车货运行业带来变革；在显著提高效率的同时，为卡车驾驶安全树立新标准，并降低运营成本和碳排放。图森未来创建了全球首个自动驾驶货运网络（Autono  查看全部 ▾

## 工商信息

| 公司名称 | 法定代表人 | 成立日期 |
|---|---|---|
| 北京图森智途科技有限公司 | 郝佳男 | 2017-03-02 |
| 企业类型 | 经营状态 | 注册资金 |
| 有限责任公司（台港澳法人独资） | 存续 | 40000万 |

查看全部 ▾

## 工作地址

📍 北京朝阳区北京图森未来科技有限公司亮马桥56-1

📍 点击查看地图

## 看过该职位的人还看了                                    更多职位›

| 心理主播 | 15-20K | 奢侈品主播 | 15-30K | 抖音主播-教育线 | 15-30K |
|---|---|---|---|---|---|
| 赛优教育 | 北京 | 胖虎 | 北京 | 高途 | 北京 |
| 电商带货主播 | 15-30K | 带货主播 | 15-30K | 带货主播 | 15-30K |
| 铁血网 | 北京 | 红松 | 北京 | 东尚股份 | 北京 |

## 精选职位

| 高途佳品-带货... | 15-30K | 考研主播 | 15-30K | 饰品主播 | 15-30K |
|---|---|---|---|---|---|
| 高途 | 北京 | 迈学教育 | 北京 | 胖虎 | 北京 |
| 主播-抖音平台 | 15-25K | 穿搭主播-房山... | 15-20K | 微信视频号主播 | 15-30K |
| 北京奇妙人生 | 北京 | 圣迪奥 | 北京 | 英待力服装 | 北京 |

### (Right sidebar)

职位对比

带货主播【高...    15-30K
高途    北京

职位对比

主播（保健健...    15-25K
央广购物    北京

职位对比

查看全部职位

### 工资计算器

请输入税前月工资    元

计算

### 下载App

找工作
上BOSS直聘，直接谈
BOSS直聘

### 薪酬查询
解析市场薪酬
BOSS直聘





爬虫工程师　18-25K·13薪

节日福利　住房补贴　餐补　员工旅游　带薪年假　股票期权　…

感兴趣　立即沟通　图森未来　查看所有职位·

点击登录，立即与BOSS沟通

## 公司介绍

图森未来（NASDAQ：TSP）成立于2015年9月，是一家全球化的自动驾驶技术公司，在亚太、北美地区均开展业务。图森未来致力于开发全球最先进前沿的重卡自动驾驶技术，为全球4万亿美元的卡车货运行业带来变革；在显著提高效率的同时，为卡车驾驶安全树立新标准，并降低运营成本和碳排放。图森未来创建了全球首个自动驾驶货运网络（Autono…　查看全部

## 工商信息

| 公司名称 | 法定代表人 | 成立日期 |
|---|---|---|
| 北京图森智途科技有限公司 | 郝佳男 | 2017-03-02 |
| 企业类型 | 经营状态 | 注册资金 |
| 有限责任公司（台港澳法人独资） | 存续 | 40000万 |

查看全部

## 工作地址

📍 北京朝阳区北京图森未来科技有限公司亮马桥56-1

📍 点击查看地图

## 看过该职位的人还看了　　　更多职位·

| 爬虫工程师 | 20-40K·14薪 | | 爬虫工程师（… | 20-40K·16薪 | | 爬虫工程师（… | 17-30K·13薪 |
| 某知名企业服务上市公司 | 北京 | | BOSS直聘 | 北京 | | 北京一路无忧科技 | 北京 |
| 高级爬虫工程师 | 18-25K·13薪 | | 爬虫工程师（… | 20-30K | | 爬虫工程师 | 20-30K·14薪 |
| 飞通技术 | 北京 | | 久谦咨询 | 北京 | | 华夏幸福基业 | 北京 |

## 精选职位

| 高级爬虫工程师 | 16-22K | | 爬虫工程师(J1… | 15-25K | | 高级爬虫工程师 | 20-40K·16薪 |
| 兰格集团 | 北京 | | 智慧星光 | 北京 | | MiniMax | 北京 |

右侧栏：

资深后端研发… 18-35K
量江湖　北京
职位对比

数据采集 18-35K
达士通　北京
职位对比

数据采集工程师 18-35K·13薪
维恩咨询　北京
职位对比

查看全部职位

工资计算器
请输入税前月工资　元
计算

下载App
找工作
上BOSS直聘，直接谈
BOSS直聘

薪酬查询
解析市场薪酬
BOSS直聘

# Attachment 2

**王峰**

深度学习（Deep Learning）话题下的优秀答主

＋ 关注他

招人贴 | 图森新业务招人，AIGC方向，辅助动漫和游戏制作。全职/实习生都要，我们有明确的落地场景，也鼓励实习生进行前沿的学术探索，具体的岗位描述见附图。

感兴趣的可以知乎上给我发私信交流，也可以发送简历至tusen-hr@tusen.ai。

工作地点：北京市朝阳区。

发布于 2024-05-21 02:27 · IP 属地北京

❤ 26 人喜欢    ➤ 分享    ⭐ 收藏    🚩 举报

# 一、动漫视频生成模型

职位描述

1、探索辅助动漫制作的视频生成基础模型的最优的模型架构和最佳的训练方法。

2、探索数据打标工具开发、质量微调和效果迭代。

职位要求

1、有视频/图像的生成与理解领域的研究经验，并对相关工作有深刻的理解；

2、优秀的代码能力，熟练掌握 pytorch，能在较短时间内独立复现论文算法，并且能有针对性地优化；

3、优秀的团队合作能力和持续学习能力，能在团队合作中高效推进项目进展；

加分项：

1、深入理解 diffusion models、image/video latent method、transformer scaling up、GAN等方法；

2、理解手绘动漫制作流程和数据形式，熟悉卡通风格补间动画，上色方法；

3、具有GPU CUDA开发和性能优化经验

4、有CV、ML相关论文，或GitHub高影响力项目优先。

# 二、3D模型（人物与场景）生成与卡通渲染

岗位职责：

1、结合计算机图形学和计算机视觉领域技术，研发3D模型生成、纹理精细化、几何编辑等；

2、在图形学领域跟踪学术和产业前沿方案，持续构建三维生成领域的技术竞争力；

任职要求：

1、有扎实的图形学基础；

2、了解机器学习与深度学习的基本理论，熟悉C++/C#/Python语言；

加分项：

1、熟悉三渲二模型的基本要求和卡通渲染基本原理，了解程序化模型生成或编辑（例如blender几何节点等）即卡通特效制作（刀光，草，水）；

11 条评论                                                              默认  最新



**RunningVegeDog** 关注我的人                                        ···
贵司要做动漫视频生成了？good，毕业出路+1
05-22 · IP 属地日本                                       回复  ♥ 1

　　**RunningVegeDog** 关注我的人 ▸ **王峰**                        ···
　　我是工作了又读博的，应该是投社招了
　　05-22 · IP 属地日本                               回复  ♥ 喜欢

　　**王峰** 作者 ✿ ⬡                                               ···
　　啊对，校招的时候可以来看看。
　　05-22 · IP 属地北京                               回复  ♥ 喜欢

**Mr.Zhang** ✿                                                      ···
贵司这转得也太生硬了吧🤭
05-21 · IP 属地江苏                                      回复  ♥ 3

　　**王峰** 作者 ✿ ⬡                                               ···
　　人少卡多速来😄
　　05-21 · IP 属地北京                               回复  ♥ 1

　　**Mr.Zhang** ✿ ▸ **王峰**                                       ···
　　我只懂动漫不懂开发😋到时候可以锐评一下贵司的产品
　　05-21 · IP 属地江苏                               回复  ♥ 喜欢

**Tsui Randy** 关注我的人                                            ···
转型有点大啊 还确认了一下是不是同一个公司 😂
05-22 · IP 属地美国                                      回复  ♥ 1

**WinstonDeng**                                                     ···
这是给自动驾驶的sora铺路么🤔
05-29 · IP 属地江苏                                      回复  ♥ 喜欢

　　**王峰** 作者 ✿ ⬡                                               ···
　　那个玩不起，主要是给动漫和游戏用的。
　　05-29 · IP 属地北京                               回复  ♥ 喜欢

**冲浪人**                                                          ···
哥，你这招AIGC，不需要多模态大模型经验吗？Gpt-4O那类的
05-25 · IP 属地上海                                      回复  ♥ 喜欢

　　**王峰** 作者 ✿ ⬡                                               ···
　　也可以啊，对辅助动漫、游戏制作有用即可。
　　05-25 · IP 属地北京                               回复  ♥ 1

# Attachment 3

Kevin P. Muck (California SBN 120918)
  kevin.muck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500,
San Francisco, CA 94111
Tel: (628) 235-1000 / Fax: (628) 235-1001

William Paine, *pro hac vice*
  william.paine@wilmerhale.com
Robert Kingsley Smith, *pro hac vice*
  robert.smith@wilmerhale.com
Sonia Sujanani, *pro hac vice*
  Sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street, Boston, MA 02109
Tel: (617) 526-6759 / Fax: (617) 526-5000

Elaine F. Harwell (California SBN 242551)
  elaine.harwell@procopio.com
PROCOPIO, CORY, HARGREAVES
  & SAVITCH, LLP
525 B Street, Suite 2200,
San Diego, CA 92101
Tel: (619) 238-1900 / Fax: (619) 235-0398

*Attorneys for Defendant TuSimple Holdings Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, *et al.*, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TUSIMPLE HOLDINGS INC., *et al.*,<br><br>Defendants. | Case No. 3:22-cv-01300-BEN-MSB<br><br>(Consolidated with Case No. 3:23-cv-00282-BEN-MSB)<br><br>**REDACTED DECLARATION OF CHENG LU IN SUPPORT OF DEFENDANT TUSIMPLE HOLDINGS INC.'S OPPOSITION TO PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND LIMITED EXPEDITED DISCOVERY** |

DocuSign Envelope ID: F37D96A2-F527-4CA0-B9AA-00C266990FE7

I, Cheng Lu, declare as follows:

1.      I offer this declaration in support of Defendant TuSimple Holdings Inc.'s ("TuSimple") Memorandum of Points and Authorities in Opposition to Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order and Limited Expedited Discovery ("TRO Motion").

2.      I graduated from the University of Virginia in 2005 with a Bachelor of Science degree in computer science and economics.  I graduated from Harvard Business School in 2010 with a Master of Business Administration.  I am a citizen of the United States and only a citizen of the United States.

3.      I have served as TuSimple's Chief Executive Officer ("CEO") since November 2022.  Previously, I served as TuSimple's CEO from September 2020 until March 2022, and as TuSimple's Chief Financial Officer from January 2019 to December 2020.  I also served as a member of TuSimple's Board of Directors ("Board") from June 2020 until March 2022 and from November 2022 to present.

4.      My responsibilities as CEO include leading TuSimple's overall go-to-market and commercialization strategy.  That requires that I interact directly with the Company's partners, suppliers, customers, and regulators.  I am responsible for negotiating and approving the terms of material contracts into which TuSimple enters with its partners, suppliers, and customers.  I am intimately familiar with TuSimple's technology; familiar with the market in which TuSimple and its subsidiaries, our partners, suppliers, and customers, are working together to commercialize TuSimple's technology; and familiar with the impediments and risks to the commercialization of TuSimple's technology.  I am also intimately familiar with TuSimple's business model and finances.

5.      TuSimple is a company at the development stage, intended to operate at a loss for years as it optimizes and commercializes its proprietary technology. TuSimple has historically operated two standalone businesses.  One is focused on

- 1 -

DECLARATION OF CHENG LU                                    Case No. 3:22-cv-01300-BEN-MSB

operations in the United States and is known as "TuSimple U.S." The other is focused on the Asia-Pacific region ("APAC") and is known as "TuSimple China." TuSimple U.S. and TuSimple China are each a collection of subsidiaries of TuSimple (direct or indirect), organized and doing business in each region. TuSimple U.S. and TuSimple China have historically operated with stand-alone engineering teams and software code bases and infrastructure.

