MORRIS KANDINOV LLP
Leonid Kandinov (State Bar # 279650)
Aaron T. Morris
Andrew W. Robertson
550 West B Street, 4th Floor
San Diego, CA 92101
Tel: (212) 431-7473
leo@moka.law
aaron@moka.law
andrew@moka.law

*Attorneys for Intervenor Camac Fund, LP*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TUSIMPLE HOLDINGS, INC., et al.,<br><br>　　　　　Defendants, | Case No. 3:22-cv-01300-BEN-MSB<br><br>**CAMAC FUND, LP'S NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE** |
| CAMAC FUND, LP,<br><br>　　　　　Intervenor Plaintiff,<br><br>　　v.<br><br>TUSIMPLE HOLDINGS, INC.,<br><br>　　　　　Intervenor Defendant. | |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

In light of the parties' representations during the August 8, 2024 status conference that the proposed settlement in this matter will be disclosed this week, Intervenor Camac Fund, LP hereby withdraws its Notice of Motion and Motion to Intervene (ECF 224) and the accompanying papers and exhibits in support of its Motion. Camac Fund, LP reserves all rights.

Dated: August 12, 2024         By: */s/ Leonid Kandinov*

        MORRIS KANDINOV LLP
        Leonid Kandinov (State Bar # 279650)
        Aaron T. Morris
        Andrew W. Robertson
        550 West B Street, 4th Floor
        San Diego, CA 92101
        Tel: (212) 431-7473
        leo@moka.law
        aaron@moka.law
        andrew@moka.law

*Attorneys for Intervenor Camac Fund, LP*