ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS (168593)
ELLEN GUSIKOFF STEWART (144892)
LUCAS F. OLTS (234843)
JENNIFER N. CARINGAL (286197)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
elleng@rgrdlaw.com
lolts@rgrdlaw.com
jcaringal@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TUSIMPLE HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB)<br><br><u>CLASS ACTION</u><br><br>OMNIBUS REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT, APPROVAL OF PLAN OF ALLOCATION, AWARD OF ATTORNEYS' FEES AND EXPENSES, AND AWARDS TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4)<br><br>Date: December 2, 2024<br>Time: 10:30 a.m.<br>Judge: Hon. Roger T. Benitez<br>Ctrm: 5A |

4858-2226-7380.v1

Plaintiffs respectfully submit this reply memorandum in further support of their motion for final approval of the Settlement, approval of the Plan of Allocation, award for attorneys' fees and expenses, and awards to Plaintiffs.  ECF 236.[1]

In compliance with the Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order") (ECF 235), the Settlement notice was published in *The Wall Street Journal* and over *Business Wire* on October 7, 2024.  It was also posted on the Claims Administrator's case-dedicated website, www.tusimplesecuritiessettlement.com, alongside downloadable copies of all relevant case documents.  *See* ECF 236-7.  To date, more than 35,800 Postcard Notices were mailed to potential Settlement Class Members and nominees.  *See* Supplemental Declaration of Ross D. Murray ("Suppl. Murray Decl."), ¶4, submitted herewith.

The deadline for Settlement Class Members to file objections to any aspect of the Settlement or request exclusion from the Settlement Class was November 12, 2024.  *See* Preliminary Approval Order.  No objection or request for exclusion was submitted.  *See* accompanying Declaration of Ellen Gusikoff Stewart; Suppl. Murray Decl., ¶7.  This confirms overwhelming support by the Settlement Class for the Settlement, Plan of Allocation, Plaintiffs' Counsel's request for an award of attorneys' fees and expenses, and awards to Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4).  *See Nat'l Rural Telecommunications Coop. v. DIRECTV, Inc.*, 221 F.R.D. 523, 529 (C.D. Cal. 2004) ("The absence of a single objection to the Proposed Settlement provides further support for final approval of the Proposed Settlement.  It is established that the absence of a large number of objections to a proposed class action settlement raises a strong presumption that the terms of a proposed class action settlement are favorable to the class members.").

---

[1]  All capitalized terms not defined herein shall have the same meanings set forth in the Stipulation of Settlement, dated August 22, 2024 (ECF 233-3).

- 1 - 

3:22-cv-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)

4858-2226-7380.v1

For these reasons, and those set forth in the previously submitted memoranda (ECFs 236-1 and 236-2), Plaintiffs and Plaintiffs' Counsel respectfully request that the Court: (i) approve the Settlement and proposed Plan of Allocation as fair, reasonable, adequate, and in the best interests of the Settlement Class; (ii) certify the Settlement Class as preliminarily certified in the Court's Preliminary Approval Order (ECF 235); (iii) grant an award of attorneys' fees in the amount of 25% of the Settlement Amount, plus interest; (iv) approve Plaintiffs' Counsel's expense request in the amount of $230,279.90, plus interest; and (v) approve Plaintiffs' request pursuant to 15 U.S.C. §78u-4(a)(4) in the amount of $4,200 for INPRS, $1,840 for plaintiff Michelle Poirier, and $7,200 for plaintiff Robert Miller.

DATED: November 25, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
ELLEN GUSIKOFF STEWART
LUCAS F. OLTS
JENNIFER N. CARINGAL
HEATHER G. GEIGER
STEPHEN JOHNSON

s/ Darren J. Robbins
DARREN J. ROBBINS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
elleng@rgrdlaw.com
lolts@rgrdlaw.com
jcaringal@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff Indiana Public Retirement System, and Plaintiff Michelle Poirier

KAHN SWICK & FOTI, LLP
RAMZI ABADOU
580 California Street, Suite 1200
San Francisco, CA  94104
Telephone:  866/467-1400
ramzi.abadou@ksfcounsel.com

KAHN SWICK & FOTI, LLC
ALEXANDER L. BURNS (*pro hac vice*)
ALEXANDRA PRATT *(pro hac vice)*
JAMES T. FETTER (*pro hac vice*)
1100 Poydras Street, Suite 960
New Orleans, LA  70163
Telephone:  504/455-1400
alexander.burns@ksfcounsel.com
alexandra.pratt@ksfcounsel.com
james.fetter@ksfcounsel.com

Counsel for Plaintiff Robert Miller

- 3 -

3:22-cv-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)

4858-2226-7380.v1