ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
ELLEN GUSIKOFF STEWART (144892)
LUCAS F. OLTS (234843)
JENNIFER N. CARINGAL (286197)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
elleng@rgrdlaw.com
lolts@rgrdlaw.com
jcaringal@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TUSIMPLE HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB)<br><br>CLASS ACTION<br><br>SUPPLEMENTAL DECLARATION OF ROSS D. MURRAY REGARDING CONTINUED NOTICE DISSEMINATION AND REQUESTS FOR EXCLUSION RECEIVED<br><br>Date: December 2, 2024<br>Time: 10:30 a.m.<br>Judge: Hon. Roger T. Benitez<br>Ctrm: 5A |

I, ROSS D. MURRAY, declare as follows:

1. I am employed as a Vice President of Securities by Verita Global ("Verita"), located at 1 McInnis Parkway, Suite 250, San Rafael, California. Pursuant to this Court's September 5, 2024 Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order") (ECF 235), Verita was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned litigation (the "Litigation").[1] I oversaw the notice services that Verita provided in accordance with the Notice Order.

2. I submit this declaration as a supplement to my previously filed declaration, the Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date (ECF 236-7) (the "Initial Mailing Declaration"). The following statements are based on my personal knowledge and information provided to me by other Verita employees, and, if called as a witness, I could and would testify competently thereto.

**CONTINUED DISSEMINATION OF NOTICE**

3. As more fully detailed in the Initial Mailing Declaration, as of October 25, 2024, Verita had mailed or emailed a total of 14,351 Postcard Notices to potential Settlement Class Members and their nominees. *See* Initial Mailing Declaration, ¶11.

4. Since October 25, 2024, Verita has mailed or emailed an additional 21,475 Postcard Notices, and two copies of the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release form (the "Proof of Claim") (collectively, the "Claim Package") in response to requests from potential Settlement Class Members, brokers, and nominees and as a result of mail returned as undeliverable for which new addresses were identified and re-mailed to

---

[1] Any capitalized terms used that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement dated August 22, 2024 (the "Stipulation") (ECF 233-3), which is available on the website established for the Settlement at www.TuSimpleSecuritiesSettlement.com.

- 1 -    3:22-cv-01300-BEN-MSB
(Consolidated with No. 3:23-cv-00282-BEN-MSB)

those new addresses. Therefore, as of November 22, 2024, Verita has mailed or emailed a total of 35,826 Postcard Notices and two Claim Packages to potential Settlement Class Members and nominees. Additionally, Verita received messages from two institutions noting that they anticipated sending Postcard Notices via email to 50,591 potential Settlement Class Members.

**UPDATE ON CALL CENTER SERVICES AND WEBSITE**

5. Verita continues to maintain the toll-free telephone number (1-866-644-9953) to accommodate inquiries about the Settlement from potential Settlement Class Members. Verita also monitors the case-dedicated e-mail address, info@TuSimpleSecuritiesSettlement.com. Verita endeavors to respond timely to each telephone and e-mail inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number and case dedicated e-mail address until the conclusion of the administration.

6. Verita also continues to maintain the website dedicated to the Settlement, www.TuSimpleSecuritiesSettlement.com (the "Settlement Website"), to assist potential Settlement Class Members. Following Plaintiffs' Counsel's filing of their briefing in support of the Settlement on October 28, 2024, Verita posted to the Settlement Website copies of the papers in support of Plaintiffs' Motion for Final Approval of Proposed Settlement and Approval of Plan of Allocation and Plaintiffs' Counsel's Motion for an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs. Verita will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of the administration of this Settlement.

**REQUESTS FOR EXCLUSION RECEIVED**

7. Pursuant to the Notice Order, the Notice informed potential Settlement Class Members that written requests for exclusion from the Settlement Class were to be mailed to *TuSimple Securities Settlement*, EXCLUSIONS, c/o Verita Global, P.O. Box 5100, Larkspur, CA 94977-5100, postmarked no later than November 12,

2024. Verita has monitored all mail delivered to the P.O. Box for the Settlement. As of the date of this declaration, Verita has not received any requests for exclusion.

8. The Notice requests that objections must be filed with the Court and mailed or delivered to Lead Counsel and TuSimple's Counsel such that they are postmarked or received no later than November 12, 2024. While Verita was not listed as a recipient of objections, Verita has not received any misdirected objections.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 22nd day of November, 2024, at San Rafael, California.

_____
ROSS D. MURRAY