ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
ELLEN GUSIKOFF STEWART (144892)
LUCAS F. OLTS (234843)
JENNIFER N. CARINGAL (286197)
HEATHER G. GEIGER (322937)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
elleng@rgrdlaw.com
lolts@rgrdlaw.com
jcaringal@rgrdlaw.com
hgeiger@rgrdlaw.com
sjohnson@rgrdlaw.com

KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TUSIMPLE HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 3:22-cv-01300-BEN-MSB (Consolidated with No. 3:23-cv-00282-BEN-MSB)<br><br>CLASS ACTION<br><br>DECLARATION OF ELLEN GUSIKOFF STEWART IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT, APPROVAL OF PLAN OF ALLOCATION, AWARD OF ATTORNEYS' FEES AND EXPENSES, AND AWARDS TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4)<br><br>Date:  December 2, 2024<br>Time: 10:30 a.m.<br>Judge: Hon. Roger T. Benitez<br>Ctrm: 5A |

4873-9085-5167.v1

I, ELLEN GUSIKOFF STEWART, declare as follows:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Court-appointed lead counsel for lead plaintiff Indiana Public Retirement System and the Settlement Class in the above-entitled action (the "Action"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On November 22, 2024, I reviewed the public docket in the Action and found that no objections to any aspect of the Settlement have been filed. Nor have any objections been received by my office in the mail or via email.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 25, 2024, at San Diego, California.

_____
ELLEN GUSIKOFF STEWART