6.    In June 2023, TuSimple announced a strategic review of the U.S. operations having lost its key OEM development partnership with Navistar and the high operating costs of running two separate operations. TuSimple engaged Perella Weinberg LLP, a publicly traded investment bank focused on mergers and acquisitions, to run a sales process for all or part of TuSimple's U.S. operations. TuSimple was not able to find a buyer for the entire business, but, in May 2024 TuSimple signed a non-binding term sheet to sell certain soft-IP assets to a U.S.-based technology company. Separately, TuSimple is winding down the rest of its TuSimple U.S. business. TuSimple China will be the principal operating asset of TuSimple and, for the foreseeable future, the sole means by which TuSimple's shareholders—including many U.S. investors—may benefit from the commercialization of TuSimple's autonomous driving technology.

7.    Despite this shift in TuSimple's operational focus, TuSimple is a Delaware corporation subject to U.S. jurisdiction.

I.    **TuSimple's Cash Controls**

8.    I understand that Plaintiffs' counsel in this class action have raised questions relating to TuSimple's cash controls. As CEO, I am familiar with those cash controls, which I describe briefly here.

9.    ███████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

- 2 -

DECLARATION OF CHENG LU                    Case No. 3:22-cv-01300-BEN-MSB

DocuSign Envelope ID: F77D96A2-F527-4CA0-B0AA-00C266990FF7

10. TuSimple's philosophy on cash management has not changed in the past three years.

11.

12. TuSimple is consistently and proactively examining ways to provide better corporate governance and to ensure safe cash management process. On March 4, 2024, TuSimple's Board unanimously adopted a resolution ("March Resolution") enhancing the Company's controls with respect to certain types of cash transactions.

- 3 -

DECLARATION OF CHENG LU                    Case No. 3:22-cv-01300-BEN-MSB

DocuSign Envelope ID: F77D96A2-F527-4CA9-B9AA-00C266990FF7

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████

13.　████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████

14.　On June 6, 2024, TuSimple's Board further enhanced the Company's cash controls. ████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████

15.　TuSimple's current Security Director is Albert Schultz. He is a U.S. citizen and resident, and a former case officer with the Central Intelligence Agency. He has also served in the Army National Guard and Reserve and has served on the Board of several private companies. His appointment as Security Director was approved by the Committee on Foreign Investment in the United States ("CFIUS") (an inter-agency committee with representatives from the United States Departments of Treasury and Defense), to whom he has reporting obligations under the National

4 -

DECLARATION OF CHENG LU　　　　　　　　Case No. 3:22-cv-01300-BEN-MSB

DocuSign Envelope ID: F77D96A2-F527-4CA0-B0AA-00C266990FF7

Security Agreement between TuSimple and CFIUS. The Security Director is a member of the Company's Audit Committee.

16. The other current members of the Company's Audit Committee are James Lu and Zhen Tao. Mr. Lu and Ms. Tao are outside directors and are not TuSimple officers. They are not alleged to have ties to China or to have engaged in any wrongdoing. Each one is a U.S. citizen and resident and is highly qualified to serve as a director and an Audit Committee member. For example, Mr. Lu is the chairman of a Nasdaq-listed, U.S.-based public company and has served on numerous corporate boards. And Ms. Tao, in addition to being a senior partner at an investment firm, is the elected Treasurer of the city of South Pasadena, CA.

**II.    TuSimple's April 29, 2024 Payment to Amazon Web Services**

17.

18. These AWS payments are ordinary business expenses.

19. TuSimple received an invoice from AWS in late March for $4 million, which was due on May 13, 2024. On April 26, 2024, I approved that invoice for

5 -

DocuSign Envelope ID: F77D96A2-F527-4CA8-B9AA-00C266990FE7

payment. My expectation at that time was that the payment would be processed on or near the due date of May 13, 2024.

20. As of the week ending April 28, 2024, TuSimple's monthly cash outflow for April 2024 was ████████████████████████. Thus, had the ████████ payment to AWS been made in May 2024 as expected, TuSimple's cash outflow for April 2024 would have been ████████████████████ ████████████████████████

21. However, the $4 million payment to AWS was processed on April 29, 2024, increasing TuSimple's cash outflow for April 2024 to ████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████  ████████████████ ████████████████████████████████████████ ████████████████████████████████████

22. This was a timing error; had the ████████ AWS payment been processed just two days later (on May 1, 2024), there would have been no issue ████ ████████████████

23. In response to the prematurely processed AWS payment, ████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████  ██████████████████ ████████████████████████████████████████ ████████████████████████████████████████

- 6 -

DECLARATION OF CHENG LU                    Case No. 3:22-cv-01300-BEN-MSB

DocuSign Envelope ID: F77D96A2-F527-4CA9-B9AA-00C266990FF7

## III. TuSimple's Past Relationship with Hydron

24. I understand that, in the TRO Motion, Plaintiffs have asserted that TuSimple's intellectual property has been improperly transferred to Hydron in the past. This is false.

25. At the time of its initial public offering, TuSimple disclosed that it did not intend to manufacture trucks. Rather, TuSimple's plan was to focus on developing autonomous driving software and to use partnerships with third parties who would use their own capital to develop a commercially viable "scalable production semi-truck" capable of being controlled by TuSimple software. Ex. A (Prospectus) at 24, 121. TuSimple explained that this business model allowed it to obtain the "benefits of capital light vertical integration." *Id.* That is, TuSimple intended to incentivize OEMs and component manufacturers to use their own capital to develop trucks while TuSimple used its capital to develop software, which would allow all key components of a commercial solution to be developed with significantly less investment of capital by TuSimple than if it attempted to pursue these goals alone. *See id.* at 6, 16, 24, 37, 82, 104, 113-117, 124.

26. Consistent with its plan, TuSimple does not manufacture trucks (and has no intention of doing so). To commercialize its autonomous driving technology, TuSimple needs semi-truck Original Equipment Manufacturers ("OEM") capable of assembling purpose-built trucks with components that interface with TuSimple's autonomous driving software. Specifically, TuSimple needs OEMs who assemble or contract to manufacture trucks, and other OEMs who provide custom-built

- 7 -

DECLARATION OF CHENG LU                    Case No. 3:22-cv-01300-BEN-MSB

DocuSign Envelope ID: F37D96A2-F527-4CA0-B0AA-00C266990FE7

components, including suppliers of powertrains, transmissions, steering, and brakes built to meet TuSimple's requirements (*i.e.*, capable of being controlled by TuSimple's autonomous driving software). For example, the braking and steering systems necessary to interface with TuSimple's autonomous driving technology requires higher levels of precision and predictability than what is ordinarily available. The margin of error or confidence interval between actual performance and reported performance needs to be lower than what is acceptable with a human driver so that the response to an autonomous driving command is identical every time. Additional built-in "fail safe" or "redundancy" features are also necessary given that there is no human driver to engage if a component fails. These components are typically referred to as "autonomous-ready" components, meaning that the components can be controlled by autonomous driving software like TuSimple's. A truck having all necessary components to allow it to be controlled by software like TuSimple's is an "autonomous-ready" truck, but such a truck does not come equipped with software capable of controlling the truck. The major difference between an autonomous truck and autonomous-ready truck is that the former is equipped with software, such as TuSimple software, capable of controlling the components of a truck that are susceptible to autonomous control.

27. TuSimple's business partnerships, including with OEMs and component manufacturers, are central to its business model and prospects for commercial success. TuSimple in its public offering prospectus stated that it believed that "leveraging these partnerships significantly . . . accelerates [its] pace to commercializing [its] AFN at the requisite scale to adequately serve the freight industry." Ex. A at 16, 113. TuSimple's executives are thus authorized to share information with OEMs, subject to an appropriate non-disclosure agreement, in order to assess and enter into essential partnerships. However, TuSimple does not

8 -

DECLARATION OF CHENG LU                                    Case No. 3:22-cv-01300-BEN-MSB

DocuSign Envelope ID: F37D96A3-F537-4CA0-B9AA-90C266990FF7

share with its OEMs any source code or other information that would enable an OEM to copy TuSimple's software.

28.   It is important that TuSimple partner with more than one truck manufacturer OEM and component supplier for each region in which we intend to commercialize our technology.  Partnering with a single OEM or component supplier in any region subjects TuSimple to what is known as "sole source" risk.  "Sole source" risk is the risk to a company like TuSimple if its sole supplier is unable to supply, or does not supply, the trucks or components it is contracted to provide or, for potential OEMs and component suppliers, is considering whether to provide.  As TuSimple disclosed in the prospectus for its April 2021 initial public offering, "sole source" risk is a material risk to TuSimple's business model.  Ex. A at 42-43.

29.   Supply stoppages or delays—whether caused by potential suppliers declining to enter agreements or suppliers terminating agreements, supplier bankruptcy, or the acquisition of a supplier by another company—can significantly set back the commercialization of TuSimple's autonomous driving technology. *Id*. That was particularly true during the COVID-19 pandemic, which significantly impacted global supply chains—including the supply of automotive parts.  Relying on a single OEM or component supplier also reduces TuSimple's bargaining leverage when negotiating the terms of its partnerships. Increasing the number of actual and potential truck manufacturer OEMs and component suppliers reduces "sole source" risk and increases TuSimple's leverage in negotiations with its suppliers, so that it can try to obtain the most commercially favorable terms.

30.   The number of potential business partners and OEMs who will partner with a development-stage company like TuSimple is limited.  TuSimple is still developing and working to commercialize its technology, and as a result its demand for trucks is substantially smaller than established, non-autonomous freight-hauling competitors.  The fleet of trucks that TuSimple owns and operates is small—less

9 -

DECLARATION OF CHENG LU                               Case No. 3:22-cv-01300-BEN-MSB

DocuSign Envelope ID: F37D96A3-E527-4CA9-B9AA-00C266990FF7

than 70 trucks. For context, an average of 250,000 new Class A trucks are sold every year, and Navistar (the fourth largest seller in this market) sells approximately 30,000 trucks each year. It is not profitable for business partners and OEMs to supply custom, purpose-built trucks and components on the small scale that TuSimple now requires. When they partner with us, OEMs are looking toward the future, because they must invest their own capital to work with TuSimple to design, manufacture, or assemble trucks or component parts without expecting a prompt return on investment.

31. Historically, TuSimple sought to partner with established truck manufacturer OEMs and component suppliers. At the time of its initial public offering, TuSimple had partnerships with both TRATON and Navistar, two of the world's largest commercial truck OEMs. *See* Ex. A at 16-17. In my role as CEO, I was responsible for negotiating TuSimple's Joint Development Agreement with Navistar. I was also a member of the Project Steering Committee, which was responsible for overseeing the overall partnership between TuSimple and Navistar. As a member of the Project Steering Committee, I saw firsthand how TuSimple worked with Navistar and component suppliers to develop trucks that were capable of interfacing with TuSimple's autonomous driving technology. I also saw firsthand what information of TuSimple was shared with Navistar and component suppliers to facilitate their development of trucks and components that were capable of interfacing with TuSimple's autonomous driving technology.

32. In July 2021, TRATON and Navistar merged. *See* Ex. B (Feb. 24, 2022 Form 10-K) at 5. That merger meant that TuSimple went from two OEMs capable of manufacturing trucks (including assembling component parts from other suppliers) for use in the United States, to just one—subjecting TuSimple to the "sole source" risk described above (*supra* ¶ 28) in the middle of the COVID-19 pandemic. This "sole source" risk was one of the greatest risks to the Company at the time, and

- 10 -

DECLARATION OF CHENG LU                    Case No. 3:22-cv-01300-BEN-MSB

DocuSign Envelope ID: E37D96A3-F537-4CA0-B0AA-00C266990FF7

the risk and need to identify a second OEM for truck manufacture and assembly for that region was actively discussed with the Board of Directors throughout the second half of 2021 and into 2022.

33. To address its "sole source" risk, TuSimple engaged in a deliberate process to identify additional potential OEMs for truck manufacture and assembly with which to partner. TuSimple's senior management presented to the board of directors about this risk and met monthly to assess potential OEMs as business partners. As part of that process, TuSimple proactively reached out to ten such potential partners. TuSimple also engaged in feasibility studies with some of them to assess the suitability of a partnership. Those feasibility studies required sharing proprietary information of TuSimple with the potential partners. That information included proprietary information about the components that TuSimple's potential partners would manufacture to interface with TuSimple's autonomous driving software. Specifically, that information included, among other things, product, design, and performance requirements for interfacing with TuSimple's autonomous driving software and monitoring and testing data.

34. Hydron, Inc. ("Hydron") was one of the potential OEM partners considered by TuSimple. Hydron (originally known as Turing Auto) was founded by one of TuSimple's co-founders, Mo Chen, to be a source of trucks. In 2021, TuSimple employees, who were not engineers or software developers, performed work for Hydron. These employees, who had business, accounting, legal, marketing and business development responsibilities, worked on marketing or business development projects such as research into the market for electric delivery vans (similar to the size of a UPS truck), branding, logo and the look of a prototype electric delivery van that Hydron might have paid to have manufactured by Foton, a Chinese truck manufacturer that is one of the world's largest, for display at a trade

- 11 -

DECLARATION OF CHENG LU                    Case No. 3:22-cv-01300-BEN-MSB

DocuSign Envelope ID: E37D96A3-E537-4CA0-B0AA-00C266990FF7

show (the 2022 Computer Electronics Show) in Las Vegas. TuSimple later estimated that the value of the work that they performed was less than $300,000.

35. In late 2021, I was told that Hydron had decided it would not be in the business of providing smaller delivery vans and had shifted its focus to semi-trucks powered by hydrogen fuel cells. I was also informed at this time that Hydron did not have its own autonomous driving software—and as far as I know, that is still true, since I have never been informed otherwise.

36. In 2022, TuSimple began evaluating Hydron as a potential OEM partner. Hydron proposed to work with TuSimple as an OEM supplying TuSimple with "autonomous-ready" trucks capable of being driven with TuSimple software. An "autonomous-ready" truck is a truck with hardware capable of being controlled by autonomous driving software. As with any autonomous-ready truck developed by a truck manufacturing OEM, Hydron's trucks are necessarily equipped with sensors, computing units, and redundant hardware (like brakes and steering columns) capable of interacting with autonomous-driving software like that developed by TuSimple. During the process of evaluating this potential business relationship, TuSimple shared information with Hydron, including a small number of documents describing hardware required to be installed in an autonomous-ready truck capable of using TuSimple Software. This information sharing was for a reasonable business purpose, and the information shared is protected by a non-disclosure agreement that was signed a few months after the sharing began and expressly covered information shared both before and after it was signed.

37. I was not involved in the details of TuSimple's efforts to evaluate Hydron, but as CEO and a director of TuSimple I understood the opportunity that a relationship with Hydron presented to TuSimple. As explained to me, Hydron as a start-up zero emissions OEM did not have a dedicated manufacturing facility. Rather, Hydron had access to capital (over $80 million USD in venture capital

- 12 -

DECLARATION OF CHENG LU

Case No. 3:22-cv-01300-BEN-MSB

DocuSign Envelope ID: E77D96A3-E527-4CA9-B9AA-90C266990FE7

funding), and vehicle design, hydrogen fuel cell vehicle engineering, and procurement capabilities. Hydron planned to pay ███, a Chinese truck manufacturer OEM that TuSimple was already partnering with in China, to be a contract manufacturer for vehicles capable of being used in the U.S. The base vehicle would be based on an existing ███ vehicle platform. This is common practice in commercial and passenger vehicle manufacturing. As an example, in the United States, start-up OEM company Hyliion uses an existing Paccar platform. Another example is Nikola, a US-based hydrogen fuel cell OEM start-up that utilizes an Iveco S-way platform. Furthermore, Iveco was the initial contract manufacturing for Nikola trucks to assemble the base platform with new hydrogen fuel cell components. While ███ has manufacturing capabilities, it did not possess hydrogen fuel cell vehicle development experience. By working with Hydron, ███ would not have to invest its own capital to develop this product and could obtain payment from Hydron for use of its excess manufacturing capacity. By reducing the capital investment of OEMs involved in the project, or even offering them an opportunity to profit from the small-scale production that Hydron and TuSimple needed at that time, Hydron could make it more likely that TuSimple would have another qualified OEM to assemble trucks for use in the United States. Accordingly, although it lacked manufacturing capability of its own, Hydron could become an OEM supplier to TuSimple of trucks it paid others to assemble—*e.g.*, ███, and other component OEMs, including ████████████ ████████████ that was also an OEM partner of TuSimple China. The information shared with Hydron is consistent with information shared with other potential OEMs, and only a small subset of the information shared with OEMs with whom TuSimple entered into a formal cooperation agreement.

13 -

DECLARATION OF CHENG LU                    Case No. 3:22-cv-01300-BEN-MSB

DocuSign Envelope ID: E37D96A3-E537-4CA9-B9AA-90C266990FF7

38. By offering key business partners the opportunity to decrease the financial risk that they otherwise would have accepted when they undertook development and small scale manufacturing and assembly activities for TuSimple, I understood that Hydron could make an important contribution to TuSimple's success. A partnership between TuSimple and Hydron, in short, had the potential not only to address TuSimple's "sole source" risk in the United States, but also to reduce the risk to TuSimple's existing OEMs—which in turn was intended to motivate the OEMs to continue working with TuSimple.

39. As I understood the opportunity, Hydron would not compete with TuSimple any more than TuSimple's established OEM truck manufacturer partners like Navistar. It is important to understand that because TuSimple did not have the capital to develop or manufacture trucks, and had decided to partner with those who did, our OEM partners do not compete with us. These OEMs have complementary business models because they are necessary for our business, and without them we cannot succeed. If information supplied by TuSimple to Hydron and its partners had facilitated a more rapid development of another autonomous-ready truck for use in America, that would have assisted TuSimple and would not have harmed TuSimple at all. Rather, TuSimple was not successful in finding a second OEM partner after the Navistar merger with TRATON. That meant that, when Navistar terminated its OEM agreement with us on November 16, 2022, we had no OEM partner capable of manufacturing such a truck for use here. This played a significant role in the decision of TuSimple's Board to attempt to sell and ultimately wind down TuSimple's business in the United States.

40. I did not participate in the feasibility study in which TuSimple evaluated Hydron as an OEM partner beginning in early 2022, in part because I stopped working for TuSimple in March 2022. However, working directly with a contract manufacturer and component suppliers is commonplace in vehicle

- 14 -

DECLARATION OF CHENG LU                    Case No. 3:22-cv-01300-BEN-MSB

DocuSign Envelope ID: F37D96A3-F537-4CA9-B9AA-00C266990FF7

development. I have reviewed the information shared by TuSimple U.S. with Hydron as part of the 2022 feasibility study, and I have also reviewed the information shared by TuSimple with a European-based potential truck manufacturer OEM partner as part of a feasibility study conducted in 2021. The information shared by TuSimple U.S. with Hydron is consistent with the type of information shared in connection with the feasibility study conducted with the European-based potential truck manufacturer OEM partner as part of a feasibility study conducted in 2021— and consistent with the purpose of the Hydron relationship as described to me before I left TuSimple. That information is also only a small subset of the kind of information TuSimple must share—and has shared—with truck manufacturer OEMs like Navistar with whom it has entered into a partnership to develop the autonomous-ready trucks that can interface with TuSimple's autonomous driving software.

41. Without a replacement OEM to build trucks that could integrate with TuSimple software, TuSimple had no path to commercialization of its technology in the United States. TuSimple therefore publicly disclosed on June 28, 2023 that it was seeking strategic alternatives for its U.S. business. Ex. C (June 28, 2023 Form 8-K). The Board engaged investment bankers who conducted a thorough process to determine whether TuSimple's U.S. business could be sold as a going concern, and the Board also considered selling TuSimple U.S.'s proprietary technology. *Id.* Unable to identify acceptable buyers for its TuSimple U.S. business, TuSimple eventually announced that it would wind down its TuSimple U.S. business and shift its focus to the APAC region. This strategy shift was necessitated by the Board's conclusion that the Company's prospects in the United States were not worthy of further investment and that APAC offered greater prospects for commercialization given its existing relationships with business partners in countries like China and Japan, and regulatory changes throughout the region that more freely permit use of autonomous driving on public roads. It is also important to note that the U.S.

15 -

DECLARATION OF CHENG LU                                           Case No. 3:22-cv-01300-BEN-MSB

business was expensive, having annual operating expenses of more than $300 million USD (as opposed to approximately half that, for TuSimple China). Without a viable OEM in the U.S., the Board believed that shifting the Company's focus to the less expensive APAC region was the best opportunity to commercialize the Company's software and generate value for its shareholders.

42.     Despite this shift in TuSimple's operational focus, as I stated above (*supra* ¶ 7), TuSimple is a Delaware corporation subject to U.S. jurisdiction.

## IV.     Plaintiffs Misunderstand the Other "Circumstantial Evidence" They Describe

43.     I understand that, according to the TRO Motion, Plaintiffs allege that certain "circumstantial evidence" suggests that TuSimple may "abscond to China with the Company's assets." This is false. TuSimple has no such plan or intention. In suggesting otherwise, Plaintiffs are misinterpreting the "circumstantial evidence" that they describe.

44.     As stated above (at ¶ 10), TuSimple has business reasons for keeping its cash in the United States (until it is needed in APAC to fund operations). Those reasons remain valid even after the wind-down of TuSimple U.S. and the Company's shift of its operational focus to the APAC region.

45.     TuSimple's wind-down of U.S. operations was not part of a secret scheme—it was and is a publicly disclosed business decision, made by the Board in response to the challenges and adverse developments in the United States that I described above (*supra* ¶¶ 39-41). The subsidiaries that constitute TuSimple China are a key part of TuSimple—indeed, they are the operating subsidiaries through which TuSimple intends and expects to generate value for TuSimple's shareholders in the coming years.

46.     TuSimple's decision to delist its shares from the Nasdaq National Market was also not part of some secret scheme to take its cash to China. There is

- 16 -

DECLARATION OF CHENG LU                     Case No. 3:22-cv-01300-BEN-MSB

DocuSign Envelope ID: F37D96A3-F537-4CA0-B0AA-00C266990FE7

no relationship between TuSimple's cash management and whether TuSimple remained publicly listed. On January 16, 2024, the day before TuSimple announced that it would delist its shares from Nasdaq, TuSimple's stock closed at $0.7064 per share, implying a market capitalization of approximately $160 million. That valuation was substantially lower than even the cash and cash equivalents held by TuSimple. Continuing to trade as a public company given the discrepancy between TuSimple's implied market value and the assets owned by TuSimple (including its technology and cash) would not have been in the interests of TuSimple's shareholders. Any effort to raise capital at a valuation less than the assets it had on hand would significantly dilute the interests of existing shareholders, all while TuSimple continued to incur significant expense to meet the requirements of a publicly listed company.

47. As part of its strategic shift to APAC, TuSimple established operations in Australia through an Australian subsidiary, TuSimple Australia Pty Ltd.

48. TuSimple is also looking to redeploy to APAC from the United States hardware components purchased from third parties that can be used to commercialize its technology in APAC without incurring the unnecessary expense of purchasing those same components in APAC. TuSimple's recent shipment of certain NVIDIA chips to Australia for use in Australia by its Australian subsidiary was consistent with that objective. Rather than purchase in Australia the exact same NVIDIA chips owned by TuSimple U.S. and for which TuSimple U.S. now has no purpose, TuSimple attempted to send unused NVIDIA chips in the United States to its Australian subsidiary. Although these computer chips can be purchased in Australia, TuSimple determined that it would be cheaper to ship the chips it already owned there than it would be to sell them at a discount here and buy them at full price there. There was never any intention to re-route these chips from Australia to China. Indeed, TuSimple specifically decided *not* to make a similar shipment of

17 -

DECLARATION OF CHENG LU

Case No. 3:22-cv-01300-BEN-MSB

DocuSign Envelope ID: E37D96A3-E527-4CA0-B0AA-90C266990FF7

chips to China, for legal and regulatory reasons, after exploring whether shipping the chips to China was permissible. TuSimple proposed to send the chips to the office of a company helping TuSimple to set up operations in Australia and did not intend to send them to China when they were "picked up" from that company's office.  I made clear at the time in writing that the chips should not go to China.

## V.     The Requested Injunction Would Hurt TuSimple Badly

49.     I understand that Plaintiffs are requesting that the Court enter an order that would preclude TuSimple from spending any of its cash without prior approval by Plaintiffs and the Court.

50.     The order Plaintiffs are seeking would harm TuSimple enormously and likely would precipitate the shutting down of the Company.  As explained above, the Company's current strategic plan for commercializing its technology and generating shareholder value is to wind down its U.S. operations and re-focus its business on its APAC operations.  After the U.S. wind-down, TuSimple China will be the Company's principal operating asset and, for the foreseeable future, the sole means by which TuSimple's shareholders may benefit from the optimization and sale of TuSimple technology.  To execute on that business plan, TuSimple needs to be able to draw upon the common pool of cash that supports all its businesses and to allocate appropriate capital and other resources to support its APAC subsidiaries.

51.     Plaintiffs' requested order threatens to substantially slow down and starve the Company of necessary resources to execute this business plan.  Obtaining Plaintiff- and Court-approval for all expenditures will necessarily require that the Company devote more resources—and likely expend more legal fees—preparing disclosures for Plaintiffs and the Court and resolving with Plaintiffs and the Court any disagreements about potential expenditures.  With respect, Plaintiffs have no experience operating a development-stage technology company with hundreds of employees; and disputes concerning what actually are ordinary and necessary

18 -

DECLARATION OF CHENG LU                                    Case No. 3:22-cv-01300-BEN-MSB

DocuSign Envelope ID: F37D96A3-F537-4CA9-B9AA-90C266990FF7

expenses are likely to occur frequently. Obtaining approval from Plaintiffs and the Court also risks delaying the Company's ability to timely address TuSimple's obligations, let alone address emergency expenditures. These impediments to necessary operations are only exacerbated by the fact that TuSimple's operating subsidiaries are located in foreign jurisdictions, including China (which has laws governing collecting information to be provided to U.S. courts).

52. Moreover, if TuSimple's employees, partners, and vendors must contend with a reality in which the Court or an adversary in litigation (whose best outcome would be putting TuSimple out of business while it has the most cash available to satisfy any judgment it might obtain) must approve every payment (here or abroad), TuSimple's prospects for commercial success are likely to be thwarted. TuSimple would need to revise every commercial agreement requiring cash payments to state such payments are subject to court approval. That is because TuSimple would otherwise be subject to claims of breach if Plaintiff or the Court did not approve of a payment required by TuSimple's commercial agreements. And doing so would effectively end these commercial arrangements and prevent TuSimple from signing any future supplier agreements. The recipient of every payment must have, in advance, confidence that it will be paid and will continue to be paid. Partners who are not obliged to do business with TuSimple need not spend their own time and money on a business relationship burdened with the risk that an adversary may prevent the payment of TuSimple's obligations or the deployment of people and assets necessary to make their investment of time and money worthwhile.

53. Employees concerned about compliance with future payroll obligations will also leave TuSimple for other employment. As with its commercial agreements, to avoid potential claims for unpaid wages, TuSimple will need to amend all employment agreements to state that the employee's remuneration is contingent on approval by Plaintiffs or the Court of the payment of that remuneration. Inserting

19 -

DECLARATION OF CHENG LU                              Case No. 3:22-cv-01300-BEN-MSB

such provisions into employment agreements would effectively prevent TuSimple from hiring critical talent in a highly competitive labor environment.

54. These impacts to TuSimple are not speculative or hypothetical. ■

■ These impacts will only be exacerbated if TuSimple's ability to pay its partners and suppliers is conditioned on approval by Plaintiffs and the Court.

55. If the TRO causes TuSimple to lose its partners, the TRO substantially threatens several potential revenue opportunities exceeding ■. As TuSimple disclosed in June 2023, TuSimple China was among the first autonomous driving technology companies to be awarded a driverless test license by the Pudong New Area of Shanghai in China ("Pudong Shanghai"). The license granted to TuSimple China is a significant step toward the commercialization of TuSimple's autonomous driving technology and presents TuSimple China with the opportunity to contract with the Port of Shanghai for approximately ■ in freight delivery services over the next three years—currently TuSimple's most promising contract for commercializing its L4 autonomous driving technology. TuSimple

20 -

DECLARATION OF CHENG LU                    Case No. 3:22-cv-01300-BEN-MSB

DocuSign Envelope ID: F37D96A3-F537-4CA9-B9AA-90C266990FE7

China has also contracted with ████████████████████████████ ████████████████████████████████████████ for installation in trucks manufactured by those truck manufacturers and sold to third parties. Each contract has the potential to generate nearly ████████████████████████ in revenue over the coming years. If TuSimple is subject to a TRO freezing its assets, these partners, ████████████████████████████████████████████████ will almost certainly begin looking for new partners to replace TuSimple.

56. I understand that if it is ultimately determined that an injunction has been improvidently entered, TuSimple's only recourse for payment of damage caused by the injunction is the bond posted by Plaintiffs. Because the injunction threatens TuSimple's ability to move forward to commercialize its software, the bond should be of sufficient size to compensate TuSimple for the value of such a lost opportunity. In April 2021, investors paid over $1 billion for approximately 13% of TuSimple's stock, for the purpose of providing capital to pursue this opportunity. Although progress has been made, and success remains uncertain, the value of success certainly exceeds the $1 billion of the investments made in 2021 and the ███████████ in cash on hand.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on June 7, 2024 at the U.S. Embassy, Beijing, China.

*Cheng Lu*

Cheng Lu

21 -

DECLARATION OF CHENG LU                    Case No. 3:22-cv-01300-BEN-MSB

# EXHIBIT B

# Attachment 1



15-25K·13 New

♡Interested    Communicate now    TuSimpleView all positions,

## BOSS safety tips

BOSS Zhipin strictly prohibits employers and recruiters from engaging in any illegal or irregular behavior that damages the legitimate rights and interests of job seekers, including but not limited

to detaining job seekers' certificates, collecting job seekers' property, raising funds from job seekers, asking job seekers to invest, inducing job seekers to work in other places, participating

in training in other places, using job seekers' resumes in violation of laws and regulations, etc. If you discover such behavior, please report it immediately.

"Learn more about workplace safety precautions.



## Company Profile

TuSimple (NASDAQ: TSP) was established in September 2015. It is a global autonomous-driving technology company with operations in Asia Pacific and North America. TuSimple is committed to

developing the world's most advanced and cutting-edge heavy-duty autonomous driving technology to bring changes to the global US$4 trillion trucking industry; while significantly

improving efficiency, it will set new standards for truck driving safety and reduce operating costs. and carbon emissions. TuSimple creates the world's first autonomous freight network (Autonor View All

## Business information

| Company Name | legal representative | Date of establishment |
|---|---|---|
| Beijing Tucson Zhitu Technology Co., Ltd. | Hao Jianan | 2017-03-02 |
| type of enterprise | Business status | Registered capital |
| Limited Liability Company (Solely Owned by Taiwan, Hong Kong and Macao Legal Person) | Subsisting | 400 million |

view all

## working address

• No. 56-1 Liangmaqiao, Beijing TuSimple Technology Co., Ltd., Chaoyang District, Beijing





Click to view map

## People who viewed this position also viewed

more jobs,



| Short video director | 15-25K-14 Firewood |
|---|---|
| homework help | Beijing |

| Directed by Chilorwx | 15-25K |
|---|---|
| Gaotu | Beijing |

| Senior short video director | 15-30K |
|---|---|
| Xuecoi Online School | Beijing |



| Animation executive director | 15-25K-15 Firewood |
|---|---|
| A well-known Internet education company in Beijing | |

| 15k+ short videos... | 15-22K |
|---|---|
| Gaotu | Beijing |

| Senior short video director | 15-25K |
|---|---|
| shock culture | Beijing |





Recruiting

Director          15-25K

• Beijing

♡ Interested          Communicate now

### job description

• WeChat scan code to share          ▲ Report

Short video promotional film

(Compound talent for editing and shooting)

### Job content:

1. In combination with the company culture and product characteristics, according to the account tone and positioning, be responsible for the creative planning, copywriting, video script creation and proficiency in shooting skills of short video

content;

2. Responsible for accumulating various ways to play short videos, summarizing methods to improve shooting skills and originality, and creating popular content

3. Be familiar with the short video production process, and follow up the entire process on site and post-production;

4. Responsible for tracking and analyzing content data, optimizing topics based on account data, regularly reviewing and analyzing, and improving video commercial monetization capabilities through creative content;

5. Be familiar with the rules of various platforms, and understand the platform's tonality and algorithms.

### job requirements:

1. Bachelor degree or above, majoring in editing, directing, advertising, film and television, media, Chinese and other related majors is preferred

2. More than 1 year of experience as a director or editor, proficient in the production process and various links, and a heavy user of short video platforms

3. Proficient in AE, PS, PR, FCP and other software, with strong planning, creative, communication, coordination and management skills;

4. Good internet sense, good creativity, big imagination, keen understanding of user psychology and hot topics, priority will be given to heavy fans of the second dimension, animation, games, and martial arts;

5. Have excellent organization, coordination, problem-solving skills, high sense of responsibility and teamwork spirit.

6. Accounts with operational experience

Dear Ms.    Active within 3 days

TuSimple HRBP

### Competitive Analysis

View full personal competitiveness

Personal overall ranking: ranked first among people

Where are you?

generally          good          excellent          Excellent

### BOSS safety tips

BOSS Zhipin strictly prohibits employers and recruiters from engaging in any illegal or irregular behavior that damages the legitimate rights and interests of job seekers, including but not

limited to detaining job seekers' documents, collecting job seekers' property, raising funds from job seekers, asking job seekers to invest, inducing job seekers to work in other places, participating

in training in other places, using job seekers' resumes in violation of laws and regulations, etc. If you discover such behavior, please report it immediately.

*Learn more about workplace safety precautions.

Director 15-25K



♡Interested    Communicate now    TuSimpleView all positions,

Personal overall ranking ranked first among people

Where are you?

generally    good    excellent    Excellent

BOSS safety tips

BOSS Zhipin strictly prohibits employers and recruiters from engaging in any illegal or irregular behavior that damages the legitimate rights and interests of job seekers, including but not limited to detaining

job seekers' documents, collecting job seekers' property, raising funds from job seekers, asking job seekers to invest, inducing job seekers to work in other places, participating in training

in other places, using job seekers' resumes in violation of laws and regulations, etc. If you discover such behavior, please report it immediately.

"Learn more about workplace safety precautions,

Company Profile

TuSimple (NASDAQ: TSP) was founded in September 2015. It is a global autonomous driving technology company with operations in Asia Pacific and North America. TuSimple is committed

to developing the world's most advanced and cutting-edge heavy-duty autonomous driving technology to bring changes to the global US$4 trillion trucking industry; while significantly

improving efficiency, it will set new standards for truck driving safety and reduce operating costs. and carbon emissions. TuSimple creates the world's first autonomous freight network (Autono View All.

Business information

| Company Name | legal representative | Date of establishment |
|---|---|---|
| Beijing Tucson Zhitu Technology Co., Ltd. | Hao Jianan | 2017-03-02 |
| type of enterprise | Business status | Registered capital |
| Limited Liability Company (Sole Owned by Taiwan, Hong Kong and Macao Legal Person) | Subsisting | 400 million |

view all

working address

• No. 56, Liangmaqiao Road, Chaoyang District, Beijing

People who viewed this position also viewed    more jobs,

| Short video director | 15-25K-14 Firewood | Directed by Chikawa | 15-25K | Senior short video director | 15-30K |
|---|---|---|---|---|---|
| Firework help | Beijing | Gaotu | Beijing | Kueersi Online School | Beijing |





game distribution

♡Interested

Communicate now

TuSimpleView all jobs,

BOSS Direct Recruitment strictly prohibits employers and recruiter users from engaging in any illegal behavior that harms the legitimate rights and interests of job seekers, including but not limited to seizing job seekers' documents, collecting job seekers' property, raising funds from job seekers, allowing job seekers to invest in shares, and inducing job seekers. Joining a job in another place, participating in training in another place, illegally using job seeker resumes, etc. Once you find such behavior, please report it immediately.

*Learn more about workplace safety prevention.

## Company Profile

TuSimple (NASDAQ: TSP) was established in September 2015. It is a global autonomous driving technology company with operations in Asia Pacific and North America. TuSimple is committed to developing the world's most advanced and cutting-edge heavy-duty autonomous driving technology to bring changes to the global US$4 trillion trucking industry; while significantly improving efficiency, it will set new standards for truck driving safety and reduce operating costs. and carbon emissions. TuSimple creates the world's first autonomous freight network (Autonor View All

## Business information



| Company Name | Legal representative | Date of establishment |
|---|---|---|
| Beijing Tucson Zhitu Technology Co., Ltd. | Hao Jianan | 2017-03-02 |
| type of enterprise | Business status: | Registered capital |
| Limited liability company (sole proprietorship by Taiwan, Hong Kong and Macao legal persons) | Continuous | 400 million |

view all

## working address



• No. 56, No. 56, Liangmaqiao Road, Chaoyang District, Beijing

Click to view map

## People who viewed this post also viewed

more jobs,



| Game Expert/Game... | 8-13K-15 salary | | Game content/activities... | 8-12K-13 salary |
|---|---|---|---|---|
| FunPlus | Beijing | Beijing Rising Sun Auspicious Culture — Beijing | Beyond Technology | Beijing |

| Game operations (strategy... | 8-13K | Advanced game operations.... | 8-13K | Overseas operations specialist... | 8-13K |
|---|---|---|---|---|---|
| Beyond Technology | Beijing | Guanyue Interactive | Beijing | | Beijing |



New media operations assistant     **5-8K**     Holiday benefits    housing subsidy

♡ interested     Communicate now     TuSimpleView all jobs,

BOSS Direct Recruitment strictly prohibits employers and recruiter users from engaging in any illegal behavior that harms the legitimate rights and interests of job seekers, including

but not limited to seizing job seekers' documents, collecting job seekers' property, raising funds from job seekers, allowing job seekers to invest in shares, and inducing job seekers. Joining a job

in another place, participating in training in another place, illegally using job seeker resumes, etc, Once you find such behavior, please report it immediately

"Learn more about workplace safety prevention.

## Company Profile

Founded in September 2015, TuSimple (NASDAQ: TSP) is a global autonomous driving-technology company with operations in Asia Pacific and North America. TuSimple is committed to

developing the world's most advanced and cutting-edge heavy-duty autonomous driving technology to bring changes to the global US$4 trillion trucking industry; while significantly improving

efficiency, it will set new standards for truck driving safety and reduce operating costs. and carbon emissions. TuSimple creates the world's first self-driving freight network (Autono View All

Business information

| Company Name | legal representative | Date of establishment |
|---|---|---|
| Beijing Tucson Zhitu Technology Co., Ltd. | Hao Jianan | 2017-03-02 |
| type of enterprise | Business status | Registered capital |
| Limited liability company (sole proprietorship by Taiwan, Hong Kong and Macao legal persons) | Subsisting | 400 million |

View all ▾

working address

📍 No. 56, No. 56, Liangmaqiao Road, Chaoyang District, Beijing



# UI/Graphic Design

9-10K

⊙Beijing    🧳 1-3 years    🎓 ····

♡Interested          Communicate now



job description                                                  •WeChat scan code to share    ▲Report

| Interactive Design | visual design | Web page | Mobile terminal | client | graphic design | interface design | AI | SketchUp | PS |

**Job Responsibilities**

1. Responsible for the product UI visual design of each terminal, including web, mobile, large screen, etc.;

2. Responsible for the graphic design of display;

3. Understand product needs and positioning, propose novel and high-quality product creative designs, be responsible for the design of product UI, and output UI prototypes and design documents;

4. Responsible for completing product interaction design and operation process combing based on needs and from the perspective of user experience, optimizing product usability and improving user experience;

5. Work closely with developers to complete daily requirements and project work, and provide excellent and reasonable design solutions;

job requirements:

1. Bachelor degree or above, graduate in design-related major, more than two years of work experience;

2. Proficient in graphics software such as PS/AI/sketch, possessing theoretical knowledge of user experience, and good visual design and motion design capabilities;

1. Familiar with PC and mobile design principles and specifications

4. Have keen observation and analytical skills for visual design and color, and understand product interaction design.

5. Have a strong sense of responsibility and good interpersonal communication skills, value teamwork, and have strong learning ability and innovation

Dear Ms. ☑ Active within 3 days

TuSimple HRBP

Competitive Analysis                                          View full personal competitiveness

Overall personal ranking: Ranked 1st among people

Where are you?

generally          good          excellent          Excellent

## BOSS safety tips

BOSS Direct Recruitment strictly prohibits hiring units and recruiter users from engaging in any illegal behavior that damages the legitimate rights and interests of job seekers, including but not limited to: if

you find any such behavior such as asking job seekers' IDs, collecting job seekers' property, raising funds from job seekers, asking job seekers invest in shares, inducing job seekers to join jobs in other

places, participating in training in other places, using job seekers' resumes in violation of laws and regulations, etc.. once you discover such behavior, please report it immediately.

*Learn more about workplace safety prevention

## Company Profile

TuSimple (NASDAQ: TSP) was established in September 2015. It is a global autonomous driving technology company with operations in Asia Pacific and North America. TuSimple is committed to

developing the world's most advanced and cutting-edge heavy-duty autonomous driving technology to bring changes to the global US$4 trillion trucking industry, while significantly improving

efficiency, it will set new standards for truck driving safety and reduce operating costs, and carbon emissions. TuSimple creates the world's first self-driving freight network (Autonom View All



UI/Graphic Design    9-10K

Holiday benefits Housing subsidy

♡Interested    Communicate now    TuSimpleView all jobs,

Company Profile

TuSimple (NASDAQ: TSP) was established in September 2015. It is a global autonomous driving technology company with operations in Asia Pacific and North America. TuSimple is committed to developing the world's most advanced and cutting-edge heavy-duty autonomous driving technology to bring changes to the global US$4 trillion trucking industry; while significantly improving efficiency, it will set new standards for truck driving safety and reduce operating costs, and carbon emissions. TuSimple creates the world's first self-driving freight network (Autono View All

Business information



| Company Name | legal representative | Date of establishment |
|---|---|---|
| Beijing Tucson Zhitu Technology Co., Ltd. | Hao Jianan | 2017-03-02 |
| type of enterprise | Business status | Registered capital |
| Limited liability company (sole proprietorship by Taiwan, Hong Kong and Macao legal persons) | Subsisting | 400 million |

view all

working address

• No. 56, No. 56, Liangmaqiao Road, Chaoyang District, Beijing



Click to view map

People who viewed this post also viewed    more jobs,

| UI design | 9-14K | UI designer | 9-14K | UI designer | 9-14K |
|---|---|---|---|---|---|
| Learning is education | Beijing | Regal Technology | Beijing | little black box | Beijing |

| UI designer | 9-11K | UI designer | 9-14K-14 salary | Game UI designer | 9-14K-14 salary |
|---|---|---|---|---|---|
| caijing.com | Beijing | Beijing Zhongshu Zhiyun | Beijing | graffiti mobile | Beijing |

Featured jobs

| UI designer | 9-14K | ui designer | 9-11K | UI designer | 9-14K |
|---|---|---|---|---|---|
| Honghan Technology | Beijing | United Tiancheng | Beijing | Cherol Zhihang | Beijing |

| UI designer | 10-15K | Advanced UI design | 10-15K | UI designer | 9-12K |
|---|---|---|---|---|---|





















# Attachment 2

 Wang Feng

## Excellent answerer on the topic of Deep Learning

 + follow him

Recruitment post | Tucson new business recruitment, AIGC direction, assisting animation and game production. Both full-time and intern positions are required. We have clear implementation scenarios and encourage interns to conduct cutting-edge academic exploration. See the attached picture for specific job descriptions.

If you are interested, you can send me a private message on Zhihu to communicate, or you can send your resume to tusen-hr@tusen.ai.

Work location: Chaoyang District, Beijing.



Published on 2024-05-21 02:27 IP Territory Beijing

 26 people like         share         collect         report

1. Animation video generation model

Choose sidebar display

job description

1. Explore the optimal model architecture and best training method for the video generation basic model that assists animation production.

2. Explore data marking tool development, quality fine-tuning and effect iteration.

Job Requirements

1. Have research experience in the field of video/image generation and understanding, and have a deep understanding of related work;

2. Excellent coding ability, proficient in pytorch, able to independently reproduce the algorithm of the paper in a short period of time, and can be optimized in a targeted manner;

3. Excellent teamwork and continuous learning abilities, able to efficiently promote project progress in teamwork;

bonus:

1. In-depth understanding of diffusion models, image/video latent method, transformer scaling up, GAN and other methods;

2. Understand the hand-drawn animation production process and data format, and be familiar with cartoon-style tween animation and coloring methods;

3. Experience in GPU CUDA development and performance optimization

4. Priority will be given to those with CV, ML related papers, or GitHub high-impact projects.

2. 3D model (characters and scenes) generation and cartoon rendering

Job Responsibilities:

1. Combine technologies in the fields of computer graphics and computer vision to develop 3D model generation, texture refinement, geometry editing, etc.;

2. Track academic and industrial cutting-edge solutions in the field of graphics and continue to build technological competitiveness in the field of 3D generation;

job requirements:

1. Have a solid foundation in graphics;

2. Understand the basic theories of machine learning and deep learning, and be familiar with C++/C#/Python language;

bonus:

1. Be familiar with the basic requirements of three-rendered two-model models and the basic principles of cartoon rendering, and understand procedural model generation or editing (such as blender geometry nodes, etc.), that is, cartoon special effects production (knife light, grass, water);



Running VegeDog People who follow me

Does your company want to generate animation videos? Good, graduation career path +1

05-22·IP is located in Japan                                    reply    ♥ 1

Running VegeDog People who follow me Wang Feng

I am working and studying for a Ph.D., so I should be recruiting for a job.

05-22·IP territory Japan                                    reply    like

Author Wang Feng

Ah, yes, you can come and take a look during the school recruitment.

05-22·IP territory Beijing                                    reply    like

**Mr.Zhang**

Your company's response is too harsh, right?

05-21·IP territory Jiangsu                                    reply    ♥ 3

Author Wang Feng

Fewer people, more cards, more speed.

05-21·IP territory Beijing                                    reply    ♥ 1

Mr.Zhang Wang Feng

I only know animation but not development. When the time comes, I can give a critical review of your company's products.

05-21·IP is located in Jiangsu                                    reply    like

Tsui Randy People who follow me

The transformation is a bit big. I also checked to see if they are the same company.

05-22·IP territory United States                                    reply    ♥ 1

**WinstonDeng**

Is this paving the way for self-driving Sora?

05-29·IP territory Jiangsu                                    reply    like

Author Wang Feng

I can't afford that one, it's mainly for anime and games.

05-29·IP territory Beijing                                    reply    like

surfer

Brother, don't you need experience with multi-modal large models to do AIGC? Gpt-40 or something like that?

05-25·IP territory Shanghai                                    reply    like

Author Wang Feng

It's also possible, as long as it's useful for assisting animation and game production.

05-25 · IP 属地北京                                    reply    ♥ 1



# EXHIBIT C

IMMEDIATE DISTRIBUTION

To the Board's Review

July 30, 2024

**Re: Concerned Shareholders to the Board of Directors of TuSimple**

To the Board of Directors of TuSimple Holdings, Inc. ("TuSimple"):

As concerned shareholders of TuSimple, we are writing this letter to inform you of our concerns that members of the Company's management may be engaged in potentially fraudulent activities (the "Fraudulent Activities"). Therefore, we ask you to exercise your fiduciary duty to investigate and cease such Fraudulent Activities immediately. Should the Board ignore the Fraudulent Activities, we would have no choice but to commence litigation proceedings to protect the rights of the TuSimple shareholders, in addition to the pending class actions.

We have set out below in more detail the basis for our concerns that the Fraudulent Activities are being undertaken by members of TuSimple's management. As you can see, the basis of our concerns relates to whether funds are being misappropriated from TuSimple to facilitate the growth of private ventures established by certain members of the board and at the expense of TuSimple's existing shareholders.

# 1. Suspected Self-Dealing By Mo Chen and Jianan Hao

In May 2024, TuSimple's current Board Director and its China CEO, Jianan Hao created at least two new subsidiaries:

- <u>Beijing BearBear Factory Culture Co., Ltd. (JiananHaoBearBear).</u>

Concerned Shareholders to the Board of TuSimple
Page 2 of 11

Jianan Hao owns 99% of JiananHao Beijing BearBear. Haiquan Li, the VP of TuSimple China, has the other 1% ownership. All registered executives of JiananHaoBearBear are executives of TuSimple China.

● Guangzhou BearBear Animation Culture Co., Ltd. (TuSimpleBearBear)

| 企业名称 | 广州熊熊动漫文化有限公司 | | | | |
|---|---|---|---|---|---|
| 法定代表人 | 郝佳男 任职19家企业› | 登记状态 ⑦ | 开业 | 天眼评分 ⑦ | 67分 |
| | | 成立日期 | 2024-05-21 | | |
| 统一社会信用代码 ⑦ | 91440106MADL5W3R4A | 注册资本 ⑦ | 500万人民币 | 实缴资本 | - |
| 工商注册号 | 440106010897219 | 纳税人识别号 ⑦ | 91440106MADL5W3R4A | 组织机构代码 ⑦ | MADL5W3R-4 |
| 营业期限 | 2024-05-21 至 无固定期限 | 纳税人资质 | - | 核准日期 | 2024-05-21 |
| 企业类型 | 有限责任公司(法人独资) | 行业 | 文化艺术业 | 人员规模 | - |
| 参保人数 | - | 英文名称 | - | | |
| 登记机关 | 广州市天河区市场监督管理局 | 注册地址 ⑦ | 广州市天河区建中路36号七层708房 附近公司 | | |
| 经营范围 ⑦ | 数据处理服务;电影制片;数字文化创意内容应用服务;广告发布;广告制作;广告设计、代理;文艺创作;摄像及视频制作服务;电影摄制服务;人工智能公共数据平台;数字内容制作服务 (不含出版发行);数字技术服务;数据处理和存储支持服务;动漫游戏开发;游艺娱乐活动;电竞音视频、数字衍生内容制作 (不含出版发行);广播电视节目传送;电子出版物制作;音像制品制作;音像制品复制;电视剧制作;电影放映;广播电视节目制作经营;信息网络传播视听节目;网络文化经营;互联网信息服务;电影发行; | | | | |

TuSimple China owns 100% of this company. All registered executives of TuSimpleBearBear are executives of TuSimple China.

These companies are established with the apparent business purpose of producing video games and animation, an area far from TuSimple's main focus—developing autonomous driving technology.

Based upon information obtained, the undisclosed creation of these two "BearBear" companies is not a result of a legitimate business decision to explore new opportunities. Rather, we suspect it is an attempt to use TuSimple's company resources for the personal benefit of Mo Chen, who is believed to be operating and controlling, directly and indirectly, multiple Chinese companies that focus on producing video games and animation. These companies are:

---

[1] The screenshots are obtained from www.tianyancha.com, a Chinese business data platform that is widely used in China for business research and due diligence (company registration details, financial records and more)

Concerned Shareholders to the Board of TuSimple
Page 3 of 11

- <u>Beijing BearBear Nation Cultural Media Co., Ltd. (MoChenBearBear)</u>

| 企业名称 | 北京熊熊国文化传媒有限公司 | | | | | | |
|---|---|---|---|---|---|---|---|
| 法定代表人 | 陈 陈默 任职20家企业› | 登记状态 | 存续 | 天眼评分 | 53分 | | |
| | | 成立日期 | 2020-11-25 | | | | |
| 统一社会信用代码 | 91110105MA01XJX423 | 注册资本 | 50万人民币 | 实缴资本 | - | | |
| 工商注册号 | 110105029949360 | 纳税人识别号 | 91110105MA01XJX423 | 组织机构代码 | MA01XJX4-2 | | |
| 营业期限 | 2020-11-25 至 2050-11-24 | 纳税人资质 | - | 核准日期 | 2021-06-18 | | |
| 企业类型 | 有限责任公司(自然人投资或控股) | 行业 | 文化艺术业 | 人员规模 | - | | |
| 参保人数 | 0 2023年报› ⤴ | 英文名称 | - | | | | |
| 登记机关 | 北京市朝阳区市场监督管理局 | 注册地址 | 北京市朝阳区广顺北大街33号院1号楼10层1单元1101室5868号 附近公司 | | | | |
| 经营范围 | 组织文化艺术交流活动(不含演出);组织体育赛事;设计、制作、代理、发布广告;承办展览展示活动;会议服务;包装装潢设计;模型设计;工艺美术设计;健身服务;销售文具用品、体育用品、工艺品。(市场主体依法自主选择经营项目,开展经营活动;依法须经批准的项目,经相关部门批准后依批准的内容开展经营活动;不得从事国家和本市产业政策禁止和限制类项目的经营活动。) | | | | | | |

Mo Chen is the CEO and the legal representative of this company.

- <u>Beijing Shui Mo Xia Dao Cultural Communication Co., Ltd. (BeijingXiaDao)</u>

| 企业名称 | 北京水墨侠道文化传播有限公司 | | | | | | |
|---|---|---|---|---|---|---|---|
| 法定代表人 | 张 张成 任职33家企业› | 登记状态 | 存续 | 天眼评分 | 58分 | | |
| | | 成立日期 | 2020-12-07 | | | | |
| 统一社会信用代码 | 91110105MA01XWA5X4 | 注册资本 | 110万人民币 | 实缴资本 | 55.5万人民币 | | |
| 工商注册号 | 110105030033466 | 纳税人识别号 | 91110105MA01XWA5X4 | 组织机构代码 | MA01XWA5-X | | |
| 营业期限 | 2020-12-07 至 2050-12-06 | 纳税人资质 | 增值税一般纳税人 | 核准日期 | 2024-07-23 | | |
| 企业类型 | 有限责任公司(自然人投资或控股) | 行业 | 文化艺术业 | 人员规模 | 小于50人 | | |
| 参保人数 | 4 2023年报› ⤴ | 英文名称 | Beijing Ink Chivalry Culture Communication Co., Ltd | | | | |
| 登记机关 | 北京市朝阳区市场监督管理局 | 注册地址 | 北京市朝阳区朝阳公园南路1号沙排院5幢1层102室 附近公司 | | | | |
| 经营范围 | 一般项目: 组织文化艺术交流活动; 软件开发; 技术服务、技术开发、技术咨询、技术交流、技术转让、技术推广; 广告设计、代理; 会议及展览服务; 专业设计服务; 文艺创作; 电影摄影服务; 信息技术咨询服务; 信息咨询服务(不含许可类信息咨询服务); 网络与信息安全软件开发; 人工智能基础软件开发; 动漫游戏开发; 互联网数据服务; 版权代理; 互联网销售(除销售需要许可的商品); 办公用品销售; 玩具销售; 玩具、动漫及游艺用品销售。(除依法须经批准的项目外,凭营业执照依法自主开展经营活动)许可项目: 广播电视节目制作经营; 网络文化经营。(依法须经批准的项目,经相关部门批准后方可开展经营活动,具体经营项目以相关部门批准文件或许可证件为准)(不得从事国家和本市产业政策禁止和限制类项目的经营活动。) | | | | | | |

- <u>Guangzhou BearBear Nation's Xia Dao Interactive Entertainment Co., Ltd. (GuangzhouBearBear)</u>
  This company is a subsidiary of BeijingXiaDao

| 企业名称 | 广州熊熊国的侠道互动娱乐有限公司 | | | | | | |
|---|---|---|---|---|---|---|---|
| 法定代表人 | 付 付可 任职10家企业› | 登记状态 | 开业 | 天眼评分 | 67分 | | |
| | | 成立日期 | 2023-10-19 | | | | |
| 统一社会信用代码 | 91440106MAD2JH9427 | 注册资本 | 500万人民币 | 实缴资本 | 0.5万人民币 | | |
| 工商注册号 | 440106010312695 | 纳税人识别号 | 91440106MAD2JH9427 | 组织机构代码 | MAD2JH94-2 | | |
| 营业期限 | 2023-10-19 至 无固定期限 | 纳税人资质 | - | 核准日期 | 2023-10-19 | | |
| 企业类型 | 其他有限责任公司 | 行业 | 娱乐业 | 人员规模 | - | | |
| 参保人数 | 0 2023年报› ⤴ | 英文名称 | - | | | | |
| 登记机关 | 广州市天河区市场监督管理局 | 注册地址 | 广州市天河区柯木塱南路9号4层401-38房 附近公司 | | | | |
| 经营范围 | 软件销售;动漫游戏开发;软件开发;信息技术咨询服务;专业设计服务;数字技术服务;人工智能应用软件开发;技术服务、技术开发、技术咨询、技术交流、技术转让、技术推广;数字文化创意软件开发;会议及展览服务;组织文化艺术交流活动;; | | | | | | |

Concerned Shareholders to the Board of TuSimple
Page 4 of 11

- <u>Shanghai Xia Dao Cultural Communication Co., Ltd. (ShanghaiXiaDao)</u>

| 企业名称 | 侠道（上海）文化传播有限公司 | | | | |
|---|---|---|---|---|---|
| 法定代表人 | 张 张成 任职33家企业› | 登记状态 | 存续 | 天眼评分 | 58分 |
| | | 成立日期 | 2023-12-14 | | |
| 统一社会信用代码 | 91310000MAD6B0ED14 | 注册资本 | 100万人民币 | 实缴资本 | - |
| 工商注册号 | 310142400019473 | 纳税人识别号 | 91310000MAD6B0ED14 | 组织机构代码 | MAD6B0ED-1 |
| 营业期限 | 2023-12-14 至 2053-12-13 | 纳税人资质 | - | 核准日期 | 2023-12-14 |
| 企业类型 | 有限责任公司(港澳台法人独资) | 行业 | 文化艺术业 | 人员规模 | - |
| 参保人数 | 0 2023年报› | 英文名称 | - | | |
| 登记机关 | 自由贸易试验区临港新片区市场监督管理局 | 注册地址 | 中国（上海）自由贸易试验区临港新片区新杨公路860号10幢 附近公司 | | |
| 经营范围 | 一般项目：组织文化艺术交流活动；广告制作；广告设计、代理；广告发布；专业设计服务；信息咨询服务（不含许可类信息咨询服务）；会议及展览服务。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动） | | | | |

The chart below sets out how these companies are intertwined with Mo Chen, TuSimple, and Hydron (another company owned by Mo Chen):

| | MoChenBearBear | BeijingXiaDao | ShanghaiXiaDao | Hydron |
|---|---|---|---|---|
| **Company info** | Founded in Nov. 2020 | Founded in Dec. 2020 | Founded in Dec. 2023 | Founded in July 2021 |
| **Overlap company contact email** | In 2020 and 2021, yanjiao.wang@tusimple.com was used as the registered contact. | In 2020, yanjiao.wang@tusimple.com was used as the registered contact. In 2021, yu.su@hydron.com was used as the registered contact. In 2022, xiaoning.tian@hydron.com was used as the registered contact. Currently, kang.bao@shmxd.net (same as ShanghaiXiaDao) is used as the registered contact. | kang.bao@shmxd.net (same as BeijingXiaDao) was used as the registered contact. | All registered contacts from 2021 to 2023, yu.su@hydron.com and xiaoning.tian@hydron.com were associated with BeijingXiaDao. |
| **Overlap company physical address** | In 2020, the same physical business address was also used to register | In 2020, the physical business address was the same as MoChenBearBear. | In 2023, the physical business address was the same as TuSimple | In 2021, the physical business address was the same as |

Concerned Shareholders to the Board of TuSimple
Page 5 of 11

| | | | | |
|---|---|---|---|---|
| | BeijingXiaDao. | In 2021, the physical business address was the same as TuSimple Beijing. In 2022, the physical business address was the same as Hydron Beijing. In 2023, the physical business address was the same as TuSimple Beijing. | Beijing. Currently, the physical business address was the same as Hydron Shanghai. | TuSimple Beijing. |
| **Overlap key employee** | | Its Head of Finance, Xiaoning Tian, used to be the Head of Finance of TuSimple Beijing. He is currently the Head of Finance of Hydron, and ShanghaiXiaDao. | Its Head of Finance, Xiaoning Tian, used to be the Head of Finance of TuSimple Beijing. He is currently the Head of Finance of Hydron, and BeijingXiaDao. | Its Head of Finance, XiaoningTian, used to be the Head of Finance of TuSimple Beijing. From June 21 to Oct. 23, its Head of Finance Na Zhang was the Head of TuSimple Beijing at the same time. Na Zhang is also the Head of Finance of JiananHaoBearBear. |
| **Overlap board members** | Cheng Zhang, the board member & supervisor of MoChenBearBear, is on Hydron's board as the supervisor. He is also the CEO of BeijingXiaDao and ShanghaiXiaDao. | Its CEO Cheng Zhang is also the CEO of ShanghaiXiaDao. He also serves on Hydron's board and MoChenBearBear's board as the supervisor. | Its CEO Cheng Zhang is also the CEO of BeijingXiaDao. He also serves on Hydron's board and MoChenBearBear's board as the supervisor. | Xuying Yang served as a board member of Hydron Beijing from July 21 to Nov. 22. During the same period of time, she was employed by TuSimple Beijing as Mo Chen's executive |

Concerned Shareholders to the Board of TuSimple
Page 6 of 11

| | | | | assistant. |
|---|---|---|---|---|
| | | | | |

Here is a screenshot of BeijingXiaDao's contact email information. All evidence mentioned in the above table is publicly available from the government's open access database.



## 2. TuSimple Management's Effort to Cover Up Misappropriation and A Rushed Effort to Move TuSimple Funds to China

TuSimple's management, in particular, its CEO Cheng Lu has been allegedly trying to craft a narrative for the Board, the public, and the United States Federal Court that there is a continued effort to commercialize TuSimple's autonomous driving technology in China, with an urgent need of transferring significant funds to keep the opportunity alive. This false narrative is the basis for Cheng Lu's justification that large amounts of funds need to be transferred out of the US to China, which would be suspected to be used toward Mo Chen's personal ventures in video gaming and animation.

Concerned Shareholders to the Board of TuSimple
Page 7 of 11

### a.  The Story of A Non-Existing Autonomous Driving Business

In every public filing by TuSimple (up to the date of this letter), Cheng Lu has made no announcement that TuSimple is changing its business direction to video game and animation production.

Recently, in June 2024, Cheng Lu represented to the United States Federal Court, Southern District of California, that TuSimple China will be the sole means for investors to benefit from TuSimple's autonomous driving technology.

> based technology company. Separately, TuSimple is winding down the rest of its TuSimple U.S. business. TuSimple China will be the principal operating asset of TuSimple and, for the foreseeable future, the sole means by which TuSimple's shareholders—including many U.S. investors—may benefit from the commercialization of TuSimple's autonomous driving technology.
>
> 7   Despite this shift in TuSimple's operational focus, TuSimple is a

Lu Decl. ¶ 6.

In his request to allow TuSimple transfer assets to China, Lu represents that TuSimple is shifting "its operational focus to the APAC Region," and that TuSimple would "re-focus its business on its APAC Operation." Lu Decl. ¶¶ 44, 50.

Further, Lu represents that TuSimple China "will be the Company's principal operating asset and, for the foreseeable future, the sole means by which TuSimple's shareholders may benefit from the optimization and sale of TuSimple technology." Lu Decl. ¶ 50.

Lu then represents that TuSimple China is "a key part of TuSimple," and that the TuSimple China is an "operating subsidiar[y] through which TuSimple intends and expects to generate value for TuSimple's shareholders in the coming years."

> response to the challenges and adverse developments in the United States that I described above (*supra* ¶¶ 39-41). The subsidiaries that constitute TuSimple China are a key part of TuSimple—indeed, they are the operating subsidiaries through which TuSimple intends and expects to generate value for TuSimple's shareholders in the coming years.
>
> 46   TuSimple's decision to delist its shares from the Nasdaq National

Lu Decl. ¶ 45.

Concerned Shareholders to the Board of TuSimple
Page 8 of 11

All of these statements, as demonstrated by the facts found, are intentionally misleading and potentially perjurious.

In reality, TuSimple had been proactively demolishing its own autonomous driving capability. Since March 2024, TuSimple China's total headcount in China had plummeted from approximately seven hundred to less than 180. As of the time of this letter, TuSimple China has no autonomous driving technology team and has no testing capability. Most of its tech leadership, including its CTO Naiyan Wang and many other tech directors, has left the Company. The Company's testing facility in Shanghai was also shut down and all of its test truck drivers were dismissed.

In his declaration, Cheng Lu also used employee retention as an excuse for the dismissal of the TRO:

> people and assets necessary to make their investment of time and money worthwhile.
>
> 53. Employees concerned about compliance with future payroll obligations will also leave TuSimple for other employment. As with its commercial agreements, to avoid potential claims for unpaid wages, TuSimple will need to amend all

Lu Decl. ¶ 53.

Again, the reality contradicts his declaration. In or around May 2024, before Cheng Lu's declaration on June 7, 2024, TuSimple notified its China tech employees that TuSimple China is reducing its workforce in light of a scant future in autonomous driving, and that the employees must resign. As a result, hundreds of technology employees left TuSimple China.

b. A Rushed Effort for Misappropriation, Self-Dealing and Money transfer to China

In his Declaration, Cheng Lu requested a dismissal of the TRO and the injunction because "TuSimple needs to be able to draw upon the common pool of cash that supports all its businesses." Lu Decl. ¶ 50. This is untruthful.

Cheng Lu's real motivation is not to defend a non-existing autonomous driving business, but to allow the management of the Company to spend money on animation and game projects and those projects that Mo Chen personally has a financial interest in.

One example, in the latest court filings, Cheng Lu disclosed that the Company has incurred $4 million USD with AWS in March 2024, a charge that is significantly more than normal business spendings at comparable companies. Lu Decl. ¶¶ 18-21. This is not justified because the autonomous driving business has been winding down.

In the past, TuSimple had used AWS to conduct computing and data storage for the development of autonomous driving. Based upon data with comparable companies, such activities would incur a monthly cost of less than half a million USD. However, with TuSimple's

Concerned Shareholders to the Board of TuSimple
Page 9 of 11

complete shutdown of its autonomous driving development in Beijing and road testing in Shanghai, TuSimple's AWS cost did not go down, but instead, suddenly increased dramatically to a multi-million-dollar figure.

We have reasons to suspect that such an unusual spending pattern indicates that TuSimple may have already spent significant resources to work for animation and video gaming related projects.

Our concern is further confirmed by TuSimple's public hiring activities. In the past months, the complete absence of Board oversight on this matter has allowed TuSimple management to freely transfer assets to operate animation, game related projects, and fund the collaboration with the MoChen's personal companies, which has not been disclosed to TuSimple's shareholders.

This is a complete list of open positions of TuSimple China in June:

> 1) Video editor, 2) new media operation assistant, 3) film director/ screenwriter, 4) crawler engineer, 5) UI/ graphic designer, 6) streamer, 7) game publisher, 8) interaction design intern.

This is a complete list of open positions of TuSimple China in July:

> 1) interaction design intern, 2) backend engineer, 3) senior crawler engineer, 4) controller, 5) marketing director, 6) corporate development and strategy associate, 7) streamer, 8) crawler engineer, 9) software engineer.

Almost none of the seventeen jobs have anything to do with autonomous driving, but they are tightly related to game and animation development. Detailed job descriptions have specific mentions of AIGC, Wuxia (Chinese martial arts), and gamification.d

In TuSimple's game publisher job posting, the recruiter mentioned that TuSimple "owns the IP of Jin Yong's Wuxia" (Jin Yong is a voluminous novelist known for his Wuxia novels relating to martial arts). This has nothing to do with autonomous driving.



Concerned Shareholders to the Board of TuSimple
Page 10 of 11

Recently, it became known that Mo Chen's company BeijingXiaDao obtained the administrative license to produce the movie "The Smiling, Proud Wanderer," a Wuxia novel originally written by Jin Yong. https://www.chinafilm.gov.cn/dybalxgs/202304/t20230411_712285.html. This appears to show that TuSimple is strategically spending resources on the specific projects Mo Chen personally engages in– a violation of the terms of Mo Chen's Cooperation Agreement executed with TuSimple and pursuant to the instructions of the SEC (accessible at https://d18rn0p25nwr6d.cloudfront.net/CIK-0001823593/b7547c40-de59-44fe-9e06-7454205624a6.pdf).



Based upon these facts, the Board must exercise its fiduciary duty, investigate these matters, and stop the misappropriation of TuSimple assets for Mo Chen personally. Some of the most important questions include the following:

- *What TuSimple resources have been used for Mo Chen's personal-interest projects?*

- *What are the business transactions (entered and anticipated) between TuSimple's management and Mo Chen's affiliated companies?*

- *What is the extent of the violation of Mo Chen's Cooperation Agreement?*

- *How has TuSimple (including TuSimple China) been spending its financial resources?*

Concerned Shareholders to the Board of TuSimple
Page 11 of 11

- *Why Cheng Lu fail to inform shareholders and the Board regarding TuSimple's drastic change of business direction toward Mo Chen's personal ventures?*

- *What fiduciary duties have been violated and will be violated by Mo Chen and Cheng Lu?*

## The Board Must Act Now

All of the above facts indicate that TuSimple's current management and some members of the Board are attempting to deplete the financial assets of TuSimple for personal gain. The Company's effort to transfer its business to China, delisting from NASDAQ, secretively changing business directions to businesses affiliated with Mo Chen's personal venture, and then rushing to move Company funds to China, all of these efforts indicate a deliberate scheme to defraud TuSimple's investors and usurp TuSimple funds for illegitimate business purposes and at the expense of the TuSimple investors.

Therefore, we implore the Board to:

- Request, obtain, preserve related evidence, including all financial books and records of TuSimple China as well as all contracts/agreements relating to business transactions.
- Pause any transfer of funds to China;
- Pause any AWS activity;
- Form a special committee of independent board members and external legal counsel to investigate the following matters:
  - The financial spendings of TuSimple US and China;
  - Personnel allocation in TuSimple China;
  - All IP transactions related to animation and game developments, specifically, the Wuxia IP mentioned by TuSimple recruiters; and
- Ensure that all findings are reported accurately and promptly to the shareholders.
- Actions must be taken to remedy and deter violations.

Failure to undertake the above steps would warrant a direct breach of your fiduciary duties as members of the Board, including your duty of care and duty of loyalty.

The Board must act now.

Concerned Shareholder of TuSimple

# EXHIBIT D

- ## Beijing BearBear Factory Culture Co., Ltd. (JiananHaoBearBear).



| Company Name | Beijing Xiongxiong Dream Factory Culture Co., Ltd. | | | | | |
|---|---|---|---|---|---|---|
| legal representative | Hao Jianan — Served in 19 companies> | Registration status | Subsisting | Sky Eye Rating② | 67 points | |
| | | Date of establishment | 2024-05-08 | | | |
| Unified social credit code② | 91110113MADKL9542M | Registered capital | RMB 5 million | Paid-in capital | - | |
| Business Registration Number | 110113041550220 | Taxpayer Identification Number | 91110113MADKL9542M | Organization Code | MADKL954-2 | |
| Operating period | 2024-05-08 to indefinite term | Taxpayer qualifications | - | Approval date | 2024-05-08 | |
| type of enterprise | Limited Liability Company (Natural Person Investment or Holdings) | industry | Culture and art industry | Staff size | - | |
| Number of insured persons | - | English name | - | | | |
| registration authority | Beijing Shunyi District Market Supervision and Administration Bureau | Registered address | North of Wenhuaying Village, Shunyi District, Beijing (No. 1, Shunchuang 2rd Road) | nearby companies | | |
| Business Scope ② | General projects: organizing cultural and artistic exchange activities; film production; film shooting services; video and video production services; literary and artistic creation; advertising production; digital advertising production; advertising release; digital advertising release; advertising design and agency; digital advertising design and agency; animation and game development; artificial intelligence public data platform; digital cultural and creative content application services; digital content production services (excluding publishing and distribution); digital technology services; data processing and storage support services; data processing services. (Except for projects that require approval according to law, business activities are carried out independently in accordance with the law with a business license) Licensed projects: Internet information services; network cultural operations; information network transmission of audio-visual programs; film distribution; TV series distribution; film screening; audio-visual product reproduction; audio-visual product production; art import and export; electronic publication production; e-sports audio and video; digital derivative content production (excluding publishing and distribution); radio and television program transmission; radio and television program production and operation. (Projects that require approval according to law can only carry out business activities after approval by relevant departments. The specific business projects are subject to the approval documents or licenses of relevant departments) (Business activities prohibited and restricted by national and municipal industrial policies are not allowed.) | | | | | |

# Guangzhou BearBear Animation Culture Co., Ltd. (TuSimpleBearBear)



| | | | | | | |
|---|---|---|---|---|---|---|
| Company Name | Guangzhou Xiongxiong Animation Culture Co., Ltd. | | | | | |
| legal representative | Hao Jianan — Served in 19 companies> | Registration status | Open for business | Sky Eye Rating | 67 points | |
| | | Date of establishment | 2024-05-21 | | | |
| Unified social credit code | 91440106MADL5W3R4A | Registered capital | RMB 5 million | Paid-in capital | - | |
| Business Registration Number | 440106010897219 | Taxpayer Identification Number | 91440106MADL5W3R4A | Organization Code | MADL5W3R-4 | |
| Operating period | 2024-05-21 to indefinite term | Taxpayer qualifications | - | Approval date | 2024-05-21 | |
| type of enterprise | Limited Liability Company (Sole Proprietorship) | industry | Culture and art industry | Staff size | - | |
| Number of insured persons | - | English name | - | | | |
| registration authority | Guangzhou Tianhe District Market Supervision and Administration Bureau | Registered address | Company near Room 708, 7th Floor, No. 36, Jianzhong Road, Tianhe District, Guangzhou | | | |
| Business Scope | Data processing services; film production; digital cultural and creative content application services; advertising publishing; advertising production; advertising design and agency; literary and artistic creation; photography and video production services; film production services; artificial intelligence public data platform; digital content production services (excluding publishing and distribution); digital technology services; data processing and storage support services; animation and game development; recreational activities; e-sports audio and video, digital derivative content production (excluding publishing and distribution); radio and television program transmission; electronic publication production; audio-visual product production; audio-visual product reproduction; TV series production; film screening; radio and television program production and operation; information network dissemination of audio-visual programs; network culture operation; internet information services; film distribution; | | | | | |

- ## Beijing BearBear Nation Cultural Media Co., Ltd. (MoChenBearBear)



| Company Name | Beijing Xiongxiongguo Culture Media Co., Ltd. | | | | | |
|---|---|---|---|---|---|---|
| legal representative | Chen Mo — List works for 20 companies> | Registration status | Subsisting | | Sky Eye Rating | 53 points |
| | | Date of establishment | 2020-11-25 | | | |
| Unified social credit code | 91110105MA01XJX423 | Registered capital | 500,000 RMB | | Paid-in capital | - |
| Business Registration Number | 110105029949360 | Taxpayer Identification Number | 91110105MA01XJX423 | | Organization Code | MA01XJX4-2 |
| Operating period | 2020-11-25 to 2050-11-24 | Taxpayer qualifications | - | | Approval date | 2021-06-18 |
| type of enterprise | Limited Liability Company (Natural Person Investment or Holdings) | industry | Culture and art industry | | Staff size | - |
| Number of insured persons | 2023 Annual Report | English name | - | | | |
| registration authority | Beijing Chaoyang District Market Supervision and Administration Bureau | Registered address | No. 5868, Unit 1, Room 1101, 10th Floor, Building 1, No. 33 Guangshun North Street, Chaoyang District, Beijing | | | |
| Business scope | Organizing cultural and artistic exchange activities (excluding performances); organizing sports events; designing, producing, acting as an agent, and publishing advertisements; hosting exhibitions and display activities; conference services; packaging and decoration design; model design; arts and crafts design; fitness services; selling stationery, sporting goods, and handicrafts. (Market entities shall independently choose business projects and carry out business activities in accordance with the law; projects that require approval in accordance with the law shall be approved by relevant departments and carry out business activities in accordance with the approved content; they shall not engage in business activities of projects prohibited and restricted by national and municipal industrial policies.) | | | | | |

Mo Chen is the CEO and the legal representative of this company.

## Beijing Shui Mo Xia Dao Cultural Communication Co., Ltd. (BeijingXiaDao)

| Company Name | Beijing Shuimoxiadao Culture Communication Co., Ltd. | | | | | |
|---|---|---|---|---|---|---|
| legal representative | Zhang Cheng / open / Served in 33 companies> | Registration status | Subsisting | Sky Eye Rating | 58 points | |
| | | Date of establishment | 2020-12-07 | | | |
| Unified social credit code② | 91110105MA01XWA5X4 | Registered capital | RMB 1.1 million | Paid-in capital | RMB 555,000 | |
| Business Registration Number | 110105030033466 | Taxpayer Identification Number | 91110105MA01XWA5X4 | Organization Code | MA01XWA5-X | |
| Operating period | 2020-12-07 to 2050-12-06 | Taxpayer qualifications | VAT general taxpayer | Approval date | 2024-07-23 | |
| type of enterprise | Limited Liability Company (Natural Person Investment or Holdings) | industry | Culture and art industry | Staff size | Less than 50 people | |
| Number of insured persons | 4 2023 Annual Report N | English name | Beijing Ink Chivalry Culture Communication Co., Ltd | | | |
| registration authority | Beijing Chaoyang District Market Supervision and Administration Bureau | Registered address② | Room 102, 1st Floor, Building 5, No. 1 Chaoyang Park South Road, Chaoyang District, Beijing Nearby Companies | | | |
| Business Scope ② | General projects: organizing cultural and artistic exchange activities; software development; technical services; technical development; technical consulting; technical exchanges; technology transfer; and technology promotion; advertising design and agency; conference and exhibition services; professional design services; literary and artistic creation; film production services; information technology consulting services; information consulting services (excluding licensed information consulting services); network and information security software development; artificial intelligence basic software development; animation and game development; Internet data services; copyright agency; Internet sales (except for the sale of goods that require a license); office supplies sales; toy sales; toy, animation, and recreational supplies sales. (Except for projects that require approval according to law, business activities are carried out independently in accordance with the law with a business license) Licensed projects: radio and television program production and operation; network culture operation. (Projects that require approval according to law can only carry out business activities after approval by relevant departments. The specific business projects are subject to the approval documents or licenses of relevant departments) (Business activities of projects prohibited and restricted by national and municipal industrial policies shall not be engaged in.) | | | | | |

## Guangzhou BearBear Nation's Xia Dao Interactive Entertainment Co., Ltd. (GuangzhouBearBear)

## This company is a subsidiary of BeijingXiaDao



# Shanghai Xia Dao Cultural Communication Co., Ltd. (ShanghaiXiaDao)



| | | | | | |
|---|---|---|---|---|---|
| Company Name | Xiadao (Shanghai) Culture Communication Co., Ltd. | | | | |
| legal representative | Zhang Cheng — open — Served in 33 companies> | Registration status | Subsisting | Sky Eye Rating | 58 points |
| | | Date of establishment | 2023-12-14 | | |
| Unified social credit code | 91310000MAD6B0ED14 | Registered capital | RMB 1 million | Paid-in capital | - |
| Business Registration Number | 310142400019473 | Taxpayer Identification Number | 91310000MAD6B0ED14 | Organization Code | MAD6B0ED-1 |
| Operating period | 2023-12-14 to 2053-12-13 | Taxpayer qualifications | - | Approval date | 2023-12-14 |
| type of enterprise | Limited Liability Company (Solely Owned by Hong Kong, Macau and Taiwan Legal Person) | industry | Culture and art industry | Staff size | - |
| Number of insured persons | 2023 Annual Report | English name | - | | |
| registration authority | Lingang New Area Market Supervision Administration of the Pilot Free Trade Zone | Registered address | Building 10, No. 860, Xinyang Road, Lingang New Area, China (Shanghai) Pilot Free Trade Zone Nearby Companies | | |
| Business Scope | General projects: organizing cultural and artistic exchange activities; advertising production; advertising design and agency; advertising publishing; professional design services; information consulting services (excluding licensed information consulting services); conference and exhibition services. (Except for projects that require approval according to law, business activities can be carried out independently according to law with a business license) | | | | |

Here is a screenshot of BeijingXiaDao's contact email information. All evidence mentioned in the above table is publicly available from the government's open access database.



In TuSimple's game publisher job posting, the recruiter mentioned that TuSimple "owns the IP of Jin Yong's Wuxia" (Jin Yong is a voluminous novelist known for his Wuxia novels relating to martial arts). This has nothing to do with autonomous driving.





## Record Publicity Query Results

| | |
|---|---|
| movie category | animated video |
| Filing project number | Film and Television License No. (2023) 018 |
| Title | The Swordsman - Qu.1. |
| Filing unit | Beijing Shuimoxiadao Culture Communication Co., Ltd. |
| | reed |
| Filing results | Agree to be photographed |
| Place of filing | Beijing |
| Summary | Synopsis: Fuwei Escort Agency is attacked by Qingcheng Sect, and the young escort leader Lin Pingzhi is rescued by Huashan Sect. Linghu Chong is punished by his master Yue Buqun and faces the wall at the Cliff of Repentance, but learns the peerless swordsmanship. His junior sister Yue Lingshan, whom he has always had a crush on, transfers her feelings to Lin Pingzhi. Gao Shan plots to merge the five sects, and Linghu Chong fights the enemy fiercely and is seriously injured. |